```
FILED
CLERK, U.S. DISTRICT COURT

5/16/24

CENTRAL DISTRICT OF CALIFORNIA
BY:    eee              DEPUTY
```

Victoria Tenisha Shanae Dillihunt (Full Name)

dillihuntvictoria@yahoo.com (Email Address)

12035 S Broadway # K (Address Line 1)     Homeless this is old address

Los Angeles CA, 90061 (Address Line 2)

No Phone (Phone Number)

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**2:24-CV-04076-FMO-MAR**

Victoria Tenisha Shanae Dillihunt,

Plaintiff,

vs

**One IA Potters House Church**

**Potters House Church Of LA**

**St. Philip Neri Catholic Church**

**Congregation of the Oratory, etc.**

Defendant(s).

**Case No.**: _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded**:  ☒Yes  ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because ___ The situation took place in County of plaintiff's residence _____

_____

Form prepared by Public Counsel. © 2010, 2023 Public Counsel.  All rights reserved. Revised: October 2023

1

Page Number

## Congressional Record--Appendix, pp. A34-A35
## Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

### CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture—education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



**III. PARTIES**

3.     Plaintiff ___Victoria Tenisha Dillihunt___ resides at:

*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant ONE|A Potters House Church works at

*(full name of Defendant)*

64 N. La Brea Ave, Los Angeles CA 90036

*(Defendant's place of work)*

Defendant's title or position is Pastor Toure Roberts and Sarah Jakes Roberts

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ■ official capacity

This Defendant was acting under color of law because: defendant is a part of the

charades of witchcraft. Ex: This is the Church of Sarah Jakes

(the daughter of TD Jakes)

5. Defendant The Potter's House Church of Los Angeles works at

*(full name of Defendant)*

11984 N. Santa Fe Ave, Lynwood CA 90262

*(Defendant's place of work)*

Defendant's title or position is Pastor Eric and Jen Quiles

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ■ official capacity

This Defendant was acting under color of law because: defendant is a part of the

charades of witchcraft. Ex: 2021 this church relocated from LA to Lynwood.

Their Pastor was Paul Rosas who went to be with the LORD in 2024.

Their Lynwood location is the church my family raised me in

until I met Bishop Johnson from Jesus Is The Answer! This resembles

Playing in somebody Name of T.D. Jakes Church in Texas & Sarah Jakes (his daughters) church

the Name of T.D. Jakes Church in Texas & Sarah Jakes (his daughters) church

in Los Angeles. This pastor also is of the Hispanic Descent!

1   ___. Defendant *St Philip Neri Catholic Church* works at
    Insert ¶ #                                    *(full name of Defendant)*

2   *4311 Orlando St, Lynwood CA, 90262*
3                               *(Defendant's place of work)*

4

5   Defendant's title or position is *Rev. Ernesto Jeramillo*
                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity          ☑ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of the

10  charades of witchcraft. Ex: *St Philip Neri is the patron saint of joy. He founded*

11  *the Roman Congregation of the Oratory.*

12

13  _____

14

15

16  ___. Defendant *Congregation of the Oratory Saint Anthony's Parish* works at
    Insert ¶ #                                    *(full name of Defendant)*

17

18  *14 Queen Street Titchfield Hill, Port Antonio Portland, JAMAICA*
19                               *(Defendant's place of work)*

20  Defendant's title or position is          Overseer

21                               *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part of the

26  charades of witchcraft. Ex: In Hebrew; Oratory is H3907 which translates

27  to Lachash meaning a whisper, a private prayer, an incantation,  an

28  amulet, charm, earring, enchantment, orator, and prayer

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant *Ojai City Hall* _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

2    *401 South Ventura Street, OJAI CA 93023*

3                        *(Defendant's place of work)*

4

5    Defendant's title or position is *Mayor : Betsy Sirx* .

6                        *(Defendant's title or position at place of work)*

     This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity      ☑ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of the

10   charades of witchcraft. EX:  Cane killed Abel and Abels blood cried

11   from the grounds(Genesis 4:11). Now the witchcraft behind this is how

12   they use all earth's elements as weapons to kill. Example: R I.P OJ Simpson

13

14

15

16   ___. Defendant *Kobe, Japan* _____ works at

17   *Insert ¶ #*                    *(full name of Defendant)*

18   *4-5-1 Kunocho, Chuo-ku, Kobe 650-8570*

19                        *(Defendant's place of work)*

20   Defendant's title or position is *Mayor : Kizo Hisamoto*

21                        *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity            ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part of the

     charades of witchcraft. EX:  R.I.P. Kobe Bryant! I wish I would have known

26   back then what I know Now. The Bible talks about the church over all

27   the Kings being the cause of the deaths and Roman Catholics worship

28   the dead

                        —————
                        Page Number

                Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **7 Day Dental** works at
*Insert ¶ #*          *(full name of Defendant)*

**2265 W Lincoln Ava, Anaheim CA 92801**
          *(Defendant's place of work)*

Defendant's title or position is **Supervisor**.
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:**

_____

_____

_____


___. Defendant **All Kids Dental** works at
*Insert ¶ #*          *(full name of Defendant)*

**1601 N. Long Beach Blvd Compton CA 90221**
          *(Defendant's place of work)*

Defendant's title or position is **Supervisor**.
          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. EX:** Where most of my teeth were worked on as I grew up. (Root Canals w/crown, Cavities, etc)

<hr/>

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant _Robert Julio Garcia_____ works at

     _Insert ¶ #_                    _(full name of Defendant)_

2    _415 West Ocean Blvd, Suite 2303, Long Beach CA 90802_

3                                   _(Defendant's place of work)_

4

5    Defendant's title or position is _Ex Mayor of Long Beach (2014-2022)_.

                                    _(Defendant's title or position at place of work)_

6    This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity           ☒ official capacity

8

9    This Defendant was acting under color of law because _defendant is a part of the_

10   charades of witchcraft. EX: _Long Beach City's youngest and first elected_

11   _openly LGBT mayor._

12

13

14

15

16   ___.  Defendant _The Village (Long Beach Mental Health Services)_ works at

     _Insert ¶ #_                    _(full name of Defendant)_

17

18   _456 Elm Ave Long Beach CA 90802_

19                                   _(Defendant's place of work)_

20   Defendant's title or position is _Head Supervisor_

21                                   _(Defendant's title or position at place of work)_

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity           ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part of the_

26   charades of witchcraft. EX: _This is an address I used while homeless_

27   _to receive my mail due to their homeless program in basement_

28   _years ago_

---

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.   Defendant Catholic Charities of LA (Long Beach Center)   works at
    *Insert ¶ #*                    *(full name of Defendant)*

2   123 E 14th St Long Beach CA 90813

3                               *(Defendant's place of work)*

4

5   Defendant's title or position is   Supervisor
                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity              ■ official capacity

8

9   This Defendant was acting under color of law because  defendant is a part of the

10  charades of witchcraft. EX:

11  _____

12  _____

13  _____

14

15

16  ___.   Defendant Long Beach Multi Service Center   works at
    *Insert ¶ #*                    *(full name of Defendant)*

17  1301 W. 12th St Long Beach CA 90813

18                               *(Defendant's place of work)*

19

20  Defendant's title or position is   Supervisor
                                    *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of the

26  charades of witchcraft. EX:

27  _____

28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Los Angeles County Registrar-Recorder/County Clerk ___ works at
    Insert ¶ #                    *(full name of Defendant)*

2
3   12400 Imperial Hwy Norwalk CA 90650
                    *(Defendant's place of work)*

4
5   Defendant's title or position is    Supervisor
                                        *(Defendant's title or position at place of work)*

6
7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity            ☑ official capacity

9   This Defendant was acting under color of law because  defendant is a part of the
10  charades of witchcraft. EX: Business   Registry (Fictitious/DBA)

11
12
13
14
15

16  ___. Defendant  Youth Communist League (USA)                    works at
17  Insert ¶ #                  *(full name of Defendant)*

18  235 W. 23rd St, New York, NY 10011
                    *(Defendant's place of work)*

19
20  Defendant's title or position is  Co-Chair Joe Sims of Communist Party USA
21                                    *(Defendant's title or position at place of work)*

22
23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity            ☑ official capacity

25  This Defendant was acting under color of law because  defendant is a part of the
    charades of witchcraft. EX:
26
27
28

                        Page Number
            Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _Lees Tools_____ works at

Insert ¶ #

2  (full name of Defendant)

3  _1924 N. Long Beach Blvd Compton CA 90221_

(Defendant's place of work)

4

5  Defendant's title or position is _Owner: John Lee_____

(Defendant's title or position at place of work)

6  This Defendant is sued in his/her (check one or both):

7     ☐ individual capacity          ■ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of the

10  charades of witchcraft. Ex:

11  _____

12  _____

13  _____

14

15

16  ___. Defendant _Mac Tools_____ works at

17  Insert ¶ #          (full name of Defendant)

18  _5195 Blazer Pkwy, Dublin, OH 43017_

(Defendant's place of work)

19

20  Defendant's title or position is _President: Mike Murray_____

21  (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity          ■ official capacity

25  This Defendant was acting under color of law because defendant is a part of the

26  charades of witchcraft. Ex:

27  _____

28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant Confederation of Oratories of Saint Philip Neri  works at

Insert ¶ #                          *(full name of Defendant)*

Via di Parione, 33, 00186 Roma, Italia

*(Defendant's place of work)*

Defendant's title or position is Procurator General: Michele Niolis .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____

_____

_____

___.   Defendant Celebrity Helicopters Inc.  works at

Insert ¶ #                          *(full name of Defendant)*

961 West Alondra Blvd, Compton CA 90220

*(Defendant's place of work)*

Defendant's title or position is President: Robin Petgrave

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2      ___. Defendant St Philip Neri School _____ works at
        *Insert ¶ #*              *(full name of Defendant)*
3      64401  S. Orchard Rd, Linthicum Heights, MD 21090 .
                        *(Defendant's place of work)*
4
5      Defendant's title or position is Principal : Kate Daley _____.
                                        *(Defendant's title or position at place of work)*
6
7      This Defendant is sued in his/her (check one or both):
8          ☐ individual capacity          ☒ official capacity
9
10     This Defendant was acting under color of law because defendant is a part of the
       charades of witchcraft. EX:
11     _____
12     _____
13     _____
14
15
16     ___. Defendant Harbor General _____ works at
17      *Insert ¶ #*              *(full name of Defendant)*
18     1000 W. Carson St Torrance CA 90502 .
                        *(Defendant's place of work)*
19
20     Defendant's title or position is Supervisor _____.
21                                     *(Defendant's title or position at place of work)*
22
23     This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity          ☒ official capacity
25     This Defendant was acting under color of law because defendant is a part of the
       charades of witchcraft. EX:
26     _____
27     _____
28     _____

                              Page Number
                Civil Rights Complaint Pursuant to U.S.C. § 1983

1   Insert ¶ #   **Defendant** The Giant Swing _____ **works at**
2   (full name of Defendant)
3   239 Danso Rd, Bang Khun Phrom Phra Nakhon Bangkok 10200, Thailand
    (Defendant's place of work)
4
5   **Defendant's title or position is** Place of Worship _____
6                                        (Defendant's title or position at place of work)
7   **This Defendant is sued in his/her (check one or both):**
8            ☐ **individual capacity**            ■ **official capacity**
9
10  **This Defendant was acting under color of law because** defendant is a part of the
    **charades of witchcraft. EX:** The ceremony Triyampavai-Tripavai was held here until 1935.
11  Verses from Hindu Chants were recited here (opening the portals of Shivas Home). In Hindu myths
12  Shiva was sent by Brahma to look After it & Naga serpents wrapped around to keep earth safe.
13  In Asian religions the Nagas (which means butt in Spanish) was a half-human/half serpent
14  that lived in the underworld.
15
16  ___   **Defendant** George Town, Penang _____ **works at**
17  Insert ¶ #   (full name of Defendant)
18  Penang City Council, Level 17, KOMTAR, Jalan Penang 10615 Penang
    (Defendant's place of work)
19
20  **Defendant's title or position is** City Secretary: Cheong Chee Hong/Mayor: Rajendran P. Anthony
21                                       (Defendant's title or position at place of work)
22
23  **This Defendant is sued in his/her (check one or both):**
24           ☐ **individual capacity**            ■ **official capacity**
25  **This Defendant was acting under color of law because** defendant is a part of the
26  **charades of witchcraft. EX:** Etymology: George III, King of Great Britain and
27  Ireland. Nickname: Pearl of the Orient. It was King George that we broke
28  away from when America was comprised of 13 Colonies in the 1700's

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Wat Arun Ratchawararam Ratchawaramahawihan    works at
     *Insert ¶ #*          *(full name of Defendant)*

2

3    No. 34 Wang  Derm Road, Wat Aru Subdistric Bangkok Yai District Bangkok 10650
                            *(Defendant's place of work)*

4

5    Defendant's title or position is    Temple

6                                         *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

8          ☐ individual capacity          ■ official capacity

9

10    This Defendant was acting under color of law because  defendant is a part of the
charades of witchcraft. EX: Temple of His Majesty King Buddha Leftla Napalai

11

12

13

14

15

16

17    ___. Defendant Wat Ratcha Orasaram Ratchawarawihan        works at
     *Insert ¶ #*          *(full name of Defendant)*

18    No. 258 Soi Ekachai 9, Ekkachai Road, B    Kho Subdistrict, Chom Thong District, Bangkok 10150
                         *(Defendant's place of work)*

19

20    Defendant's title or position is    Temple

21                                      *(Defendant's title or position at place of work)*

22

23    This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity          ■ official capacity

25    This Defendant was acting under color of law because  defendant is a part of the
charades of witchcraft. EX: Temple of His Majesty King Nankloa. Also

26

27    was the temple of King Rama III

28

1    ___  Defendant _Boromphiman Throne Hall_____ works at
     Insert ¶ #                    (full name of Defendant)
2    _Phra Borom Maha Ratchawang, Phra Nakhon Bangkok 10203, Thailand_
3                                  (Defendant's place of work)

4

5    Defendant's title or position is ____Temple_____
                                         (Defendant's title or position at place of work)
6
     This Defendant is sued in his/her (check one or both):
7
            ☐ individual capacity          ■ official capacity
8

9    This Defendant was acting under color of law because  defendant is a part of the
10   charades of witchcraft. EX: _____

11   _____

12   _____

13   _____

14

15

16   ___  Defendant _Wat Phra Chetuphon Wimon Mangkhalaram Rajwaramahawihan_ works at
     Insert ¶ #                    (full name of Defendant)
17
18   _2 Sanam Chai Rd, Phra Borom Maha Ratchawang, Phra Nakhon Bangkok 10200 Thailand_
19                                 (Defendant's place of work)

20   Defendant's title or position is ____Temple_____
21                                     (Defendant's title or position at place of work)

22
     This Defendant is sued in his/her (check one or both):
23
24          ☐ individual capacity          ■ official capacity
25   This Defendant was acting under color of law because  defendant is a part of the
26   charades of witchcraft. EX: _Royal Temple of His Majesty King Buddha Yodfa Chelalok_
27   _the Great. Temple of King Rama 1_____
28

                                    _____
                                    Page Number
                       Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant The Temple of the Emerald Buddha                    works at

2    _Insert ¶ #_                        _(full name of Defendant)_

3    QF2V+M3H, Na Phra Lan Rd, Phra Borom Maha Ratchawang, Phra Nakhon, Bangkok 10200, Thailand
                                _(Defendant's place of work)_

4

5    Defendant's title or position is Temple

6                                    _(Defendant's title or position at place of work)_

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity            ■ official capacity

9    This Defendant was acting under color of law because defendant is a part of the

10   charades of witchcraft. EX:

11   _____

12   _____

13   _____

14   _____

15

16   ___.  Defendant The Grand Palace                              works at

17   _Insert ¶ #_                        _(full name of Defendant)_

18   Phra Borom Maha Ratchawang, Phra Nakhon, Bangkok 10200, Thailand
                                _(Defendant's place of work)_

19

20   Defendant's title or position is Temple

21                                    _(Defendant's title or position at place of work)_

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity           ■ official capacity

25   This Defendant was acting under color of law because defendant is a part of the

26   charades of witchcraft. EX:

27   _____

28   _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.   Defendant TCU Horned Frogs _____ works at
    Insert ¶ #                          (full name of Defendant)
2   2800 South University Drive Fort Worth, Texas 76109
3                                        (Defendant's place of work)

4
5   Defendant's title or position is Chancellor: Victor Boschini
                                        (Defendant's title or position at place of work)
6
    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity           ■ official capacity
8
9   This Defendant was acting under color of law because defendant is a part of the
10  charades of witchcraft. EX: Frogs represent the false Prophets
11  in Revelations
12

13
14
15
16  ___.   Defendant Iona Abbey and Nunnery _____ works at
    Insert ¶ #                          (full name of Defendant)
17
18  Isle of Iona PA76 USQ, United Kingdom
                                        (Defendant's place of work)
19
20  Defendant's title or position is Religious Centre
21                                      (Defendant's title or position at place of work)
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity           ■ official capacity
25  This Defendant was acting under color of law because defendant is a part of the
26  charades of witchcraft. EX:
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.   Defendant _Del Sol Academy of Performing Arts_____ works at
     Insert ¶ #                    _(full name of Defendant)_
2    3100 E. Patrick Lane, Las Vegas, Nevada 89120
3                          _(Defendant's place of work)_

4

5    Defendant's title or position is _Principal: Nadia Stegar_____
                                    _(Defendant's title or position at place of work)_
6

7    This Defendant is sued in his/her (check one or both):

8              ☐ individual capacity            ■ official capacity

9    This Defendant was acting under color of law because _defendant is a part of the_
10   charades of witchcraft. Ex: _Team Name: Dragons_____
11   _____
12   _____
13

14

15

16   ___.   Defendant _Cocula, Jalisco Mexico_____ works at
     Insert ¶ #                    _(full name of Defendant)_
17
18   Calle Alvaro Obregon, Centro 48500 Cocula, Jal, Mexico
                          _(Defendant's place of work)_
19

20   Defendant's title or position is _President: Miguel Angel Ibarra_
21                                 _(Defendant's title or position at place of work)_
22

23   This Defendant is sued in his/her (check one or both):

24             ☐ individual capacity            ■ official capacity

25   This Defendant was acting under color of law because _defendant is a part of the_
26   charades of witchcraft. Ex: _The Cradle of Mariachi_____
27   _____
28   _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Angkor Wat_____ works at

Insert ¶ #

_Krong Siem Reap, Cambodia_____

(full name of Defendant)

(Defendant's place of work)

Defendant's title or position is _Hindu - Buddhist Temple (City Capital of Temples)_.

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the_

charades of witchcraft. Ex: _____

_____

_____

___. Defendant _Sri Lakshmi Narayani Golden Temple_____ works at

Insert ¶ #

_Sri Narayani Peedam,Thirumalaikodi, Vellore, Tamil Nadu 632055 India_

(full name of Defendant)

(Defendant's place of work)

Defendant's title or position is _Hindu Temple_____

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the_

charades of witchcraft. Ex: _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Shenzhen Stock Exchange_____ works at
2    Insert ¶ #                        *(full name of Defendant)*
     _2012 Shennan Blvd, Futian District Shenzhen, Guangdong 518038 CN_.
3                              *(Defendant's place of work)*
4
5    Defendant's title or position is _Ceo: Wang Jianjun_____.
6                                  *(Defendant's title or position at place of work)*
     This Defendant is sued in his/her (check one or both):
7
     ☐ individual capacity          ■ official capacity
8
9    This Defendant was acting under color of law because _defendant is a part of the_
10   charades of witchcraft. Ex:_____
11   _____
12   _____
13
14
15
16   ___. Defendant _National Stock Exchange of India_____ works at
17   Insert ¶ #                        *(full name of Defendant)*
     _Jeevan Vihar Bldg 4th fl, Road Area 3, Sansad Marg Janpath, Connaught Place, New Delhi, Delhi_
18                            *(Defendant's place of work)*
19                                                              _110001, India_
20   Defendant's title or position is _Ceo: Ashishkumar Chauhan_____
21                                  *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ■ official capacity
25   This Defendant was acting under color of law because _defendant is a part of the_
26   charades of witchcraft. Ex:_____
27   _____
28   _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Shanghai Stock Exchange_ works at
2   Insert ¶ #                                    (full name of Defendant)
3   _528 Pudong South Road, Pudong New District, Shanghai Municipality_
                                (Defendant's place of work)
4
5   Defendant's title or position is _President ; Zhang Yujun_
                                      (Defendant's title or position at place of work)
6
7   This Defendant is sued in his/her (check one or both):
8       ☐ individual capacity        ■ official capacity
9
10  This Defendant was acting under color of law because _defendant is a part of the_
    charades of witchcraft. Ex:
11  _____
12  _____
13
14
15
16  ___. Defendant _Japan Exchange Group Inc_ works at
17  Insert ¶ #                                    (full name of Defendant)
18  _2-1 Nihombashi Kabutacho, Chuo-ku, Tokyo 103-8224 Japan_
                                (Defendant's place of work)
19
20  Defendant's title or position is _Ceo : Akira Kiyota_
                                      (Defendant's title or position at place of work)
21
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity        ■ official capacity
25  This Defendant was acting under color of law because _defendant is a part of the_
    charades of witchcraft. Ex:
26  _____
27  _____
28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant Egyptian Exchange ____ works at

Insert ¶ # _(full name of Defendant)_

4A, El Sheifien St, Postal Code 11513, Downtown Cairo

_(Defendant's place of work)_

Defendant's title or position is Chairman Rami El-Dokany _____.

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. Ex:

_____

_____

_____

____. Defendant Euronext Paris Headquarters ____ works at

Insert ¶ # _(full name of Defendant)_

14, place des Reflets, 92054 Paris la Defense Cedex, France

_(Defendant's place of work)_

Defendant's title or position is Ceo: Stephane Boujnah _____

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. Ex:

_____

_____

_____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant Pichai Sundararajan (Sundar Pichai)    works at
     Insert ¶ #                    (full name of Defendant)

2    1600 Amphitheater Parkway, Mountain View CA 94043
3                                (Defendant's place of work)

4

5    Defendant's title or position is CEO: Alphabet Inc
                                     (Defendant's title or position at place of work)

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity          ■ official capacity
8

9    This Defendant was acting under color of law because defendant is a part of the
10   charades of witchcraft. EX:
11

12

13

14

15

16   ___.  Defendant Nasdaq Inc                            works at
17   Insert ¶ #                    (full name of Defendant)

18   151 West 42nd St, floors 26,27,28; New York, NY 10086
19                                (Defendant's place of work)

20   Defendant's title or position is CEO: Adena Friedman
21                                     (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ■ official capacity
25   This Defendant was acting under color of law because defendant is a part of the
26   charades of witchcraft. EX:
27

28

                                    Page Number

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant _Credit Karma_____ works at
  _Insert ¶ #_                          *(full name of Defendant)*
2 _1100 Broadway #1800, Oakland CA, 94604_____
3                          *(Defendant's place of work)*

4

5 Defendant's title or position is _Ceo: Kenneth Lin_____
6                               *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity        ■ official capacity
8

9  This Defendant was acting under color of law because _defendant is a part of the_
10 charades of witchcraft. EX:_____

11 _____

12 _____

13

14

15

16 ___. Defendant _Equifax Inc_____ works at
17   _Insert ¶ #_                        *(full name of Defendant)*
18 _1550 Peachtree St NE, Atlanta, GA 30309_____
19                          *(Defendant's place of work)*

20 Defendant's title or position is _Ceo: Mark Begor_____
21                               *(Defendant's title or position at place of work)*

22

   This Defendant is sued in his/her (check one or both):
23
24        ☐ individual capacity        ■ official capacity
25 This Defendant was acting under color of law because _defendant is a part of the_
   charades of witchcraft. EX:_____
26
27 _____

28 _____


                              Page Number

                Civil Rights Complaint Pursuant to U.S.C. § 1983

1

\_\_. Defendant New York Stock Exchange                        works at

2  *Insert ¶ #*                                    *(full name of Defendant)*

11 Wall St, New York, NY 10005

3                                    *(Defendant's place of work)*

4

5  Defendant's title or position is President: Lynn Martin

6                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7

8            ☐ individual capacity              ■ official capacity

9

This Defendant was acting under color of law because defendant is a part of the

10  charades of witchcraft. EX:

11

12 _____

13 _____

14

15

16

\_\_. Defendant Corner Stone Theater Company           works at

17  *Insert ¶ #*                                    *(full name of Defendant)*

100 W. 1st St Los Angeles CA 90012

18                                    *(Defendant's place of work)*

19

20  Defendant's title or position is Overseer

21                                    *(Defendant's title or position at place of work)*

22

This Defendant is sued in his/her (check one or both):

23

24            ☐ individual capacity              ■ official capacity

25  This Defendant was acting under color of law because defendant is a part of the

charades of witchcraft. EX:

26

27 _____

28 _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

_____. Defendant <u>Securitas</u> works at
Insert ¶ #
(full name of Defendant)

<u>Lindhagensplan 70, 112 43 Stockholm, Sweden</u>
(Defendant's place of work)

Defendant's title or position is <u>Ceo: Magus Ahlqvist</u>
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u>
charades of witchcraft. EX: _____

_____

_____

_____

_____. Defendant <u>School First Credit Union</u> works at
Insert ¶ #
(full name of Defendant)

<u>15332 Newport Ave, Tustin CA 92780</u>
(Defendant's place of work)

Defendant's title or position is <u>Ceo: Bill Cheney</u>
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the</u>
charades of witchcraft. EX: _____

_____

_____

_____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant St. Mary-le-Bow Church _____ works at

2   Insert ¶ # _____ (full name of Defendant)

    St. Mary Le Bow Church, Cheapside, London EC2V 6AV, United Kingdom

3   _____ (Defendant's place of work)

4

5   Defendant's title or position is ___ Overseer _____

    _____ (Defendant's title or position at place of work)

6

7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity          ■ official capacity

9

10  This Defendant was acting under color of law because  defendant is a part of the

    charades of witchcraft. EX: _____

11  _____

12  _____

13

14

15

16  ___. Defendant The Glasgow Necropolis _____ works at

17  Insert ¶ # _____ (full name of Defendant)

    Castle St, Glasgow G4 0UZ, United Kingdom

18  _____ (Defendant's place of work)

19

20  Defendant's title or position is overseer of Victorian Cemetery

21  _____ (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of the

    charades of witchcraft. EX: _____

26  _____

27  _____

28  _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2
3

___. Defendant _Saint Louis, Missouri_ works at
_(full name of Defendant)_
_1200 Market Street, Saint Louis, MO 63103_
_(Defendant's place of work)_

4
5

Defendant's title or position is _Mayor: Tishaura Jones_
_(Defendant's title or position at place of work)_

6
7
8

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

9
10
11
12

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. EX: _Nickname: Gateway to the West, the Gateway_
_City, Mound City, The Lou, Rome of the West, River City_

13
14
15

16
17

___. Defendant _St Charles, Illinois_ works at
_(full name of Defendant)_
_2 E. Main Street, St Charles, IL 60174_
_(Defendant's place of work)_

18
19

20
21

Defendant's title or position is _Mayor: Lora Vitek_
_(Defendant's title or position at place of work)_

22
23
24

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

25
26
27

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. EX: _Nickname: St Chuck. Motto: Pride of the_
_Fox_

28

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    Defendant _G.B. Pant University of Agriculture and Technology_ works at
2    _(full name of Defendant)_
     _Pantnagar, Tanda Range, Uttarakhand  263145, India_
3    _(Defendant's place of work)_

4

5    Defendant's title or position is _Vice Chancellor : Dr. Manmohan Singh Chauhan_
6    _(Defendant's title or position at place of work)_

7    This Defendant is sued in his/her (check one or both):
          ☐ individual capacity            ■ official capacity
8

9    This Defendant was acting under color of law because _defendant is a part of the_
10   charades of witchcraft. EX:

11   _____

12   _____

13   _____

14

15

16   Defendant _Bogor Botanical Gardens_
17   _Insert ¶ #_                _(full name of Defendant)_                    works at
18   _Jl. Ir. H. Juanda No. 13, Paledang, Central Bogor District, Bogor City, West Java 16122,_
19                              _(Defendant's place of work)_                    _Indonesia_

20   Defendant's title or position is _Overseer_
21                              _(Defendant's title or position at place of work)_

22

23   This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity            ■ official capacity

25   This Defendant was acting under color of law because _defendant is a part of the_
26   charades of witchcraft. EX:

27   _____

28   _____

     _____


                         **Page Number**

          Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2
3

____. Defendant Bogor Institute of Agriculture                          works at
Insert ¶ #                              (full name of Defendant)
Jalan Ir. H Juanda No 13 Bogor, West Java, Indonesia
                              (Defendant's place of work)

4
5

Defendant's title or position is Acting Mayor: Heru Antasari
                                    (Defendant's title or position at place of work)

6
7
8

This Defendant is sued in his/her (check one or both):
        ☐ individual capacity                ☒ official capacity

9
10
11
12
13

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:
_____
_____
_____

14
15
16
17

____. Defendant Royal Agricultural University                          works at
Insert ¶ #                              (full name of Defendant)
Cirencester Gloucestershire GL7 RJS United Kingdom
                              (Defendant's place of work)

18
19
20
21

Defendant's title or position is Governor! Peter McCaffery
                                    (Defendant's title or position at place of work)

22
23
24

This Defendant is sued in his/her (check one or both):
        ☐ individual capacity                ☒ official capacity

25
26
27
28

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:
_____
_____
_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant   Aceh Tsunami Museum   works at
    Insert ¶ #              (full name of Defendant)

2
3   Jl. Sultan Iskandar Muda, Sukaramai District, Baiturrahman, Banda Aceh City, Aceh 23116
                              (Defendant's place of work)

4
5   Defendant's title or position is   Head Manager: Hafnidar
                                       (Defendant's title or position at place of work)

6   This Defendant is sued in his/her (check one or both):
7
       ☐ individual capacity            ■ official capacity
8
9   This Defendant was acting under color of law because   defendant is a part of the
10  charades of witchcraft. EX:

11  _____
12  _____
13  _____
14
15
16  ___. Defendant   Makassar, Indonesia   works at
17  Insert ¶ #              (full name of Defendant)

18  Jl. Ahmad Yani No. 2, Kel. Bulo Gading District. Ujung Pandang, Makassar.
                              (Defendant's place of work)
19
20  Defendant's title or position is   Mayor: Danny Pomanto
21                                     (Defendant's title or position at place of work)

22
23  This Defendant is sued in his/her (check one or both):
24     ☐ individual capacity            ■ official capacity
25  This Defendant was acting under color of law because   defendant is a part of the
26  charades of witchcraft. EX: Formely Ujung Pandang meaning Edge of View.
27  Makassar shares the same postal code as Compton CA, 90221
28  which means they're playing in my shadows.

                              Page Number

___. Defendant _T Force Freight_ works at

Insert ¶ #

_(full name of Defendant)_

_1050 Semmes Ave. P.O. Box 1216, Richmond VA 23218_

_(Defendant's place of work)_

Defendant's title or position is _CEO: Keith Hall_

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ charades of witchcraft. Ex:

_____

_____

_____

___. Defendant _Aramark_ works at

Insert ¶ #

_(full name of Defendant)_

_2400 Market St Philadelphia, PA 19103_

_(Defendant's place of work)_

Defendant's title or position is _CEO: John Zillmer_

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity     ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_ charades of witchcraft. Ex:

_____

_____

_____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _J. Cole_____ works at

Insert ¶ #
2   _953 North Sycamore Ave Los Angeles CA 90038_

3                         (Defendant's place of work)

4

5   Defendant's title or position is _Artist_

                    (Defendant's title or position at place of work)

6

   This Defendant is sued in his/her (check one or both):

7        □ individual capacity          ■ official capacity

8

9   This Defendant was acting under color of law because _defendant is a part of the_

10  charades of witchcraft. Ex: _____

11  _____

12  _____

13  _____

14

15

16  ___. Defendant _OVO Sound LLC_____ works at

Insert ¶ #
17  _899 Dundas St W, Toronto ON, M6J1V1_

18                        (Defendant's place of work)

19

20  Defendant's title or position is _Drake Record Label_

21                    (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

24       □ individual capacity          ■ official capacity

25  This Defendant was acting under color of law because _defendant is a part of the_

26  charades of witchcraft. Ex: _____

27  _____

28  _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Marques Adams (Sevin) _____ works at
2    *Insert ¶ #*                   *(full name of Defendant)*
     P.O. Box 1207, Humble Texas 77347
3                            *(Defendant's place of work)*

4
5    Defendant's title or position is Artist@ God over Money records
6                                  *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):
        ☐ individual capacity        ■ official capacity
8
9    This Defendant was acting under color of law because defendant is a part of the
10   charades of witchcraft. Ex:
11
12
13

14
15
16   ___. Defendant Mark Julian Felder (Bizzle) _____ works at
17   *Insert ¶ #*                   *(full name of Defendant)*
     P.O. Box 1207, Humble, Texas 77347
18                           *(Defendant's place of work)*
19
20   Defendant's title or position is Artist@ God Over Money Records
21                                 *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity        ■ official capacity
25   This Defendant was acting under color of law because defendant is a part of the
     charades of witchcraft. Ex:
26
27
28

                              **Page Number**
                Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant DNA Bailbonds works at

*Insert ¶ #*                                    *(full name of Defendant)*

2

3 1 2  E  Market St, Smithfield, North Carolina 27577.

                    *(Defendant's place of work)*

4

5

Defendant's title or position is Ceo Dawn Daniels

                                    *(Defendant's title or position at place of work)*

6

7

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of the

10 charades of witchcraft. Ex:

11

12

13

14

15

16

___. Defendant Ancestry Corporate International Headquarters works at

*Insert ¶ #*                                    *(full name of Defendant)*

17

18 Ancestry Ireland Unlimited Company, 10th Flr, IDA Building, Point Square Plaza East Wall

                    *(Defendant's place of work)*                              Rd, Dublin 1, Ireland

19

20

Defendant's title or position is ___

21                                    *(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

24

25 This Defendant was acting under color of law because defendant is a part of the

26 charades of witchcraft. Ex:

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant  *Bad Boy Bail Bonds*  works at
     Insert ¶ #                    (full name of Defendant)
2    *4830 Pacific Ave, Ste B, Tacoma Washington 98408* .
3                                 (Defendant's place of work)

4

5    Defendant's title or position is  *Ceo: Jeffrey Stanley*
                                       (Defendant's title or position at place of work)
6
     This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity          ■ official capacity
8

9    This Defendant was acting under color of law because  defendant is a part of the
10   charades of witchcraft. Ex:

11   _____

12   _____

13   _____

14

15

16   ___.  Defendant  *Aladdin Bail Bonds*  works at
17   Insert ¶ #                    (full name of Defendant)
18   *1000 Aviara Pkwy #300 Carlsbad CA 920* .
                                 (Defendant's place of work)
19

20   Defendant's title or position is  *Ceo: Robert Hayes*
21                                     (Defendant's title or position at place of work)

22
     This Defendant is sued in his/her (check one or both):
23
        ☐ individual capacity          ■ official capacity
24
     This Defendant was acting under color of law because  defendant is a part of the
25   charades of witchcraft. Ex:
26
27   _____

28   _____

                        _____
                          Page Number
               Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant  Andres Muschietti                                    works at

*Insert ¶ #*                                    *(full name of Defendant)*

2

9601  Wilshire Blvd, 3rd floor, Beverly Hills CA 90810

3
                                        *(Defendant's place of work)*

4

5

Defendant's title or position is  Director (Argentina)                          .

                                        *(Defendant's title or position at place of work)*

6

7

This Defendant is sued in his/her (check one or both):

8

☐ individual capacity            ■ official capacity

9

This Defendant was acting under color of law because  defendant is a part of the

10

charades of witchcraft. Ex:  We have the same birthday, different years.

11

12

13

14

15

16

___. Defendant  Santiago del Estero                          works at

17

*Insert ¶ #*                                    *(full name of Defendant)*

18

Rivadavia (0) 550 550, G4200CPT Santiago del Estero, Argentina .

                                        *(Defendant's place of work)*

19

20

Defendant's title or position is  Mayor: Norma Isabel Fuentes

21
                                        *(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity            ■ official capacity

25

This Defendant was acting under color of law because  defendant is a part of the

26

charades of witchcraft. Ex:  Nickname: Mother of Cities

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ____. Defendant <u>Compton Petroleum Corporation</u> works at

*Insert ¶ #* *(full name of Defendant)*

2 <u>425 1 Street SW, Calgary, Alberta T2P 3L8</u>

3 *(Defendant's place of work)*

4

5 Defendant's title or position is <u>Ceo : Tim Granger</u>

*(Defendant's title or position at place of work)*

6

7 This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

8

9 This Defendant was acting under color of law because <u>defendant is a part of the</u>

10 charades of witchcraft. Ex:

11 _____

12 _____

13

14

15

16 ____. Defendant <u>Little Compton, Rhode Island</u> works at

17 *Insert ¶ #* *(full name of Defendant)*

18 <u>RI 40 Commons PO Box 226, Little Compton, RI 02837</u>

*(Defendant's place of work)*

19

20 Defendant's title or position is <u>Town Council : Paul J. Golembeske</u>

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

24

25 This Defendant was acting under color of law because <u>defendant is a part of the</u>

26 charades of witchcraft. Ex:

27 _____

28 _____

**Page Number**

**Civil Rights Complaint Pursuant to U.S.C. § 1983**

1    ___. Defendant _David Marvin Blake (DJ Quick)_     works at

2   Insert ¶ #

  _888 7th AVE, Fl 38, New York NY_

3                   *(Defendant's place of work)*

4

5 Defendant's title or position is _Artist (DJ) @Aristc Records_

                                          *(Defendant's title or position at place of work)*

6

7 This Defendant is sued in his/her (check one or both):

8       □ individual capacity           ■ official capacity

9

10 This Defendant was acting under color of law because _defendant is a part of the_

11 charades of witchcraft. Ex: _____

12 _____

13 _____

14

15

16    ___. Defendant _Arista Records_          works at

17   Insert ¶ #           *(full name of Defendant)*

18   _888 7th Ave, fl 38, New York, NY_

                  *(Defendant's place of work)*

19

20 Defendant's title or position is _CEO. Clive Davis_

21                                       *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24       □ individual capacity           ■ official capacity

25 This Defendant was acting under color of law because _defendant is a part of the_

26 charades of witchcraft. Ex: _____

27 _____

28 _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Compton Castle                     works at
   Insert ¶ #                    (full name of Defendant)
2  23 Old Rd, Compton Pauncefoot, Yeovil BA22 73H, United Kingdom
3                        (Defendant's place of work)

4

5  Defendant's title or position is    overseer
                                  (Defendant's title or position at place of work)
6

7  This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ■ official capacity
8

9  This Defendant was acting under color of law because  defendant is a part of the
10  charades of witchcraft. Ex:
11  _____
12  _____
13  _____

14

15

16  ___. Defendant Compton Village Hall              works at
   Insert ¶ #                    (full name of Defendant)
17
18  The St, Compton, Guildford GU3 1EG, United Kingdom
                        (Defendant's place of work)
19

20  Defendant's title or position is    Supervisor
21                                (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ■ official capacity
24

25  This Defendant was acting under color of law because  defendant is a part of the
26  charades of witchcraft. Ex:
27  _____
28  _____

                          Page Number

            Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Cherilyn Sarkisian (Cher)                works at
     Insert ¶ #                (full name of Defendant)
2    2169 S. Beverly Dr, Suite 1105, Beverly Hills CA 90212
3                              (Defendant's place of work)

4
5    Defendant's title or position is Actress/Singer
                                       (Defendant's title or position at place of work)
6
     This Defendant is sued in his/her (check one or both):
7
8        ☐ individual capacity          ☑ official capacity

9    This Defendant was acting under color of law because defendant is a part of the
10   charades of witchcraft. Ex:
11   _____
12   _____
13   _____
14
15
16   ___. Defendant Franklin Resources Inc                   works at
     Insert ¶ #                (full name of Defendant)
17   1 Franklin Pkwy, San Mateo  CA 94403
18                              (Defendant's place of work)
19
20   Defendant's title or position is Ceo: Jennifer Johnson
                                       (Defendant's title or position at place of work)
21

22   This Defendant is sued in his/her (check one or both):
23
24       ☐ individual capacity          ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part of the
26   charades of witchcraft. Ex:
27   _____
28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Los Angeles Kings _____ works at

2    *Insert ¶ #*

     IIII S. Figueroa St SUITE 3100, LOS ANGELES CA 90015

3                                *(Defendant's place of work)*

4

5    **Defendant's title or position is** owner _____

                                *(Defendant's title or position at place of work)*

6    **This Defendant is sued in his/her (check one or both):**

7        ☐ **individual capacity**          ■ **official capacity**

8

9    **This Defendant was acting under color of law because** defendant is a part of the

10   charades of witchcraft. Ex: _____

11   _____

12   _____

13   _____

14

15

16   ___. Defendant Anshutz Entertainment Group, Inc ____ works at

17   *Insert ¶ #*

18   300 W. Olympic Blvd, Suite #305, Los Angeles CA 90015

                                *(Defendant's place of work)*

19

20   **Defendant's title or position is** Owner: Philip Anschutz

21                                *(Defendant's title or position at place of work)*

22

23   **This Defendant is sued in his/her (check one or both):**

24        ☐ **individual capacity**          ■ **official capacity**

25   **This Defendant was acting under color of law because** defendant is a part of the

26   charades of witchcraft. Ex: _____

27   _____

28   _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.   Defendant Harbor - UCLA Medical Center _____ works at
     Insert ¶ #                      (full name of Defendant)
2    1403 W. Lomita Blvd # 200 Harbor City, CA 90710 .
3                                  (Defendant's place of work)
4
5    Defendant's title or position is Supervisor _____.
                                        (Defendant's title or position at place of work)
6
     This Defendant is sued in his/her (check one or both):
7
               ☐ individual capacity          ■ official capacity
8
9    This Defendant was acting under color of law because defendant is a part of the
10   charades of witchcraft. EX: _____
11   _____
12   _____
13   _____
14
15
16   ___.   Defendant Walmart Vision Center _____ works at
     Insert ¶ #                      (full name of Defendant)
17
18   9001 Apollo Way, Downey CA 90242 .
                                  (Defendant's place of work)
19
20   Defendant's title or position is Supervisor _____.
                                        (Defendant's title or position at place of work)
21
22
23   This Defendant is sued in his/her (check one or both):
24             ☐ individual capacity          ■ official capacity
25   This Defendant was acting under color of law because defendant is a part of the
     charades of witchcraft. EX: _____
26
27   _____
28   _____

                              _____
                              Page Number
                Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Dr. Margaret Nguyen, OD Optometrist works at

*Insert ¶ #*          *(full name of Defendant)*

9001 Apollo Way Downey CA 90242 .

*(Defendant's place of work)*

Defendant's title or position is Eye Doctor

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____

___. Defendant The First Church of Christ, Scientist works at

*Insert ¶ #*          *(full name of Defendant)*

2500 Massachusetts Ave, Boston, MA 02115

*(Defendant's place of work)*

Defendant's title or position is President ; Anne Melville C.S.B.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.   Defendant _Kamala Devi Harris_____ works at
2    Insert ¶ #                    *(full name of Defendant)*
     _1 Observatory Circle N.W. US. Naval Observatory Washington DC 20008_
3                             *(Defendant's place of work)*

4

5    Defendant's title or position is _Vice President_____
6                                     *(Defendant's title or position at place of work)*

     This Defendant is sued in his/her (check one or both):
7
         ☐ individual capacity          ■ official capacity
8

9    This Defendant was acting under color of law because  defendant is a part of the
10   charades of witchcraft. EX:

11   _____

12   _____

13   _____

14

15

16   ___.   Defendant _Aja Lena Brown_____ works at
17   Insert ¶ #                    *(full name of Defendant)*
18   _205 S. Willowbrook Ave Compton CA 90220_
                             *(Defendant's place of work)*
19

20   Defendant's title or position is _Ex Compton Mayor & Co founder of Compton Community_
21                                     *(Defendant's title or position at place of work)* _Development Corp_
22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ■ official capacity

25   This Defendant was acting under color of law because  defendant is a part of the
26   charades of witchcraft. EX:

27   _____

28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Sovereign Military Hospitaller Order of St John of Jerusalem of Rhodes and of Malta works at

2    *Insert ¶ #*                                    *(full name of Defendant)*

3    Magistral Palace, Via Condotti, 68 Rome - Italy

     _____
                    *(Defendant's place of work)*

4

5    Defendant's title or position is Grand Master: John T. Dunlap

                                      _____
                                              *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

         ☐ individual capacity              ■ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of the

10   charades of witchcraft. EX:

11   _____

12   _____

13   _____

14

15

16   ___. Defendant Order of Malta Federal Association USA works at

17   *Insert ¶ #*                                    *(full name of Defendant)*

18   1130 M. Street, NW, Suite 403, Washington DC 20036

     _____
                    *(Defendant's place of work)*

19

20   Defendant's title or position is President: Wayne Ruth

                                      _____
                                              *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

         ☐ individual capacity              ■ official capacity

24

25   This Defendant was acting under color of law because defendant is a part of the

     charades of witchcraft. EX:

26   _____

27   _____

28   _____

1
___. Defendant *Congregation of Jesus and Mary* works at
*Insert ¶ #*
2                                                          *(full name of Defendant)*
*Via del Querceti 15 00184   Roma RM Italy*
3                          *(Defendant's place of work)*
4
5   Defendant's title or position is *Fr. Jean-Michel Amouriaux C.J.M*
6                                    *(Defendant's title or position at place of work)*
    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity            ☑ official capacity
8
9
    This Defendant was acting under color of law because  defendant is a part of the
10  charades of witchcraft. EX: *For  Men*
11
12  _____
13
14
15
16
___. Defendant *Religious of Jesus and Mary* works at
17  *Insert ¶ #*                          *(full name of Defendant)*
    *2, Place de Fourvière 69005, Lyon France*
18                          *(Defendant's place of work)*
19
20  Defendant's title or position is *Sr. Monica Joseph R.J.M*
21                                   *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity            ☑ official capacity
25  This Defendant was acting under color of law because  defendant is a part of the
    charades of witchcraft. EX: *For Women*
26
27  _____
28  _____

1   ___ . Defendant St Elizabeth Church _____ works at

2   Insert ¶ #                                    *(full name of Defendant)*
    Elisabethstraße 3, 35037 Marburg Germany _____ .

3                                                *(Defendant's place of work)*

4

5   Defendant's title or position is   Overseer _____

6                                                  *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):

7          ☐ individual capacity              ■ official capacity

8

9   This Defendant was acting under color of law because  defendant is a part of the

10  charades of witchcraft. EX: _____

11  _____

12  _____

13  _____

14

15

16  ___ . Defendant Cathedral of St. Elizabeth _____ works at

17  Insert ¶ #                                   *(full name of Defendant)*
    Hlavné namestie 3, 040 01 Staré Mesto Slovakia _____ .

18                                               *(Defendant's place of work)*

19

20  Defendant's title or position is   Overseer _____

21                                                 *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24         ☐ individual capacity              ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of the

26  charades of witchcraft. EX: _____

27  _____

28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Eibingen Abbey _____ works at
2  *Insert ¶ #*        *(full name of Defendant)*
3  Klosterweg 1, 65385 Rüdesheim am Rhein, Germany .
                            *(Defendant's place of work)*
4
5  Defendant's title or position is   Overseer .
                            *(Defendant's title or position at place of work)*
6
7  This Defendant is sued in his/her (check one or both):
8      ☐ individual capacity        ■ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of the
   charades of witchcraft. EX: Saint Hildegard of Bingen aka Virgin
11 Doctor of the Church Beatified August 26 (my bday) and
12 feast day September 17 (my partners b-day).
13
14
15
16 ___. Defendant Congregation of the Sons of Mary _____ works at
17 *Insert ¶ #*        *(full name of Defendant)*
18 Istituto Lodovico Pavoni, Via Lodovico Pavoni 2, 21049 Tradate, VA Italy
                            *(Defendant's place of work)*
19
20 Defendant's title or position is   Superior General: Br. Ricardo Pinilla Collantes
21                         *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24     ☐ individual capacity        ■ official capacity
25 This Defendant was acting under color of law because defendant is a part of the
   charades of witchcraft. EX:
26
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Luis Martin Barraza Beltrán ____ works at
Insert ¶ #                    (full name of Defendant)
Obispado, Av Morelos 416 Poniente, 27000 Torreon  Coahuila, Mexico
                        (Defendant's place of work)

Defendant's title or position is  Bishop of Torreon
                                (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because  defendant is a part of the
charades of witchcraft. EX:

_____

_____

_____

___. Defendant Brothers of Saint Patrick ____ works at
Insert ¶ #                    (full name of Defendant)
Delany Place, 18 Boomerang Road, The Entrance, 2261 N.SW, Australia
                        (Defendant's place of work)

Defendant's title or position is Superior General : Br. Peter Ryan, F.S.P
                                (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because  defendant is a part of the
charades of witchcraft. EX:

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant  **Aramark**                                                works at

Insert ¶ #                                    *(full name of Defendant)*

**1101 Market St, Philadelphia, PA**

*(Defendant's place of work)*

Defendant's title or position is  **Ceo: John Zillmer**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because  defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

___.  Defendant  **Little Jerusalem Badlands State Park**              works at

*(full name of Defendant)*

**Country Road 400 and Gold Road, Oakley, KS 67748**

*(Defendant's place of work)*

Defendant's title or position is  **Overseer**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because  defendant is a part of the charades of witchcraft. Ex:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___ . Defendant _Terracina at Cathedral City_____ works at

_Insert ¶ #_          (full name of Defendant)

2  _69-175 Converse Rd, Cathedral City CA 92234_

3                      (Defendant's place of work)

4

5  Defendant's title or position is _____Owner_____

6                                  (Defendant's title or position at place of work)

   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity          ■ official capacity

8

9  This Defendant was acting under color of law because  defendant is a part of the

10  charades of witchcraft. EX:

11  _____

12  _____

13  _____

14

15

16  ___ . Defendant _Cathedral City (Cat City)_____ works at

17  _Insert ¶ #_          (full name of Defendant)

18  _68700 Avenida Lalo Guerrero, Cathedral City, CA 92234_

19                      (Defendant's place of work)

20  Defendant's title or position is _Mayor: Mark Carnevale_

21                                  (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of the

26  charades of witchcraft. EX:

27  _____

28  _____

_____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant *Indian Wells* works at
    Insert ¶ #                    (full name of Defendant)

2   44-950 Eldorado Dr. Indian Wells CA 92210

3                    (Defendant's place of work)

4

5   Defendant's title or position is *Mayor Greg Sanders*
                        (Defendant's title or position at place of work)

6   This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity          ■ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of the

10  charades of witchcraft. EX:

11

12

13

14

15

16  ___. Defendant *Palm Desert* works at
    Insert ¶ #                    (full name of Defendant)

17

18  73510 Fred Waring Drive, Palm Desert, CA 92260
                        (Defendant's place of work)

19

20  Defendant's title or position is *Mayor Karina Quintanilla*
                        (Defendant's title or position at place of work)

21

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ■ official capacity

25  This Defendant was acting under color of law because defendant is a part of the

26  charades of witchcraft. EX:

27

28

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.    Defendant Dicastery for the Causes of Saints    works at
2    *Insert ¶ #*                                       *(full name of Defendant)*
     Palazzo delle Congregazioni, Piazza Pio XII, 10, 00193 Roma, Italy.
3                                                       *(Defendant's place of work)*
4
5    Defendant's title or position is Prefect; Marcello Semeraro
6                                                       *(Defendant's title or position at place of work)*
     This Defendant is sued in his/her (check one or both):
7
8            ☐ individual capacity          ■ official capacity
9
     This Defendant was acting under color of law because defendant is a part of the
10   charades of witchcraft. EX: This is where they authorize, investigate,
11   and canonize  a decease poerson to become a saint. It was
12   formed on January 29, 1588
13
14
15
16   ___.    Defendant Sanctuary of the Saints Vittore and Corona    works at
17   *Insert ¶ #*                                       *(full name of Defendant)*
     Viale Ss. Mm. Vittore e Corona, 19 32032 Anzú, Feltre BL, Italy
18                                                       *(Defendant's place of work)*
19
20   Defendant's title or position is overseer
21                                                       *(Defendant's title or position at place of work)*
22
     This Defendant is sued in his/her (check one or both):
23
24           ☐ individual capacity          ■ official capacity
25   This Defendant was acting under color of law because defendant is a part of the
     charades of witchcraft. EX:
26
27
28

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

Defendant Terracina Cathedral _____ works at
*Insert ¶ #*
Piazza Municipio, 19, 04019 Terracina LT, Italy.
(full name of Defendant)
(Defendant's place of work)

Defendant's title or position is ___ overseer ___
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX: Dedicated to St. Caesarius of Terracina
_____
_____
_____

Defendant Diocese of Latina – Terracina Sezze Priverno works at
*Insert ¶ #*
Piazza Paolo VI, via Sezze 16, 04100 Latina
(full name of Defendant)
(Defendant's place of work)

Defendant's title or position is Bishop: Mariano Crociata
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. EX:
_____
_____
_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___ . Defendant _St Patrick's Pontifical University_ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_Main St, Collegeland, Maynooth, Co. Kildare, W23 NX63, Ireland_ .

*(Defendant's place of work)*

Defendant's title or position is _President: Michael Mullaney_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

&#9744; individual capacity          &#9632; official capacity

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. EX:

_____

_____

_____

___ . Defendant _Municipality of Latina_ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_Pza del popolo, 1, 04100 Latina LT, Italy_ .

*(Defendant's place of work)*

Defendant's title or position is _Mayor: Damiano Colette_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

&#9744; individual capacity          &#9632; official capacity

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. EX:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _Isaac Compton_ works at

*Insert ¶ #*                                      *(full name of Defendant)*

2

29 Beresford St, Newcastle West NSW 2302, Australia

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _EAO Entertainment (Artist)_

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of the

10

charades of witchcraft. EX:

11

12

13

14

15

16

___. Defendant _Mecca Shriners_ works at

17

*Insert ¶ #*                                      *(full name of Defendant)*

18

11 West 23rd Street, Suite 931, New York, NY 10010

19

*(Defendant's place of work)*

20

Defendant's title or position is _Potentate: Anthony P. Ruffini_

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ■ official capacity

25

This Defendant was acting under color of law because defendant is a part of the

26

charades of witchcraft. EX:

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



*The Fall of Man* *Fall Begin September 23, 2023*

Temple (Body) and Temple (Residence) (Garden)

Robbery of Front Door - Temple (Body) and Temple (Residence) (Garden)

using the Back Door - Perverting Sound, words, sex, senses, etc

Result - Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

*(Explain what happened to you in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Genesis 3:1-24 ⁹Now the serpent who was more subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? ²And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: ³But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ⁴And the serpent said unto the woman, Ye shall not surely die. ⁵For God doth know that the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. ⁶And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof,

3. and did eat, and gave also unto her husband with her; and he did eat. ⁷And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons. ⁸And they heard the voice of the LORD God walking in the garden in the cool of the day; and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden. ⁹And the LORD God called unto Adam, and said unto him, Where art thou? ¹⁰And he said, I heard thy voice in the garden, and

1  4 . I was afraid, because I was naked; and I hid myself.
2  (11) And he said, Who told thee that thou wast naked? Hast thou
3  eaten of the tree, whereof I commanded thee that thou
4  shouldest not eat? (12) And the man said, The woman whom thou
5  gavest to be with me, she gave me of the tree, and I did eat.
6  (13) And the LORD God said unto the woman, What is this that
7  thou hast done? And the woman said, The serpent beguiled
8  me, and I did eat. (14) And the LORD God said unto the serpent,

10  5 . Because thou hast done this, thou art cursed above all
11  cattle, and above every beast of the field; upon thy belly
12  shalt thou go, and dust shalt thou eat all the days of thy
13  life. (15) And I will put enmity between thee and the woman, and
14  between thy seed and her seed; it shall bruise thy head, and
15  thou shalt bruise his heel. (16) Unto the woman he said, I will
16  greatly multiply thy sorrow and thy conception; in sorrow
17  thou shalt bring forth children; and thy desire shall be

19  6 . to thy husband, and he shall rule over thee. (17) And
20  unto Adam he said, Because thou hast hearkened unto the
21  voice of thy wife, and hast eaten of the tree, of which I
22  commanded thee, saying, Thou shalt not eat of it: cursed is
23  the ground for thy sake; in sorrow shalt thou eat of it all the
24  days of thy life; (18) Thorns also and thistles shall it bring forth
25  to thee; and thou shalt eat the herb of the field: (19) In the sweat
26  of thy face shalt thou eat bread, till thou return unto the ground;
27  for out of it wast thou taken: for dust thou art, and unto dust shalt

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  7  thou returns ㉚ And Adam called his wife's name Eve, because
   Insert ¶ #
2  she was the mother of all living. ㉑ Unto Adam also and to
3  his wife did the LORD God make coats of skins, and clothed
4  them. ㉒ And the LORD God said, Behold, the man is become
5  as one of us, to know good and evil: and now, lest he
6  put forth his hand, and take also of the tree of life, and
7  eat, and live for ever: ㉓ Therefore the LORD God sent him forth
8  from the garden of Eden, to till the ground from whence he was taken.
9
10  8  ㉔ So he drove out the man; and he placed at the east of the
    Insert ¶ #
11  garden of Eden Cherubim, and a flaming sword which turned
12  every way, to keep the way of the tree of life. Genesis 4:1-26
13  (Cain and Abel) ① And Adam knew Eve his wife; and she conceived,
14  And bare Cain, and said, I have gotten a man from the LORD.
15  And she again bare his brother Abel. And Abel was a keeper of
16  sheep, but Cain was a tiller of the ground. ② And in process of
17  time it came to pass, that Cain brought of the fruit of the
18
19  9  : ground an offering unto the LORD. ③ And Abel, he also
    Insert ¶ #
20  brought of the firstlings of his flock and of the fat thereof.
21  And the LORD had respect unto Abel and to his offering: ④ But
22  unto Cain and to his offering he had not respect. And Cain
23  was very wroth, and his countenance fell. ⑥ And the LORD
24  said unto Cain, Why art thou wroth? and why is thy countenance
25  fallen? ⑦ If thou doest well, shalt thou not be accepted? and
26  if thou doest not well, sin lieth at the door. And unto thee shall
27  be his desire, and thou shalt rule over him. ⑧ And Cain talked
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  10 : with Abel his brother: and it came to pass, when they

Insert ¶ #

2  were in the field, that Cain rose up against Abel his brother,

3  and slew him. ⑨ And the LORD said unto Cain, Where is Abel

4  thy brother? And he said, I know not: Am I my brother's

5  keeper? ⑩ And he said What hast thou done? the voice of

6  thy brother's blood crieth unto me from the ground. ⑪ And

7  now art thou cursed from the earth, which hath opened her

8  mouth to receive thy brother's blood from thy hand. ⑫ When

9

10  11 : thou tillest the ground, it shall not henceforth yield unto

Insert ¶ #

11  thee her strength; a fugitive and a vagabond shalt thou be

12  in the earth. ⑬ And Cain said unto the LORD, My punishment

13  is greater than I can bear. ⑭ Behold, thou hast driven me

14  out this day from the face of the earth; and from thy

15  face shall I be hid; and I shall be a fugitive and a

16  vagabond in the earth; and it shall come to pass, that

17  every one that findeth me shall slay me. ⑮ And the

18

19  12 . LORD said unto him, Therefore whosoever slayeth Cain,

Insert ¶ #

20  vengeance shall be taken on him sevenfold. And the LORD

21  set a mark upon Cain, lest any finding him should kill him.

22  ⑯ And Cain went out from the presence of the LORD, and

23  dwelt in the land of Nod, on the east of Eden. ⑰ And

24  Cain knew his wife; and she bare Enoch and he builded

25  a city, and called the name of the city, after the

26  name of his son, Enoch. ⑱ And unto Enoch was

27  born Irad: and Irad begat Mehujael: and Mehujael

4

Page Number



1   13 . begat Methusael: and Methusael begat Lamech.
2   (19) And Lamech took unto him two wives: the name
3   of the one was Adah, and the name of the other
4   Zillah. (20) And Adah bare Jabal: he was the father
5   of such as dwell in tents, and such as have cattle
6   (21) And his brother's name was Jubal: he was the father
7   of all such as handle the harp and organ. (22) And Zillah,
8   she also bare Tubal-cain, an instructor of every
9

10   14 . artificer in brass and iron: and the sister of
11   Tubal-cain was Naamah. (23) And Lamech said unto
12   his wives, Adah and Zillah, hear my voice; ye
13   wives of Lamech, hearken unto my speech: for
14   I have slain a man to my wounding, and a young
15   man to my hurt. (24) If Cain shall be avenged seven-
16   fold, truly Lamech seventy and sevenfold. (25) And
17   Adam knew his wife again; and she bare a son,
18

19   15 . and called his name Seth: For God, said she, hath
20   appointed me another seed instead of Abel, whom Cain
21   slew. (26) And to Seth, to him also there was born a
22   son; and he called his name Enos: then began men
23   to call upon the name of the LORD.
24   *** Now I will break down Genesis 3 and 4 to show
25   you the role play that has been taken place like a movie
26   being directed, organized, and filmed by individuals
27   whose main purposes were to deceive, mislead, and
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   16 ; indoctrinate the minds of humanity while attempting
2   to steal, kill, and destroy the TRUE REMNANT OF GOD'S
3   CHOSEN ONES without leaving a trace of evidence
4   that will point out who is who, who did what, and
5   what methods were used as weapons of warfare * * *
6   Lets start with the story of Adam and Eve being the
7   Kings and Queens of Royalty in Europe. Then the
8   serpent being the spirit of perversion starting with
9
10  17. Incest in the Royal Bloodlines in order to keep the
11  kingdom locked down. According to the Wikipedia "List
12  of Coupled cousins" the "Royalty in Europe" had 215
13  Kingdoms in Europe that reigned under the Spirit
14  of Perversion because of Incest * Mind you, Perversion
15  only truly means a twisted truth * Let's start with
16  Nero Claudius Drusus born October 7 c. 14 BC in Rome,
17  Italy. He also went by the name Drusus Julius Caesar
18
19  18. and he married his paternal cousin Claudia Livia
20  in AD 4 which was the same year her first husband
21  Gaius Caesar died. To bring my statement concurrent
22  to modern times, Queen Victoria of the United Kingdom
23  of Great Britain and Ireland from June 20, 1837 until
24  her death in 1901 who was also granted the title the
25  Empress of India in 1876 married her cousin
26  Prince Albert of Saxe-Coburg and Gotha stemming
27  from the Royal German Bloodline. Now between both

1  19. Drisus Julius Caesar and Queen Victoria of Great
2  *Insert ¶ #*  Britain and Ireland there were 213 other kingdoms that
3  reigned under Perversion which sums up to a total of
4  215 kingdoms. Out of the perversion seed of incest
5  Queen Victoria's eldest son Edward VII was the first
6  Saxe-Coburg-Gotha monarch who ascended to the House of Not in/German
7  throne on Jan 22, 1901. When you look at Prince Albert incest
8  with Queen Victoria you can see the serpent of sexual perversion.
9
10  20. However, the serpent appears to reflect itself in multiple
11  *Insert ¶ #*  fashions in this situation. For instance, Prince Albert and
12  Queen Victoria are not just cousins but they are husband
13  and wife; however she has the label Queen and he has
14  the label Prince right there is two other types of perversion
15  hidden ① Husband + Wife = King + Queen not Queen + Prince
16  which equals Mother and Son ② Queen + Prince in this case
17  equals Wife + Husband which means the Queen is King =
18
19  21. Dionysus/Transgender (bred as role) + Prince is Husband
20  *Insert ¶ #*  which reveals the Serpent from Adam and Eve's Fall because
21  when they fell she became King in the serpents Kingdom.
22  So this proves that the Europeans are the twisted TRUTH (Fallen State)
23  of my original essence that's why they've caused so much
24  damage yet dark skinned/brown skinned people have payed
25  the price. This also explains the movie "The Great Gay
26  Road" and the blackmail of America & Christianity/Jews.
27  If you look at Prince Albert and Queen Victoria
28

7
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  22. as Adam and Eve then their oldest son Edward VII would
2  *Insert ¶#* represent Cain and by him being the first Saxe-Coburg-Gotha
3  monarch to ascend to the throne on Jan 22, 1901 that
4  means Saxe-Coburg-Gotha would represent the land of
5  Nod that Edward VII playing as Cain would build while
6  on the throne. Mind you that Cain was born of the serpent
7  seed in Genesis then he killed Abel and God placed
8  a mark on him so nobody would kill him (paraphrasing (GENESIS 4))
9
10  23. Edward VII had a son named George V who was King of
11  *Insert ¶#* United Kingdom, British Dominions, and Emperor of India from
12  1910-1936. George V had a son named Albert Frederick
13  Arthur George. (Prince Albert of York) then became King George VI
14  of United Kingdom, Dominions, and of the British Commonwealth,
15  who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
16  Now watch what happened under King George VI reign and
17  also what occurred afterwards. In 1939, King George VI,
18
19  24. his British Empire, and most ᵒᶠ Commonwealth countries (except
20  *Insert ¶#* Ireland) declared war on Nazi Germany (for whatever reason
21  they proclaimed pertaining to Poland) however during WWII
22  between 1941 and 1945 Nazi Germany while under Hitler's
23  rule killed around 6 million Jews using genocide (the
24  Holocaust) as it's tool of weaponry. There was also approximately
25  5 million prisoners of war murdered as well. However, my
26  key point is that the Jews were tortured in a war that
27  wasn't even about them. This is similar to how Cain

8
*Page Number*

*Civil Rights Complaint Pursuant to U.S.C. § 1983*

25. Killed Abel without cause. Now, let me rewind back
*Insert ¶#*
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Über eine neue organische Base in de Cocablättern meaning On a

26. New Organic Base in the Coca Leaves. His paper talks about
*Insert ¶#*
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greek word "Kristallos" meaning both
ice" and "rock crystal". ✳ Right, here shows that in this perverted
role play of Adam and Eve. Being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Niemann out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27. Sell in the streets which is a form of genocide against themselves &
*Insert ¶#*
their own kind which is streets so just like the Hebrew
said "Face Street, Face Down". Then coke was given to prisons
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have, *knowingly or* unknowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9
*Page Number*

28. of Nazareth by drugs as others profited off of the proceeds of the broken and downtrodden. This is another way they attempted to discredit the Authenticity of Jesus's life while robbing his church in order to build more Cains to kill Abel. I explained drugs as a backdoor tactic because under the Queens reign; Queen Victoria's oldest son represents Cain in the world especially after being the first to ascend to

29. to the throne as Edward VII the King of Saxe-Coburg and Gotha (House of Wettin) from the Royal German Bloodline. ✱✱ Moving back forward to her great great grandson Albert Frederick Arthur George (originally Prince Albert of York) who became King George VI of the United Kingdom, Dominions, and British Commonwealth and his wife Queen Elizabeth The Queen Mother. Albert a.k.a King George VI symbolizes Cain under the name Albert

30. because he was named after his great-great Grandfather Prince Albert (Queen Victoria's Husband) however this is according to kingdom (front door). But when you look at him under the role play of Adam; then even though he waged war on Nazi Germany; Germany would be his son Cain because the Nazis killed the Jews (Able). Now, after Adolf Hitler completed the Holocaust against the Jews he turned around and committed suicide (just like Judas hung himself after he betrayed Jesus and sold him to the Romans to be crucified).

10

31  . Now, another thing I would like to point out is
*insert ¶ #*
that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc.)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32  . He tried to get into the Academy of Fine Arts again yet they
*insert ¶ #*
rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33  . So his time in Vienna shaped Hitlers worldview. Hitler ended
*insert ¶ #*
up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

11
*Page Number*

34. followers that helped drive his fateful rise to power in Germany. Hitler railed against modern art, calling it the "degenerate" product of Jews and Bolsheviks and a threat to the German national identity. In 1937, the Nazis rounded up some 16,000 works of this type from German museums and put hundreds of them on display in Munich. The exhibition intended to heap scorn on the artist ended up being attended by 2 million people. Looking at Hitlers military time let's talk about

35. drugs. The use of Methamphetamine, better known as crystal meth, was a pill form of the drug called Pervitin and it was distributed by the millions to the Nazi troops before their successful invasion of France in 1940. Developed by the Temmler pharmaceutical company, based in Berlin, Pervitin was introduced in 1938 and marketed as a magic pill for alertness and an anti-depressant. A military doctor experimented on 90 college students and decided based on the results the drug would help Germany win

36. the war. Other allied soldiers used amphetamines (speed) in the form of Benzedrine in order to battle combat and fatigue. Others used anesthetics, like Goring whose nickname was actually Meaning from morphine. Meth was Pervitin until a Japanese chemist, Nagai Nagayoshi first synthesized Meth in 1893. In 1919 a younger protégé of Nagai named Akira Ogata discovered another method of synthesizing the crystalline form creating a new stimulant called crystal meth. ** Drugs have been used as weapons

12

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

37. of warfare, blackmail, human trafficking, etc in
*Insert ¶ #*
the USA however Americans have paid the price for
systematic corruption and sorcery strategically organized
in Europe. ✱✱✱ The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II being Queen. Also, Prince Philip and Queen

38. Elizabeth were third cousins so they're marriage is
*Insert ¶ #*
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
king of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39. and sacred Flame, which was more likely the most
*Insert ¶ #*
prayed to of all gods. ✱Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

13

Page Number

1  40. Their religion is known to be protestant for the
2  *Insert ¶ #* United Kingdom and Commonwealth. However protestant
3  is just a breakoff of Roman Catholics because the Roman
4  Catholic church split into 3 categories under christianity
5  which was Catholic, Eastern Orthodox, and Protestant.
6  But they do not represent the same belief patterns as
7  us because they're still governed by the Pope and their
8  sorceries which is why they came up with systems in
9
10  41. attempt to block Jesus Christ of Nazareth from rising
11  *Insert ¶ #* and establishing His Kingdom. Well, under Queen Elizabeth II
12  reign, another form of genocide occurred. This plague or
13  genocide is called Covid19. This plague killed many
14  people, isolated many people, and weakened humanity
15  within the realm of spirituality when it came to fellowship
16  in the temple which then turned into social religion (a
17  gathering of multiple religions onto one platform in the
18
19  42. digital realm; what this did was attempt to kill off
20  *Insert ¶ #* The Body of Christ by placing the True Believers of God in
21  a fallen state because the digital realm is created by
22  man and stems from space symbolizing the 2nd heaven
23  where the prince of darkness is when the Throne of
24  Jehovah Mekadesh (God our Holiness) is the third
25  Heaven"). What this also did was attempt to mark the
26  Chosen Ones with the Mark of the Beast so that
27  Roman Catholic could pretend to be the woman
28

43. From Revelation 12 and The Chosen ones would
*Insert ¶ 11* look like the Red Dragon in Revelation 12. ****
Moving forward to the ROMAN CATHOLIC church
I will give a breakdown of this church from the fallen
story of Adam + Eve. The sorcery and perverted truth
behind Roman Catholics. Catholic is Adam and Eastern
Orthodox (still catholic) is Eve - then The Roman Catholic
Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/True
*Insert ¶ 11* (True Protestants)). Roman Catholics according to Roman
in the Trinity format will sum up to Roman Empires
as Satan acting as The Father, The AntiChrist as
the Son, and the false prophets as the Spirit. The
Roman Empires are: Babylon as Satan, Medo-Persia
as the Son, and Greece as the Spirit. Babylon
is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western
*Insert ¶ 11* Iran, known for it's political and cultural base of the medes)
Symbolizing The AntiChrist, Greece is a country in Southeast
Europe. Symbolizing the false prophets (pagan Gods of Hellenism).
Roman Catholics using IRAQ/IRAN = Southwestern
Asia & Greece which is Southeast Europe is the backdoor
to attempt to keep me out the kingdom by demonizing
everybody using deceptive strategies to deceive the
people and indirectly marking them with the beast.

115

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

* December 25 = Christmas = Christ Massacre, not
Christ birthday.

46. ③ Lets now explain Adam & Eve according to
Rome & Germany whiched birthed out The Holy
Roman Empire. On December 25 800, Pope Leo III
crowned Frankish King Charlemagne as Roman Emperor
reviving the title in Western Europe after the fall of the
ancient Western Roman Empire in 476 it fell in 924 then
was revived again in 962 until the 12th century as the most
powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which
earned him one of the Holy Roman Seats in Italy
after he conquered Milan from their rival Della
Torre family in 1277. The Visconti of Milan are a
noble Italian family. Their motto is; "I will not violate
the customs of the Serpent." The Visconti was called
LORD of Milan (from 1277-1395) and the Duke of Milan
(from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes.
Vice "Deputy" + Comes "Count". * This is the backdoor
way of how they marked my partner due to his gang
in Chicago named "Vicelords" which is a blood gang.
Then I can break down Vice Comes into Victorious
Ice (crystal Meth) LORD and Comes into NUt(Seal) count representing
the 12 tribes of Israel. Ironically, the headquarters
of the Nation of Islam (false 12 tribes) is located
in Chicago, Illinois as well. So this explains how
& for America



49. they have marked my lover as the red dragon and as the Crystal Meth drug Lord when he doesn't even sell drugs but now I see why every time I was with him intimately then I wanted to smoke after I left. Now, we all know that Meth was in pill form first called Pervitin during Hitlers reign in Germany Nazi military, then a German chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So this explains a lot about Europe's Kingdom and their demonic Church (to be continued). Moving forward, In 1356 the golden bull was created without the pope (Pope Innocent VI) involvement but he did not oppose it either because he need the King to aid him with his enemy Visconti. By not opposing it made this pope just as guilty as the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert the Magnanimous KG was elected King of the Romans as Albert II. He also was king of the Holy Roman Empire. and a member of the House of Habsburg (House of Austria). KG stands for The Most Noble Order of the Garter. It's an order of chivalry (order of knights typically founded during the original Catholic military orders of Crusades (c. 1099-1291)) and paired with medieval concepts of ideals of chivalry (code of conduct in Europe from 1170-1220). The Most Noble Order

17



52. Order of the Garter was founded by Edward III
Insert ¶ of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
who was queen consort of Germany and Bohemia.
The Bohemian language of the 14th century was the language Czech
of the Diet (Diet Assembly) is the general assembly of the

53. Imperial Estates of the Holy Roman Empire. Diet is
Insert ¶ also a designation for modernday legislative bodies of
certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag the FEDERAL
Diet. ✱ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who crostalized amphetamine and
created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs
Insert ¶ old and Albert who taught me how to smoke meth until @ 14 yrs old
I ended up pregnant with his daughter ✱ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

18
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   55. the Judenplatz at Vienna. It was after the death
2   of Duke Albert IV in 1404 that their situation worsened
3   sharply, culminating in the blaze of the Vienna synagogue
4   on Nov 5, 1406, followed by riots and lootings. When
5   Albert V came of age in 1411 and interfered in the Hussite
6   Wars, he repeatedly establicheed new taxes imposed on the
7   Jewish community to finance his campaignes. On the
8   other hand, after the Hussites had devastated the duchy,

10  56. the Austrian Jews were accused of collaboration and
11  arms trade in favor of the enemies. The accusations
12  of a host desecration at Enns in 1420 gave Albert pretext
13  for the destruction of the Jewish community. According
14  to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
15  the duke order on May 23, 1420 the imprisonment and
16  forcible conversion of the Jews. Those who had not converted
17  or escaped was sent off in boats down the Danube River

19  57. (just like they did Blacks) while wealthy Jews remained under
20  arrest, several of them tortured and stripped of their property.
21  March 12, 1421 Albert sentenced the remaining Jews to death.
22  Ninety-two men and 120 women were burned at the stake
23  South of the Vienna city walls. The Jews were placed under
24  an eternal ban and their synagogue was demolished.
25  XXX As you can see the Jews have constantly been
26  robbed, imprisoned, persecuted, abused, accused, etc when
27  they've done no wrong only so the world empires could

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   58 .Seized their prosperity. Which is a form of the devil
2   *Insert ¶ #* blackmailing God's people just to claim what isn't his
3   and so he could put his image and inscription on it
4   while pretending to be God or by using people to act
5   like they are the chosen ones so that he could steal
6   the worship and inheritance that God promised to his
7   people. This is also how he deceived the world and
8   caused everybody to believe in his lies. So what we are
9

10   59 .Seeing again today is the enemies using the same
11   *Insert ¶ #* strategies to kill, steal, and destroy. However, they
12   attempt to cover up their evil with false accusations,
13   set ups, influential peddling, obstruction of justice,
14   deceptive policies, laws, international agreements,
15   contracts, systems, etc. Which is why the whole world
16   is in disillusionment behind treason, tyranny, and
17   deep systematic corruption. The serpent and his seeds
18

19   60 (kids) are trying to avoid exposure by keeping the
20   *Insert ¶ #* spotlight on fake news and by torturing the innocent.
21   This is the same behavior, issues, and circumstances that
22   we are seeing today behind thieves/liars in high positions
23   that don't have the people who they are supposed to lead
24   good will at heart. Their agenda is selfish, they are
25   narcissist, and people want to see a real change
26   in life than All SELFISH AGENDAS must be destroyed because
27   WE ARE THE PEOPLE and UNITY is better than division.
28

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE

#JESUS CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER LESS PRAYER LESS POWER

61. It was said that the Jewish were prosperous in the town
Insert ¶ # of Krems which is in Austria. There's a wine region called
Kremstal that lies on the south-eastern arc of the
Waldviertel and the Dunkelsteiner Wald ridge, built up
from hard crystalline rock, and opens out into the Alpine
foothills towards the east, where unconsolidated rock prevails.
The Kremstal vineyards are divided into three distinct areas:
Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the
Insert ¶ # imposing Göttweig Abbey. *** Jews symbolize Gods chosen
people, wine symbolizes Gods blessing for his people, and three
symbolizes Father, Son, and Holy Ghost. Deuteronomy
7:16 For thou art a holy people unto the LORD thy
God: the LORD thy God hath chosen thee to be a special
people unto himself, above all people that are upon
the face of the earth. Deuteronomy 7:12-13 ⑫ Wherefore

63. it shall come to pass, if ye hearken to the judgements, and
Insert ¶ # keep, and do them, that the LORD thy God shall keep unto
thee the covenant and the mercy which he sware unto thy
fathers: ⑬ And he will love thee, and bless thee, and multiply
thee: he will also bless the fruit of thy land, thy corn,
and thy wine, and thy oil, the increase of thy kine
and the flocks of thy sheep, in the land which he
sware unto thy fathers to give thee. Matthew 28:19
Go ye therefore, and teach all nations, baptizing them

21
Page Number

1 | 64. in the name of the Father, and of the Son, and
2 | of the Holy Ghost. I John 5:7 - For there are three
3 | that bear record in heaven, the Father, the Word,
4 | and the Holy Ghost: and these three are one.
5 | * As you see in Matthew 28:19 and I John 5:7
6 | Jesus is the fulfilment of the Word of His Father
7 | which makes Jesus spirit the Holy Ghost which
8 | is the spirit of Prophecy (past, present, and future).
9 |
10 | 65. *** Returning to Rome & Germany, I'd like to bring
11 | up the Italian Social Republic also known as the Republic
12 | of Salo. It was considered a Nazi-German puppet state
13 | with little diplomatic recognition until World War I, which
14 | existed from the beginning of the German occupation of
15 | Italy in September 1943 until the surrender of German
16 | troops in Italy in May 1945. The German occupation
17 | triggered widespread national resistance against it and
18 |
19 | 66. the Italian Republic leading to the Italian Civil War.
20 | Most of the 8,000 Italian Jews who died in the Holocaust
21 | were killed during the 20 months of the Salo (Italian
22 | Social Republic) regime. * It seems as if Italy (whether Rome
23 | or Vatican), Britain Kingdom, and Germany (whether Holy Roman
24 | Empire of Germany or Nazi) always seem to be socializing or
25 | pretending" to be at war when Jews get killed and their stuff
26 | gets seized. The common denominator is Roman Catholic
27 | and Britain who stands by and watch however he is the

67 . King over the kingdoms. This is organized crime in
the most subtle and cunning ways possible just like the
serpent and Eve who then gave it to Adam and he ate
which caused them to fall. Moving forward to finalize my
stance I will add one more component about Germany. On November
1, 1895, Max Skladanowsky and his brother Emil demonstrated
their self invented film project, the Bioscop, at the Wintergarten
music hall in Berlin. On December 28, 1895 the first paying

Insert ¶ ●

68. public display of the Lumiere brothers' Cinematographe
was in Paris. In 1910, the first German "artistic" films began
to be produced, an example is the film Edgar Allan Poe adaptation
The Student of Prague (1913) which was co-directed by Paul Wegener
and Stellan Rye. In 1917 a process of concentration and partial
nationalization of the German film industry began with the
founding of Universum Film AG (UFA) which was partly
a reaction to the very effective use that the Allied Powers had

Insert ¶ ●

69. found for the new medium for purpose of propaganda. An
early step towards the foundation of UFA was taken January 13, 1917
with the creation of the Bild und Filmamt (BUFA) by Germany's
Supreme Army Command. Formed as a reaction to the perceived
advantage of Germany's enemies in the realm of film propaganda,
BUFA's task was to use film for psychological warfare. In 1924-
1926 UFA had two large scale productions, Nibelungen and
Metropolis. Metropolis was the first film thus distinguished on
UNESCO's Memory of the World Register and Woman in the Moon.

70 . to this day. From 1933-1937 UFA experienced a new
*Insert ¶ II* commercial boom in the Nazi era(Nazification); not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71 . Belgium, and other countries, one-third of the company's
*Insert ¶ II* sales came from abroad. UFA's economic boom made it
possible to further expand the so-called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the film
chamber of the Reich, which adopted regulations officially

72 . excluding Jewish filmakers from all German studios.
*Insert ¶ II* * Even in the film industry the wicked tried to get rid
of the Jews without probable cause, however if they were
so dedicated to separating themselves from Gods people
then the people have to give back everything they stole
from God's people so the separation can TRULY happen. (End)
***Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin



73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that
insert ¶ # birthed out the 95 Theses which is the Disputation on the
Power of Indulgences (Cain) that cause The Protestant
Reformation (Abel) which they have been indirectly
working together to destroy God's people while stealing
from the people (Cain's excuse to kill Abel). But not only
that, they have intentionally worked to stop the
rise of JESUS kingdom from coming forth while

74. acting like they were for us when they both were
insert ¶ # plotting on destroying us by sorcery, systems of debt, perversion
war, media, etc. Prime example of their deception
using words is the word NUN! The definition of NUN is:
① A female who lives in a monastery or convent who chose
to devote her life to prayer, service, & charitable work.
② A nun is also a male Monk ③ many religions including
Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use
insert ¶ # social media, or smartphones. ② They can't own property
or engage in sexual relationships. ③ Nuns are expected to
renounce their inheritance and property rights. ④ Nuns
have their own room which is called a "CELL" ✱ NOW HERE'S
④ the deception of definitions 1, 2, & 3 behind the word nun:
In the form of Adam & Eve's story being perverted is a female
nun (Eve) + a male monk (Adam) = Dionysus because he
was born a male and changed into a female (transgender).
✱ Monk = Zues + female nun = Semele ✱                    (Cain)
(Parents of Dionysus in        Page Number    25
the Greek religion   Civil Rights Complaint Pursuant to U.S.C. § 1983
Father + Mother = God
     The way some catholics pray saying
     father or mother God...

76. (EVE)   (plc)   (ADAM)
A female nun = Roman Catholic + A male monk (nun) =
Insert ¶ # Holy Roman Empire of Germany equals (=) Buddhism (China, (CASIN)
Russia, Nepal, India, North/South Korea, Japan, Laos,
Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,
Singapore, etc.! ✱ This is how they tried to play
us using words, religion, money, power, etc. This
is organized theft because the church is supposed
to be representing Jesus not all these other people

77. Gods that the Roman Catholic Church and
Insert ¶ # Britain Empire is not making anybody aware
of... Buddhist is a representation of the god of wealth
that's another reason why gambling has been being
promoted worldwide with online casinos, sports bets,
lotto, etc. The name "bet" is derived from the West Semitic
word for "house" which means the casinos represent
the house of buddha and that means everytime we

78. gamble then we are worshipping Buddha without
Insert ¶ # any knowledge of it. So as you can see, people have been
living in the world under the deception of the enemy.
He has used Religion as his driving force because it was
by him twisting Gods word that caused Eve and
Adam to fall. Basically, that's what we see happening
in today's situation because the religions that are
in on this scandal are all twisted words from
the original and the twist was done in attempt

26

1. 79 . to steal, kill, and destroy. John 10:1-16 ¹Verily,
2. *Insert ¶ #* verily, I say unto you, He that entereth not by the
3. door into the sheepfold, but climbeth up some
4. other way, the same is a thief and a robber.
5. ²but he that entereth in by the door is the shepherd of
6. the sheep. ³To him the porter openeth; and the sheep
7. hear his voice: and he calleth his own sheep by
8. name, and leadeth them out. ⁴And when he putteth
9.
10. 80 . forth his own sheep, he goeth before them, and
11. *Insert ¶ #* the sheep follow him: for they know his voice.
12. ⁵And a stranger will they not follow, but will flee
13. from him: for they know not the voice of strangers.
14. ⁶This parable spake Jesus unto them: but they
15. understood not what things they were, which he
16. spake unto them. ⁷Then said Jesus unto them again,
17. Verily, verily, I say unto you, I am the door of the
18.
19. 81 . sheep. ⁸All that ever came before me are thieves
20. *Insert ¶ #* and robbers: but the sheep did not hear them. ⁹I
21. am the door: by me if any man enter in, he shall be
22. saved, and shall go in and out, and find pasture.
23. ¹⁰The thief cometh not, but for to steal, and to kill,
24. and to destroy: I am come that they might have life,
25. and that they might have it more abundantly. ¹¹I am
26. the good shepherd. The good shepherd giveth his life for
27. the sheep. ¹²But he that is a hireling, and not the

Civil Rights Complaint Pursuant to U.S.C. § 1983



82 . shepherd, whose own the sheep are not, seeth
the wolf coming, and leaveth the sheep, and
fleeth: and the wolf catcheth them, and
scatterth the sheep. (13) The hireling fleeth, because
he is a hireling, and careth not for the sheep.
(14) I am the good shepherd, and know my sheep, and
am known of mine. (15) As the Father knoweth me,
even so know I the Father; and I lay down my

83 . life for the sheep. (16) And other sheep I have,
which are not of this fold: them also I must bring,
and they shall hear my voice; and there shall be
one fold, and one shepherd. (1) Catholicism (Eve) +
Roman Empire (old Babylon) (Greece being Adam) + Buddhism (Cain)
attempting to kill Christianity (Abel) how is this
proveable because they had to use witchcraft
in the form of music, media, drugs, clothes, religion,

84 . etc to war with the King of Kings and Lord of Lords.
Then they used Greece/Greek gods to ensnare Seth
which was Eves third son so that Enos couldn't
be produced so they thought. But on top of that
because of their perverse thinking, Enos who brought
back the praise of the Lord, has been worded in the
form of anus which symbolize the backdoor
entrance to the temple (body) and it was through
Seth descendants that Noah came. then through

78
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  85. one of Noah's sons' which he had 3 named
2  Shem, Ham, and Japheth. However, it was
3  through Shem that Gods Son Jesus Christ of
4  Nazareth was brought into this world * Now
5  here's a breakdown explaination of the few things
6  about Nuns: ① Nuns can't marry, use social media, or
7  smartphones however the Britain Kingdom and their
8  serpent seeds created the internet so that America
9
10  86. could be distracted by the Harlots system as
11  they attempted to paint us as Babylon and as they
12  attempted to stop the marriage of the Lamb and
13  His Bride (the REAL CHURCH). ② They can't own property
14  or engage in sexual relationships however their system
15  has Americans worshipping fornication so that
16  they could lock us down and conquer our inheritance,
17  property, and families. ③ Nuns are expected to renounce
18
19  87. their inheritance and property rights however
20  in America they used the system to obtain those rights
21  from us. just like Jacob had Esau hand over his
22  birth right because Esau was hungry. If Jacob
23  really cared for his brother then he would have
24  fed Esau without asking for anything in return.
25  This is what China was used to do to America.
26  Also, remember Rebecca had Jacob trick Issac
27  into putting Esau's blessing on Jacob. Well, that's

29
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

88 . what they had China use. communism to help
*Insert ¶ #* pervert America so that the. Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while.
attempting to act like they didn't have anything
to do with the whole situation. However, truth
he told the Church belongs in Jerusalem but
the chosen ones are here in America. buried under

89 . all this mess. There wouldn't be two marriage
*Insert ¶ #* couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
*Insert ¶ #* Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - ㉒ And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

Civil Rights Complaint Pursuant to U.S.C. § 1983

91. in thee; and the sound of a millstone shall be
heard no more at all in thee. ㉓And the light
of a candle shall shine no more at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more at all in thee:
for thy merchants were the great men of the
earth; for by thy sorceries were all nations
deceived. ㉔And in her was found the blood

92. of prophets, and of saints, and of all
that were slain upon the earth. Revelation 19:6-10
①And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Alleluia: for the LORD God omnipotent reigneth.
②Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93. his wife hath made herself ready ③And to
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. ④And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. ⑤And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

94. fellow servant, and of thy brethren that have the
*Insert ¶ #*
testimony of Jesus: worship God: for the testimony
of Jesus is the spirit of prophecy. ***See, God
is more advanced than humanity because He knew
in advance that there were going to be people fighting
against His return, He knew people were going to
pretend to be Him and/or pretend to be His Bride
Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy
*Insert ¶ #*
attempting to deceive the Elect (chosen ones of God).
However, due to there not being anything knew under
the sun, all the enemy did was confirm how real
the Word of God is and how badly we need our
savior Jesus Christ of Nazareth. The story about
Babylon speaks about Mystery Babylon and
the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the
*Insert ¶ #*
people and the beast that carries her which goes
back to the Roman Empire. Her sorceries is so
great that it causes all the kings and their
armies to make war with the Lamb but not
only that, the enemy knows that his time
is short however he still tries his best to stop
the Son of God from returning and even then the
enemy already knows he lost the battle a long time ago
So the enemy is basically just putting on a show.



" WICKEDNESS OF MANKIND "

1  97. Genesis 6:1-22  Wickedness of Mankind
2  *Insert 9 b*  ①And it came to pass, when men began to multiply
3  on the face of the earth, and daughters were
4  born unto them, ②That the sons of God saw the
5  daughters of men-that they were fair, and they
6  took them wives of all which they chose. ③And the
7  LORD said, My spirit shall not always strive with
8  man, for that he also is flesh; yet his days shall
9
10  98. be a hundred and twenty years. ④There were
11  *Insert 9 b*  giants in the earth in those days, and also after
12  that, when the sons of God came in unto the daughters
13  of men, and they bare children to them, the same became
14  mighty men which were of old, men of renown.
15  ⑤And God saw that the wickedness of man was
16  great in the earth, and that every imagination
17  of the thoughts of his heart was only evil
18
19  99. continually. ⑥And it repented the LORD that he
20  *Insert 9 b*  had made man on the earth, and it grieved him
21  at his heart. ⑦And the LORD said, I will destroy
22  man whom I have created from the face of the
23  earth; both man, and beast, and the creeping
24  thing, and the fowls of the air; for it repenteth
25  me that I have made them. ⑧But Noah found
26  grace in the eyes of the LORD. ⑨These are
27  the generations of Noah: Noah was a just man
28

33
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  100 and perfect in his generations, and Noah
2  walked with God. ⑨ And Noah begat three
3  sons, Shem, Ham, and Japheth. ⑪ The earth
4  also was corrupt before God, and the earth
5  was filled with violence. ⑫ And God looked upon
6  the earth, and, behold, it was corrupt; for all
7  flesh had corrupted his way upon the earth.
8  ⑬ And God said unto Noah, The end of all flesh
9
10  101 is come before me; for the earth is filled with
11  violence through them; and, behold, I will destroy
12  them with the earth. ⑭ Make thee an ark of
13  gopher wood; rooms shalt thou make in the
14  ark, and shalt pitch it within and without
15  with pitch. ⑮ And this is the fashion which
16  thou shalt make it of: The length of the ark
17  shall be three hundred cubits, and the height
18
19  102 of it thirty cubits. ⑯ A window shalt thou
20  make to the ark, and in a cubit shalt thou finish
21  it above; and the door of the ark shalt thou
22  set in the side thereof; with lower, second, and
23  third stories shalt thou make it. ⑰ And, behold,
24  I, even I, do bring a flood of waters upon the
25  earth, to destroy all flesh, wherein is the breath
26  of life, from under heaven; and every thing that
27  is in the earth shall die. ⑱ But with thee will

34

Civil Rights Complaint Pursuant to U.S.C. § 1983



" NOAH ENTERS THE ARK (GENESIS 7) "

1  18 . I establish my covenant; and thou shalt come into the
2  *Insert ¶ #* ark, thou, and thy sons, and thy wife, and thy sons
3  wives with thee. (19) And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. (20) Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,
9
10  124 to keep them alive. (21) And take thou unto thee of
11  *Insert ¶ #* all food that is eaten, and thou shalt gather it to
12  thee; and it shall be for food for thee, and for them.
13  (22) Thus did Noah; according to all that God commanded
14  him, so did he. Genesis 7:1-24 And the LORD said unto
15  Noah, Come thou and all thy house into the ark; for thee
16  have I seen righteous before me in this generation.
17  (2) Of every clean beast thou shalt take to thee by
18
19  108 sevens, the male and his female: and of beasts
20  *Insert ¶ #* that are not clean by two, the male and his female.
21  (3) Of fowls also of the air by sevens, the male and female,
22  to keep seed alive upon the face of all the earth. (4) For
23  yet seven days, and I will cause it to rain upon the earth,
24  forty days and forty nights; and every living substance that
25  I have made will I destroy from off the face of the earth.
26  (5) And Noah did according unto all that the LORD commanded
27  him. (6) And Noah was six hundred years old when the flood
28

35
*Page Number*

1   ide of waters was upon the earth. ⑦ And Noah went in, and his
2   sons, and his wife, and his sons wives with him, into the ark,
3   because of the waters of the flood. ⑧ Of clean beasts, and of beasts
4   that are not clean, and of fowls, and of every thing that creepeth
5   upon the earth. ⑨ There went in two and two unto Noah into the
6   ark, the male and the female, as God had commanded Noah.
7   ⑩ And it came to pass after seven days, that the waters of the
8   flood were upon the earth. ⑪ In the six hundredth year of Noah's
9

10   L07. life, in the second month, the seventeenth day of the month, the
11   same day were all the fountains of the great deep broken up, and
12   the windows of heaven were opened. ⑫ And the rain was upon the
13   earth forty days and forty nights. ⑬ In the selfsame day entered
14   Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15   Noah's wife, and the three wives of his sons with them, into
16   the ark: ⑭ They and every beast after his kind, and all the
17   cattle after their kind, and every creeping thing that creepeth
18

19   L08. upon the earth after his kind, and every fowl after his kind,
20
21   every bird of every sort. ⑮ And they went in unto Noah into the
22   ark, two and two of all flesh, wherein is the breath of life. ⑯ And
23   they that went in, went in male and female of all flesh, as God
24   had commanded him: and the LORD shut him in. ⑰ And the flood
25   was forty days upon the earth; and the waters increased, and bare
26   up the ark, and it was lift up above the earth. ⑱ And the waters
27   prevailed, and were increased greatly upon the earth; and the
28   ark went upon the face of the waters. ⑲ And the waters prevailed

Civil Rights Complaint Pursuant to U.S.C. § 1983

# "THE WATERS RECEDE GENESIS 8"

1 109 . exceedingly upon the earth; and all the high hills, that
*Insert ¶ #*
2 were under the whole heaven, were covered. 20 Fifteen cubits
3 upward did the waters prevail; and the mountains were
4 covered. 21 All flesh died that moved upon the earth, both
5 of fowl, and of cattle, and of beast, and of every creeping
6 thing that creepeth upon the earth, and every man. 22 All
7 in whose nostrils was the breath of life, of all that was
8 in the dry land, died. 23 And every living substance was

10 110. destroyed which was upon the face of the ground, both
*Insert ¶ #*
11 man, and cattle, and the creeping things, and the fowl of
12 the heaven; and they were destroyed from the earth;
13 and Noah only remained alive, and they that were with
14 him in the ark. 24 And the waters prevailed upon the
15 earth a hundred and fifty days. Genesis 8:1-29 ⁱ And
16 God remembered NOAH, and every living thing, and all the cattle
17 that was with him in the ark: and God made a wind to pass

19 111. over the earth, and the waters assuaged. 2 The fountains
*Insert ¶ #*
20
21 also of the deep and the windows of heaven were stopped, and
22 the rain from heaven was restrained. 3 And the waters returned
23 from off the earth continually: and after the end of the hundred
24 and fifty days the waters were abated. 4 And the ark rested
25 in the seventh month, on the seventeenth day of the month,
26 upon the mountains of Ararat. 5 And the waters decreased
27 continually until the tenth month: in the tenth month, on
28 the first day of the month, were the tops of the mountains

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  112 .seen. ⑥ And it came to pass at the end of forty days,
2  *Insert* that Noah opened the window of the ark which he had made:
3  ⑦ And he sent forth a raven, which went forth to and fro,
4  until the waters were dried up from off the earth ⑧ Also
5  he sent forth a dove from him, to see if the waters
6  were abated from off the face of the ground: ⑨ But
7  the dove found no rest for the sole of her foot, and
8  she returned unto him into the ark, for the waters

9

10 113 were on the face of the whole earth: then he
11 *Insert* put forth his hand, and took her, and pulled her
12 in unto him into the ark. ⑩ And he stayed yet other
13 seven days; and again he sent forth the dove out
14 of the ark. ⑪ And the dove came in to him in the
15 evening; and, lo, in her mouth was an olive leaf plucked
16 off: so Noah knew that the waters were abated from
17 off the earth. ⑫ And he stayed yet other seven days;
18

19 114 and sent forth the dove; which returned not again
20 *Insert* unto him any more. ⑬ And it came to pass in the
21 six hundredth and first year, in the first month,
22 the first day of the month, the waters were dried
23 up from off the earth: and Noah removed the covering
24 of the ark, and looked, and, behold, the face of
25 the ground was dry. ⑭ And in the second, on the
26 seven and twentieth day of the month, was the
27 earth dried. ⑮ And God spake unto Noah, saying,
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

|| Genesis 9 | God's Covenant w/ Noah verses 8-19 //
NOAH'S DRUNKENNESS verses 20-24
Curse of Canaan verses 25-29

1 | 115 (16) Go forth of the ark, thou, and thy wife, and
Insert ¶ #
2 | thy sons, and thy sons' wives with thee. (17) Bring forth
3 | with thee every living thing that is with thee, of all
4 | flesh, both of fowl, and of cattle, and of every creeping
5 | thing that creepeth upon the earth; that they may
6 | breed abundantly in the earth, and be fruitful, and
7 | multiply upon the earth. (18) And Noah went forth, and
8 | his sons, and his wife, and his sons' wives with him:
9 |
10 | 116 (19) Every beast, every creeping thing, and every fowl, and
Insert ¶ #
11 | whatsoever creepeth upon the earth, after their kinds,
12 | went forth out of the ark. (20) And Noah builded an
13 | altar unto the LORD; and took of every clean beast,
14 | and of every clean fowl, and offered burnt offerings
15 | on the altar. (21) And the LORD smelled a sweet savor, and
16 | the LORD said in his heart, I will not again curse the ground
17 | any more for man's sake; for the imagination of man's
18 |
19 |
20 | 117 heart is evil from his youth; neither will I again
Insert ¶ #
21 | smite any more every thing living, as I have done. (22) While
22 | the earth remaineth, seedtime, and harvest, and cold
23 | and heat, and summer and winter, and day and night
24 | shall not cease. Genesis 9:1-29 (1) And God blessed Noah,
25 | and his sons, and said unto them, Be fruitful and multiply,
26 | and replenish the earth. (2) And the fear of you and the
27 | dread of you shall be upon every beast of the earth, and
28 | upon every fowl of the air; upon all that moveth upon

39

Page Number

1  18. the earth, and upon all the fishes of the sea; into
*Insert ¶ #*
2  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ④ But flesh with the
5  life thereof, which is the blood thereof, shall ye not eat.
6  ⑤ And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man, at the hand of every man's brother will
9
10  19. I require the life of man. ⑥ Whoso sheddeth man's
*Insert ¶ #*
11  blood, by man shall his blood be shed: for in the image
12  of God made he man. ⑦ And you, be ye fruitful, and
13  multiply; bring forth abundantly in the earth, and
14  multiply therein. ⑧ And God spake unto Noah, and to
15  his sons with him, saying, ⑨ And I, behold, I establish
16  my covenant with you, and with your seed after you;
17  ⑩ And with every living creature that is with you, of the
18
19  20. fowl, of the cattle, and of every beast of the earth
*Insert ¶ #*
20
21  with you; from all that go out of the ark, to every beast
22  of the earth. ⑪ And I will establish my covenant with you;
23  neither shall all flesh be cut off any more by the waters
24  of a flood; neither shall there any more be a flood
25  to destroy the earth. ⑫ And God said, This is the token
26  of the covenant which I make between me and you
27  and every living creature that is with you, for perpetual
28  generations: ⑬ I do set my bow in the cloud, and it
        (add L to bow and you get bowl with a cloud is the Crystal
   40    meth pipe aka pookey)
        Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  14 . shall be seen in the cloud: ⑮ And I will remember
Insert ¶ #
2  my covenant, which is between me and you and every
3  living creature of all flesh; and the waters shall no
4  more become a flood to destroy all flesh ⑯ And
5  the bow shall be in the cloud; and I will look
6  upon it, that I may remember the everlasting
7  covenant between God and every living creature
8  of all flesh that is upon the earth. ⑰ And God said

10  122 . unto Noah, This is the token of the covenant, which
Insert ¶ #
11  I have established between me and all flesh that is
12  upon the earth. ⑱ And the sons of Noah, that went
13  forth of the ark, were Shem, and Ham, and Japheth:
14  and Ham is the father of Canaan. ⑲ These are the three
15  sons of Noah, and of them was the whole earth overspread.
16  ⑳ And Noah began to be an husbandman and he planted
17  a vineyard. ㉑ And he drank of the wine, and was drunken;

19  123 . and he was uncovered within his tent. ㉒ And Ham,
Insert ¶ #
20  the father of Canaan, saw the nakedness of his father,
21  and told his two brethren without. ㉓ And Shem
22  and Japheth took a garment, and laid it upon both
23  their shoulders, and went backward, and covered the
24  nakedness of their father's nakedness. ㉔ And Noah
25  awoke from his wine, and knew what his younger son
26  had done unto him. ㉕ And he said, Cursed be Canaan;
27  a servant of servants shall he be unto his brethren.
28

#Angrove

Civil Rights Complaint Pursuant to U.S.C. § 1983



1 24. And he said, Blessed be the LORD God of Shem;
2 Insert ¶# and Canaan shall be this servant. God shall
3 enlarge Japheth, and he shall dwell in the tents
4 of Shem; and Canaan shall be his servant.
5 And Noah lived after the Flood three hundred
6 and Fifty years. And all the days of Noah
7 were nine hundred and fifty years: and he
8 died. Genesis 10:1-32 Now, these are the generations

10 125. of the sons of Noah, Shem, Ham, and Japheth:
11 Insert ¶# and unto them were sons born after the flood. The
12 sons of Japheth; Gomer, and Magog, and Madai,
13 and Javan; and Tubal, and Meshech; and Tiras.
14 And the sons of Gomer; Ashkenaz, and Riphath,
15 and Togarmah. And the sons of Javan; Elishah,
16 and Tarshish, Kittim, and Dodanim. By these were
17 the isles of the Gentiles divided in their lands; every

19 126. one after his tongue, after their families, in their
20 Insert ¶# nations. And the sons of Ham; Cush, and Mizraim,
21 and Phut, and Canaan. And the sons of Cush;
22 Seba, and Havilah, and Sabtah, and Raamah, and
23 Sabtechah: and the sons of Raamah; Sheba, and
24 Dedan. And Cush begat Nimrod: he began to be
25 a mighty one in the earth. He was a mighty
26 hunter before the LORD: wherefore it is said, Even
27 as Nimrod the mighty hunter before the LORD.

42
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

127. [19] And the beginning of his kingdom was Babel, and
*Insert ¶ #*
Erech, and Accad, and Calneh, in the land of
Shinar. [11] Out of that land went forth Asshur,
and builded Nineveh, and the city Rehoboth, and
Calah, [12] And Resen between Nineveh and Calah:
the same is a great city. [13] And Mizraim begat Ludim,
and Anamim, and Lehabim, and Naphtuhim, [14] And
Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his
*Insert ¶ #*
first-born, and Heth, [16] And the Jebusite, and the Amorite,
and the Girgasite, [17] And the Hivite, and the Arkite,
and the Sinite, [18] And the Arvadite, and the Zemarite,
and the Hamathite: and afterward were the families of the
Canaanites spread abroad. [19] And the border of the Canaanites was
from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. [20] These are the sons of Ham, after
*Insert ¶ #*
their families, after their tongues, in their countries, and
in their nations. [21] Unto Shem also, the father of all
the children of Eber, the brother of Japheth the elder,
even to him were children born. [22] The children of
Shem; Elam, and Asshur, and Arphaxad, and Lud, and
Aram. [23] And the children of Aram; Uz, and Hul,
and Gether, and Mash. [24] And Arphaxad begat
Salah; and Salah begat Eber. [25] And unto Eber were

43
Page Number

130 . born two sons: the name of one was Peleg; for
in his days was the earth divided; and his brother's
name was Joktan.⁽²⁵⁾ And Joktan begat Almodad and
Sheleph, and Hazar-maveth, and Jerah,⁽²⁷⁾ And
Hadoram, and Uzal, and Diklah,⁽²⁸⁾ And Obal, and
Abimael, and Sheba,⁽²⁹⁾ And Ophir, and Havilah, and
Jobab: all these were the sons of Joktan.⁽³⁰⁾ And their
dwelling was from Mesha, as thou goest unto Sephar,

131 . a mount of the east.⁽³¹⁾ These are the sons of
Shem, after their families, after their tongues, in their
lands, after their nations.⁽³²⁾ These are the families of
the sons of Noah, after their generations, in their nations:
and by those were the nations divided in the earth after
the flood.

*** The Woman, Great Red Dragon, Man Child, Michael, & The blood of the Lamb ***
Revelation 12.1-17⁽¹⁾ And there appeared a great wonder in heaven;

132 . a woman clothed with the sun, and the moon under her feet,
and upon her head a crown of twelve stars.⁽²⁾ And she being with
child cried, travailing in birth, and pained to be delivered.⁽³⁾ And
there appeared another wonder in heaven; and behold a great
red dragon, having seven heads and ten horns, and seven
crowns upon his heads.⁽⁴⁾ And his tail drew the third part of
the stars of heaven, and did cast them to the earth: and the
dragon stood before the woman which was ready to be delivered,
for to devour her child as soon as it was born.⁽⁵⁾ And she brought

44

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  <u>132</u>. forth a man child, who was to rule all nations with
   <small>Insert ¶ #</small>
2  a rod of iron: and her child was caught up unto God, and
3  to his throne. ⑥ And the woman fled into the wilderness,
4  where she hath a place prepared of God, that they should
5  feed her there a thousand two hundred and threescore days.
6  ⑦And there was a war in heaven: Michael and his angels
7  fought against the dragon, and the dragon fought and his
8  angels⑧ And prevailed not; neither was their place found any
9
10  <u>131</u>. more in heaven. ⑨And the great dragon was cast out, that
    <small>Insert ¶ #</small>
11 old serpent, called the Devil, and Satan, which deceiveth the
12 whole world: he was cast out into the earth, and his angels
13 were cast out with him. ⑩And I heard a loud voice saying in
14 heaven, Now is come salvation, and strength, and the kingdom
15 of our God, and the power of his Christ: for the accuser of
16 our brethren is cast down, which accused them before our
17 God day and night. ⑪ And they overcame him by the blood
18
19 <u>135</u>. of the Lamb, and by the word of their testimony; and
    <small>Insert ¶ #</small>
20 they loved not their lives unto death. ⑫ Therefore rejoice, ye
21 heavens, and ye that dwell in them. Woe to the inhabiters of
22 the earth and of the sea! for the devil is come down unto
23 you, having great wrath, because he knoweth that he hath
24 but a short time. ⑬ And when the dragon saw that he was
25 cast unto the earth, he persecuted the woman which brought
26 forth the man child. ⑭ And to the woman were given two
27 wings of a great eagle, that she might fly into the wilderness,

<center>45</center>
<center><small>Page Number</small></center>

<center><small>Civil Rights Complaint Pursuant to U.S.C. § 1983</small></center>

1 B6 . into her place, where she is nourished for a time, from
2 Insert ¶ B  the face of the serpent. ⑮ And the serpent cast out of his
3 mouth water as a flood after the woman, that he might
4 cause her to be carried away of the flood. ⑯ And the earth
5 helped the woman, and the earth opened her mouth, and
6 swallowed up the flood which the dragon cast out of his
7 mouth. ⑰ And the dragon was wroth with the woman, and
8 went to make war with the remnant of her seed, which
9
10 [3] keep the commandments of God, and have the testimony
11 Insert ¶ B  of Jesus Christ. ✳✳✳ Revelation 13:1-18 ✳✳✳
12 ① And I stood upon the sand of the sea, and saw a beast
13 having seven heads and ten horns, and upon his horns ten
14 crowns, and upon his heads the name of blasphemy.
15 ② And the beast which I saw was like unto a leopard, and
16 his feet were as the feet of a bear, and his mouth as
17 the mouth of a lion: and the dragon gave him his power,
18
19 B8. and his seat, and great authority. ③ And I saw one of
20 Insert ¶ B  his heads as it were wounded to death; and his deadly wound
21 was healed: and all the world wondered after the beast.
22 ④ And they worshiped the dragon which gave power unto
23 the beast: and they worshiped the beast, saying, Who is like
24 unto the beast? who is able to make war with him? ⑤ And there
25 was given unto him a mouth speaking great things and blasphemies;
26 and power was given unto him to continue forty and two
27 months. ⑥ And he opened his mouth in blasphemy against
28

46
Page Number

Civil Rights Complaint Pursuant to U.S.C § 1983

139 . God, to blaspheme his name, and his tabernacle,
and them that dwell in heaven. ⑦ And it was given unto
him to make war with the saints, and to overcome
them: and power was given him over all kindreds, and
tongues, and nations. ⑧ And all that dwell upon the earth
shall worship him, whose names are not written in the book of
life of the lamb slain from the foundation of the world.
⑨ If any man have an ear, let him hear. ⑩ He that leadeth

140 . into captivity shall go into captivity: he that killeth with
the sword must be killed with the sword. Here is the patience
and the faith of the saints. ⑪ And I beheld another beast
coming up out of the earth; and he had two horns like a
lamb, and he spake as a dragon ⑫ And he exerciseth all
the power of the first beast before him, and causeth the
earth and them which dwell therein to worship the first
beast, whose deadly wound was healed. ⑬ And he doeth

141 . great wonders, so that he maketh fire come down
from heaven on the earth in the sight of men. ⑭ And deceiveth
them that dwell on the earth by the means of those miracles
which he had power to do in the sight of the beast, saying to
them that dwell on the earth, that they should make an
image to the beast, which had the wound by a sword, and
did live. ⑮ And he had power to give life unto the image of
the beast, that the image of the beast should both speak,
and cause that as many as would not worship the image

47

Page Number

1  142. of the beast should be killed. And he causeth
2  all, both small and great, rich and poor, free and bond,
3  to receive a mark in their right hand, or in the foreheads:
4  And that no man might buy or sell, save he that
5  had the mark, or the name of the beast, or the number
6  of his name. Here is wisdom. Let him that hath under-
7  standing, count the number of the beast: for it is the
8  number of a man; and his number is six hundred threescore
9
10  143. and six. ✱ Let's break down 666 Biblically ✱
11  ✱Step 1: Count 6 books of the Bible (old & NEW TESTAMENT)
12  Step 2: Go to the 6ᵀᴴ Chapter of Book (old & NEW TESTAMENT)
13  Step 3: Go to the 6ᵀᴴ verse of Book (old & NEW TESTAMENT)
14  ✱Step 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
15  Step 2 & 3 Combined: Joshua 6:6 - find Joshua the son of NUN called
16  the priests, and said unto them, Take up the ark of the covenant,
17  and let seven priests bear seven trumpets of rams' horns before the
18
19  144. ark of the LORD. ✱ Step 1 Book Count (New Testament):
20
21  Matthew, Mark, Luke, John, ACTS, ROMANS ✱ Step 2 & 3 Combined:
22  Romans 6:6 - Knowing this, that our old man is crucified with
23  him, that the body of sin might be destroyed, that henceforth
24  we should not serve sin. (Add verse 7 to see why they tried
25  reincarnating the Roman EMPIRE but forgot that Jesus blood was on
26  their hands so instead the summoned dead/ancient demonic spirits)
27  Romans 6:7 - For he that is dead is freed from sin. ✱ Let's give
28  a brief explanation of Joshua ✱ Joshua 1:1-6 Now after the death

48

1  145 . of Moses the servant of the LORD, it came to pass, that the
2  *Insert ¶* LORD spake unto Joshua the son of NUN, Moses' minister saying,
3  Moses my servant is dead; now therefore arise, go over this
4  Jordan, thou, and all this people, unto the land which I do give
5  to them, even to the children of Israel. Every place that the
6  sole of your foot shall tread upon, that have I given unto you,
7  as I said unto Moses. From the wilderness and this Lebanon even
8  unto the great river, the river Euphrates, all the land of the Hittites,
9
10  146 . and unto the Great Sea toward the going down of the sun,
11  *Insert ¶* shall be your coast. There shall not any man be able to stand before
12  thee all the days of thy life: as I was with Moses, so I will be with
13  thee: I will not fail thee, nor forsake thee. Be strong and of a good
14  courage: for unto this people shalt thou divide for an inheritance the
15  land, which I sware unto their fathers to give them. *** NOW
16  here's the backend which is the perverted way they used
17  the word to build the beast empire while "ATTEMPTING"
18  (CAIN)(canaan)
19  147 . to lock Jesus in their system so that they could blackmail
20  *Insert ¶* the chosen ones, Jews, Children of Israel in order to steal
21  the substance of the land that was built by other people's
22  hands because the beast was cursed. Example: In Beauty and
23  the Beast, the Beast name is Prince Adam. Prince Adam only
24  means Cain which was Adams first son who killed Abel
25  the keeper of the sheep (shepherd) who was Adams second
26  son. Genesis 4:10-15 (page ___) (paraphrased) Cain was cursed from
27  the earth, when he tilled the ground the earth wouldn't yield her strength (produce)

49
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



# JOB

1  148 . and he was a fugitive (escapee or in hiding to avoid being arrested or

2  persecuted) and a vagabond (going back and forth) so his system is a system of sorrorys

3  of slavery. Job 1:1-8* There was a man in the land of Uz, whose name   Uz=Oz (wizard)

4  was Job, and that man was perfect and upright, and one that feared   Job: Job (work)

5  God, and eschewed evil. ② And there were born unto him seven sons and   1 Job 10 Boast 2

6  three daughters. ③ His substance also was seven thousand sheep, and three.   & Revelation 13

7  thousand camels, and five hundred yoke of oxen, and five hundred she

8  asses, and a very great household; so that this man was the greatest   G.O.A.T

9      Roman

10  149 . of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence   Catholic BRICS

11  Comest thou? Then Satan answered the LORD, and said, From going to and fro

12  in the earth, and from walking up and down in it. Job 1:8-And the LORD said unto   Wandering

13  Satan, Hast thou considered my servant Job, that there is none like him in the earth,   Cain = The

14  a perfect and upright man, one that feareth God and escheweth evil? Job 1:9-Then   Land of Nod

15  Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11-But put

16  forth thine hand now, and touch all that he hath, and he will curse thee.   Matthew

17  to thy face. Job 1:12-And the LORD said unto Satan, Behold, all that he hath,   6:24-

18      No man can

19  150. is in thy power, only upon himself put not forth thine hand. So Satan went   serve two

20  (Satan)   masters: for either he will

21  forth from the presence of the LORD. Job 1:15-And the Sabeans fell upon them, and   hate the one,

22  took them away; yea, they have slain the servants with the edge of the sword,   and love the other, or else

23  and I only am escaped alone to tell thee. Job 1:16- While he was yet speaking   he will hold

24  there came also another, and said, The fire of God is fallen from heaven, and   to the one, and despise the

25  hath burned up the sheep, and the servants, and consumed them; and I   other. Ye cannot

26  only am escaped alone to tell thee. Job 1:17- While he was yet speaking   serve God and mammon!

27  there came also another, and said, The Chaldeans made out three bands,   *The World is

28  and fell upon the camels, and have carried them away, yea, and slain the servants   under Satanic System! Their

    with the edge of the sword, and I only am escaped alone to tell thee.   Job Places the mark of the

    50   beast on them

and their money

does too. 911 get out of the

* Repent & Exit Money/Beast / Job / Social System! It was a Set Up!! Quickly!   system NOW!

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151 . Job 1:18- While he was yet speaking, there came also another, and said, Thy sons and thy daughters were eating, and drinking wine in their eldest brother's house. Job 1:19- And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee. Job 1:20-22 ⑳ Then Job arose, and rent his mantle, and shaved his head, and

152. fell down upon the ground, and worshiped. ㉑ And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away: blessed be the name of the LORD. ㉒ In all this Job sinned not, nor charged God foolishly. Job 2:3- And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

153 . upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4 - And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5- But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 ① After this opened Job his mouth, and cursed his day. ② And Job spake, and said, ③ Let the day perish wherein I was born, and the

61
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  |54 . night in which it was said, There is a man child conceived.
   insert ¶ ⁹
2  ⁴Let that day be darkness; let not God regard it from above,
3  neither let the light shine upon it. ⁵Let darkness and the
4  shadow of death stain it; let a cloud dwell upon it; let the
5  blackness of the day terrify it. ⁶As for that night, let
6  darkness seize upon it; let it not be joined unto the days
7  of the year; let it not be joined unto the days of the year;
8  let it not come into the number of the months. ⁷Lo, let
9
10 |55 . that night be solitary; let no joyful voice come therein.
11   insert ¶ ⁸
12 ⁸Let them curse it that curse the day, who are ready to
   raise up their mourning. ⁹Let the stars of the twilight
13 thereof be dark; let it look for light, but have none; neither
14 let it see the dawning of the day. ¹⁰Because it shut not up
15 the doors of my mother's womb, nor hid sorrow from mine
16 eyes. ¹¹Why died I not from the womb? Why did I not give
17 up the ghost when I came out of the belly? Job 6-9
18
19 |56. ⁶Can that which is unsavory be eaten without salt? Or is
20   insert ¶ ⁹
21 there any taste in the white of an egg? ⁷The things that my soul
22 refused to touch are as my sorrowful meat. ⁸Oh that I might
23 have my request; and that God would grant me the thing
24 that I long for! ⁹ Even that it would please God to destroy
25 me; that he would let loose his hand, and cut me off!
26 ✶Breakdown of JOB which is the medium of the system (beast)✶
27 The Word JOB is the name of a man/book in the Bible
28 (old testament) and the word JOB is also defined as: the

1  167. principal activity in your life that you do to earn money.
2  Insert ¶ ② a specific piece of work required to be done as a duty or for
3  a specific fee. ③ a state of difficulty that needs to be resolved
4  ④ a program application that may consist of several steps but
5  is a single logical unit. ⑤ a crime (especially a robbery). ⑥ profit
6  privately from public office or official business. ✳ This is what
7  is the beginning of their sorcery which is crossing words
8  in order to give it a different meaning. Also using phonics
9

10  168. in order to confuse a person who doesn't understand
11  Insert ¶ different languages, etc. Prime Example: Caesars world is
12  all about PROFITS which is money but Christ's World is all
13  about PROPHETS which is the mouthpiece of God being used
14  through a human being to declare and decree. Both words
15  sound the same but mean the total opposite. ✳ Now,
16  the word Medium is defined as ① An intervening substance
17  through which signals can travel as a means for communication
18

19  169. ② Someone who serves as an intermediary between the
20  Insert ¶ living and the dead ③ transmissions that are disseminated
21  widely to the public. ④ a substance in which specimens are
22  preserved or displayed. Job 1:1 the land of UZ symbolize the
23  land of OZ from the Wizard of OZ | The definition of Oz is also
24  ounce which (crossword example: witch) is a unit of weight in
25  the US customary system and imperial system of measurement
26  (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
27  represent Revelation 13 the first beast which is the Gentile
28

163 . bottomless pit, and go into perdition : and they that
*Insert ¶ #*
dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. ②And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All-Time!

164 . let me also add that camel is also a representation
*Insert ¶ #*
of Egypt. The word substance is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented," "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break substance down in two words you get
Sub meaning submarine or to act as a substitute for

165 someone + stance meaning the way in which someone
*Insert ¶ #*
stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. East can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7. And the LORD said unto Satan, Whence comest thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (going to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

56

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

166. a representation of the Land of Nod which means that
*Insert ¶#*
LORD in this scenario is the King which makes the King the
real beast and the church (Catholic) is the whore that
caused a lot of kings to fall (Revelation 17: 10- And there
are seven kings five are fallen, and one is, and the other
is not yet come; and when he cometh, he must continue
a short space.) The King that has a short space is King
Charles III because is reign is not that long due to

167. his age, the days we're in which is Armageddon,
*Insert ¶#*
and the truth being Revealed. Job 1: 11. But put forth thine
hand now, and touch all that he hath, and he will curse thee
to thy face. Job 1: 12- And the LORD said unto Satan, Behold,
all that he hath is in thy power, only upon himself put not
forth thine hand. Matthew 6:24- No man can serve two masters:
for either he will hate the one, and love the other; or else he will
hold to the one, and despise the other. Ye cannot serve God

168. and mammon. Romans 4:4-5 Now to him that worketh
*Insert ¶#*
is the reward not reckoned of grace, but of debt. 5 But to
him that worketh not, but believeth on him that justifieth
the ungodly, his faith is counted for righteousness. ※ THE
SET UP OF THE BEAST SYSTEM ※ Capitalism was created
by Adam Smith who was born in Kirkcaldy, Fife,
Scotland. The first form of bank note was developed
in China during the Tang and Song dynasties, starting
in the 7th century. Its roots were in merchant receipts

169. of deposit during the Tang dynasty (618-907).
*Insert ¶ #*
During the Yuan dynasty (1271-1368), banknotes were
adopted by the Mongol Empire. In Europe, the concept
of banknotes was first introduced during the 13th century
by travelers such as Marco Polo with European banknotes
appearing in 1661 in Sweden. True paper money, called
"jiaozi" were developed as promissory notes by the 11th
century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch
*Insert ¶ #*
the founder of Stockholms Banco which was Sweden's
first bank until it was liquidated in 1667. However, it
served as the precursor to the central bank of Sweden
that was founded in 1668 as Riksens Ständers Bank
until it was renamed in 1866 as Sveriges Riksbank which
is the world's oldest surviving central bank. Also, the
banknote of the one hundred daler issued by Stockholms
¶100

171. Banco and signed by Johan Palmstruch in 1666 (the
*Insert ¶ #*
mark of the beast in number form). ✳ Communism
was created by Karl Marxism who was born in Trier,
Rhine Province, Prussia Germany. Marxism was also created
by Friedrich Engels who was born in Barmen, Jülich-Cleves Berg
Kingdom of Prussia which is now Wuppertal, Germany.
Marxism is a method of socioeconomic analysis that
uses a materialist interpretation of historical development,
better known as historical materialism, to understand class

57
Page Number

172. relations and social conflict and a dialetical perspective
Insert ¶#
to view social transformation. So basically, to sum up the
beast system it was derived from the book of Job. Job
was tested by Satan to see if he lost everything would he
curse God. Satan had the ability to do whatever he wanted
to Job except kill him. Satan was able to disconnect Job
from every type of human support, progress, or success
that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism
Insert ¶#
which is when somebody else has control over another persons
possessions, it also goes hand and hand with the social
systems behind human relationships and behaviors, then
it is combined with capitalism which actually consist
of the progress and success of humans. People use their
progress and successes to help build their confidence
which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a
Insert ¶#
system for humanity when it came to their means of
providing, self confidence, and a sense of power that
can be obtained while they're progressing on their job.
Based upon this brief description of how they crossed
words to deceive the people you should have a better
understanding on why it's so important for us to be
a free people verses us being a slave because people
enjoy their fun that only is tempory. In Matthew 6:24

175. God made it specific that nobody could serve
*Insert ¶ #*
two masters: for either he will hate the one,
and love the other; or else he will hold to
the one, and despise the other Ye cannot serve
God and mammon. Romans 4:4-5 ⓔ Now to him
that worketh is the reward not reicogned of grace,
but of debt ✗ Matthew 6:24 and Romans 4:4,5
both speaks about money/reward however in Matthew

176. God has given you a choice then in Romans the
*Insert ¶ #*
word tells you that the reward isn't grace however
it leads you into debt. Right there reality sinks
in letting you know that you lose more than you've
gained. ✱ ✱ ✱ This right here explains how they
set up America and also why America is still
in debt while the Americans suffer for something
they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas
*Insert ¶ #*
debt to China for a debt that the people didn't
do but what makes it even more wrong is the fact
that China could have just helped America when
they bankript but instead people of those times
strategised a system that would be able to pay
back the debt yet the debt isn't paid off. Now, I
must also say that the marriage of the Lamb is
at hand in this time however, this was what

Civil Rights Complaint Pursuant to U.S.C. § 1983

178. I call a battle due to the tricks, traps, and schemes of the enemy. See, the system that is being used all across the world is an artificial way to force slavery upon people while making them believe that they are free. Right now, people are striving for the one world order however the deception behind the one world order is that humans are losing their God giving rights of humanity to

179. their own creation which they don't exercise full control over especially when there's so much corruption going on and technology is bypassing the human brains. People have forgotten what it means to Live, Love, and laugh because our lives have been being controlled by people in high places who have evil motives. We must stop being so naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan caused some of the angels to be cast out with him, in the garden of Eden he caused Adam & Eve to be cast out the garden, and now he's at the nations causing kings, queens, and others to fall by keeping division between humanity as he divides and conquers. We must open our eyes, put pride aside, forgive one another, and put Jesus back on the Throne because Truth be told

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's provable ① All the Appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than Gods. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two spirits that can influence the people and that's either the Holy Ghost(the prophecy of Jesus) or Satan (the prince of air who lets you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance. however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

184. to steal, kill, and destroy which makes him feel good because He hates himself, He hates All God's creation, & HE really hates Jesus for being chosen. So, with ALL this being said the beast system is a system of demonic mind control, turmoil, envy, hatred, etc. as if HELL is on earth. Also, the beast system is forced satanic worship due to the weapons he used to cause people

185. to believe a certain way which is only indoctrination. He has forced the world to live backwards by using the Heaven and Earth that was created by God for humans to freely possess, be fruitful and multiply. He has done so by Cain building a city (fast forward) then God flooded the whole earth however he saved Noah and his family and Noah's sons' wives plus two cattle of every kind including fowls. After Noah

186. came out the ark, God told his family to be fruitful and multiply in which they did. Then one of Noah's sons named Ham saw his dad naked which caused God to curse Ham's son Canaan. However through Noah's other son Shem's bloodline came Jesus. So the world is backwards because the cursed ones have been stealing and making money off of Jesus while denouncing Him at the same time. The cursed ones have

Civil Rights Complaint Pursuant to U.S.C. § 1983

187. been living like they're the chosen ones as they have profitted off the chosen ones and portrayed to the entire world as if the chosen ones were the cursed ones by placing labels of lies on the names of the chosen ones. Prime example JOB is a book in the bible about a wealthy God fearing man. The world took the name of JOB and made it a label for work which is job. Many people have made

188. a very good living off of whatever job or career they have. So here's the serpent's seed Cain who kills Abel and they are hiding behind their jobs. Here are some job titles to prove my point ① Doctors (the first surgery was when God put Adam in a trance, opened his side, took out his rib, and made Eve) ② Police Officers (in Genesis 2:15; And the LORD God took the man, and put him into the garden of Eden to dress and to keep it ✱ Hebrew Definitions:

189. ① Dress → H5647 → abad → to serve ② Keep → H8104 → Shämar → to protect (law enforcement slogan is To Protect and to Serve). ③ Teaching (in Genesis 1:2 - And the earth was without form, and void; and darkness was upon the face of the deep And the Spirit of God moved upon the face of the waters) ✱ Now, let's break this down in Hebrew: Form → H8414 → tshûw empty place, without form, adverbially ✱ Adverbial means a word or group of words playing the grammatical role of an adverb. ✱ Grammer means: the study of the way the sentences

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  190 . of a language are constructed, morphology and syntax,
2  *Insert ¶ #* the elements of any science, art, or subject, a book
3  treating such elements. * Book is to enter an official
4  charge against (an arrested suspect) on police register.
5  VOID → H922 → bohuu an undistinguishable ruin,
6  emptiness. Darkness → H2822 → chosek → misery, de-
7  struction, wickedness, ignorance, death. ***
8  From Genesis 1:2, I defined 3 words which are form,
9

10  191. void, and darkness! I used Genesis 1:2 to describe
11  *Insert ¶ #* how the serpent seed Cain (the son of Eve who built the city)
12  uses jobs and the system to kill Abel (his brother who he envied
13  because of his favor with God). Teaching is a job that is only
14  a weapon of indotrination to kill the Godlike character
15  in individuals starting from a child that way they become
16  a program (like computer simulation) that was created to
17  destroy all Godly traits. For Example: The word form
18
19  192. in Hebrew means empty place (a childlike innocense),
20  *Insert ¶ #* then it breaks down adverbial which describes the grammatical
21  role of the adverb. Finally, the word grammer is described
22  as a study of sentences of a language, the elements of
23  science, art, etc in the form of a book (meaning to be
24  arrested (institutionalized in the mind; indoctrinated). Then,
25  the next word is void meaning that the worldly teachings
26  causes emptiness and/or an undistinguishable ruin. Finally, the
27  words form and void sums up to darkness which means misery,
28  destruction, wickedness, ignorance, and death (spiritually).

Civil Rights Complaint Pursuant to U.S.C. § 1983

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher, then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, masseuse, biologist, etc because they all deal with the mind or body whether its evaluations, medicine (chemical substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In Modern times you have similar jobs such as security, bouncers, investigators, any other

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets, Evangelist, Pastors, and Teachers. Now in the world you have many jobs that fall under teaching such as: Substitute Teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: Tik Tok, Facebook, YouTube,

196. Pictures, Paintings, Lyrics, etc (that can have influencers
Insert ¶#
who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs). ✱ Mark 8:34-38
³⁴ And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me ³⁵ For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospels, the same shall

197. save it. ³⁶ For what shall it profit a man, if he shall
Insert ¶#
gain the whole world, and lose his own soul? ³⁷ Or what
shall a man give in exchange for his soul? ³⁸ Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels ✱ Mark 8:15 - And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod
Insert ¶#
✱ Herod the Great was the Roman appointed king of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in southern Palestine; his father was Antipater and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2nd Century BCE) Herod was
of Arab origin although he was a practicing Jew. Herod killed
the infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
suicide attempt (Just like Judas & HITLER) ✱ The enemy sets
people up to try and kill
Jesus & then they die
afterwards ✱
Set up 2 FAIL !

★ PRIDE also represents LGBT Community which is PERVERSION and Perversion means "A Twisted Truth"

1. 199. Edomites were Semitic people who fall under the
2. category of Ammorites, Canaanites, and the Ara-maeans.
3. The word Edom means "RED" and the Edomites sin
4. was PRIDE. The Edomites were the descendents of
5. Esau and the Edomites worshipped many gods. Esau
6. became a pagan Roman who rebelled against the Torah,
7. a countermodel of the rabbinic Jew. Reading Rome, the
8. universal empire, into the Bible, and turning Romans.
9.
10. 200. into wayward brothers, the rabbis made Jewish history
11. universal. Pagan Rome disregarded them, but Christian
12. Rome made the typology part of European history.
13. The Church Fathers interpreted Jacob and Esau's
14. brotherhood as that of Christians and Jews, claimed
15. Jacob's legacy and decried the Jews as Esau. The
16. Empires Christianization encumbered Christianity with
17. the Jewish-Roman past and Rome, with the Christian
18.
19. 201. Claim to disinherit Israel, and forged a traumatic
20. relationship that still hasn't been undone. ★ Encumbered
21. means - to restrict or burden (someone or something) in such
22. a way that free action or movement is difficult. ★ John 10:1-
23. Verily, Verily, I say unto you, He that entereth not by the
24. door into the sheepfold, but climbeth up some other
25. way, the same is a thief and a robber. John 10:10-The
26. thief cometh not, but for to steal, and to kill, and to destroy:
27. I am come that they might have life, and that they might
28.

67

Page Number

1   202. have it more abundantly. Matthew 23:1-10 Then spake
    Insert ¶ #
2   Jesus to the multitude, and to his disciples, ②saying, The
3   scribes and the Pharisees sit in Moses seat ③All therefore
4   whatsoever they bid you observe and do; but do not ye
5   after their works: for they say, and do not ④For they
6   bind heavy burdens and grievous to be borne, and lay
7   them on men's shoulders; but they themselves will not
8   move them with one of their fingers. ⑤But all their
9
10  203. works they do for to be seen of men: they make broad
    Insert ¶ #
11  their phylacteries, and enlarge the borders of the garments,
12  ⑥And love the uppermost rooms at feasts, and the chief
13  seats in the synagogues, ⑦And greeting in the markets,
14  and to be called of men, Rabbi, Rabbi, ⑧But be not ye
15  called Rabbi: for one is your Master, even Christ; and all
16  ye are brethren ⑨And call no man your father upon the
17  earth: for one is your Father, which is in heaven. ⑩Neither
18
19  204. be ye called Masters: for one is your Master, even Christ.
    Insert ¶ #
20  ＊Descendents of Esau also known as Edom were the People
21  of Seir from ancient Sparta, early Rome, Venice, Germany,
22  Russia, China, Japan, and many other nations. The
23  Edomites were always in conflict with Gods people.
24  Esau gave rise to military elites such as the Spartans and
25  warriors like Alexander the Great ＊＊＊ Moving Forward,
26  I will list a few more jobs that will also prove that they
27  perverted the word of God to make merchandise of men

68
Page Number

205. by spiritually raping the people in order to obtain self
*Insert ¶ #* gain and control which is still a form of slavery but
just in the mind, emotions, and spiritually while deceiving
the world to believe that they are still free when in
all actuality they are being mislead by a wolf in
sheeps clothing. (14) Astrologers in Genesis 1:14-16 (14) And
God said, Let there be lights in the firmament of the
heaven to divide the day from the night; and let them

206. be for signs, and for seasons, and for days, and
*Insert ¶ #* years: (15) And let them be for lights in the firmament
of the heaven to give light upon the earth: and it was
so. (16) And God made two great lights; the greater light
to rule the night: he made the stars also. * According
to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are
People who have gone beyond what they should have, they
have perverted the origin of why God created the lights

207. in the firmament which was to divide the day from
*Insert ¶ #* night, to be for signs (not horoscope., not for satelite, technology, etc),
for the seasons, for the days, and for the years. People
have gone beyond their boundaries while acting like
they were just studying Gods' creation but in all actuality
they were coming-up with wicked inventions while getting
paid to do so. * Isaiah 47:1 - Come down, and sit
in the dust, O virgin daughter of Babylon, sit in the
dust, O daughter of the Chaldeans: for thou shalt no

69

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  208. more be called tender and delicate. ⑫Take the
2  *Insert ¶ 8* millstones, and grind meal: uncover thy locks, make
3  bare the leg, uncover the thigh, pass over the rivers.
4  ⑬Thy nakedness shall be uncovered, yea, thy shame shall
5  be seen: I will take vengeance, and I will not meet
6  thee as a man. ⑭As for our redeemer, the LORD of
7  hosts is his name, the Holy One of Israel. ⑮Sit thou
8  silent, and get thee into darkness, O daughter of the.
9
10  209. Chaldeans: for thou shalt no more be called, The
11  *Insert ¶ 8* lady of Kingdoms, ⑯I was wroth with my people, I
12  have polluted mine inheritance, and given them
13  into thine hand: thou didst shew them no mercy;
14  upon the ancient hast thou very heavily laid thy
15  yoke. ⑰And thou saidst, I shall be a lady for ever:
16  so that thou didst not lay these things to thy heart,
17  neither didst remember the latter end of it. ⑱Therefore,
18
19  210 hear now this, thou that art given to pleasures, that
20  *Insert ¶ 8* dwellest carelessly, that sayest in thine heart, I am, and
21  none else beside me; I shall not sit as a widow, neither
22  shall I know the loss of children: but these two things shall
23  come to thee in a moment in one day, the loss of children,
24  and widowhood: they shall come upon thee in their perfection
25  for the multitude of thy sorceries, and for the great
26  abundance of thine enchantments ⑲For thou hast trusted
27  in thy wickedness: thou hast said None seeth me.
28

<div align="center">

70

*Page Number*

</div>

1  2:11. Thy wisdom and thy knowledge, it hath perverted
2  *Insert ¶ #* thee; and thou hast said in thine heart, I am, and
3  none else beside me. [1] Therefore shall evil come upon
4  thee, thou shalt not know from whence it riseth: and
5  mischief shall fall upon thee; thou shalt not be
6  able to put it off: and desolation shall come upon
7  thee suddenly, which thou shalt not know. [12] Stand now
8  with thine enchantments and with the multitude of
9
10  2:12. thy sorceries, wherein thou hast laboured from thy
11  *Insert ¶ #* youth; if so be thou shalt be able to profit, if so be thou
12  mayest prevail. [3] Thou art wearied in the multitude
13  of thy counsels. Let now the astrologers, the stargazers,
14  the monthly prognosticators, stand up, and save thee.
15  [4] Behold, they shall be as stubble; the fire shall burn
16  them; they shall not deliver themselves from the power
17  of the flame: there shall not be a coal to warm at, nor
18
19  2:13. fire to sit before it. [15] Thus shall they be unto thee
20  *Insert ¶ #* with whom thou hast laboured, even thy merchants, from
21  thy youth: they shall wander every one to his quarter;
22  none shall save thee. * People who work in the astrology,
23  Tarot, physics, etc. have been paid to search the hidden
24  mysteries of heaven and the earth which has also
25  been used for monetary game at the expense of
26  others while intentionally misleading people using
27  the signs. [6] Government Jobs (in Isaiah 9:6 # For

71
Page Number

214. unto us a child is born, unto us a son is given: and
Insert ¶ # the government shall be upon his shoulder: and his
name shall be called Wonderful, Counsellor The mighty
God, The everlasting Father, The Prince of Peace.
Of the increase of his government and peace there shall
be no end, upon the throne of David, and upon his
kingdom, to order it, and to establish it with judgement
and with justice from henceforth even for ever. The

215 zeal of the LORD of hosts will perform this. ✳ In
Insert ¶ # this passage of scripture it shows that the government
was upon his shoulder however there would come
a time that he would have to overturn it in order
to bring order to Man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
Insert ¶ # truth even if they knew the truth, so all the deep
state & worldly corruption only Jesus could fix entirely.
✳ To finalize the perverting of Jobs' name and story
from the bible and man creating Jobs(work) while
using Jobs' story to obtain the keys to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

217. of slavery and caused America to run up it's debt
Insert ¶ # because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
Insert ¶ # it was Satan (satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
Insert ¶ # Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve, by twisting
of Gods word in order to deceive her. Once Adam & Eve fell
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the woman's seed.
Satan's goal then became his drive to steal the woman's
seed, turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

1  220 . Satan instead of God. let's use a few scriptures from Job
2  to wrap this up and move on. Job 1:9- Then Satan answered the
3  LORD, and said, Doth Job fear GOD for nought? (Basically he's asking
4  if Job would still fear God even if he had nothing?) Job 1 11- But
5  put forth thine hand now, and touch all that he hath, and he
6  will curse thee to thy face. (Satan told God to remove Jobs things
7  and he would curse God to his face). Job 1:12 - And the LORD said
8  unto Satan, Behold, all that he hath is in thy power, only upon
9

10  221 . himself put not forth thine hand. So Satan went forth from
11  the presence of the LORD. (Right here The LORD gave Satan power
12  over everything of JOBS' except for his life. The LORD knows the
13  heart of man so he knew Job would not curse him to his
14  face also that was a way for God to show Satan that
15  money wasn't everything to everybody and that some people
16  Truly do love God). Mind you, satan is only looking for
17  worship because he wanted to be greater than GOD. Mark 14:61-
18

19  222 . And Jesus said, I am: and ye shall see the Son of man
20  sitting on the right hand of power, and coming in the
21  clouds of heaven. Mark 16:19- So then after the LORD
22  had spoken unto them, he was received up into heaven,
23  and sat on the right hand of God. Revelation 13:13-16
24  (13) And he doeth great wonders, so that he maketh fire come
25  down from heaven on the earth in the sight of men (14) And
26  deceiveth them that dwell on the earth by the means of those
27  miracles which he had power to do in the sight of the beast;
28

1  223. Saying to them that dwell on the earth, that they
2  *Insert ¶ #* should make an image to the beast, which had the wound
3  by a sword, and did live ⑲ And he had power to give life
4  unto the image of the beast, that the image of the beast
5  should both speak, and cause that as many as would
6  not worship the image of the beast should be killed.
7  ⑳ And he causeth all, both small and great, rich and
8  poor, free and bond, to receive a mark in their right
9
10 224. hand, or in their foreheads. ✳️ Breakdown of the
11 *Insert ¶ #* scriptures pertaining to Job 1:12 And the LORD said
12 unto Satan, Behold, all that he hath is in thy power,
13 only upon himself put not forth thine hand... Now,
14 I'm going to paraphrase a few scriptures from above to
15 paint the picture of satan pretending to be Jesus but in the
16 shadows. ① Mark 14:61 Jesus is sitting on the right hand of
17 power. ② Mark 16:19 — Jesus ascends to heaven to sit on the right hand
18
19 225. of God. ③ Revelation 13:13 (paraphrased) The Beast does great
20 *Insert ¶ #* wonders (signs) by making fire come down from heaven. ④ Revelation 13:16
21 The Beast causes all to receive a mark in their right hand,
22 or in their forehead ⑤ Genesis 1:14 - God created lights in the firmament
23 of heaven to divide day and night, Let them be signs, and for
24 seasons, days, and years. ⑥ Isaiah 47:12-13 The daughter of Babylon
25 *VIRGIN* was rebuked by the prophet for her enchantments, sorceries, astrologers,
26 stargazers, and monthly prognosticators (in verse 11; he said her wisdom
27 and knowledge perverted her & she became PRIDEFUL) ⑦ Mark 14:62 And
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  226. Jesus said, I am; and ye shall see the Son of man
Insert ¶ #
2  sitting on the right hand of power, and coming in
3  the clouds of heaven. Matthew 28:18-19 ® And Jesus
4  came and spake unto them, saying, All power is given
5  unto me, in heaven and in earth ® Go ye therefore,
6  and teach all nations, baptizing them in the name of
7  the Father, and of the Son, and of the Holy Ghost: ® Teaching
8  them to observe all things whatsoever I have commanded
9

10  227. you: and, lo, I am with you always; even unto
Insert ¶ #
11  the end of the world. Amen. ✱ Now in Job 1:12 God told
12  Satan that when it came to Job being tried, he had all
13  access to Jobs' possessions except he couldn't touch
14  Jobs' life with his hand. In the workforce (JOB) the
15  Boss has all the power of your money, hours, days,
16  and assignment just not over the individuals life in
17  a personal/physical sense. Mark 14:61. Jesus sits on
18

19  228. the right hand of power and comes in the clouds
Insert ¶ #
20  of heaven, Mark 16:19 Jesus sits on the right hand of
21  God, and Matthew 28:18 Jesus acknowledges All power is
22  given to him in heaven and in earth ✱ So you can see Satan,
23  taking power while hiding behind Jesus because he knows the
24  word, knows how to manipulate it, and use it for is own
25  wickedness. However, Mark 14:61 Jesus comes in the clouds
26  of heaven; then in Revelation 13:13 the beast (Satan) does
27  wonders (signs/miracles) by making fire come down from heaven
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

229. Such as Astrology dealing with signs that they named in the sky make fire come down symbolizes Technology, media, electricity, Lightening, and fireworks. All these methods of making fire come down is Satans attempt to solidify his worldly kingdom as he uses space/universe to attempt to show forth his power as if he's God the ultimate creator Like what God did in Genesis 1:14- when he first created lights in the firmament of heaven to separate

230. day from night, be as signs, seasons, days, and years. So if Satan is a replicator of the original that means his Church is Babylon according to Isaiah 47:12-13 that talks about the woman and her sorceries, enchantments, astrologers, stargazers, and prognosticators (which all those symbolize Witchcraft because its not the original reason of why God created the lights in the firmament and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from demonic spirits) So they have the ability to transfer into humans, possess them, and drive humans to behave in abnormal ways, cause sicknesses, and/or attach themselves in different areas dealing with a persons' life. Speaking on Satan being a replica of God (Yeshua) his hirelings the witches/sorcerers are only a replica also known as a False Prophet(ess) because they use other methods outside of Christ Jesus in order

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the word that's spoken* See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDS' name. The Office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God Teaching them and Gods shepherds (apostles, evangelist,

234. pastors & teachers) helping the prophet grow in their gift. The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now, there's two forms of the prophetic which is ① The Office of A Prophet and ② The gift of prophesy * The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  235 to prophecy, prophecy is for edification, exhortation, and
   Insert ¶ #
2  comfort, prophetic utterance is a gift, a person that prophecy
3  is defind as a saint doing the work of the ministry of Christ
4  the gift to prophecy if for life. * The OFFICE of a prophet(ess)
5  is a gift from the Godhead, God chooses the prophet not
6  humans, the prophetic office is a gift that is used to train,
7  equip, direct, correct, warn and govern, the prophet is a
8  gift to the body of Christ, a prophet is a part of the five-fold
9
10 236 ministry to equip the saints, and the Office if a Prophet(ess)
   Insert ¶ #
11 is for life. * The Characteristics of a False Prophet *
12 They point people back to themselves instead of to Jesus Christ
13 of Nazareth, they lack spiritual accountability, they
14 cause dissension/division within leadership and members
15 within the church body, they are not seeing or speaking
16 through the heart and eyes of God, they operate out
17 of anger, frustration, and hurt, they mislead people,
18
19 237 intentionally they cause people to rebell against God
   Insert ¶ #
20 as they lead the people to worship false Gods (paganism),
21 their in it for self gain and not to edify the church as
22 the Body of Christ is a hospital. 1 Corinthians 14:10-12
23 There are, it may be, so many kinds of voices in the world,
24 and none of them is without significance. ⑪Therefore if I
25 Know not the meaning of the voice, I shall be unto him that
26 speaketh a barbarian, and he that speaketh shall be a barbarian
27 unto me ⑫Even so ye, forasmuch as ye are zealous of spiritual

79
Page Number

1  238 . gifts, seek that ye may excel to the edifying of the Church.
2  *Insert ¶ #*
   Proverbs 18:21 — Death and Life are in the power of the tongue:
3  and they that love it shall eat the fruit thereof. Matthew 15:18-20
4  (18) But these things which proceed out of the mouth come
5  forth from the heart; and they defile the man. (19) For
6  out of the heart proceed evil thoughts, murders, adulteries,
7  fornications, thefts, false witness, blasphemies: (20) These are
8  the things which defile a man: but to eat with unwashen
9
10 239 . hands defileth not a man. Psalms 45:1-2 (1) My heart
11 *Insert ¶ #*
   is inditing a good matter: I speak of the things which I have
12 made touching the King: my tongue is the pen of a ready writer.
13 (2) Thou art fairer than the children of men: grace is poured
14 into thy lips: therefore God hath blessed thee for ever.
15 ✳ The Mouth has a way of revealing what is in the
16 heart of man whether the words are spoken in private
17 or in public. Now, the false prophet(ess) or witches
18
19 240 . Use ritualism, music, tarot cards, horoscope, etc to obtain
20 *Insert ¶ #*
   results that they desire however it causes more harm than
21 results that they desire however it causes more harm than
22 good because they tap into demonic spirits to obtain
23 whatever results they desire but they fail to realize
24 that those demonic entities can overpower them because they
25 have opened up themselves and others to those spirits.
26 However, God will use a prophet to stand up against
27 what's attempting to destroy his people. So a lot of times
28 the prophet and prophetic ministry is rejected because people

80

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

241. are looking for temporary fixes since the root of a
<small>Insert ¶ #</small>
problem is too complex, painful, and time consumming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
<small>Insert ¶ #</small>
The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15-
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 [18] for the wrath of
<small>Insert ¶ #</small>
God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
[19] Because that which may be known of God is manifest
in them; for God hath shewed it unto them [20] For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead, so that they are without
excuse. [21] Because that, when they knew God, they glorified

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  24 him not as God, neither were thankful; but became
   Insert ¶ 6
2  vain in their imaginations, and their foolish heart was darkened.
3  Professing themselves to be wise, they became fools,
4  And change the glory of the uncorruptible God into
5  an image made like to corruptible man, and to birds,
6  and four-footed beasts, and creeping things. Wherefore
7  God also gave them up to uncleanness through the lusts
8  of their own hearts, to dishonor their own bodies between
9
10 245 themselves. Who changed the truth of God into a lie,
   Insert ¶ 2
11 and worshiped and served the creature more than the
12 Creator, who is blessed for ever. Amen. For this cause
13 God gave them up unto vile affections: for even their women
14 did change the natural use into that which is against nature:
15 And likewise also the men, leaving the natural use of the
16 woman, burned in their lust one toward another; men with
17 men working that which is unseemly, and receiving in
18
19 246 themselves that recompense of their error which was meet.
   Insert ¶ 1
20 And even as they did not like to retain God in their knowledge,
21 God gave them over to a reprobate mind, to do those things
22 which are not convenient; Being filled with all unrighteousness,
23 fornication, wickedness, covetousness, maliciousness; full of
24 envy, murder, debate, deceit, malignity, whisperers, backbiters,
25 haters of God, despiteful, proud, boasters, inventors of evil
26 things, disobedient to parents, Without understanding, covenantbreakers,
27 without natural affection, implacable, unmerciful: Who knowing
28

82

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  247. the judgement of God, that they which commit such
2  Insert ¶#
   things are worthy of death, not only do the same, but
3  have pleasure in them that do them. ✱✱✱ False Prophets
4  according to 2 Thessalonians 2:9-14 ⑨ Even him, whose
5  coming is after the working of Satan with all power and signs
6  and lying wonders, ⑩ And with all deceivableness of unrighteousness
7  in them that perish; because they received not the love
8  of the truth, that they might be saved. ⑪ And for this cause
9
10 248. God shall send them strong delusion, that they should
11 Insert ¶#
   believe a lie: ⑫ That they all might be damned who believed
12 not the truth, but had pleasure in unrighteousness. ⑬ But
13 we are bound to give thanks always to God for you, brethren
14 beloved of the Lord, because God hath from the beginning
15 chosen you to salvation through sanctification of the Spirit
16 and belief of the truth. ⑭ Whereunto he called you by our
17 gospel, to the obtaining of the glory of our Lord Jesus Christ.
18
19 249. ✱ The methods of the False Prophets ✱ 1 John 2:15
20 Insert ¶#
   Love not the world, neither the things that are in the
21
22 world. If any man love the world, the love of the Father
23 is not in him. ⑯ For all that is in the world, the lust
24 of the flesh, and the lust of the eyes, and the pride
25 of life, is not of the Father, but is of the world.
26 ⑰ And the world passeth away, and the lust thereof: but
27 he that doeth the will of God abideth for ever. ⑱ Little
28 children, it is the last time: and as ye have heard that

1 250. antichrist shall come, even now are there many
2 antichrists; whereby we know that it is the last time.
3 ① They went out from us, but they were not of us; for
4 if they had been of us, they would no doubt have continued
5 with us: but they went out, that they might be made
6 manifest that they were not all of us. ✳ Let me break
7 down the words image, sound, logo after a few
8 scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9
10 251 ㉒ And God said Let us make man in our image, after
11 our likeness: and let them have dominion over the fish of
12 the sea, and over the fowl of the air, and over the cattle,
13 and over all the earth, and over every creeping thing that
14 creepeth upon the earth. ㉗ So God created man in his own
15 image, in the image of God created he him; male and
16 female created he them. Genesis 2:7 And the LORD God formed
17 man of the dust of the ground, and breathed into his nostrils
18
19 252. the breath of life; and man became a living soul...
20 Here's the words ⓐ image, ⓑ sound, ⓒ logo breakdown ⓐ image
21 is imago in Latin meaning LIKENESS, appearance, statue,
22 idea, echo. To me image can also mean: image (I + M A G E =
23 eye magic meaning illusion) ⓑ sound root word in Greek is
24 phone. Sound is a type of wave motion that originates as the
25 vibration of a medium. In order to speak or sing, you
26 must add sound to letters. So in this breakdown of sound
27 I am going to use the Phoenician Alphabet which is the

Civil Rights Complaint Pursuant to U.S.C. § 1983

253. Early Linear Script that was used to write the Early Iron Age Canaanite languages. The 14th letter in the Phoenician alphabet is nun which is the phonemic representation of N and the numerical value of 50. Nun is believed to be derived from an Egyptian hieroglyph of a snake (serpent). In all languages the "n" represents the alveolar nasal. The voiced alveolar nasal is a type of consonantal sound used in numerous spoken

254. languages. The symbol in the international Phonetic Alphabet that represents dental, alveolar, and postalveolar nasals is "n". A dental consonant is a consonant articulated with the tongue against the upper teeth. Alveolar consonants are articulated with the tongue against or close to the superior alveolar ridge, which is called that because it contains the alveoli (the sockets) of the upper teeth. Post-alveolar

255. consonants are consonants articulated with the tongue near or touching the back of the alveolar ridge. The Phoenician alphabet was used to write the Early Iron Age Canaanite languages, subcategorized by historians as Phoenician, Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic. Logos in Ancient Greek means word, discourse, or reason thats used in Western philosophy, psychology, and rhetoric; it connotes an appeal to rational discourse that relies on inductive and deductive reasoning. — In Christianity "Logos" means

256. The Word of God (John 1:1 - In the beginning was
the Word, and the Word was with God, and the Word
was God). See, this is why the deception has been so
much when it comes to spells, cross of words, and
playing with the Bible in the form of manipulating, in-
doctrinating, controlling, labeling, stealing, and
altering. This has occurred using ① Image, ② Sound,
③ Logos because whoever governs the Word of God as

257. a steward is who controls or frees the people
and their inheritance. So in this case we can see their
motive at heart, which is their ability to play God in
order to flee from judgement. Basically, while they're
playing as God (false messiah) with their weapons of sorcery
they are also leading people into Idolatry. They are
also fleeing from judgement by pretending to be somebody
that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers)
represents Revelation 13:11 - And I beheld another beast coming
up out of the earth, and he had two horns like a lamb, and
he spake as a dragon. *That sums up the three words ① Image =
eye magic (appearance) ② Sound = phone, in Greek; and in the
phoenician alphabet the letter n (representation) which is the word
nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another
meaning of nun (female) is the word Monk (male) and they are
found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy,

Bu

Page Number

1  259 . Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
   *Insert ¶ #*
2  They are also found in Indian Religions such as Hinduism,
3  Buddism, and Jainism. ① Logos = word, discourse or
4  reason. Discourse means - written or spoken communication
5  or debate. The word discourse is derived from the Latin
6  prefix "dis" meaning "away" and the root word "currere" meaning
7  "to run" and refers to the way that a conversation flows.
8  To study discourse is to analyze the use of spoken or
9

10  260 . written language in a social context. Logo also represents
   *Insert ¶ #*
11  a graphic mark, emblem, or symbol used to aid and
12  promote public identification and recognition (it can also
13  include text of the name it represents as in a wordmark).
14  Logo is another form of trademark or branding (sounds
15  like mark of beast in the forehead because of perception due
16  to the fact that Logos originally stands for The WORD of God and
17  not the words of the World.) 2 Corinthians 4:1 - ① Therefore
18

19  261 . seeing we have this ministry, as we have received mercy,
   *Insert ¶ #*
20  we faint not; ② But have renounced the hidden things of
21  dishonesty, not walking in craftiness, not handling the
22  word of God deceitfully, but by manifestation of the truth
23  commending ourselves to every man's conscience in the
24  sight of God. ③ But if our gospel be hid, it is hid to them
25  that are lost: ④ In whom the god of this world hath blinded
26  the minds of them which believe not, lest the light of the
27  glorious gospel of Christ, who is the image of God should shine unto them.
28

87
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

262. Another example of false prophets handling the word
Insert ¶ #
of God deceitfully to blind the minds of humanity in order
to keep them in darkness and away from Jesus Christ of
Nazareth being their savior is: Revelation 1:8 - I am the
Alpha and Omega, the beginning and the ending, saith
the Lord, which is, and which was, and which is to come,
the Almighty. The word Alpha means: 1ˢᵗ letter of Greek alphabet,
the vowel sound represented by this letter (a) ② Alpha, Astronomy.

263. used to designate the brightest star in a constellation. ③ Chemistry
Insert ¶ #
(of an animal) having the highest rank in dominance of hierarchy: the
alpha female of an elephant pack. Next, the word alphabet alpha above
definitions + bet = second letter in Phoenician alphabet and the letters
name means "House" now put them together and you get Alpha=Astronomy
+ bet=house (Astronomy House = House of Witchcraft) then Omega =
the 24ᵀᴴ letter in the greek alphabet which is the last letter and the
word omega means "great O". Finally before I add it up the.

264. last part is the movie Alpha and Omega for kids in which
Insert ¶ #
Alpha is a female wolf and Omega is a male wolf. Now, all
this sum up to ⓐ The movie Alpha and Omega equals Wolf(Beast)=
"I.MAGE (eye magic.)" ⓑ The Alphabet equals to
"Astronomy House, House of Witchcraft, Babylon" meaning
"Sound-Phone in Greek" ⓒ The word Alpha equals
1ˢᵗ letter of greek alphabet, the vowel sound of the letter (a), Alpha,
Astronomy, Alpha Centauri (triple star system in southern constellation
of Centaurus/south pole) meaning "LOGOS" equals the
mark of Beast in Hand (Phone) & Forehead (movies, TV, digital realm)
Technology

95
Civil Rights Complaint Pursuant to U.S.C. § 1983

*They swapped WHICH
with WITCH because it's mentioned
3 times symbolizing TRINITY (Alpha Centauri)
not the Father, Son, and Holy Ghost ... (Revelation 1:8)

## SEASONS of The False Prophets Deception, Pimping & Harlotry

The End of their

1  2us. False prophets (THEIR END) Matthew 7:15 ⑤ BEWARE
*Insert ¶ #*
2  of false prophets, which come to you in sheep's clothing,
3  but inwardly they are ravening wolves. ✗ Now let's go
4  to Genesis 1:14 - And God said, Let there lights in the
5  firmament of the heaven to divide the day from
6  the night; and let them be for signs, and for seasons,
7  and for days, and years... Here are a few seasons
8  and Holidays that have a different meaning or
9
10  2us. overlooked meaning. #1 Autumn, also know as Fall
*Insert ¶ #*
11  has Halloween in its season. Ironically, by autumn
12  being labeled as fall and Halloween being labeled
13  All Hallow's Eve this pagan holiday is demonic,
14  satanic, and full of devil worship as it indoctrinates
15  the children since the children are the next generation.
16  Autumn/Fall indirectly glorifies the serpent for
17  causing eve to fall in the garden. Genesis 3:1 - Now
18
19  2us. the serpent was more subtile than any beast of the
*Insert ¶ #*
20  field which the LORD God had made. And he said unto the
21  woman, Yea, hath God said, Ye shall not eat of every tree
22  of the garden ✗ This was the first voice (sound) that
23  Eve heard after being created. This was the first
24  time the serpent twisted the word of God (Logos).
25  Genesis 3:4-5 ④ And the serpent said unto the woman,
26  Ye shall not surely die: ⑤ For God doth know that
27  in the day ye eat thereof, then your eyes shall be
28

89

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  268 . opened, and ye shall be as gods, knowing good
2  Insert ¶ #  and evil. ①And when the woman saw that the tree
3  was good for food, and that it was pleasant to the eyes,
4  and a tree to be desired to make one wise, she took
5  of the fruit thereof, and did eat, and gave also unto
6  her husband with her, and he did eat. ✳This is the second
7  time she heard his voice (sound) as he twisted the word
8  of God (logos) just to plant a picture in her head
9
10  269 . (image). Genesis 3.7.8 ①And the eyes of them were
11  Insert ¶ #  both opened, and they knew that they were naked; and
12  they sewed fig leaves together, and made themselves
13  aprons. ② And they heard the voice of the LORD God
14  walking in the garden in the cool of the day: and Adam
15  and his wife hid themselves from the presence of the
16  LORD God amongst the trees of the garden. ✳ This
17  is where her eyes opened however they were naked so
18
19  270. they made them some clothes to cover up their nakedness
20  Insert ¶ #  which makes sense on why clothing is a tool people use
21  to project a certain image in society This is also how
22  Figueroa became a hoe street where women walk
23  around naked to make some money. This is also
24  a reprentation of the police showing up on prostitution
25  streets and the men and women hide themselves when
26  they see or hear the police, like Adam & Eve did to God. Mind
27  you, this passage also shows that Eve finally heard the
28

<center>90</center>

271. Lords voice; however it was after the serpent had already talked to Eve and caused them to fall. So basically, Autumn symbolizes Adam and Fall symbolizes going downward and the Halloween symbolizes Hollow Eve. This is crossing of words also known as twisting words which is exactly what the serpent did to Eve. The crossing of words is where perversion (a twisted truth) and witchcraft (word curses) were birth out in the garden of Eden when Eve believed the

272. serpent then ate of the tree of good and evil. In this season the serpent used the same tactics perversion (a twisted truth) and witchcraft (word curses) however this time the tree of good and evil (knowledge) was "MONEY", the perversion used as weapons in this season is sexuality, identity, education, career, technology, religion, family, faith, Bible, morality etc. The witchcraft used as weapons are spells, lies, slander campaigns, influential peddling, obstruction of justice, and Biblical scriptures used to manipulate, exploit,

273. blackmail, etc. the people. So, what happened here is something we see everywhere in the world right now. It was the enemy intentionally using such tactics against the people so that they'd fall which then helps him profit off of the demise, destruction, downfall, and/or death so that he can advance his kingdom. Another name that goes with Autumn/Fall is the words "Harvest Season" which is considered the gathering of the fruit of ones labor. That means the enemy has used the words Autumn, Fall, Halloween (Hollow Eve), and

91

Civil Rights Complaint Pursuant to U.S.C. § 1983

274. Harvest Season to indirectly mock Adams fall behind
*Insert ¶ #* Eve listening to the serpent which caused their disobedience to
God to cause them to produce the serpent a harvest. The
word "Hallow" means to make holy, sanctify, consecrate, to
honor as holy, consider sacred; venerate, to hallow a battlefield.
The etymology of the word "Ween" is the slang word
for penis. Venerate means to regard with great respect,
revere. Eve is defined as: ① the evening or the day before a

275. special day ② Mother of all living (Genesis 3:20). ✳ In
*Insert ¶ #* the western christian practice, the liturgical (customary public
ritual of worship) celebration begins with its first vespers (evening
prayer) in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox,
and Lutheran liturgies) on the evening of 31 October, All Hallows's
Eve (All Saints Eve) and ends at the compline (night prayer) of
1 November. This is the day before All Souls Day (the commemoration
of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a
*Insert ¶ #* "Allhallowtide"
3 day religious observation called a tridaum). Allhallowtide is a "time"
to remember the dead, including martyrs, saints, and faithful
christians. Hallowsday (All saints' day) and thus of its vigil (Halloween)
was established for Rome perhaps by Pope Gregory III (731-741)
and was made of obligation throughout the Frankish Empire
by Louis Pious in 835. In the 11th century All Souls' Day was
popularized, after Abbot Odilo established it is a day for the monks
of Cluny and associated monasteries to pray for the dead. ✳ When

92
Page Number

277. I see "Allhallowtide" being called a tridium to me.
*Insert ¶ #* it symbolizes a "false Trinity"; in fact it doesn't symbolize
anything because It is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off of Jesus' then the only Trinity is
The Father, The Son, and The Holy Ghost. The second reason is
Luke 20:38-For he is not a God of the dead, but of the living;

278. for all live unto him. Matthew 8:21-22 And another of
*Insert ¶ #* his disciples said unto him, Lord, suffer me first to go and
bury my father. 22 But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 6:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, For that
he sinned by the dead, and shall hallow his head that same
day. Numbers 16:48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11- He that toucheth
*Insert ¶ #* the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally, 3rd reason, is because
God says let the dead bury the dead, so ritualism
and days of religious prayers for the dead are all
done in vain; they go against the words of Christ which
means they symbolize The Anti Christ; To conclude this

<div align="center">

93

Page Number
</div>

280. topic using a steganography for the words Autumn, Fall Halloween (HallowEve) and Harvest Season I will decode a perverted meaning hiding in plain sight. HallowEve= Holy Mother of all living + Halloween= sanctify the penis + Autumn= of Adams' + Fall= falling nature + Harvest Season (put it all together) Holy mother of all living sanctify the penis of Adam's falling nature; Holy mother of all living sanctify the evening of November 2nd as All souls day in remembrance of the harvest season

281. of the dead (this is just what I got from looking at the words. But when I was researching Thanksgiving because its the next holiday which is still considered to some as being Autumn also known as fall; I found under Black Friday MY 2 aunts and one of their husbands plus I found the word SACS. The word SAC means Southern Association of Colleges and Schools. It's headquarters are in North Druid Hill, Georgia near Decatur in the Atlanta Metropolitan area. and Decatur Georgia is where my

282. partner was born. So this confirms my halloween assumption about Adam and Eve.) Let me also breakdown "Allhallowtide" which is called a triduum according to Catholicism. As I said before triduum is a false trinity because its for the dead and God is a living God. "Allhallowtide" means "Hallow= consecrate" + "tide= flood" (put it all together) Total consecrated flood and since its pertaining to the dead it will be a "totally consecrated flood of the dead (from October 31- Nov 2)". I cast out any spirit of infirmity that came into people's lives through pride, rejection,

94

Page Number

1  233. trauma, accidents, witchcraft in the name of Jesus Christ
   *Insert ¶ II*
2  of Nazareth. Lord, I command all spirits of lust, perversion,
3  adultery, fornication, uncleanness, and immorality to come
4  out of our sexual character in the name of Jesus Christ of
5  Nazareth. I command all spirits of witchcraft, sorcery, divination,
6  and occultism to come out in the name of Jesus Christ of Nazareth.
7  I speak to all generational and hereditary spirits operating in
8  our lives through curses to be bound and cast out in the
9

10  234. name of Jesus Christ of Nazareth. I command all
    *Insert ¶ II*
11  spirits operating in my back, spine, sexual organs, skeletal
12  system, stomach, navel, abdomen, mind, heart, spleen, kidneys,
13  liver, pancreas to come out in the name of Jesus Christ of
14  Nazareth Amen. ✱ Autumn, also known as fall
15  has Thanksgiving in its season. The story of Thanksgiving
16  is stated to had been first celebrated on September 8, 1565
17  in St Augustine, Florida. It was the Native Americans and
18

19  235. Spanish settlers that held a feast as the Holy Mass was
    *Insert ¶ II*
20  offered. A second Thanksgiving celebration occurred on American
21  soil on April 30, 1598 in Texas when Don Juan de Oñate declared
22  a day of Thanksgiving to be commenced by the Holy Sacrifice of the
23  Mass. The Catholics considered Squanto, the Native American man
24  to be the beloved hero of Thanksgiving. Squanto mediated
25  between the Puritan Pilgrims and the Native Americans. He
26  had been enslaved by the English but was freed by Spanish Franciscans.
27  Squanto was a baptized Catholic Native American who

95

*Page Number*

286. orchestrated what became known as Thanksgiving. ✳ The
*Insert ¶ #*
Franciscans are: a group of related mendicant (Roman
Catholic religious orders that have adopted for their male members
a lifestyle of poverty, traveling, and living in urban areas for
purposes of preaching, evangelizing, and ministry to the poor.)
Other mendicant orders are: Order of the Most Holy Trinity and
of the Captives (The Trinitarians) the founding-intention for the order
was the ransom of Christians held captives. In addition to ransoming

287. Christian captives their ministry included hospitality, care of the
*Insert ¶ #*
sick and poor, churches, education, etc. The ransom is for the Christians
that are held captive by Muslims. The Order of Preachers also known
as the Dominican Order was founded to preach the gospel and to
oppose heresy. The order is famed for its intellectual tradition by
having produced many leading theologians and philosophers. This
order was also into Mysticism which refers to the conviction that
all believers have the capacity to experience God's love and that this

288. love may manifest itself through brief ecstatic (religious ecstasy)
*Insert ¶ #*
(ecstasy= is also a drug pill people use to get high and enjoy sexual pleasures)
experiences, such that one may be engulfed by God and gain immediate
knowledge of him, which is unknowable through the intellect alone. (No
wonder ecstasy was so big in the black communities.) The Patron
Saints under this order is Saint Dominic (Dominic de Guzman, born in
present day Castile-Leon, Spain) He is the patron saint of astronomers
and natural scientists. Saint Mary Magdalene the one who witnessed
the crucifixion & burial of Jesus plus she was the first person to see

96

1  281. him after the Resurrection. ^Saint Mary Magdalene is the patron
2  Insert ¶ # Ⓐ  saint of Apothecaries (pharmacist and chemist), Arahal, Spain (a place
3  in the path where stopping to rest) in Arahal, Spain their are a few
4  monuments like Nta-Sra-de la Victoria Church, Vera-Cruz church
5  (founded by Knights Templar which is a Military order of the Catholic Church),
6  Nta Sra. del Rosario convent (of the Rosary convent), San Roque Church
7  (portion against disease and healer of contagion of all kinds), Santa Maria
8  Magdalena parish-church, and finally San Antonio Hermitage (retreat).
9
10  280. Ⓒ Atrani, Italy (sound like a tranny aka transsexual). Ⓑ Casamicciola
11  Insert ¶ #  Terme (Main Sights: Church of Saint Antonio al Mortito dedicated to Saint
12  Anthony of Padua born in Lisbon Portugal, was given the title Doctor
13  of the Church. Anthony's attributes consisted of the: Franciscan
14  habit, lily (purity, innocence, and rebirth), book (a medium for recording information)
15  tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion
16  in Catholicism. *I believe this is hypocrisy because Samspon was an Israelite warrior
17  and judge who was know for his prodigious strength that came from his hair until
18
19  281. Delilah found out where his strength came from then she cut his hair to
20  Insert ¶ #  weaken him), holding the Infant Jesus, mule (a hybrid between a female horse
21  and a male donkey meaning Jackass. Anthony of Padua is the patron
22  saint of Custody of the Holy Land (the mission of the Custody of the
23  Holy Land is to guard "the grace of the Holy Places" of the Holy
24  Land and the rest of the Middle East," sanctified by the presence
25  of Jesus" as well as pilgrims visiting them, on behalf of the Catholic
26  Church. Activities owned by the Franciscan order are : Terra Santa
27  College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The
28

97

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  292. Custody has a communication department in charge
   Insert ¶ #
2  of the official media in the Holy Land, which is based at
3  the Terra Sancta College in Jerusalem that has a multimedia
4  centre broadcasting news programmes in different languages,
5  an editorial office of the Christian Media Center and the
6  Terre Sainte Magazine in French.) Anthony of Padua is patron
7  saint of Miracles (my daughter who is in foster custody name), travelers, finding
8  one's spouse (sounds like cupid), pregnancy (I haven't been able to conceive with my
9
10 293.  partner Antonio), harvests (all my resources have been held/dried up for 6 years)
   Insert ¶ #
11 animals, lost souls (there's many of those like never before), lost people (people been
12 disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit
13 with Covid 19 killing thousands of people), the disabled (USA is full of disabled people),
14 the oppressed (all over the world), the hungry (All over the world), the elderly (All over the
15 world), faith in the Blessed Sacrament, sailors, fisher men (need more soul winners for Jesus),
16 watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my
17 mail and other people mail has been tampered with), counter-revolutionaries, indigenous
18
19 294.  peoples of the Americas, etc.) * Now back to Mary Magdalene. (where
   Insert ¶ #
20
21 I found Anthony of Padua) She is the patron saint over the rest of
22 these E Ischia (Italian Island in the Tyrrhenian Sea), F contemplative
23 life (lifelong journey to God in prayer and worship), converts (religious
24 conversion, glovers (maker of gloves), hairdressers, Knwit (a province
25 of Cavite, Philippines whose sister city is Sakaguny, Japan), Amadeo, Cavite
26 (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in
27 Philippines), perfumeries, people ridiculed for their piety (piety = virtue),
28 pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

1  295. the process of treating skins and hides of animals to produce leather),

2  Insert ¶ # Sexual temptation, and women. Saint Catherine Siena attributes are:

3  ring, lily, cherubim (a winged angel according to bible), crown of thorns (was

4  placed on Jesus head for his crucifix), stigmata (body wounds that appear in

5  areas corresponding to the wounds of Jesus Christ), crucifix, book, heart,

6  skull, dove, rose, miniature church, miniature ship bearing Papal

7  coat of arms (mark of beast in my eyes). St Catherine Siena is the patron

8  saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

9

10  296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,

11  Insert ¶ # Pennsylvania, US; Bambang Nueva Vizcaya (in Philippines), and Samal

12  Bataan (Philippines). You have just read the 3 saints, their

13  attributes, and patronage (what/who the "protect or pray for"); The 3

14  saints under the Dominican Order that you just learned about was

15  St Dominic, St Mary Magdaline, and St Catherine. Before I go back

16  to St Francis, I will name a few more saints over certain

17  topics. 1) St Cecilia attributes: Flute, organ, roses, violin, harp, Baritone,

18

19  297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great

20  Insert ¶ # musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del

21  Plata, Argentina (Pope Francis is from Argentina) Pipe Organs 2) Saint

22  Jesus Malverde, born in Sinaloa Mexico. Jesus Malverde

23  is patron of Mexican drug cartels, drug trafficking, outlaws,

24  bandits, robbers, thieves, smugglers, people in poverty (he

25  became a saint in Sinaloa, Folk Catholicism) 3) St Maximilian

26  attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman-

27  Catholic monthly magazine), Nazi concentration prison uniform,

298. Nazi concentration camp badge, crucifix, rosary. He is
Insert ¶ #
the patron of: families, recovery from drug addiction, prisoners,
amateur radio operators, journalists, political prisoners, pro-
life movement, esperantists, Militia immaculate (army of the immaculate
one) His face was also commemorated on a West Germany stamp in
1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights,
clowns, comedians, comics, converts, dancers, musicians, printers
stenographers, epileptics, thieves, torture victims. ⑤ Saint Columba

299. of Spain they celebrate her on September 17 annually (*this
Insert ¶ #
is my partners birthdate). St Columba of Spain is the patron of
magic, witches, magicians, wizards, hags, andorra, chevilly
galicia. Her shrine is at Old Castile, priory of St Columba and the
royal Abbey of Our lady at Najera. ⑥ Saint John Bosco is the
patron of christian apprentices, editors, publishers, students, young
children, magicians, juvenile delinquents, Piura Peru, Brasilia
Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

300. of Cologne he is the patron of those who cultivate the
Insert ¶ #
natural sciences, medical technicians, philosophers, and scientists.
His scientific career fields were: natural science, alchemy, jurisprudence,
diplomacy, theology, and Natural philosophy. His main interests:
philosophy, physiology, mineralogy, astrology, geography, astronomy,
music theory, natural science, alchemy, jurisprudence, diplomacy,
theology, and natural philosophy. *** Returning to The
Franciscans (explanation) they are a group of related mendicant
Christian religious orders within the Catholic Church. It

100
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

301. Was founded in 1209 by the Italian saint Francis
*Insert ¶ #*
of Assisi, the Order of Friars Minor was for men. Their
Motto is: Peace and the good and their ministry consisted of
preaching, missionary, educational, parochial, & charitable
works. the Order of Saint Clare which is the Franciscan's
second branch was founded by Clare of Assisi and Francis
of Assisi on Palm Sunday, this order is for nuns. St
Francis had a third order which was for people

302. of both sexes that were married but couldn't leave
*Insert ¶ #*
the world or abandon their avocations, but still were part
of the Franciscan movement. He also had a Secular franciscan
order that let men and women make a spiritual commitment
to their own Rule. however the Secular Franciscan fraternities
can not exist without the assistance of the first and
second franciscan Order. Since Clare of Assisi is one of
the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance,
*Insert ¶ #*
PYX (boxwood receptacle), lamp, habit of the Poor Clares. Saint
Clare is the patron of: eye disease, goldsmiths, laundry, television,
bicycle messengers, good weather, needleworkers, remote,
viewing, extrasensory perception, Santa Clara, California;
Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines.
Saint Francis attributes were: Franciscan habit, birds, animals,
stigmata, crucifix, book, and a skull. Saint Francis of
Assisi was patron of: Franciscan Order, poor people, ecology,

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  34. animals, stowaways, merchants, Aguada (town in Puerto
2  Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines),
3  Dumanjug, Cebu (in Philippines); General Trias (in Philippines),
4  and Italy. (THE END OF THE FRANCISCANS under Saint Francis of Assisi).
5  Finally, here are a few names of people and places with the
6  word "Franc" in the beginning. In year 1539, France was the
7  1st Country to establish a nationwide population register
8  using the Catholic parish register. ① Francis Solanus born

10  35. March 10, 1549 - July 14, 1610 was a Spanish Friar and
11  Missionary in South America, belonging to the Order
12  of Friars Minors (the Franciscans) and is honored as a
13  saint in the Roman Catholic Church. He is the patron saint
14  of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU,
15  also against earthquakes. He was born in Montilla, Spain
16  and he died in Lima, Peru. ③ Francis Albert Lai born
17  in Nice, Alpes-Maritimes, France. He was a Film score
18

19  36. composer who did music for film. ④ Francis Patrick
20  Mary Browne was a distinguished Irish Jesuit and
21  a prolific photographer (did the photos of RMS Titanic). He
22  also was a military chaplain during First World War.
23  He was born in Cork, Ireland and died in Dublin
24  Ireland. ⑤ Francis Brown Wai was born in Honolulu,
25  Hawaii and he died in Leyte Philippines. He was a
26  US Army Captain who was killed in action the
27  liberation of Philippines Island from Japan. (End of topic
28  for Thanksgiving which led me to The Franciscans). Some people call
   Thanksgiving "FRANKSGIVING" because of Franklin D. Roosevelt.

Insert ¶#
Insert ¶#
Insert ¶#

1  357. Black Friday is not an official holiday in the U.S.
   *Insert ¶ #*
2  but California and some other states observe "The Day After
3  Thanksgiving" as a holiday for state government employees.
4  The SouthPark neighborhood of Charlotte, North Carolina is
5  the most trafficked area of the US on Black Friday. The neighborhood
6  was once a part of a 3,000 acre (1,200ha) farm owned by former
7  North Carolina Governor Cameron Morrison. The front
8  entrance to the mall is on Sharon Road. * Right here.
9
10 358. under the Black Friday topic based on SouthPark I see
   *Insert ¶ #*
11 my aunt Charlottes name in whom she is married to
12 Morris' her husband and then I see my Sharon's
13 name as well and she's my other aunt (they both worked
14 with kids) plus shes Charlottes older sister as well.) Then,
15 when you scroll down and click on Transportation infrastructure
16 (wikipedia search SouthPark, Charlotte) you will see bus #'s for their
17 transit system (C.A.T.S. = Charlotte Area Transit System); #29 (UNC Charlotte/
18
19 359. Crosstown) clue as UNC Charlotte and it will redirect you
   *Insert ¶ #*
20
21 to University of North Carolina at Charlotte then you will see the
22 school information. When you see accreditation is shows SAC and
23 and a little further down you see the word Chancellor with the
24 name Sharon Gaber (mind you Sharon is the name of my aunt
25 who worked at a childcare, Sharon is also the mom of my cousin
26 Donnetta (who messed with me when I was around 7 (incest/homosexuality)
27 and Sharon has a son named Steven who messed with me til I was
28 almost 17 years old (incest) all behind another parties witchcraft,

                        103
                    *Page Number*

1  310 . perversion, narcissism, scandal, etc. that was coming
2  *Insert ¶ #*  from people misusing their position of power that was supposed
3  to lead people to Jesus Christ of Nazareth in Italy. Messed my
4  head up to actually come to the reality of the depth of my path
5  that was stemming from a part of the world that I've never
6  seen. But to make things worst in order to confirm my statement
7  then return to the rest of my story let me show you Italy's (Babylon/Rome)
8  scandal that reaches "ALL OVER THE WORLD". Catholicism
9
10  311 . is a Christian church that "VENERATE" (to honour or very
11  *Insert ¶ #*  much respect a person or thing) basically to venerate means
12  to "reverance, worship". Catholicism venerates people & things
13  who they feel are worthy of being given respect for their
14  attributes or past accomplishments. Now there's nothing wrong
15  with wanting to respect the accomplishments of others from
16  the past because that's how generations learn from each other.
17  (Disclaimer: What I am about to say will open your mind to another
18
19  312. Level of thinking that comes from the wicked, depraved, and
20  *Insert ¶ #*  perverse mind of the enemy but it will also confirm why God
21  gave certain commandments to protect His people.) Now, the way that
22  Catholicism venerates people or things is in a form of Idolizing
23  the dead while attempting to control the present so that they
24  can ensure the future generations." let me pin their moves so that
25  I can paint their picture and I'm going to paint their
26  picture so that "YOU" may be able to pin their moves(quote by
27  Victoria Dill(want LOL) ① They put a seal on you at birth (footprint,
28

*104*
*Page Number*

313. birth certificate, social security number ③ They have their professionals monitor your whole life (pediatrician, dentist, etc)

*Insert ¶ #*

Please remember this Beast is a system with Billions of peoples' identity inside that it controls & NOBODY IS EXEMPT WHETHER YOU ARE RICH, POOR, FREE, or BOND & race doesn't MATTER PERIOD!! Now, I understand there were systems before this time however those were destroyed but the one that has been put in place today came from Catholicism and France was the first country to use their registry in 1539 (the Catholic Parish Registry).

314. See, people fail to realize that while Europeans were playing

*Insert ¶ #*

the game "Scatter Africa" the mother land that they were learning other peoples way of living, culture trends, inventions (like Asia, Egypt, Babylon, etc) so that they could build, divide to conquer, steal & replicate to rename as their own. They wrote things down in their own words (better yet in their own languages) because playing with sound and words is a subtle way to manipulate a person who lacks the knowledge of the truth which brings me

315. to my next point) ③ As a child (modern days) you are expected

*Insert ¶ #*

to go to school in order to learn what is necessary to be accepted in their system (professional field) because they know you gotta make money to live in their world (but what people fail to realize is in their world they make money off of you being in their system as soon as your born and they use you to make money as soon as you die. Ex: funeral, debt, fraud, etc.). ④ In the professional field they make money off of you, they also tax you (which is more money), then you have to

1   316. pay them to live (bills, entertainment, food, travel, child care, etc)
    *Insert ¶ #*
2   now when I say them I talking about the chain of command
3   that consists of countries debt, international trade, governments
4   (federal & state), corporations, & even streets (depending on the person).
5   5) Now to bring it full circle and back to European & Catholicism
6   Europe Kings & Queens rule different countries under different
7   titles. The Roman Catholics have their churches planted in
8   different countries under different titles (ex: Archdiocese of Atlanta-
9
10  317. Catholic Church, East Orthodox Catholic Church, Roman Catholic
    *Insert ¶ #*
11  Church, etc) also different positions of hierarchy such as Pope,
12  priest, nun, etc and they have sub categories that range
13  from Education, Hospitals, Finances, military orders,
14  etc. So with all this being said, here's two kingdoms
15  that worked together on conquering everybody else until
16  the other kingdom got out of hand and moved with betrayal.
17  6) However, the betrayal came into full affect after
18
19  318. the legalization of same sex marriages in 2015 because
    *Insert ¶ #*
20  same sex marriage (under Barrack Presidency) is when the
21  spirit of Perversion was activated which only means
22  a twisted truth. So, what that did was Awaken the dead, the
23  demons, witches, etc that was already put into place
24  by the idolatry of both Kingdoms which consisted
25  of them coveting, stealing, & entertaining the paganism
26  of other peoples religions now don't mistake that I
27  am saying that it didn't exist already because thats not what I am
28  saying instead I am saying the mixing of the religions caused strange fire.
    So the confession at hand _____ is because of the truth and the lie
    colliding.                                    *Page Number*

1  319. **Christmas December 25**
   Insert ¶#
2  Christmas is an annual festival commemorating
3  the birth of Jesus Christ, observed primarily on
4  December 25 as a religious and cultural celebration
5  among billions of people around the world. The
6  history behind Christmas is vague so I will break
7  down Santa Claus also known as Father Christmas,
8  Saint Nicholas, etc. Since Saint Nicholas is venerated
9
10 320. by the Catholic church I will talk about him. He was
   Insert ¶#
11 born March 15, 270 (Roman Empire) and he died December
12 6, 343 (Roman Empire, Diocese of Asia). Little was known about
13 the historical Saint Nicholas however one of his most famous
14 incidents from his life is that it was said that he rescued three
15 girls from being forced into prostitution by dropping a sack
16 of gold coins through the window of their house each night
17 for three nights so their father could pay a dowry for each
18
19 321. of them. Saint Nicholas is the patron saint over these
20    Insert ¶#
21 Categories: Children, coopers, travelers, sailors, fishermen,
22 merchants, broadcasters, the falsely accused, repentant
23 thieves, brewers, pharmacists, archers, pawnbrokers, unmarried
24 people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece,
25 Hellenic Navy, Liverpool, Bari, Siggievi, Moscow, Amsterdam,
26 Lorraine, Royal School of Music and Duchy of Lorraine, students
27 in various cities and countries around Europe & Russian Navy.
28 Another thing about Saint Nicholas is that he was a monk

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 | 322. and he was born in Patara, Turkey. ✱ After Saint Nicholas
2 | *Insert ¶ #* the prominence of Christmas Day increased gradually after
3 | Charlemagne, also known as Charles the Great who was
4 | King of the Franks (a germanic speaking people whose land was
5 | divided into different kingdoms like② West Francia became the
6 | Kingdom of France, East Francia became the kingdom of Germany,
7 | and Middle Francia became the kingdom of Lotharingia in the
8 | north, Kingdom of Italy in the south, and the kingdom of
9 |
10 | 323. Provence in the west.) Charles the Great was King of
11 | *Insert ¶ #* the Franks from 768 when he was crowned as the Emperors
12 | of the Romans by Pope Leo III on December 25, 800). Pope
13 | Leo III was the bishop of Rome (the pope which was head of the
14 | worldwide Catholic Church and he was ruler of the papal states
15 | which were the major states of Italy) ✱ So basically if Christmas
16 | is supposedly the day to worship the birth of Jesus then what
17 | Jesus are people worshipping? because Saint Nicholas who
18 |
19 | 324. is supposedly the pagan representation of Jesus Birth.
20 | *Insert ¶ #* because Saint Nicholas allegedly lived in a crypt near Bethlehem
21 | where the Nativity of Jesus is believed to have taken place and that's
22 | where the Church of Saint Nicholas in Beit Jala, a Christian town
23 | of which Nicholas is the patron saint. Then you have Charles
24 | the Great who was crowned Emperor of Rome on December 25, 800
25 | and then you also have Jesus Malverde who is a drug
26 | lord and they made him a saint in the catholic church
27 | located in Sinaloa, Mexico? So what Jesus is really being

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  325 , represented by the church and the pagan holidays.
2  Insert ¶ # Also, one of Santa's sayings is : Ho,Ho,Ho Merry Christmas
3  and what I see when I hear that is Horace Marriage
4  Christ's Massacre. which is exactly what they tried
5  to do, thinking that they were cheating me out of
6  my inheritance (that's where we are now) Horace also stands
7  for Ho Race. which would symbolize Babylon's Mystery
8  The Mother of Harlots and the abominations of the
9
10  346 . Earth (Revelation 7) which is the first "Bridegroom and
11  Insert ¶ # Bride then after Babylon falls comes the marriage of
12  the lamb. However, under this guise of treachery we
13  see that Hamas has hit Israel which lets us know
14  that all those individuals (Muslims) are the seeds of the
15  Serpent because if they weren't then they would have
16  never touched "The Holy Land". Also, they go by the name
17  Hamas which people will say is from Ham who is one of
18
19  327. Noah's son and that would further prove that they
20  Insert ¶ # are all Canaanites and Europe Kingdoms are Cain (same
21  thing because Cain was cursed and Ham's son Canaan
22  was cursed). Now, what people may have not known
23  is "Yeshua Hamashiach" means "Jesus the Messiah" so
24  why is Hamas proclaiming Allah and denouncing the
25  very God that their name stems from? Do you know
26  that Christmas (Santa Claus) is how they indirectly planted
27  the seed of pimping and hoeing to our children because
28

109

Page Number

1  328. The story of Saint Nicholas talks about him rescuing
   *Insert ¶ #*
2  three girls from being forced into prostitution by dropping
3  a sack of coins through the window of their house each
4  night for three nights so their father could pay a dowry (the
5  money, goods, or estate that a woman brings to her husband
6  or his family in marriage) but that's not scripture! In
7  Genesis 24:21-23,29-60 (21)And the man wondering at her
8  held his peace, to wit whether the LORD had made his
9
10 329
   *Insert ¶ #*  journey prosperous or not. (22)And it came to pass, as
11 the camels had done drinking, that the man took a
12 golden earring of half a shekel weight, and two bracelets
13 for her hands of ten shekels weight of gold. (23)And said,
14 Whose daughter art thou? tell me, I pray thee: is there room
15 in thy father's house for us to lodge in?(24)And the damsel ran,
16 and told them of her mother's house these things. (29)And
17 Rebekah had a brother, and his name was Laban: and
18
19 330. Laban ran out unto the man, unto the well. (30)And
   *Insert ¶ #*
20 it came to pass, when he saw the earring and bracelets upon
21 his sister's hands, and when he heard the words of Rebekah
22 his sister saying, Thus spake the man unto me; that he came
23 unto the man; and behold, he stood by the camels at the
24 well. (31)And he said, Come in, thou blessed of the LORD; wherefore
25 standest thou without? for I have prepared the house, and
26 room for the camels. (32)And the man came into the house:
27 and he ungirded his camels, and gave straw and provender
28

110
Page Number

1 ³³1 . for the camels, and water to wash his feet, and the
2 *Insert ¶#* men's feet that were with him. ³⁴And there was set meat
3 before him to eat: but he said, I will not eat, until I have
4 told mine errand. And he said, Speak on. ³⁵And he said,
5 I am Abraham's servant. ³⁶And the LORD, hath blessed
6 my master greatly; and he is become great: and he hath
7 given him flocks, and herds, and silver, and gold, and
8 menservants, and maidservants, and camels, and asses.
9
10 ³²  . ³⁶And Sarah my master's wife bare a son to my master
11 *Insert ¶#* when she was old: and unto him hath he given all that
12 he hath. ³⁷And my master made me swear, saying, Thou
13 shalt not take a wife to my son of the daughters of
14 the Canaanites, in whose land I dwell: ³⁸But thou
15 shalt go unto my father's house, and to my kindred,
16 and take a wife unto my son. ³⁹And I said unto
17 my master, Peradventure the woman will not follow
18
19 ³³. me. ⁴⁰And he said unto me, The LORD, before whom
20 *Insert ¶#* I walk, will send his angel with thee, and prosper thy way;
21 and thou shalt take a wife for my son of my kindred, and
22 of my father's house: Genesis 24. 50-53 ⁴⁴Then Laban and
23 Bethuel answered and said, The thing proceedeth from the LORD:
24 we cannot speak unto thee bad or good. ⁵¹Behold, Rebekah is
25 before thee, take her, and go, and let her be thy master's son's
26 wife, as the LORD hath spoken ⁵²And it came to pass, that,
27 when Abraham's servant heard their words, he worshipped

*111*
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  34. the LORD, bowing himself to the earth. (31) And the
   Insert ¶ #
2  servant brought forth jewels of silver, and jewels of
3  gold, and raiment, and gave them to Rebekah: he gave
4  also to her brother and to her mother precious things.
5  *** Now that you know what the scriptures
6  say, you see with your own eyes that the story
7  of Saint Nicholas story is a perverted (twisted
8  truth) of God's word. However, Dowries have long
9                                    Stealing (FROM.)
10 35. histories in Europe, South Asia, Africa, and other
    Insert ¶ #
11 parts of the world but not in United States. Middle
12 East still practices the Dowry system however
13 in India, dowry is called Dahez in Hindu, and Jahez
14 in Arabic among the Islamic Community. In other
15 parts of India (eastern) the dowry is called Aquunpot.
16 Dowry is a payment from the bride's family to the
17 bridegroom's family upon marriage. In Pakistan
18
19 36. the dowry is called Jahez in Arabic. Pakistan's Muslim
    Insert ¶ #
20
21 make dowry an obligation in Islamic practice. In
22 95 percent of all marriages in Pakistan involves transfer
23 of a dowry from the bride's family to the groom's
24 family. In Afghanistan the dowry is called Jehez
25 it is transferred from the bride's family to the groom's
26 family. *** This is called PIMPING not a marriage,
27 A woman isn't supposed to pay a man to be married
28 and this is what Jesus Christ died on the cross of

                        7/2.
                     Page Number

        Civil Rights Complaint Pursuant to U.S.C. § 1983

337. Calvary for, his death was for the remission
*Insert ¶ #*
of humanities sin so how can you put a price on a
person (male or female) when Christ gave his life for
ALL HUMANITY. Then to make Matters worst they used
Christmas as a way to plant the seed of Harlotry/athiesm.
Ho Ho Ho Merry Christmas seem so innocent to the
naive however then you have the question of have
you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and
*Insert ¶ #*
the child goes to sit on a strangers lap just to take
a picture while their parents are talking about how
cute the child looks. What that parent doesn't know
is that subconsciously that gets programmed into a
child's mind. So, as they're growing up they remember
those moments which then confuses them when their
parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking
*Insert ¶ #*
their parent why? they leave with a sense of confusion
because, Santa Claus is a ①stranger,②he gives good
gifts, we celebrate the ③birth of the savior during
that time, and they were allowed to ④sit on a strangers
lap to take a picture that the⑤parent said was cute.
It's something so simple as a holiday, movie, music
video, video game, etc. that plant and water seeds of
twisted truths (lies &perversion), #1, 2, 4, &5 all look innocent
as 1 & 2 hides in front of Christ (purity, sacrificial love, etc) the
3 & 4 hides behind Christ's ⑫ Pureness of character but
1, 2, 3 & 4 are   Civil Rights Complaint Pursuant to U.S.C. § 1983
training tactics to be prostituted whether it be on the streets,
on stage, on T.V., at a job, to get a degree, or government assistance, etc.

---

310. Now during Christmas season which is Winter
there's a such thing as Christmastide. Its different days
of celebrations during Christmas time and here's the list:
Dec 25 - Christmas, Dec 26 - St. Stephen's Day, Dec 28 -
Childermas, Dec 31 - New Years Eve, Jan 1 - the Feast of
the circumcision of Christ or the Solemnity of Mary, Mother
of God, and The Feast of the Holy Family (date varies)
* Saint Stephen's Day is to celebrate him as the first christian

311. martyr. Saint Stephen's Day is celebrated on Dec 25 in Armenia
and Dec 26 in Christianity. His attributes are: red martyr,
stones, dalmatic, censer, miniature church, Gospel Book,
martyr's palm, orarion. He's the patron saint of:
altar servers, native american Pueblo, bricklayers, casket
makers, Cetona, Italy, deacons, headaches, horses, Kecel
Bidaum, masons, etc. * The next holiday is Dec 28 called
Childermas (Massacre of the Innocents) this day is pertaining

312. to children *** Valentines Day is the feast of
Saint Valentine was known as a Bishop in the Roman empire
who ministered to persecuted christians. He was martyred and
his body buried on the Via Flaminia on February 14, which has
been observed as the feast of Saint Valentine also known
as St. Valentine's Day since the eighth century. He is also a
patron saint of Terni, Italy; epilepsy, affianced couples,
against fainting, beekeepers, happy marriages, love,
mentally ill peoples, plagues, Lesvos (for Catholics) Lesvos

114

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  343. is also called Lesbos which is a Greek Island
2  *Insert ¶ #*  located in the northern Aegean Sea. The region includes
3  the island of Lesbos, Chios, Ikaria, Lemnos, and Samos.
4  A third of Lesbians live in the capital, while the remainder
5  are in small towns & villages. The larges are Plomari (the
6  southernmost on Lesbos Island & not too far from Plomari is
7  the church of Agios Pantekimonas with the Saint Pantaleon
8  who is a saint over physicians, apothecaries, midwives, livestock,
9
10  344. lottery, lottery winners and miseries, lottery tickets; invoked
11  *Insert ¶ #*  against headaches, constipation, locusts, witchcraft, accidents
12  and loneliness; helpers for crying children). Kalloni is
13  after Plomari then Gera Villages (Gera lesbos is named after
14  a lesbian city called Hiera (sounds like hierarchy) that may have been
15  Portus Hieraeus). After Gera there's Agiassos, Eresos, and
16  Molyvos (the ancient Mythimna) all this falls under
17  Saint Valentine (valentines Day). * ** * Now, let's talk
18
19  345. about names and death because this will prove a point
20  *Insert ¶ #*  I will make later on in the packet. The Catholic Encyclopedia
21  and other hagiographical (is a biography of a saint or an
22  ecclesiastical leader, as well as, by extension, an adulatory
23  and idealized biography of a preacher, priest, founder, saint,
24  monk, nun or icon in any world's religions (NOT the REAL
25  thing because this is IDOLATRY & WORSHIP OF THE DEAD).
26  Christian hagiographies ascribed to men and women are
27  canonized (declaration of a deceased person as an officially recognized

1  346. saint) by the Roman Catholic, Eastern Orthodox,
*Insert ¶ #*
2  Oriental Orthodox Churches, and the Church of the
3  East (is also called East Syriac Church, Church of Seleucia-
4  Ctesiphon, the Persian Church, the Assyrian Church, the
5  Babylonian Church, or the Nestorian Church was the
6  Eastern Christian Church of the East Syriac Rite based
7  in Mesopotamia. It was one of three major branches of Eastern
8  Christianity that arose from the Christological controversies of
9
10  347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches
*Insert ¶ #*
11  and the Chalcedonian Churches (whose Eastern branch become
12  Eastern Orthodox Church.) Since the latter half of the 20th
13  century three churches in IRAQ claim the heritage of
14  the Church of the East. Meanwhile, the East Syriac churches
15  in India claim the heritage of the Church of the East
16  in India.) The East Syriac Churches or East Syrian
17  Rite also called the Edessan Rite, Assyrian Rite, Persian
18
19  348. Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite
*Insert ¶ #*
20  or Syro-Oriental Rite is an Eastern Christian liturgical rite.
21  It originated in Edessa Mesopotamia however it is now
22  the Church of the East and established themselves in
23  modern-day Kerala. The Church of the East and Catholic
24  Church split in 431 AD through the Council of Ephesus, in
25  1994 the Assyrian Church Patriarch Mar Dinkha IV
26  and Pope John II signed a common declaration in Vatican.
27  The Common Christological Declaration (1994) document

1  349. asserted that the split that occurred due to the Council
   *Insert ¶ #*
2  of Ephesus in 431 was "due in large part of misunderstandings,"
3  affirmed for both that "CHRIST IS TRUE GOD and
4  TRUE MAN" then recognized "each other as sister
5  churches" and vowed to resolve remaining differences)
6  * Now returning to my explanation of hagiographes it is
7  when men & women are canonized as saints. The Roman Catholic,
8  Eastern Orthodox, Oriental Orthodox, and Church of the East
9
10 350. that canonize deceased human names as saints in the
   *Insert ¶ #*
11 Christian Church (this IS IDOLATRY & WITCHRAFT) Now, the
12 other religions that also create and maintain hagiographical
13 text concerning saints, gurus and other individuals believed
14 to be imbued with sacred power is Buddhism, Hinduism,
15 Taoism, Islam, Jainism, and Sikhism (such as Sikh
16 Janamsakhis (biography of Guru Nanak- the founder of Sikhism
17 who travelled as a missionary) and went to mythical places
18
19 351. such as Mount Meru (sacred mountain of Hindu, Jain, and
   *Insert ¶ #*
20 Buddhist cosmology which is the center of their spiritual universe).
21 The last part presents him as settled in Kartarpur with his
22 followers. Sikh writers were competing with mythological
23 stories about Muhammad created by Sufi Muslim in
24 medieval Punjab region of South Asia). Hagiographic works,
25 especially those of the Middle Ages (in the history of Europe
26 the middle ages lasted from the 5th to the late 15th century
27 while aligning with the post-classical period of global history.)

Civil Rights Complaint Pursuant to U.S.C. § 1983

32. The Middle Ages can incorporate a record of institutional

*Insert ¶ #*

and local history, and evidence of popular cults, customs,
and traditions. However, when referring to modern, non-
ecclesiastical Works, the term hagiography is often used
today as a pejorative reference to biographies and
histories whose authors are perceived to be uncritical
or excessively reverential toward their subject. ** **
** So as you can see every saint that has been

33. canonized in these churches, religions, and other

*Insert ¶ #*

forms of spirituality such as occultism, paganism,
and any form of mysticalism that may fall under
the above ritualism that occurs in these churches
all are very symbolic in the everyday life of humanity.
Let me explain myself to help you further understand
what I mean. In 1994, The Common Christological Declaration
was signed that affirmed that "CHRIST IS TRUE GOD and

34. TRUE MAN" due to a misunderstanding from the past.

*Insert ¶ #*

But when I see a title such as: The Common Christological
Declaration after seeing what's all connected to the foundation
of the parties involved I see the perversion of a sick person's
mind hidden in plain sight. I see: "The Common Crysto (Crystal)
logical D clair "Clair is a civil parish in Madawaska County,
New Brunswick, Canada. The parish has bodies of water at least
partly in the parish: Saint John River and Thompson Lake. Saint
John River (Bay of Fundy is a bay between Canadian provinces of

Civil Rights Complaint Pursuant to U.S.C. § 1983

355. of New Brunswick and Nova Scotia, with a small portion

*Insert ¶ II*

touching the U.S. state of Maine. It is an arm of the
Gulf of Maine. The River Sources are the Big Salmon River.
The Magaguadavic River is known as the "River of Eels" once you translate
the words Maliseet/Passamaquoddy. Passamaquoddy had an oral
history supported with visual imagery. This indian tribe has been
forced off their original lands from the 1800s. They have lived on
off reservation trust lands in Five Maine counties such as Somerset

356. County, Franklin County (the county seat of farmington old territory of

*Insert ¶ II*

the Canibas tribe of Abenaki Indians a group from Bosham. The
town border the towns of Industry, New Sharon, Chesterville,
Wilton, Temple, Strong, and New Vineyard. Franklin County
Sites of Interest of Francacre and Hiram Ramsdell House (called
the orragin has located on High and Perham Street. The house was
built in 1850 by mason Cyros Ramsdell). Franklin County was
named after Benjamin Franklin. The county high point is Sugarloaf

357. Mountain which is the 3rd mountain with the highest peak after

*Insert ¶ II*

Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding
Mountain & Sugarloaf mountain is in Carrabassett Valley
where Crocker mountain is as well (The Appalachian Trail
crosses the western side of the town, climbing the slopes
of Sugarloaf Mountain and the summit of Crocker
Mountain). Hancock County was named after John
Hancock. In Hancock County they have Cadillac Mountain
which is Located on Desert Island. Penobscot County

119

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  358 . and Charlotte County which was named after Queen Charlotte.
  Insert ¶ 8
2  These were the five counties that the Passamaquoddy Indians
3  lived in Maine. Returning to the Magaguadavic River in
4  York County here's what I find in York County; Saint John
5  River and the Southwest Miramichi River (this river has its
6  origin in Carleton County. Under Miramichi you'll find the
7  Tributaries in which you will see Cains River which then flows
8  through Crown land that is territorial area belonging to the monarch

9
10 359 . of who has the Crown. Crown land provides the country
  Insert ¶ 8
11 and the provinces with the majority of their profits from
12 natural resources. In province Alberta, Crown land also
13 called public land is territory registered in the name of "His
14 Majesty the King in right of Alberta (Charles III). Alberta,
15 Canada has the Rocky Mountains which was the home to
16 the indigenous people such as Indian tribes. Rocky Mountains
17 here lake of the Woods. Lake of Woods also have Islands

18
19 360. and I will name a few: Copeland Island aka Camp
  Insert ¶ 8
20 Stephans, Brush Island, Chapel Island, Magnusons
21 Island site of the restored Fort St. Charles; Massacre
22 Island, Ontario which is marked by a large wooden cross
23 in the middle of the Island. In Australia, The
24 Crown land is Victoria which is governed by Charles III.
25 Now, returning back to Saint John River (Bay of Fundy)
26 is a part of the border between New Brunswick and
27 Maine. New Brunswick Settlements are Edmundston

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  361 . which is a city in Madawaska County, New Brunswick,
   *Insert ¶ #*
2  Canada. In 1851 it was named Edmundston after
3  Sir Edmund Walker Head who was Lieutenant Governor
4  of New Brunswick under the monarch of Victoria.
5  In 1857 he was Privy Councillor and 1860 he was
6  Knight Commander of the Order of the Bath. ② Saint
7  John is a seaport city located on the Bay of Fundy in
8  the province of New Brunswick, Canada. It is Canada's

10 362 . oldest incorporated city, established by royal charter
   *Insert ¶ #*
11 on May 18, 1785 during the reign of George III. The
12 Reversing Falls are a series of rapids on the Saint
13 John River located in Saint John, New Brunswick,
14 Canada. This city is named after Saint John the Baptist
15 who was canonized by the Dicastery for the Causes of Saints.)
16 **** Returning to The Common Christological Declaration
17 so I can get to my point about ritualism, occultism, paganism,
19 363. and mysticalism. The Common Christological Declaration
   *Insert ¶ #*
20
21 or my view of their hidden perversion The Common [ Crysto (crystal) +
22 Logical + D + Clair + ation= The seeming crystal mind
23 deceived clear action, The coming Christ mind did clear
24 action, or The coming Christ mind deception (devils agenda to
25 keep Kingdom). All this was to show how the Church
26 has raised up all these false gods to use in the form
27 of witchcraft in order to attempt to deceive the people
28 about Christ Jesus being the true messiah. The worship

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  304 . of the dead being witchcraft and the names of the
Insert ¶ #
2  individual who is canonized as a Saint comes with certain
3  attributes and are the saints over certain categories, so
4  whoever is born under that name is controlled by the
5  church (Roman Catholics) in their attempt to keep the Kingdom.
6  The witchcraft is systematic (digital) because the universe
7  is the abode of Satan and his demons) Ephesians 2:2-5
8  Wherein in time past ye walked according to the course of this
9
10  365 . world, according to the prince of the power of the air,
11  the spirit that now worketh in the children of disobedience
Insert ¶ #
12  ③ Among whom also we all had our conversation in times
13  past in the lusts of our flesh, fulfilling the desires of
14  the flesh and of the mind; and were by nature,
15  the children of wrath, even as others. ④ But God
16  who is rich in mercy, for his great love wherewith
17  he loved us, ⑤ Even when we were dead in sins,
18
19  366 . hath quickened us together with Christ, (by
20  grace ye are saved). ✱ The prince of the air is
Insert ¶ #
21  a Spirit that is contrary to the Holy Spirit. The
22  Holy Spirit is a teacher, comforter, friend, is gentle, etc
23  but that other spirit is controlling, misleading,
24  deceptive, subtle, manipulative, etc. The Holy Spirit
25  does not have to use technology, science, astrology,
26  tarot cards, etc. to direct humanity and the Holy
27  Spirit is a revealer of ALL truths. However, the
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

367. prince of the air is using the same trick that
*Insert ¶ #*
the serpent used in the garden. #1 Sound, #2 Twisting the
Word #3 driving people into enslavement to his lies while
driving people away from the presence of God. Let me
show you what I mean with four words that will
#1. sound similar but not the same #twist the words
#3 one pair will be on a higher level because God is in
it and the other pair will be on a lower frequency level

368. even though you can use both words in unlimited ways.
*Insert ¶ #*
Here's the 1st pair of words: Vows and Covenant
Here's the 2nd pair of words: Vowels and Consonant
Pair #1 moves on a higher frequency because God is the
WORD (John 1:1- In the beginning Was the Word, and the
Word was with God, and the Word was God. John 1:14
And the Word was made flesh, and dwelt among us,
(and we beheld his glory, the glory as of the only begotten

369. of the Father,) full of grace and truth) since God
*Insert ¶ #*
is the Word that means that Vows represent 2 people
promise to each other to become 1 in their Covenant
with God (2 becoming 1) which is Unity. Pair #2
moves on a lower frequency because SPELLING is the
WORD. Vowels is the pronunciation that is the sound
of the letter and Consonant is the agreement between
the letters in order to define the word. However you
must spell the words correctly in order to get an understanding.
Ex: NUN = a female            *Do you see how easy it was
NUN = a male monk             to change vows and consonants
none = Nothing                to get different words & Results!!!
Si = yes
See = look                    *God's Word stays the same with power
Sea = water                   unless man use God's word to manipulate
                              the hearts of Humanity

1  370. Finally, to wrap up Valentines Day because its paganism;
   *Insert ¶ II*
2  I like to say Loving somebody isn't 1 time a year. LOVE
3  takes work because in order to Love, you have to spend
4  time with God. LOVE cannot be bought (not real love)!
5  However, LOVE can be sacrificial not destructive. John 3:16 -
6  For God so LOVED the world that he gave His only begotten
7  son that whosoever believeth in Him should not perish
8  but have everlasting life. 1 Peter 4:8 - And above all
9
10  371. things have fervent charity among yourselves: for
   *Insert ¶ 0*
11  charity shall cover the multitute of sins. 1 Peter 4:9-
12  Use hospitality one to another without grudging.
13  Romans 5:5 And hope maketh not ashamed; because
14  the love of God is shed abroad in our hearts by
15  the Holy Ghost which is given unto us. Proverbs 13:12 -
16  Hope deferred maketh the heart sick: but when
17  the desire cometh, it is a tree of life. 1 Corinthians 11:3-
18
19  372. But I would have you know, that the head of every
   *Insert ¶ 0*
20
21  man is CHRIST; and the head of the woman is the
22  man; and the head of Christ is God. ** Basically,
23  Valentines Day is a day of idol worship even though
24  we celebrate our loved ones. But in all reality on Valentines
25  Day we are actually celebrating St Valentine and what he(they) stood
26  for which was epilepsy, Lovos (lesbians), mentally ill people, plagues,
27  and everything else I placed under this category. In fact, this
28  goes for every holiday, church, and religion that has saints (idols).
   Romans 1:25 - who changed the truth of God into a lie, and worshipped and
   served the creature more than the ——————— Creator, who is blessed for ever Amen.

124

## ✳ Is Easter about Jesus or Ishtar?

373 . ✳ Easter "The Celebration of the Resurrection of Jesus Christ"
Insert ¶ #
Easter, also called Pascha or Resurrection Sunday, is
a Christian Festival and cultural holiday commemorating
the resurrection of Jesus from the dead, described
in the New Testament as having occurred on the third
day of his burial following his crucifixion by the Romans
at Calvary c. 30 AD. It is the culmination of the Passion
of Jesus Christ, preceded by Lent (or Great Lent), a 40%

374 . period of fasting, prayer, and penance. Celebrations consist
Insert ¶ #
of church services, festive family meals, Egg decoration/egg
hunt, and gift-giving. Easter is related to Passover (Jewish
holiday that celebrates the Biblical story of the Israelites escape
from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima,
Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great
Lent, Palm Sunday, Holy Week, Maundy Thursday, Good
Friday, and Holy Saturday which leads up to Easter. And

375 . Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday,
Insert ¶ #
Corpus Christi day of the Most Holy Body and Blood of
Christ), and finally Feast of the Sacred Heart which
follow it. The Easter Bunny was First mentioned in Georg Franck
von Franckenau's De ovis paschalibus (About Easter eggs)
in 1682 referring to a German tradition of an Easter
hair bringing eggs for the children. In ancient times, people
believed the hair was a hermaphrodite (both sexes)(Freter Bunny).
Easter eggs symbolize the empty tomb of Jesus, from which

125

Page Number

1  37n. Jesus was resurrected because people saw eggs as a
2  *Insert ¶ #* traditional symbol of fertility and rebirth. The christian
3  church officially adopted the custom, regarding the eggs as
4  a symbol of the resurrection of Jesus, with the Roman Ritual,
5  the first edition of which was published in 1610 but which
6  has texts of much older date, containing among the Easter
7  Blessings of food, one for eggs, along with those for lamb,
8  bread, and new produce. In 1874 German philologist
9  37?
10  ~~38.~~ Adolf Holtzmann stated "The Easter Hare (Bunny) is
11  *Insert ¶ #* unintelligle to me, but probably the hare was the sacred
12  animal of Ostara the goddess. In 1961 Christina Hole
13  wrote, "The hare was the sacred beast of Eostre (or Eastre), a
14  Saxon goddess of Spring and of the dawn. Ostara and
15  Eostre are the same. and theories tried connecting Eostre
16  with re ____ of Germanic Easter customs, including hares
17  and eggs however Eostre/Ostara are venerated in some
18
19  38. forms of Germanic neopaganism. ✱✱✱ Ishtar?
20  *Insert ¶ #*
21  Ishtar Terra is the second largest of the three continental
22  terrae regions on the planet Venus, the others being
23  Aphrodite Terra and Ladda Terra. Ishtar is a highland
24  region named after the Akkadian goddess Ishtar (the
25  Akkadian Empire was the first ancient empire of
26  Mesopotamia, succeeding the long-lived civilization of
27  Sumer (earliest known civilization of Mesopotamia (now south-central
28  Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

126
Page Number

379. of love, war, and fertility. She is also associated with
Insert ¶ #
beauty, sex, divine law, and political power. Her title was
"The Queen of Heaven. Her planet is Venus, a few of her
cult centers are Uruk, Agade, & Niner. In her abode is
heaven, and her symbols are hook-shaped knot of reeds,
eight-pointed star, lion, rosette, dove. Individuals who went
against the traditional gender binary (male/female) were heavily
involved in the cult of Ishtar(Inanna). During Sumerian

380. times, a set of priests known as gala worked in Inanna's
Insert ¶ #
temples, where they performed elegies and lamentations.
Men who became gala sometimes adopted female names.
Some Sumerian proverbs seem to suggest that gala had
a reputation for engaging in anal sex with men. During
the Akkadian period servants of Ishtar dressed in female
clothing and performed war dances in Ishtar's temple's.
Several of the Akkadian proverbs suggests that

381. they may have also had homosexual proclivities.
Insert ¶ #
In another Akkadian hymn, Ishtar is described as
transforming men to women. With all this being
said, Easter/Inanna is another false religion
with pagan Gods that hid behind Jesus Christ
so they could still the glory. Plus, all these different
seasons/holidays are false prophets who represent
witchcraft but havent came out and told the truth about
themselves in order to validate their insecurity now to finally

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  332. finalize this topic on Easter paganism and
2  *Insert ¶ "* Ishtar by saying "The cult of Ishtar was long
3  thought to have involved "sacred prostitution", "temple
4  prostitution", "cult prostitution", and "religious prostitution"
5  which are purported rites consisting of paid intercourse
6  performed in the context of religious worship. In Ancient
7  East these ceremonies were a part of the regions of
8  Sumer for the goddess Ishtar & Babylonia for the
9
10  333. goddess Aphrodite. The terms associated with
11  *Insert ¶ "* "Temple Prostitution" is : Abtess, Priestess, NUN, Hierodule
12  Priestess, Cult Prostitute, A Class of Women, and Prostitute.
13  The Hittites practiced sacred prostitution as a part of a
14  cult of ____, including the worship of a mixed pair
15  of deities, a bull god (My opinion Baphomet) and a lion
16  goddess, the mother goddess became prominent, representing
17  fertility, and (in Phoenicia) the goddess who presided over
18
19  334. human birth. Venus was a temple of temple prostitution
20  *Insert ¶ "* in Rome during the 4th century when Emperor Constantine
21  closed down her temples. In India (Deva dasis) are temple
22  priestess/prostitutes. In Japan "Miko" is a young priestess
23  also known as a shrine maiden (prostitute). In Maya (southern
24  Mexico, Guatemala, and Northern Belize) they had sexual phallic (
25  referring to a penis) religious cult possibly including homosexual
26  temple prostitution. In Aztec (now central & southern Mexico)
27  they had prostitutes (pleasure girls). In Inca civilization

1  385) , which is South America countries (Peru, Bolivia, Ecuador,

Insert ¶ #
2  Colombia, and Argentina) they dedicated young boys as temple

3  prostitutes. The boys were dressed in girl clothing (transexual/Dionysus

4  behavior). The chiefs and head men would have ritual sexual

5  intercourse with them during religious ceremonies and on

6  holy days. Some people even use Sex magic which is sexual

7  activity used for witchcraft purposes (gotta be careful because

8  you don't know people true motives ✘ In South Asia, Hijra

9

10  386) are eunuchs, intersex people, or transgender people who live

Insert ¶ #
11  in communities that follow a kinship system called guru-chela

12  system (this is the Indian subcontinent). In Pakistan, they are

13  known as Khawaja sira. In the Islamic spirituality they respect

14  the term Khawaja sira for transgender. India, Pakistan, and

15  Bangladesh have a limited protection for such individuals.

16  ✱✱✱ Wow, do you see the Harlotry of the System that's

17  been governing humanity? These holidays, systems, and religions

18

19  387) are ridiculous for prostituting the church for their own

Insert ¶ #
20  Lustful desires and self gain. JESUS CHRIST OF NAZARETH

21  is the ONE & ONLY TRUE LIVING GOD. It's

22  time these people stop pretending to be GOD'S CHOSEN

23  because humanity is broken and in need of some

24  healing but WHO & WHAT BROKE US CANNOT HEAL US

25  and it's time they stop pretending like they can as they

26  make money on our down falls that they caused.

27  # REAL TALK ! YOU'RE FORGIVEN but NOW YOU

28  MUST STOP PLAYING GOD !  129

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Saint Patrick's Day!!

388. Saint Patrick was a fifth-century Roman-British
*Insert ¶ #*
Christian missionary and bishop in Ireland. Known as
the "Apostle of Ireland," he is the primary patron saint
of Ireland, the other patron saints being Brigid of
Kildare and Columba. Patrick wasn't canonized however
he is venerated as a saint in the Catholic Church, the
Lutheran Church, the Church of Ireland (part of the
Anglican Communion), and in the Eastern Orthodox

389. Church, where he is regarded as equal to the apostles
*Insert ¶ #*
and Enlightener of Ireland. **** Saint Patrick was
born in Roman or Sub-Roman Britain then he died in Ireland.
His attributes are: crozier, mitre, holding a shamrock, carrying
a cross, repelling serpents, harp. St Patrick is the patronage
saint of Ireland, Nigeria, Montserrat (it is nicknamed "The
Emerald Isle of the Caribbean" both for its resemblance to
coastal Ireland and for the Irish ancestry of many of

390. its inhabitants.) Montserrat's Anthem is "God save the
*Insert ¶ #*
King" and their national song is "Motherland". The capital
of Montserrat is Plymouth which is a ghost town. Plymouth
motto is: "God save the Queen" Due to Plymouth being the capital
and a ghost town; there's a new capital under construction
at Little Bay, with nearby Brades serving as the capital for
the time being. After the establishment of the first European
colony on the island in 1632, St Anthony's Church was established
in Plymouth in 1636 (this St Anthony's isn't Catholic) however

Civil Rights Complaint Pursuant to U.S.C. § 1983

391. Anthony Brisket was an Irish man who went to England
*Insert ¶ #*
to get money to build an Anglican church. The church was built
several times due to earthquakes and hurricanes and as
of 2021, the church is buried deep in the ash. ✱ Little Bay
is a port town under construction to be the future capital
of the Island of Montserrat. ✱ Brades has been the
capital on Montserrat since 1998 with an approximate population
of 1,000 people and the majority are Black ✱ The Witchery

392. About Montserrat is that its Motto is "God Save the King"
*Insert ¶ #*
as an anthem and the national song is "Motherland" but when
you go to Plymouth (the original capital) it is a ghost town with
the Motto "God save the Queen" and its nickname is "The
Emerald Isle of the Caribbean". Now in Plymouth, the
ghost town is also where St Anthony's the Anglican
church is buried under ash. On September 17, 1989
hurricane Hugo struck Montserrat destroyed a 130-foot

393. stone jetty in Plymouth's harbour and destroyed many
*Insert ¶ #*
other buildings. After the hurricane in 1989, Montserrat
was hit by volcanic eruptions in 1995 which caused ash
to fall across a wide area of Plymouth ✱ Now let me break
this down. Montserrat is governed by the United Kingdom
however its in the Caribbean sea near Venezuela, Puerto Rico (US)
Dominican Republic, Haiti, Jamaica & Cuba before reaching
the United States. So, on August 26, 1988 I was born in
Compton CA (mind you there is a Compton Surrey England).
Also, I was born at Dominguez Hospital in Compton CA.

394. On September 17, 1989 (the year of my birth) my partner
*Insert ¶ #*
who has Dominican in his bloodline turned 9 years old, this
is also the same day that Plymouth the capital of Montserrat
got hit by hurricane hugo. Montserrat Motto is "God Save
the King", the national anthem is "Motherland", and Plymouth's
motto is "God save the Queen" and its nickname is "Emerald
Isle of the Caribbean." Basically, the U.K governs Monserrat
however their anthem is Motherland when we all know that

395. Africa is the "REAL MOTHER LAND," so this sounds like
*Insert ¶ #*
somebody is trying to pretend to be who they are not. This
is located in the caribbean sea meaning CA+RIB+BEAN
which means the false Mother has displaced the title
mother from its true foundation and placed it upon herself, this
also reflects the church being in ROME instead of in Israel.
Also, this shows the world being turned in the wrong direction
because its backwards, the backwardness seemed beneficial

396. for many such as White, Hispanic, Indian, & Chinese, etc
*Insert ¶ #*
however in reality, even though it was designed to affect,
confuse, & misdirect the blacks; all it did was change the whole
world from the foundation of truths into a perverted lie (that's
why everybody else was able to cheat in attempt to steal
the inheritance because they knew more about the Blacks
history than the blacks did, due to alot of deception). In fact,
to prove this claim from this topic, I'd like to add that
after Plymouth got hit by hurricane (Hurry cane) Hugo

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   397. Its 130-foot stone jetty fell into Plymouth's harbour
2   and destroyed other buildings and became a ghost town.
3   This kind resemble how God destroyed the towe of Babel, changed
4   their languages (which you see 3 languages), and scattered them
5   throughout the earth. Now, remember that St Anthonys
6   Church (none catholicism) was planted in Plymouth in 1636
7   by an Irish man named Anthony Brisket. However, right before
8   1636, in the year 1619 the term "computer" was used to define a
9
10   398. person who knew how to calculate or keep books.
11   Than, fasting forward to 1636, add 140 years that will
12   then lead us to the year 1776 which is when they broke
13   away from King George III. So, basically what I got from
14   this knowledge is that it was premeditated prior to the Blacks
15   arrival in America in 1776 (now thats just my assumption).
16   The calculations do add up pertaining to my assumption due
17   to the fact that in the 1500's there was a line of separation
18
19   399. drawn in the Catholic church due to claims of the misuse
20   of power while leading the members to believe that they can
21   pay to receive a lessor penalty. This is what brought upon
22   the church dividing and the Protestants going their
23   own way especially because they don't believe in the pope
24   playing the middle man, as if the Pope is God. The only
25   issue with this whole situation is that this goes to show
26   that the Catholic Church DID NOT accept the church people
27   wanting to separate because He had his own evil
28

400. agenda in mind. Technically, the Roman Catholic's agenda
*Insert ¶ #*
was to overtake humanity, conquer the lands, place his
and other people in positions that surround who he
considers as outsiders. So, the only way to get away
from here is to face the process of the journey that
fulfills Biblical prophecy. This, is why the end time battle
comes to play because the sorcery of the Roman Catholics.
In fact, right now we see the truth unfolding before

401. our eyes every day. What we see right now is the
*Insert ¶ #*
end time battle, the antichrist deceiving the entire
world, and a fight to overcome the deception at hand.
Even, when you go to Revelation 12:1-6 it says: And there
appeared a great Wonder in heaven; a woman clothed with
the sun, and the moon under her feet, and upon her head
a crown of twelve stars: and she being with child cried,
travailing in birth, and pained to be delivered. ² And there

402. appeared another wonder in heaven; and behold a
*Insert ¶ #*
great red dragon, having seven heads and ten horns, and
seven crowns upon his heads. ³ And his tail drew the
third part of the stars of heaven, and did cast them to the
earth: and the dragon stood before the woman which was ready
to be delivered, for to devour her child as soon as it was born.
⁵ And she brought forth a man child, who was to rule all
nations with a rod of iron: and her child was caught up
unto God, and to his throne. ⁶ And the woman fled into

134
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

403. the wilderness, where she hath a place, prepared of God,
Insert ¶ #
that they should feed her there a thousand two hundred
and threescore days. ✱✱ As you can see, they attempted
to create a false version of Revelation by placing people
in positions that would adhere to their agenda, cause the
world to believe that other women were that great wonder
in heaven (stealing worship again by falsifying identities)
and that the true person was the red dragon. To break

404. it down using religion is you had people who were working
Insert ¶ #
for the red dragon (systematically) that worked to get rid
of the black protestant church, to steal the inheritance,
and to attack Israel. Roman Catholics used sorcery,
the bible, etc in order to attempt to be that woman
however the results (fruit) that came from such evil has
only been lack, perversion, drugs, violence, & pride.
The reason this is so is because you know a tree by its

405. Fruit. The fruit that came forth has been demonic,
Insert ¶ #
mind controlling & deceptive, etc. With all this being
said, open your eyes and see the truth so that
we know it was only by God that turned this whole
situation around. Also, must I add that while they
were pretending to be me, they were destroying the
land as well while blackmailing me.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## The Living WORD vs. Hypnosis Twisted Truth

406 . Genesis 2:18-25 ⑱ And the LORD God said, It is not good
*Insert ¶ #*
that the man should be alone, I will make him an help
meet for him. ⑲ And out of the ground the LORD God
formed every beast of the field, and every fowl of the
air; and brought them unto Adam to see what he would
call them: and whatsoever Adam called every living
creature, that was the name thereof. ⑳ And Adam gave
names to all cattle, and to the fowl of the air, and

407 . to every beast of the field; but for Adam there
*Insert ¶ #*
was not found an help meet for him. ㉑ And the LORD
God caused a deep sleep to fall upon Adam, and he
slept: and he took one of his ribs, and closed up
the flesh instead thereof; ㉒ and the rib, which the
LORD God had taken from man, made he a woman,
and brought her unto the man. ㉓ And Adam said,
This is now bone of my bones, and flesh of my flesh:

408 . She shall be called Woman, because she was taken out
*Insert ¶ #*
of Man. ㉔ Therefore shall a man leave his father and
his mother, and shall cleave unto his wife: and they
shall be one flesh. ㉕ And they were both naked, the
man and his wife, and were not ashamed.

### ✳ EXPLANATION

Genesis 2:18 The LORD said it wasn't good for the man to be alone;
so he decided to make him a partner (Amos 3:3 Can two walk together
except they be agreed?) Then God formed animals out of the ground

136
Page Number

409. (just like he did when he took the dust of the ground to create
Adam but there was one thing God didn't do to the animals like he
did to Adam and that was to breathe the breath of life within
them; so that is why he had Adam name the animals which
made the animals subject to Adam's authority) Once Adam was
done naming the animals the LORD still acknowledged that
there was not a help meet (partner) for Adam which means
that the animals are not his help meet because they are

410. on a lower level than the stance of Adam's authority.
That's when the LORD caused a deep sleep to fall upon Adam
and he slept; and he took one of his ribs, and closed up the
flesh instead thereof (Genesis 2:21), * Now let me break down
this verse real quick; the LORD caused a deep sleep to fall upon
Adam... this saying is speaking on a physical form of sleep
which can be manifested in subconscious ways like as a trance.
Trances manifest in the form of mysticism which entails a quiet

411. connection, communication and communion with the divine;
yoga, Sufism, Shaman, umbanda, crazy horse, etc are different
groups that use mysticism which alters the subconscious mind.
In the military there's a such thing as battle trance "that's a
mental state when combatants do not feel fear and pain,
they lose their identity and acquire a collective identity."
Yet also have hypnotherapy which is a type of mind-body
interventions. Hypnosis is used to create a state of focused attention
and increased suggestibility in the treatment of a medical or

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  412. psychological disorder or concern. Now the word Trance
2  *Insert ¶ #*  in American Christianity relates to power or presence, or the
3  indwelling of God, or Christ, or the spirits. In the 18th
4  century the Anglo-American Protestants awakening brought about
5  the psychology of religion which consists of the application of
6  psychological methods and interpretive frameworks to the diverse
7  contexts of religious traditions as well as to both religious and
8  irreligious individuals. Some of these experiences consist of
9

10  413. uncontrolled bodily movements (fits, convulsions, catalepsy);
11  *Insert ¶ #*  spontaneous vocalizations (crying out, shouting, speaking in tongues);
12  unusual sensory experiences (trances, visions, voices, clairvoyance,
13  out-of-body experiences); and alterations of consciousness
14  and/or memory (dreams, mesmeric trance, mediumistic trance,
15  hypnosis, possession, alternating personality. Trance like
16  states are often interpreted as religious ecstacy of visions.
17  Some of the techniques vary from prayer, religious rituals,
18

19  44. meditation, breath work, physical exercise, sexual intercourse
20  *Insert ¶ #*  MUSIC, DANCING, sweating, fasting, thirsting, and the
21  consumption of psychotropic drugs such as cannabis.
22  Sensory modality is the channel or conduit for the induction
23  of the trance. Benevolent, neutral, and malevolent
24  trances may be induced by different methods: (A) Auditory:
25  driving through the sense of hearing by chanting, auditory
26  storytelling, overtone singing, drumming, music, etc.
27  (B) Disciplines: Meditation, yoga, etc. (C) Gustatory:
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

415. driving through the sense of taste, and indigestion; including starvation, herbs, hallucinogens, and drugs. (D) Kinesthetic: driving through the sense of feeling and movement. (E) Miscellaneously: traumatic accident, sleep deprivation, nitrogen narcosis (deep diving), fever, by the use of a sensory deprivation tank or mind-control techniques, hypnosis, meditation, prayer, etc. (F) Naturally occurring: dreams, lucid dreams, euphoria, ecstasy, psychosis

416. as well as purported premonitions, out-of-body experiences, and channeling. (G) Olfactory: driving via scent through the sense of smell by perfume/pheromones, incense, flowers, pollen, indeed any scent for which we have an association or memory, etc; (H) Photic or Visual: driving through the sense of sight by yantra, visual story telling, mandala, cinema, theater, art, architecture, beauty, strobe lights, form constants, symmetry. (I) AUDITORY Driving and AUDITORY art: Charles Tart

417. provides the definition of auditory driving as being the induction of trance through the sense of hearing. this process is known as ENTRAINMENT (Brainwave entrainment refers to the observation that brainwaves will naturally synchronize to the rhythm of periodic external stimuli, such as flickering lights, speech, music, or tactile stimuli. As different conscious states can be associated with different dominant brainwave frequencies, it is hypothesized that brainwave entrainment might induce a desired state.) Back to auditory driving and auditory art; it says the usage

1  418. of repetitive rhythms to induce trance states is an ancient
   *Insert ¶ ii*
2  phenomenon. Throughout the world, shamanistic practitioners (the
3  word shamanism derives from the Russian word šamán, which
4  itself comes from the word šamán from a Tungusic language that is
5  spoken by Tungusic people who are native to Siberia, China, and Mongolia.
6  The Tungusic people are categorized under Southern Tungusic
7  and Northern Tungusic; both of these categories have sub-categories.
8  When you look up southeastern Turgusic there's a group called
9

10  419. Nanaic Group. Nanai also means "NaNa" (Nana is the
    *Insert ¶ ii*
11  nickname my mother called me). In the southeastern
12  Tungusic peoples they also have under the Nanai (Gold, Goldi (which
13  are one of the ethnic groups within the people's republic of China and
14  the Russian federation) & Hezhen) after this group comes (Akani meaning
15  brother, Birar which is a village in India, & finally the last word
16  is samagir). The last group in southeastern Tungusic is the Amur
17  group which divides into Upper Amur, Central Amur, and
18

19  420. lower Amur. (A) Upper Amur has the right-bank Amur (a
    *Insert ¶ ii*
20  river), Sungari meaning SUGAR (a river), and Bikin (Ussuri
21  in which Bikin (Ussuri) means the ceremony (Ussuri) (a river).
22  Next group is (B) Central Amur which has Sakachi-Alyan (also called
23  Sikachi-Alyan & is a small Nanai village in Russia), Naykhin (is is
24  of standard Nanai but not identical) Naykhin is a city in Russia, and
25  Dzhuen (a city in Russia), Finally we have Lower Amur has
26  Bolon (a lake), Ekon, and Gorin (a river in Russia). The
27  Amur River is the tenth largest river in the world and it's
28

140

Page Number

1  421. nickname is Black Dragon River. This Amur River also
   Insert ¶ #
2  was a political body called the "Amur River Society" or the "Black
3  Dragon society." This society was founded in Japan in 1901.
4  During the Russo-Japanese War, annexation of Korea, and Siberian Intervention
5  the Imperial Japanese Army made use of Black Dragon Society for
6  espionage, sabotage, and assassination. The Black Dragons waged
7  a very successful psychological warfare campaign in conjunction
8  with the Japanese military, spreading disinformation and propaganda
9
10 422. throughout the region (Seems as if this is another repeat when
   Insert ¶ #
11 it comes to China and the industries propaganda and disinformation that's
12 being spewed out through mainstream media). Methods of psychological
13 warfare consists of: Demoralization, Propaganda radio stations,
14 Renaming cities and other places when captured such as the
15 renaming of Saigon to Ho Chi Minh City after Communist
16 victory in the Vietnam War (* This is how people have taken other
17 people's land and labeled it their own), false flag events (this is
18
19 423. an act committed with the intent of disguising the actual source
   Insert ¶ #
20 of responsibility and pinning blame on another party), terrorism,
21 the threat of chemical weapons (this would be Chem trails,
22 drugs, etc in today's time), Information Warfare (fake news,
23 social media information, reality shows, television, etc is promoting
24 a lot of false information). According to Daniel Lerner who was
25 in the Office of Strategic Services; most of these techniques were
26 developed during World World II or earlier, and have been used
27 to some degree in every conflict since. Lerner also divided the

Civil Rights Complaint Pursuant to U.S.C. § 1983

424. psychological warfare operations into three categories which are:

Insert ¶ #

White propaganda (omissions and emphasis): Truthful and not strongly biased, where the source of information is acknowledged. Gray propaganda (omissions, emphasis, and unethical/religious bias): Largely truthful, containing no information that can be proven wrong; the source is not identified. Black propaganda (commissions of falsification): Inherently deceitful, information given in the product is attributed to a source that was not

425. responsible for its creation. ✱ Now that we understand

Insert ¶ #

psychological warfare let me explain Black Dragon's Influence after being disbanded in 1946. The Black Dragon Society was reconstituted in 1961 by Omori Seijun as the Black Dragon Club. Their influence in United States came through the Ethiopian Pacific Movement and the Peace Movement of Ethiopia (Both African-American black nationalist organizations) claimed they were affiliated with the Black Dragon Society. As a part of their effort to support

426. such organizations, the Black Dragon Society sent an agent,

Insert ¶ #

Satokata Takahashi (sounds similar to Tehegdu 109 who was labeled a snitch for telling and getting out of jail), to promote pan-Asianism and claim that Japan would treat them as racial equals. Satokata Takahashi became a patron of Noble Drew Ali and the Moorish Science Temple of America, Elijah Muhammad and the Nation of Islam, as well as the Pacific Movement of the Eastern World.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

427. Genesis 1:1- In the beginning God created the heaven and the earth. John 1:1- In the beginning was the Word, and the Word was with God, and the Word was God. Genesis 1:3- And God said, Let there be light: and there was light. Genesis 1:16- And God said, Let there be a firmament in the midst of the waters, and let it divide the waters from the waters. Genesis 1:9- And God said, Let the waters under the heaven be gathered

428. together unto one place, and let the dry land appear: and it was so. Genesis 1:14- And God said, Let there be

**One IA Potters House Church** of the heaven to divide the day
**Potters House Church Of LA** them be for signs, and for seasons,
**St. Philip Neri Catholic Church** Genesis 1:20- And God said, Let
**Congregation of the Oratory, etc.** abundantly the moving creature
that hath life, and fowl that may fly above the earth in

429. the open firmament of heaven. Genesis 1:22- And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth. Genesis 1:26- And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:27- So God created man in his own image, in the image of God created

143

430 . be him; male and female created he them. Genesis
*Insert ¶ #*
1:28 And God blessed them, and God said unto them, Be
fruitful, and multiply, and replenish the earth, and subdue
it and have dominion over the fish of the sea, and over
the fowl of the air, and over every living thing that moveth
upon the earth. Genesis 2:16 - And the Lord God commanded
the man, saying, of every tree of the garden thou mayest
freely eat. Genesis 2:17 - But of the tree of the knowledge

431 . of good and evil, thou shalt not eat of it: for in the
*Insert ¶ #*
day that thou eatest thereof thou shalt surely die.
*** Lets explain what I take from these scriptures ***
Starting with Genesis 1:1 and John 1:1, these two scriptures
to me are the foundation of perversion when it comes to
the worlds system. See in Genesis 1:1 it says In the beginning
God created the heaven and the earth then in John 1:1 it says
In the beginning was the Word, and the Word was with God

432. And the Word was God. The perversion snuck in because
*Insert ¶ #*
in the worlds system they twisted up the origin, purity, and
likeness of Gods Word in order to redefine the heaven and
earth. The backwardness comes in because the world puts
the heaven and earth before they put the Word which
is God. However, at the beginning of the Book it states in
Genesis 1:1 that God created the heaven and the earth. Then,
it goes to Genesis 1:3 and begins by saying God said... Now,
when you go to John 1:1 it says "In the beginning was the
Word, and the Word was with God, and the Word was God.

433. So if in Genesis 1:1 it says God created the heaven and the earth, that is basically explaining that God visualized what He was going to create. Genesis 1:3 And God said, Let there be light: and there was light. This scripture is God teaching us the power of words (God said, let there be: and there was). That's an example of the supernatural being manifested into the natural realm. In other words, let's basically say that is sound and movement. * This is why music,

433. moves, dances, etc. can easily go from something that started off innocent and then become something perverted. It's all about the vision (perception) of the individual that is creating the art. Whatever visual the artist or creator had in mind while creating will be transferred to their content and whoever sees or hears that artist's work will then either grow from it or become destructive because of it. For example: The doctor tells

434. his/her patient that they have a sickness (remember the power of words) that's when the patient goes through a mental shock at the doctors office and the first thing the patient does is speak aloud what the doctor has just said because they're questioning the doctor. However what the patient doesn't know is by repeating the doctors diagnosis aloud that they have just made a verbal contract with the sickness and their body so the body begans to manifest signs of the sickness because of their own declaration, perception, and verbal agreement to their body for the sickness. Proverbs 18:21 (145) Death and Life are in the power of the tongue and he that loveth eat the fruit thereof. So it's the Spirit Realm b4 the Natural Realm (to be taught later)...

Rights Complaint Pursuant to U.S.C. § 1983

*The serpent stole Her Seed & Made them His Own through Sorcery, Education, Jobs, etc*

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. *Insert ¶ #* Romans 8:28 And we know that all things work together for good to them that love God, to them who are the called according to his purpose. Matthew 11:25 At that time Jesus answered, and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes * Matthew 11:25 is why the Elite has always went after the children. ① Looking for the lamb and bride in order

___. *Insert ¶ #* to pervert (twisted truth) their identity, image, and beliefs so that the Elite could rob them of their destiny. ② To steal from the youth their innocence (perversion as a weapon), creative ability from a pure form, and to rob and/or kill and God given insight, visions, or dreams (if they robbed them it was for capitalization and if they killed their gift it is to make sure nobody could see their true motive, expose their tactics, and overturn their position that was built from stolen

___. *Insert ¶ #* power). Matthew 12:24-27 ㉔ But when the Pharisees heard it, they said, This fellow doth not cast out devils, but by Beelzebub the prince of devils ㉕ And Jesus knew their thoughts, and said unto them, Every kingdom divided against itself is brought to desolation, and every city or house divided against itself shall not stand ㉖ And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? ㉗ And if I by Beelzebub cast out devils, by whom do your children cast them out? therefore they shall be your judges. * Matthew 12:24-27 = This passage of scripture is

1  ___: a revealer of multiple truths there are a few. ① Beelzebub  (verse 24)
   Insert ¶ #

2  in Greek (G954) is beelzeboul meaning dung-god, beelzebul, a

3  name of Satan, Baal of (the) Fly, and in Hebrew (H1168) it would

4  be Baal, a Phoenician diety. (H1167) it is a master, owner (like slavery)

5  confederate (with H1253), adversary and according to (H1166) Baal means

6  to have dominion (over) wife (like pimping and hoeing). ② Beelzebub

7  (Beelzebul & Ba'al) are the princes of Satan (devils/demons). Job 41:34

8  ③ He beholdeth all high things: he is a king over all the

9

10  ___ children of pride. *Job 41:34 is referring to Leviathan
    Insert ¶ #

11  as being the King over the children of pride. John 9:42-45 says

12  ④ Jesus said unto them, If God were your Father, ye would

13  love me: for I proceeded forth and came from God; neither

14  came I of myself, but he sent me. ⑤ Why do ye not understand

15  my speech? even because ye cannot hear my word. ⑥ Ye

16  are of your Father the devil, and the lusts of your Father

17  ye will do. He was a murderer from the beginning, and

18

19  ___ abode not in the truth, Overseer. there is no truth
    Insert ¶ #

20  in him. When he speaketh a lie, he speaketh of his

21  own: for he is a liar, and the father of it. ⑦ And

22  because I tell you the truth, ye believe me not.

23  Genesis 3:14-16 ⑧ And the LORD God said unto the serpent, Because

24  thou hast done this, A. In Hebrew; Oratory is H3907 which translates

25  to Lachash meaning a whisper, a private prayer, an incantation, an

26  amulet, charm, earring, enchantment, orator, and prayer.

27  will put enmity between thee and the woman, and

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  _____: between thy seed and her seed; it shall bruise thy
Insert ¶ #

2  head, and thou shalt bruise his head. Unto the woman he

3  said, I will greatly multiply thy sorrow and thy conception;

4  in sorrow thou shalt bring forth children, and thy desire

5  shall be to thy husband, and he shall rule over thee.

6  Summary: Matthew 12:24 (paraphrased) Beelzebub the prince of devils aka Be'ial

7  Job 41:34 (paraphrased) King over the children of pride, John 8:44 (paraphrased)

8  Ye are of your father the devil, Genesis 3:14 (paraphrased) And the LORD

9

10  _____: God said unto the se         Cane killed Abel and Abels blood cried , thou
Insert ¶ #                                 from the grounds(Genesis 4:11). Now the witchcraft behind this is how

11  all these                               they use all earth's elements as weapons to kill. Example: R.I.P OJ Simpson

12  the enemy of God (King of Kings and LORD of lords) while using different

13

14  names but speaking about the same spirit(ex: Beelzebub, King, Father

15  the devil, and serpent). When speaking about his seed they are

16  devils & children of pride, drug dealers (pharmaceuticals and big

17  companies, etc) and to verify this passage is talking about

18

19  _____: people in positions to lead by example the sheep that they are
Insert ¶ #

20

21  supposed to be watching or governing is because in Genesis 3:14 (paraphrased)

22  God told the serpent that because of what he did (which was to

23  use manipulation, deception, and perversion) a twisted truth based off of envy,

24  wrong motives, twisting words that mislead people from GOD's Real

25  Truth in order to gain control of their lives, and misrepresenting

26  The TRUE God all in the        R.I.P. Kobe Bryant! I wish I would have known
                                   back then what I know Now. The Bible talks about the church over all

27  peo  and Satan is        the Kings being the cause of the deaths and Roman Catholics worship
that to support                 the dead

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ...and every beast of the field. Right here in Genesis 3:14-
2 *Insert ¶ #* Satan has become cursed because of his cunning ways that
3 deceived Eve into leading Adam to rebel against G'd. After
4 being rebuked by God in Genesis 3:15, The LORD) says to the
5 serpent that he would put enmity between him and the woman
6 and between his seed and the womans seed. . When God
7 was speaking about the serpent seed and the woman's seed
8 there's a distinction between the two that I will like.
9

10 ...to clarify for the sake of God's undeniable TRUTH.
11 *Insert ¶ #* (A) First of all, MAN came before Woman when it comes to
12 the order of how God created humanity. (B) Secondly, MAN
13 carry the seed of life, women carry the eggs that becomes
14 impregnated by the mans seed, and then she carries
15 the seed of life until the time is right to give Birth (that
16 sounds like birthright). (C) Thirdly, the woman gives birth to her
17 child however in this case She gave birth to the serpents
18

19 ...seed first (due to her disobeying the divine instructions given to
20 *Insert ¶ #* her husband) that's why many say she slept with the serpent
21 but the truth behind Eve's fall is that she was deceived. So,
22 before we talk about her seed let me explain her proclamation
23 of being deceived (beguiled). First off, Eve was NOT created
24 when GOD spoke to Adam and told him not to eat of the tree of
25 knowledge. Also Adam had dominion over Gods enemy
26 because he was given responsibility to dress (H5647=to serve), keep (H8104=to protect)
27 and he was given authority over the animals (wasn't

*Insert ¶ #* ___: it a serpent which is an animal who knew the Word but twisted it in order to deceive Eve?). Due to the fact that Eve came from Adams rib that made her spiritually aware of what God told Adam. However, the serpent understood the Power of Gods Word thats why he did not go straight to Adam because Adam had the spirit of God (God blew the breath of life into Adam when He created Him) so Adam would discern the deception and also

*Insert ¶ #* ___: Adam had dominion over the Animals. But Eve had not the Spirit of God, had not heard God speak to her yet, and did not understand the Power of the Word of God being God Himself. Eve was questioned by the serpent about what God said pertaining to the trees in the garden (Genesis 3:1 - Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall

*Insert ¶ #* ___: not eat of every tree of the garden? )Let's break down Genesis 3:1 in Hebrew: Serpent (H5175 - nâchâsh) meaning a snake from its hiss or according to H5172 - nâchash meaning to hiss, whisper a (magic) spell; prognosticate (predict, foretell, indicate by signs, omen (augur according to ancient Rome is a religious official who interpreted omens to guide public policy. Augurs are in the regions of Rome, Roma, Eternal City, Italian capital, capital of Italy because they indicate by signs and these signs both bad news), divine, enchanter, use enchantment, learn by experience, (idiom) indeed, diligently observe (*in my opinion just like an observatory).

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Insert ¶ # was (H1961 = hâyâh) meaning ⓐ to exist, ⓑ be or ⓒ become, come to pass, beacon (① a fire (usually on a hill or tower) that can be seen from a distance; ② a radio station that broadcasts a directional signal for navigational purposes, ③ a tower with a light that gives warning of shoals to passing ships. ⓓ came, ⓔ has been, ⓕ were happened. Subtil (H6175 = ʿârûwm) meaning cunning (shrewdness as demonstrated by being skilled in deception), crafty, prudent. beast (H2416 = chay) meaning appetite, (wild) beast, company, congregation, maintenance,

___. Insert ¶ # (phrase) merry, multitude. field (H7704 = sâdeh) meaning to spread out; country, ground, land, soil. LORD (H3068 = Yᵉhôvâh) meaning (the) self-Existent or Eternal; Jehovah or according to H3050 = Yâhh meaning the same, Jah, the sacred name, Jah, the Lord, most vehement. God (H430 = ʾĕlôhîym) meaning gods in ordinary sense but specifically used of the supreme God or according to H433 = ʾĕlôwahh meaning a deity.) Now, that I have broken down some of the words from Genesis 3:1 in Hebrew we can finally see

___. Insert ¶ # why Eve felt like she was deceived (beguiled) by the serpent. The serpent manipulated (twisted) The Word of God which caused Eve to be bewitched by the serpents spell or enchantment. The way the serpent was able to bewitch Eve started with a question based upon him observing & (spying) and studying The Word of God (John 1:1 In the beginning was The Word, and the Word was with God, and the Word was God. John 1:2 The same was in the beginning with God). The serpent was once with God so he studied God

F

who is The Word and that is how he was able to
belwitch Eve with the word because she hadn't had a
chance to get to know God before the serpent (sorcerer,
magician, wizard, necromancer [one who practices divination by
conjuring up the dead] conjuring means calling up a spirit (spirit is
defined as ① the vital principle or animating force within living things, ② the
general atmosphere of a place or situation and the effect it has on people,
③ a fundamental emotional and activating principle determining one's
character, ④ any incorporeal supernatural being that can become
visible (or audible) to living beings, ⑤ the state of a person's emotions
(especially with regard to pleasure or dejection) ⑥ animation and energy
in action or expression, ⑦ the intended meaning of a communication). Conjuring
means calling up a spirit or devil (devil is defined as ① an evil supernatural
being, ② a word used in exclamation of confusion, ③ a rowdy or mischievous
person, ④ a cruel wicked and inhumane person) Ephesians 6:12 for
we wrestle not against flesh and blood, but against principalities,
against powers, against the rulers of darkness of this
world, against spiritual wickedness in high places.) Eve
was under the enchantment of the serpents word curse
Genesis 3:4 And the serpent said unto the woman, Ye
shall not surely die. Genesis 3:5 For God doth know that
in the day ye eat thereof, then your eyes shall be opened,
and ye shall be as gods, knowing good and evil. Genesis 3:6
And when the woman saw that the tree was good for food, and that
it was pleasant to the eyes, and a tree to be desired to make

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. one wise, she took of the fruit thereof, and did eat, and
   *Insert ¶ #*
2  gave also unto her husband with her, and he did eat.
3  Genesis 3:7  And the eyes of them both were opened, and
4  they knew that they were naked, and they sewed fig
5  leaves together, and made themselves aprons. Genesis 3:8
6  And they heard the voice of the LORD God walking in the
7  garden in the cool of the day: and Adam and his wife
8  hid themselves from the presence of the LORD God
9

10  ___. amongst the trees of the garden. *In Genesis 3:4
    *Insert ¶ #*
11  The serpent gives Eve a false promise & reassurance that
12  she will not really die (he was speaking about the flesh
13  of Eve but GOD was speaking about the Spiritual connection
14  between Him and humanity). In Genesis 3:5-7 The serpent
15  verbally painted Eve a mental picture that gave her a different
16  perspective about herself while she was barely beginning
17  to find out why she was created. So basically she didn't even
18

19  ___. have an ideal yet of who she was and why she was created.
    *Insert ¶ #*
20
21  So when the serpent verbally painted her a mental picture of
22  her eyes being opened and her having the ability to be as gods
23  that enticed her to eat due to her own lack of knowledge
24  of God, herself, her husband, and their unity as a covenant.
25  She gave it to Adam thinking that he wanted to know who
26  he was as well due to the fact that she came from his rib
27  but what Eve did not know was that Adam was the one
28  that would give her the answers to who she was and he would

H

1  ...be the one to name her. However, due to Eve being Adams
2  _Insert ¶ #_ rib and them being joined together by way of the spirit it
3  caused Adam to eat as well because they were still one
4  even though God made two (because she came from him). However,
5  due to Eve listening to the serpent she became King in the serpents
6  Kingdom (feminist agenda) and her demonic authority drove her
7  which still conflicted with Adams authority and that caused strange
8  fire which is still a form of sorcery. Thats how they realized that
9

10 _Insert ¶ #_ ...they were naked, they had the knowledge to get fig leaves
11 and so them together to cover their nakedness and they named
12 them aprons. In Genesis 3:8 Adam and his wife Hid themselves
13 from the presence of the LORD God amongst the trees of the
14 garden. This is how you know that they were deceived because they
15 really believed that they could hide from God. As if He wouldn't know that
16 they were walking in a false light (sorcery) when it may have appeared
17 to look like GOD but it didn't have the characteristics of God due
18

19 _Insert ¶ #_ ...to eating from the tree of knowledge. See, they had the image
20 of God but not the HEART (motive behind why they did/do the things that
21 they did/do) of the LORD). That was their fall because they got
22 caught in the Intellectual side of life while forgetting to
23 live by way of the spirit of the LORD). **** ① Moving past
24 this topic because it's a lot I can break down, lets now get to
25 her seed. Genesis 4:1-2 says ②And Adam knew Eve his wife; and
26 she conceived, and bare Cain, and said, I have gotten a man
27 from the LORD. ③And she again bare, his brother Abel. And
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    . Abel was a keeper of sheep, but Cain was a tiller of the
2    *Insert ¶ #* ground. Genesis 4:7-8 says: If thou doest well, shalt thou
3    not be accepted? and if thou doest not well, sin lieth
4    the door. And unto thee shall be his desire, and thou shalt
5    rule over him. ⑧ And Cain talked with Abel his brother:
6    and it came to pass, when they were in the field, that
7    Cain rose up against Abel his brother, and slew him.
8    * Both sons came out of Eve however the difference.
9

10    __ . between the two was the intent of their hearts. Cain
11    *Insert ¶ #* (serpent seed) had jealousy/envy towards Abel so he killed Abel
12    for nothing that Abel did wrong to him. Abel (chosen seed) was
13    only doing what the LORD put on his heart to do. Now Genesis 4:7
14    (paraphrased) is the LORD basically telling Cain why his offering
15    wasn't pleasant in Gods eyes. What God was saying was that
16    The MOTIVE of WHY you do, create, or speak something
17    will determine in Gods eyes whether He is pleased. If your motive
18

19    __ . is good he will see that but if your motive is bad then the
20    *Insert ¶ #* enemy will play off of that. The serpent seeds are ill-willed
21    towards others, they devise evil things, they are haters of God, etc.
22    Her seed LOVE GOD with their heart, they're not perfect they have
23    issues, however they are not out for self at the expense of somebody
24    else, they don't intentionally devise plans, plots, systems, groups,
25    etc to hurt others. They are Genuine, Broken, Rejected, Persecuted,
26    different, etc. The matter (motive) of their heart is to improve
27    the lives of others. Last but not least THEY LOVE JESUS CHRIST of
28    NAZARETH!!

Civil Rights Complaint Pursuant to U.S.C. § 1983

J

Year 1666 = 1660 lets you see the TRUTH

___: In year 1661 B.C. There was a king named Ashurbanipal
*Insert ¶ #* who ruled the Assyrian Empire. They labeled him the
Genocidal King. He constructed the Library of Ashurbanipal
which was located in Nineveh, a city located in modern-day Iraq.
In year 666 in the Middle East the death of Ramla bint Abi
Sufyan, a wife of Muhammad died. In year 1666 The French
Academy of Sciences was founded by Louis XIV. In 1666,
Isaac Newton discovered the spectrum of light, worked act

___: his system of Fluxions the precursor of modern calculus, and
*Insert ¶ #* then started considering gravity. ✶✶ I put all this together to let
you understand the serpents seed from another aspect now all
these highlighted areas are learned history so let me show you how
I broke down the drug field that explains the perversion that has
affected America but started on the other side of the world that is
governed by Britain (U.K.), Italy (Vatican), etc. 1) Adam & Eve's first son
is Cain who killed his brother Abel. Cain = Cocaine (Poisos) or

___: Crack Cocaine (Blacks) that's Genesis 4-8 where Cain killed Abel.
*Insert ¶ #* Genesis 4:11 is where God curses Cain for killing his brother HOWEVER
this verse has been twisted (perverted too). Genesis 4:11- And now art thou
cursed from the earth, which hath opened her mouth to receive thy
brother's blood from thy hand; ✶ In this verse of scripture, Cain
who is the builder of the city (Genesis 4:17- And Cain knew his wife; and
she conceived, and bare Enoch; and he builded a city, and called
the name of the city, after the name of his son, Enoch) has transferred
his curse through the arts and artist in order to get back

Civil Rights Complaint Pursuant to U.S.C. § 1983

k

1  ___. at God because of him killing his brother out of jealousy.
2  Insert ¶ #
   Basically, the creative arts are weapons of sorcery against
3  humanity in order mock God. Prime example of the twist
4  in the Bible we call Gods Word Scriptures however in the
5  industry of film when you're reading a piece for a part they
6  call that a script. When we read the Bible we say chapter
7  3 verse 7 of whatever book we're reading. When people talk
8  about music you may hear somebody say his verses were hot!
9
10 ___. You may also hear them say his bars are fire (bars
11 Insert ¶ #
   really symbolize a mental prison). The world has been stealing
12 Gods word then creating a twisted version of the word as
13 they steal from God to make money for Satan. Now, Back
14 to drugs. In Genesis 9:20-25 Noah is drunk from wine
15 and passes out after being in the Ark for 40 days that it was
16 flooding; Noah had 3 sons Shem, Japheth, and Ham. Ham
17 walked in on Noah passed out and naked so he goes and tells
18
19 ___. his brothers, this brothers walk in the room backwards
20 Insert ¶ #
   and covers up their dad. When Noah wakes up he says,
21 Cursed be Cana-cu (for the perversion). The enemy twists up this
22 story for drugs because Ham had a son named Cush (that's
23 marijuana) and out of jealousy of Shem being blessed by God
24 he turned Shem into Sherm (water because it was a flood) and he
25 also turns Shem which is the bloodline Jesus is to come from (during these times)
26 into a He/She. Revelation 6:8 (Pale Horse) symbolizes fentanyl
27 Revelations 6:5 (Black Horse) symbolizes Heroin. Revelation 4:6 (See crystal clear as glass)
28 symbolizes Meth (crystal)

Why they build a drug empire to

try to destroy my faith?

Science US 6666   Civil Rights Complaint pursuant to U.S.C. § 1983

ONLY CHEMIST created drugs

## Step 1a. Understanding Cestui Que Vie Act 1666

## Existence of Life

**Cestui Que Vie**

London 1666, during the black plague and great fires of London, Parliament enacted an act behind closed doors, called Cestui Que Vie Act 1666.

The act being debated was to subrogate the rights of men and women, meaning all men and women were declared dead, lost at sea/beyond the sea. (back then operating in Admiralty law, the law of the sea, so lost at sea).

The state (London) took custody of everybody and their property into a trust. The state became the trustee/husband holding all titles to the people and property, until a living man comes back to reclaim those titles, he can also claim damages.

When CAPITAL letters are used anywhere in a name this always refers to a legal entity/fiction, Company or Corporation no exceptions. e.g. John DOE or Doe: JANE

1) CEST TUI QUE TRUST: (pronounced setakay) common term in New Zealand and Australia
2) STRAWMAN: common term in United States of America or Canada

These are the legal entity/fiction created and owned by the Government whom created it. It is like owning a share in the Stock Market, you may own a share… but it is still a share of the Stock.

Legally, we are considered to be a fiction, a concept or idea expressed as a name, a symbol. That legal person has no consciousness; it is a juristic person, ENS LEGIS, a name/word written on a piece of paper. This traces back to 1666, London is an IndependentCityState, just like Vatican is an IndependentCityState, just like WashingtonDC is an Independent City State.

The Crown is an unincorporated association. Why unincorporated? It's private. The temple bar is in London, every lawyer called to the "bar" swears allegiance to the temple bar. You can't get called without swearing this allegiance.

1

Our only way out is to reclaim your dead entity (strawman) that the Crown created, become the executor and then collapse the called Cestui Que Vie trust and forgive yourself of your debts and then remove yourself from the admiralty law that holds you in custody.

When London burned, the subrogation of men's and women's rights occurred. The responsible act passed… CQV act 1666 meant all men and women of UK were declared dead and lost beyond the seas. The state took everybody and everybody's property into trust. The state takes control until a living man or woman comes back and claims their titles by proving they are alive and claims for damages can be made.

This is why you always need representation when involved in legal matters, because you're dead.

The legal fiction is a construct on paper, an estate in trust. When you get a bill or summons from court it is always in capital letters, similar to tomb stones in grave yards. Capital letters signify death. They are writing to the dead legal fiction. A legal fiction was created when someone informed the government that there was a new vessel in town, based upon your birth.

Birth Certificates are issued to us by the Doc. just as ships are given berth Certificates at the Dock. It's about commerce. We come from our mothers waters. Your mother has a birth canal just like a ship. The ship moves by the sea current just as we are able to move by the currency.

All this information relates to how the general public are still legally tied through Maritime Admiralty Law. Through this ancient legal construct we can be easily controlled and duped. Learning about your legal fiction helps you to unlock yourself. Otherwise you are just an empty vessel floating on the sea of commerce. Parents are tricked into registering the birth of their babies.

In about 1837 the Births, Deaths and Marriages act was formed in UK and the post of registrar general was established. His job was to collect all the data from the churches which held the records of birth.

Regis – from Queen or Crown. All people are seen to be in custody of," The Crown". This allows people to function in commerce and to accept the benefits provided by state. We have to understand who we are as men and women and how we can relate in the system. The City of London is a centre for markets,

2

where merchants work. Then there is Mercantile Law. It comes from Admiralty Law. Look at the symbols in your City Courts that relate to Admiralty.

So where you have commerce and money, you also have "justice" and "injury". You need to understand the bankruptcy before you can understand the judiciary. We have accepted the claim to accept the summons, yet ONLY the dead can be summoned. There is an obligation to accept any liability which has been created.

We are operating in Admiralty. A not guilty plea, or ANY plea admits jurisdiction. The strawman, aka legal fiction is always guilty. Barristers and solicitors make a living out of creating controversy. By creating a controversy you become liable for the case.

Honour and dishonour. To remain in honour you have to accept a claim and settle (discharge) it. Then you add conditions, ie. *"I accept on proof of claim and proof of loss"*. This gives the liability back to them. The legal fiction is always guilty. Only in the High Court, can the real man or woman appear. Games are played on courts, hence the name 'court'. It is a game with actors (acting on acts). It has to be treated as a game and just business. Court room dramas are misinformation.

In the public, we are operating in bankruptcy and you receive benefits. It takes a lot of time, effort and study to understand and use these tools. You have to be prepared to go fully through the process, get the right tool out of your toolbox at the right time.

People need to learn how to act as a creation of God rather than a creation of Man.

Evidence of Life Evidence of Person Entitled to payment Form 206

# Rights Suspension and Corruption
# Cestui Que Vie Trust

Canon 2036 (link)
A Cestui Que VieTrust, also known later as a "Fide Commissary Trust" and later again as a "Foreign Situs trust" and also known as a form of "Secret Trust"is a fictional concept being a Temporary Testamentary Trust, first created during the

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

reign of Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by Charles II through the Cestui Que Vie Act of 1666 wherein an Estate may be effected for the Benefit of one or more Persons presumed lost or abandoned at "sea" and therefore assumed/presumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be formed were added in later statutes to include bankrupts, minors, incompetents, mortgages and private companies.

Canon 2037 (link)
The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void. A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted "life" expectancy of the estate.

Canon 2039 (link)
As all Cestui Que (Vie) Trusts are created on one or more presumptions based on its original purpose and function, such a Trust cannot be created if none of these presumptions can be proven to exist.

Canon 2042 (link)
In 1534, prior to the 1st Cestui Que Vie Act (1540), Henry VIII declared the first Cestui Que Vie type estate with the Act of Supremecy which created the Crown Estate. In 1604, seventy (70) years later, James I of England modified the estate as the Crown Union (Union of Crowns). By the 18th Century, the Crown was viewed as a company. However by the start of the 19th Century around 1814 onwards upon the bankruptcy of the company (1814/15) , it became the fully private Crown Corporation controlled by European private banker families.

Canon 2043 (link)
Since 1581, there has been a second series of Cestui Que Vie Estates concerning the property of "persons" and rights which migrated to the United States for administration including:

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

(i)      In 1651 the Act for the Settlement of Ireland 1651-52 which introduced the concept of "settlements", enemies of the state and restrictions of movement in states of "emerergency"; and

(ii)     In 1861 the Emergency Powers Act 1861; and

(iii)    In 1931 the Emergency Relief and Construction Act 1931-32; and

(iv)     in 2001 the Patriot Act 2001.

Canon 2044 (link)

Since 1591, there has been a third series of Cestui Que Vie Estates concerning the property of "soul" and ecclesiastical rights which migrated to the United States for administration including:

(i) In 1661 the Act of Settlement 1661-62; and

(ii) In 1871 the District of Columbia Act 1871; and

(iii) In 1941 the Lend Lease Act 1941.

Canon 2045 (link)

By 1815 and the bankruptcy of the Crown and Bank of England by the Rothschilds, for the 1st time, the Cestui Que Vie Trusts of the United Kingdom became assets placed in private banks effectively becoming "private trusts" or "Fide Commissary Trusts" administered by commissioners (guardians). From 1835 and the Wills Act, these private trusts have been also considered "Secret Trusts" whose existence does not need to be divulged.

Canon 2046 (link)

From 1917/18 with the enactment of the Sedition Act and the Trading with the Enemy Act in the United States and through the United Kingdom, the citizens of the Commonwealth and the United States became effectively "enemies of the state" and "aliens" which in turn converted the "Fide Commissary" private secret trusts to "Foreign Situs" (Private International) Trusts.

Canon 2047 (link)

In 1931, the Roman Cult, also known as the Vatican created the Bank for International Settlements for the control of claimed property of associated private central banks around the world. Upon the deliberate bankruptcy of most countries, private central banks were installed as administrators and the global Cestui Que Vie/Foreign Situs Trust system was implemented from 1933 onwards.

Canon 2048 (link)

Since 1933, when a child is borne in a State(Estate) under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the child forever any rights of Real Property, any Rights as a Free Person and any Rights to be known as man and woman rather than a creature or animal, by claiming and possessing their Soul or Spirit.

Canon 2050 (link)
Since 1933, when a child is borne, the Executors or Administrators of the higher Estate knowingly and willinglyclaim the baby as chattel to the Estate. The slave baby contract is then created by honoring the ancient tradition of either having the ink impression of the feet of the baby onto the live birth record, or a drop of its blood as well as tricking the parents to signing the baby away through the deceitful legal meanings on the live birth record. This live birth record as a promissory note is converted into a slave bond sold to the private reserve bank of the estate and then conveyed into a 2nd and separate Cestui Que (Vie) Trust per child owned by the bank. Upon the promissory note reaching maturity and the bank being unable to "seize" the slave child, a maritime lien is lawfully issued to "salvage" the lost property and itself monetized as currency issued in series against the Cestui Que (Vie) Trust.

Canon 2052 (link)
The Three (3) Cestui Que Vie Trusts are the specific denial of rights of Real Property, Personal Property and Ecclesiastical Property for most men and women, corresponds exactly to the three forms of law available to the Galla of the Bar Association Courts. The first form of law is corporate commercial law is effective because of the 1st Cestui Que Vie Trust. The second form of law is maritime and trust law is effective because of the 2nd Cestui Que Vie Trust. The 3rd form of law is Talmudic and Roman Cult law is effective because of the 3rd Cestui Que Vie Trustof Baptism.

Canon 2053 (link)
The Birth Certificate issued under Roman Law represents the modern equivalent to the Settlement Certificates of the 17th century and signifies the holder as a pauper and effectively a Roman Slave. The Birth Certificate has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a state or nation to divulge the existence of these secret trusts.

Canon 2054 (link)

As the Cestui Que Vie Trusts are created as private secret trusts on multiple presumptions including the ongoing bankruptcy of certain national estates, they remain the claimed private property of the Roman Cult banks and therefore cannot be directly claimed or used.

Canon 2055 (link)
While the private secret trusts of the private central banks cannot be directly addressed, they are still formed on certain presumptions of law including claimed ownership of the name, the body, the mind and soul of infants, men and women. Each and every man and woman has the absolute right to rebuke and reject such false presumptions as a holder of their own title.

Canon 2056 (link)
Given the private secret trusts of the private central banks are created on false presumptions, when a man or woman makes clear their Live Borne Record and claim over their own name, body, mind and soul, any such trust based on such false presumptions ceases to have any property.

Canon 2057 (link)
Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

7

REPENT NOW

Isaiah 14:1-32
1  Isaiah 14:1 For the LORD will have mercy on Jacob,
2  and will yet choose Israel, and set them in their own
3  land: and the strangers shall be joined with them, and
4  they shall cleave to the house of Jacob. ②And the people
5  shall take them, and bring them to their place; and the
6  house of Israel shall possess them in the land of the LORD
7  for servants and handmaids: and they shall take them captives,
8  whose captives they were, and they shall rule over their oppressors.
9
10  ③And it shall come to pass in the day that the LORD shall
11  *Insert ¶ #*  give thee rest from thy sorrow, and from thy fear, and
12  from the hard bondage wherein thou wast made to serve,
13  ④That thou shalt take up this proverb against the king
14  of Babylon, and say, How hath the oppressor ceased! the golden
15  city ceased! ⑤The LORD hath broken the staff of the
16  wicked, and the sceptre of the rulers. ⑥He who smote the
17  people in wrath with a continual stroke, he that ruleth the
18
19  ⑦  nations in anger, is persecuted, and none hindereth. ⑦The whole
20  *Insert ¶ #*  earth is at rest, and is quiet: they break forth into singing. ⑧Yea,
21  the fir trees rejoice at thee, and the cedars of Lebanon, saying,
22  Since thou art laid down, no feller is come up against us. ⑨Hell
23  from beneath is moved for thee to meet thee at thy coming: it
24  stirreth up the dead for thee, even all the chief ones of the
25  earth; it hath raised up from their thrones all the kings of the nations.
26  ⑩All they shall speak and say unto thee, Art thou also become
27  we as we? art thou become like unto us? ⑪Thy pomp is brought

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___ : down to the grave, and the noise of thy viols: the worm is
2 _Insert ¶ ll_ spread under thee, and the worms cover thee. (12) How art thou
3 fallen from heaven, O Lucifer, son of the morning! how art
4 thou cut down to the ground, which didst weaken the nations!
5 (13) For thou hast said in thine heart, I will ascend into heaven, I
6 will exalt my throne above the stars of God: I will sit also upon
7 the mount of the congregation, in the sides of the north: (14) I
8 will ascend above the heights of the clouds, I will be like the
9
10 ___ : most High. (15) Yet thou shalt be brought down to hell, to
11 _Insert ¶ ll_ the sides of the pit. (16) They that see thee shall narrowly
12 look upon thee, saying, Is this the man that made the
13 earth to tremble, that did shake kingdoms; (17) That made
14 the world as a wilderness, and destroyed the cities thereof;
15 that opened not the house of his prisoners? (18) All the kings of
16 the nations, even all of them, lie in glory, every one in
17 his own house. (19) But thou art cast out of thy grave like
18
19 ___ : an abominable branch, and as the raiment of those
20 _Insert ¶ ll_ that are slain, thrust through with a sword, that go down
21 to the stones of the pit; as a carcase trodden under feet.
22 (20) Thou shalt not be joined with them in burial, because thou
23 hast destroyed thy land, and slain thy people: the seed of
24 evildoers shall never be renowned. (21) Prepare slaughter for
25 his children for the iniquity of their fathers; that they do not
26 rise, nor possess the land, nor fill the face of the world
27 with cities. (22) For I will rise up against them, saith
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  _____. the LORD of hosts, and cut off from Babylon the
   *Insert ¶ #*
2  name, and remnant, and son, and nephew, saith the
3  LORD. (23) I will also make it a possession for the bittern,
4  and pools of water: and I will sweep it with the besom
5  of destruction, saith the LORD of hosts. (24) The LORD of hosts
6  hath sworn, saying, Surely as I have thought, so shall it
7  come to pass; and as I have purposed, so shall it stand:
8  (25) That I will break the Assyrian in my land, and upon my
9

10  _____. mountains tread him under foot: then shall his yoke
    *Insert ¶ #*
11  depart from off them, and his burden depart from off
12  their shoulders. (26) This is the purpose that is purposed upon
13  the whole earth: and this is the hand that is stretched out
14  upon all the nations. (27) For the LORD of hosts hath purposed,
15  and who shall disannul it? and his hand is stretched out,
16  and who shall turn it back? (28) In the year that king Ahaz
17  died was this burden. (29) Rejoice not thou, whole Palestina,
18

19  _____. because the rod of him that smote thee is broken:
   *Insert ¶ #*
20  for out of the serpent's root shall come forth a cockatrice,
21  and his fruit shall be a fiery flying serpent. (30) And the
22  first-born of the poor shall feed, and the needy shall
23  lie down in safety: and I will kill thy root with famine, and
24  he shall slay thy remnant. (31) Howl, O gate; cry, O city;
25  thou, whole Palestina, art dissolved: for there shall come
26  from the north a smoke, and none shall be alone in his
27  appointed times. (32) What shall one then answer the messengers

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    . of the nation? That the LORD hath founded Zion, and

2    *Insert ¶"*  the poor of his people shall trust in it.

3    Isaiah 9:6-7 says "For unto us a child is born, unto

4    us a son is given: and the government shall be upon

5    his shoulder: and his name shall be called Wonderful,

6    Counselor, The mighty God, The everlasting Father, The

7    Prince of Peace. Of the increase of his government

8    and peace there shall be no end, upon the throne of

9

10    __ . David, and upon his kingdom, to order it, and to

11    *Insert ¶"*  establish it with judgement and with justice from henceforth

12    even for ever. The zeal of the LORD of hosts will perform this.

13    Matthew 22:15-22 says: "Then went the Pharisees, and took

14    counsel how they might entangle him in his talk. And they

15    sent out unto him their disciples with the Herodians, saying,

16    Master, we know that thou art true, and teachest the way

17    of God in truth, neither carest thou for any man: for

18

19    . thou regardest not the person of men. Tell us therefore,

20    *Insert ¶"*  What thinkest thou? Is it lawful to give tribute unto Caesar,

21    or not. But Jesus perceived their wickedness, and said,

22    Why tempt ye me, ye hypocrites? Shew me the tribute

23    money. And they brought unto him a penny. And he saith

24    unto them, Whose is this image and superscription? They

25    say unto him, Caesar's. Then saith he unto them, Render

26    therefore unto Caesar the things which are Caesar's; and unto

27    God the things that are God's. When they had heard these words, they

28    marvelled, and left him, and went their way.

1  ⚹Now let me breakdown Matthew 22:15-22 so you
Insert ¶ "
2  can get a better understanding. In verse 15 the word
Ⓐ Pharisee in Greek is (G5330= Pharisaios) meaning a
4  separatist, i.e. exclusively religious; a Pharisean, i.e. Jewish
5  sectary. Separatist means a person who supports the seperation
6  of a particular group of people from a larger body on the basis
7  of ethnicity, religion, or gender. Ⓑ counsel in Greek is (G4824=
8  symboulion) meaning advisement; specially, a deliberative
9
10  ___ body, ie. the provincial assessors or lay-court. Advisement
Insert ¶ "
11  means careful consideration. Ⓒ Entangle in Greek is (G3802=
12  pagideuo) meaning to ensnare. Ensnare means to catch
13  in a snare, to get control of something or someone by dishonest
14  or underhand means, to band, to enslave, to confine,
15  to kidnap, to arrest, to indenture. Ⓓ Talk in Greek is (G3056=
16  logos) meaning something said, by implication, a topic, also
17  reasoning (the mental faculty) or motive; a computation,
18
19  ___ preaching, doctrine, Word (Christ). Implication means
Insert ¶ "
20  the conclusion that can be drawn from something although it is
21  not explicitly stated. Topic means (of a subject) of immediate
22  relevance, interest, or importance owing to its relation to current events.
23  Reasoning means the action of thinking about something
24  in a logical, sensible way. Motive means the psychological
25  feature that arouses an organism to action toward a desired goal.
26  Computation means any type of arithmetic or nonarithmetic
27  calculation that is well defined. Human Computation is the

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   _____ . practice of using humans to solve issues or carry out
2   tasks that are challenging for computers to perform. Another
3   way human computation is used today is through data mining
4   and machine learning. This involves using algorithms to
5   learn from large data sets in order to find patterns and make
6   predictions. (The first definition for computer was in 1613 and
7   it was referring to a person who performed complex calculations,
8   such as bookkeepers and mathematicians. ✳✳ Both those
9
10  _____ . areas are the things you learn from kindergarten on up
11  so basically, that's saying they were indoctrinating us since
12  Elementary School. Then, after programming humanity as
13  artificial intelligence since 1613 (computers) in 1951 the UNIVAC 1
14  mainframe computer became known for predicting (predicting means
15  to say or estimate that (a specific thing) will happen in the future
16  or will be a consequence of something) the outcome of the
17  U.S. presidential election the following year: this incident
18
19  _____ . is noteworthy because the computer correctly predicted
20  an Eisenhower landslide over Adlai Stevenson, whereas the
21  final Gallup poll had Eisenhower winning the popular vote
22  51-49 in a close contest. So this here, also shows that they
23  have bewitched the people, they have the essence of humanity
24  locked in the digital realm, their playing with spiritual
25  warfare while releasing demons from the Universal realm,
26  they are altering the elections, digitally controlling humanity,
27  and they are blaming everybody else for them intentionally

—

____: programming humanity in the satanic realm (universal)
Insert ¶ #
which has caused humanity to walk in the steps of rebellion,
falsehood, sorcery, and witchcraft. To prove this statement
I am going to refer back to Genesis 3:1 - Now the serpent was
more subtil than any beast of the field which the LORD God had
made. And he said unto the woman, Yea, hath God said, Ye
shall not eat of every tree of the garden? * In this verse
the serpent said unto the woman. After, the spirit spoke

____: through the snake it caused the fall of Humanity because
Insert ¶ #
she was beguiled. Beguiled also means bewitched. So if
the UNIVAC 1 predicted Eisenhower winning the US.
Presidential election that means a spirit is talking through
the computer just like a spirit spoke through the serpent
and look at the results of the world today. Why playing around
with technology it's in a fallen state because it's being governed
by sorcery (wrong gods because there's only 1 true living God

____: if any of these other Gods were really the true God then they
Insert ¶ #
wouldn't be hiding behind Gods Word, infiltrating his children,
rewriting the story using other methods in order to take ownership,
working together as a collective of religions to eradicate
one religion, moving in greed, using man made sources in
order to pretend they have the answer to the problems when
they are the problem because they're not in their rightful
place, they wouldn't have people confused over identities,
beliefs, etc. All this contention wouldn't be here because only

1    . Satan is the author of confusion. They also wouldn't
Insert ¶"
2 be stealing, killing, lying, etc to obtain what God gave
3 another person. Nor would they be charging you for what
4 God gave you freely. John 10:7-19 ① Then saith Jesus unto
5 them again, Verily, verily, I say unto you; I am the door
6 of the sheep. ⑧ All that ever came before me are thieves
7 and robbers: but the sheep did not hear them. ⑨ I am the
8 door: by me if any man enter in, he shall be saved, and
9

10    . shall go in and out, and find pasture. ⑩ The thief cometh
Insert ¶"
11 not, but for to steal, and to kill, and to destroy: I am come
12 that they might have life, and that they might have it
13 more abundantly. ⑪ I am the good shepherd: the good
14 shepherd giveth his life for the sheep. ⑫ But he that is an
15 hireling, and not the shepherd, whose own the sheep are
16 not, seeth the wolf coming, and leaveth the sheep and
17 fleeth: and the wolf catcheth them, and scattereth the
18
19

20    . sheep ⑬ The hireling fleeth, because he is a hireling
Insert ¶"
21 and careth not for the sheep. ⑭ I am the good shepherd,
22 and know my sheep, and am known of mine. *** Now,
23 that I have just broke down Matthew 22:15 which led
24 me to more depth of understanding, I will wrap this topic
25 on Matthew 22:15-22 By saying clearly as we can see
26 from breaking down verse 15 that the Pharisees are
27 replicas, false teachers/leaders, false prophets, false religions
28 that tried to entangle the TRUE word of God with

1  _____: conversation (different methods of talking such as logos, topics,
Insert ¶ #
2  implications, reasoning, motives, preaching, doctrines, computation, etc.)
3  However, their primary focus was on money that's why they questioned
4  Him about money in order to see if He would lie which then
5  shows Motive (was He for humanity or for himself). That's why
6  it says Jesus perceived their wickedness and said why tempt
7  ye me, ye hypocrites? (Jesus could see their wicked motives
8  because He IS the truth and their hearts were focused on
9

10  _____: trying to set Him up with Caeser over money, power, and
Insert ¶ #
11  prestige but because Jesus was The truth He spoke the truth
12  without being afraid to lose the acceptance of others & materialistic
13  things. Jesus knew that those things did not make Him nor
14  could it hold any power over Him because He is POWER
15  ALL by HIMSELF. His mission was to sacrifice His life
16  to break the chains off of humanity from the fallen nature.
17  He understood that the system was only entrapment
18
19

20  _____: to man and/or man made creation but Adam once
Insert ¶ #
21  upon a time had authority over creation however after
22  the fall in the garden of Eden, Cain the cursed son of
23  Adam built the city in order to hide from God, enslave
24  others to do the work, and to pretend like he was the
25  chosen seed. The only way Cain could hide from God was
26  to build up people and give them his man made identity
27  while stripping them of their God given power and forcing
28  them to worship the creation instead of worshipping

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  God. Also, Jesus told the Pharisees that they
2  were hypocrites because He knew that they would
3  deceive many with the answer He gave them. He
4  Knew that they would attempt to rob Him and His
5  chosen ones by falsely taking claim of things that
6  weren't theirs. Matthew 22:19-21 ⑲ Shew me the
7  tribute money. And they brought unto him a penny.
8  ⑳ And he saith unto them, Whose is this image and
9
10  superscription? ㉑ They say unto him Caesar's. Then
11  saith he unto them, Render therefore unto Caesar the things
12  which are Caesar's and unto God the things that are
13  God's. ✱ All people been doing is creating things
14  and putting their picture and names on them and
15  then claiming it's theirs but in all actuality all
16  they have been doing is stealing from God and that's
17  why people are trying to escape Judgement by attempting
18
19  to blackmail the oppressed when it's really the
20  leaders and oppressor who are in trouble for robbing
21  God's people, beating them, enslaving them, killing
22  them, setting them up, framing them, etc all in the
23  name of MONEY! Repent NOW for the
24  time is Near & this is the FINAL
25  WARNING! MAY GOD'S WILL BE DONE
26  ON EARTH AS it is IN HEAVEN! TURN from
27  YOUR WICKEDNESS !!!

· Genesis 1:1 In the beginning God created the heaven and the earth. (Hebrew Definitions) Beginning= H1225= re'shith means the first, in place, time, order or rank, chief (est); compare H1218= rô'sh means the head, band, captain, highest (priest), principal God= H430= Elohiym means God, judge, goddess; compare H410= el means Almighty, power, Immanuel, idol; compare H352= 'ayil means strength, a ram (from his strength), posts(5), thus Heaven=H8064= shamayim means the sky, air, astrologers Earth= H776='erets

_____ : means land, ground, world, nations

*This is a breakdown of the enemy using the Word of God to assert his jurisdiction over God's people. Ex: the word beginning in Hebrew can be compared between re'shith & rô'sh which gives different breakdowns and it also shows you how the priest (high) has been a middle man between humans & God (priest= popes, bishops, etc).

·You can prove that with the word God because there you have a judge inbetween GOD & GODDESS symbolizing a third party which sums up Marriage then compare elohiym to 'el & you find the word idol hidden after Immanuel which proves that Humans have been forced into Idolatry by having the pope, judge, etc in the midst of their Marriage which excludes GOD since both religion/state pope, priests, judges, etc are playing (god) while excommunicating GOD. Finally, thats why they are astrologers, science, etc because they lack a true connection with GOD since they're too busy playing GOD which has Page Number placed curses over all of Humanity Civil Rights Complaint Pursuant to U.S.C. § 1983 behind their self-righteous Idolatry.

On Your Mark, Get Set, GO equates

R.A.C.E! The Chemistry of Supremacy CAIN'S

1

2  Insert ¶ #  The TRUTH behind Racism starts in Genesis 4:10-15:

3  ¹⁰And he said, What hast thou done? the voice of thy brother's

4  blood crieth unto me from the ground. (Hebrew Definitions: ①Said=H559=

5  âmar meaning to say, answer, appoint, avouch (admit openly & bluntly, make no bones about),

6  bid, certify, challenge, charge, command, tell, term, report, etc. ②What=H4100=

7  mâh meaning interrogate what (including how?, why?, when?) ③Done=H6213= 'âsâh

8  meaning accomplish, advance, apt (at risk of or subject to experiencing something usually unpleasant,

9

10  ___ · abbreviation of Apartment, mentally quick and resourceful), bear, bestow, bruise,

11  Insert ¶ #

12  exercise, fashion, fulfill, go about, govern, grant, be industrious, keep, labour,

13  maintain, observe, serve, set, sin, vex, etc. ④Voice=H6963=qôwl meaning

14  to call aloud, fame, lightness, proclamation, sing, sound, etc. ⑤brothers=H251='âch

15  meaning, brethren, kindred, or like. ⑥Blood=H1818=dâm meaning blood (as that which

16  when shed causes death) of man or an animal; by analogy, the juice of the grape; compare

17  H119='âdam meaning to show blood (in the face), flush or turn rosy; be (dyed, made)

18  red ruddy. ⑦Crieth=H6817=tsâ 'aq meaning to shriek, to proclaim (an assembly);

19

20  ___ · call together, gather. ⑧Ground=(H127= 'ădâmâh meaning soil (from

21  Insert ¶ #  its general redness), country, earth, ground, husband (man) (ry), land.

22  Next Verse: "(Genesis 4:11) And now art thou cursed from

23  the earth, which hath opened her mouth to receive thy brother's

24  blood from thy hand; (Hebrew Definitions: ①cursed=H779='ărar

25  meaning a primitive root, to execrate (finding repugnant, curse or declare to be evil

26  or anathema (a formal ecclesiastical curse accompanied by excommunication) or threaten

27  with divine punishment.); bitterly curse, ②earth= H127= 'ădâmâh meaning

28  (from its general redness); country, earth, ground, husband (man) (ry), land

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ③ opened = H6475 = pâtsâh meaning a primitive root, to rend, open
Insert ¶ #
2   (especially the mouth) deliver, gape, open, rid, utter. ④ mouth = H6310 = peh meaning
3   the mouth (as the means of blowing), whether literal or figurative (particularly speech),
4   assent (agreement with a statement or porposal to do something), collar (a band that
5   Sits around the neck and is usually folded over, (zoology) an encircling band or marking
6   around the neck of any animal, anything worn or placed about the neck, the
7   act of apprehending), word, hole, wish, spoken, sound, file, etc.
8   ⑤ receive = H3947 = lâqach meaning to take, accept, bring, buy, reserve,
9

10   seize, send for, use, win. ⑥ brother's = H251 = âch meaning brethren,
Insert ¶ #
11   kindred or like, ⑦ blood = H1818 = dâm meaning blood (as that which
12   when shed causes death) of man or an animal, by analogy the juice of the grape,
13   compare H119 = 'âdam meaning to show blood (in the face), flush or
14   turn rosy, be (typed, made) red, ruddy.  ⑧ hand = H3027 = yâd meaning the
15   closed one, the hollow (a cavity or space in something) hand or palm, figuratively
16   power, branch, spoon.  Next Verse "Genesis 4:12) When thou
17   tillest the ground, it shall not henceforth yield unto thee her
18

19   strength; a fugitive and a vagabound shalt thou be in the earth
Insert ¶ #
20   Hebrew Definition: ⓪ When = H3588 = kîy meaning surely, certainly, doubtless
21   ① tillest = H5647 = âbad meaning to work, to serve, (causatively)
22   enslave, etc.; keep in bondage, be bondmen, bond-service, compel (force
23   somebody to do something), execute (kill as a means of socially (by or with respect
24   to society) sanctioned punishment; ② murder in a planned fashion, ③ put in effect,
25   ④ carry out the legalities of ⑤ carry out a process or program, as on a
26   computer or a machine, ⑥ sign in the presence of witnesses.), keep,
27   (cause to, make to) serve, transgress (act in disregard of law's, rules
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  _____. contracts, or promises) (from margin (the boundary line or the area), in finance the
2  margin is the net sales minus the cost of goods and services sold; the amount of collateral
3  a customer deposits with a broker when borrowing from the broker to buy securities,
4  a permissible difference, allowing some freedom to move within limits), be wrought
5  (shaped to fit by or as if by altering the contours of a pliable (susceptible
6  to being led or directed) mass (a musical setting for a Mass) the property of a body
7  that causes it to have weight in a gravitational field. ③ henceforth =
8  H3254 = yâcaph meaning to add or augment, often adverbial, to continue.
9
10  _____. to do a thing, ④ yield = H5414 = nâthan meaning add, apply,
11  appoint, assign, cast, commit, direct, distribute, grant, trade, etc.
12  ⑤ strength = H3581 = kôach meaning to be firm, vigor (forceful exertion),
13  literally (force, in a good or bad sense) or figuratively (capacity, means, produce);
14  also (from its hardiness) a large lizard, ability, chameleon, fruits, might,
15  power, substance, wealth. ⑥ fugitive = H5128 = nûwa meaning to
16  waver, be promoted, reel (a photographic film, music composed for dancing
17  a reel, a Scottish Highlander's dance, American country dance, etc.) ⑦ vagabond =
18
19  _____. H5110 = nûwd meaning to nod, flee, disappear, to console (a scientific
20  instrument consisting of displays and an input device that an operator
21  can use to monitor and control a system (especially a computer system),
22  housing for electronic instruments, as radio or television. Next
23  VERSE: "Genesis 4:13) And Cain said unto the LORD,
24  My punishment is greater than I can bear. (Hebrew
25  Definitions: Punishment = H5771 = avon meaning literally
26  Committing iniquity, perverted, trouble, wicked, iniquity, sin.
27  bear = H5375 = nâsâ meaning accept, contain, receiving.
28

1  Next Verse: Genesis 4:14 - Behold, thou hast driven
2  Insert ¶ # me out this day from the face of the earth; and from thy
3  face shall I be hid; and I shall be a fugitive and a vagabond
4  in the earth; and it shall come to pass, that every one that
5  findeth me shall slay me. (Hebrew Definitions ① out=H1644=
6  gârash meaning to drive out from a possession; especially to
7  expatriate (expel from a country) or divorce; thrust out. ② face=H6440=
8  pânîym meaning presence, because, countenance, sight. ③ earth=
9
10  . H127= 'ădâmâh meaning soil (from its general redness); country,
11  Insert ¶ # ground, husband-man); compare H119='âdam meaning to show blood (in the
12  face); i.e; flush or turn rosy; be (dyed, made) red (ruddy). ④ from=H5921='al
13  meaning because of, (as) against, by (reason of); compare H5920='al
14  meaning the highest (i.e. GOD), to Jehovah, most high; & compare H5927='âlâh
15  meaning to ascend, cut off, depart, fall, lift (self) up, (make) up,
16  set (up) etc. ⑤ face=H6440=pânîym meaning presence, because
17  countenance ⑥ hid=H5641=câthar meaning to hide (by covering)
18
19  . (keep) secret, conceal, hide (self). ⑦ fugitive=H5128=nûwa
20  Insert ¶ # meaning to waver, be promoted, reel (a photographic film, music
21  composed for dancing a reel, a Scottish Highlanders dance, American
22  country dance, etc). ⑧ vagabound=H5110=nûwd meaning to
23  nod, flee, disappear, to console (a scientific instrument consisting
24  of displays and an input device that an operator can use to monitor
25  and control a system (especially a computer system), housing for
26  electronic instruments, as radio or television.) ⑨ findeth=H4672=
27  mâtsâ meaning to attain (me); i.e. find or acquire, catch.
28

1  ⓐ Slay = H2026 = hârag meaning to smite with deadly

*Insert ¶ #*

2  intent: destroy, kill, Murder, Make (slaughter), slay (-er).

3  Next Verse: Genesis 4:15 And the LORD said unto

4  him, Therefore whosoever slayeth Cain, vengeance shall

5  be taken on him sevenfold. And the LORD set a Mark

6  upon Cain, lest any find him should kill him. Hebrew Definitions

7  ① LORD = H3068 = Yěhôvâh meaning (the) self-Existent or Eternal

8  Jehovah; Compare. H3050 = Yâhh meaning Jah, the sacred

9

10  name; Jah, the LORD, most vehement. ② Kill = H5221 = nâkâh

*Insert ¶ #*

11  meaning, to strike (lightly or severely); beat, cast forth, Murder,

12  punish (give stripes). Next Verse: Genesis 4:16 And

13  Cain went out from the presence of the LORD, and dwelt

14  in the land of Nod, on the east of Eden. Next Verse:

15  Genesis 4:17 And Cain knew his wife, and she conceived,

16  and bare Enoch: and he builded a city, and called the

17  name of the city, after the name of his son, Enoch.

18

19

20  *Insert ¶ #*

21

22

23

24

25

26

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  . ACTS 16:16-19 (THE FORTUNE TELLING SLAVE)

2  Insert ¶ #  (16) And it came to pass, as we went to prayer, a certain damsel

3  possessed with a spirit of divination met us, which brought her

4  masters much gain by soothsaying. (17) The same followed Paul and

5  us, and cried saying, These men are the servants of the

6  most high God, which show unto us the way of salvation.

7  (18) And this did she many days. But Paul, being grieved,

8  turned and said to the spirit, I command thee in the name

9

10  ___. of Jesus Christ to come out of her. And he came out

11  Insert ¶ #  the same hour. (19) And when her masters saw that the hope

12  of their gains was gone, they caught Paul and Silas, and

13  drew them into the market place into the rulers. (verse 20-24,

they go before judges then jailed)

14  JUDGES 16:1-3 (The GAZA Harlot)

15  (1) Then went Samson to Gaza, and saw there a harlot, and went

16  in unto her. (2) And it was told the Gazites, saying, Samson is

17  come hither. And they compassed him in and laid wait for

18

19  ___. him all night in the gate of the city, and were quiet

20  Insert ¶ #  all the night, saying, In the morning, when it is day, we

21  shall kill him. (3) And Samson lay till midnight, and

22  arose at midnight, and took the doors of the gate of the

23  city, and the two posts, and went away with them, bar

24  and all, and put them upon his shoulders, and carried them

25  up to the top of a hill that is before Hebron.

26

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

# WARTIME SEXUAL VIOLENCE

Insert ¶ #

Is rape and/or other forms of sexual violence
committed by combatants during an armed
conflict, war, or military occupation often as
spoils of war, but sometimes, particularly in
ethnic conflict, the phenomenon has broader
sociological motives. Wartime sexual violence
may also include gang rape and rape with

objects (Spiritual Rape falls into
the characteristics of rape with
objects because an individual has
to make a conscience decision
to use The WORD of GOD in a
way that it alters the believers
sensitivity that enables them
to Hear from GOD through discernment,
reading The WORD, Visions, etc. - Victoria D. Whitmont )

Insert ¶ #

During wartime rape is frequently used as a means of
psychological warfare in order to humiliate and
terrorize the enemy. Wartime sexual violence may
occur in a variety of situations, including INSTITUTIONAL
SLAVERY in the form of Sex, drugs,
policies, education, politics, religion, etc.
Rape can also be recognized as Genocide
when it is committed with the intent to destroy,

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ____. in whole, or in part, a targeted group.
2  Insert ¶ # FOR Instance, in January 2009; Barack Obama
3  became the 1ST Black looking president. Many African
4  Americans were happy about this change.
5  Barack Obama has walked in the occupations
6  of President, Politician, Lawyer (civil), and Author.
7  During his 2012 inauguration, Beyonce sang for him.
8  Then, after he was sworn into office on Jan 20, 2013
9
10 ____. he implemented the Affordable Care Act (medical) &
11 Insert ¶ # he promoted inclusion for LGBT Americans & the supreme
12 court struck down same-sex marriage bans as un-
13 constitutional. * Point in case is with Obama
14 being the 1st Black president; he did what NO
15 other president would do and that was to
16 legalize same sex marriages (this is a slap to
17 Gods' face & to the black community because,
18
19 ____. perversion only means "a twisted truth" So,
20 Insert ¶ # Obamas rationalist behavior knocked Black
21 Americans down some as his policies only
22 helped White Americans save, invest, & flip.
23 But after he did all his dirt Nobody said
24 Anything, & now that Trump took office in
25 January 2017; all of a sudden America had a
26 problem, got him removed from office, and allowed
27 Biden to get in position & make a bigger
28 mess of America when it comes to African Americans.
   Also, this is called LANDHOPPING and political Rape.
   DOFS is one big weapon of sexual perversion used as
   Warfare.

1  During this journey to find the pieces to me
*Insert ¶ #*
2  I was able to realize that my greatness was beyond
3  what I knew about myself I guess you can say that
4  I never fitted into the crowds, I was always rejected
5  regardless of what I did. But what trips me out
6  about this whole situation is the fact that while I
7  was searching for my identity there were many
8  people pretending to be me.
9
10  Basically, I was attacked every time I unlocked a
*Insert ¶ #*
11  new perception of myself that was obsolete to the
12  rhythm of the cultural trends around me. It was
13  a notch too because I was ostracized whether
14  I did or didn't follow the crowd. Now, I must say
15  that I never understood the world's view of life but
16  I did understand the spiritual realm. However, to put
17  them together to bring balance was a struggle
18
19  to me. Due to this being the font behind my lack of the
*Insert ¶ #*
20  worlds knowledge, it seemed as if my head was always in
21  the clouds. I lived like that majority of my life; that
22  was my safe haven in spite of the hell and turmoil
23  I faced in such a cruel world.
24  What I couldn't understand is why were so many people
25  in the black community so called believers in Jesus Christ
26  of Nazareth however they deemed to be powerless when
27  it came to dealing with the enemy and his crafty ways.
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   However, it makes sense why the black communities
   Insert ¶ #
2   stayed looking impoverished, run down, or as if
3   nobody cared for their communities. This was all a
4   game to discredit, break down, & blame the Blacks
5   As other people pretended to be us. So the things
6   that were intted to be a blessing — became Karma
7   do to other people's behaviors. One thing about me,
8   is that regardless of ALL I try to keep a clean conscious
9
10   at all times. Moving Forward, I'd like to share
   Insert ¶ #
11   some of the enemies tactics and methods used in this
12   fight.) Technology is spiritual warfare against humanity
13   while attempting to replace God. How? simple, it's a
14   dead system which means something else is coming
15   through those airways & not the Holy Spirit. Technology
16   puts humanity into a trance state which hinders the
17   way a person processes information. It hinders people from
18
19   using their motor skills through hands on experience. It
20   makes the mind lazy. Also, mind you this is spiritual
   Insert ¶ #
21   war so the other side of technology is its ability to
22   mess with a persons identity, this because we are in a
23   system according to birthcertificates. Systematic Slavery
24   is what this is called because of how dangerous this is!
25   dealing with humans.
26
27
28

# THE GREATEST OF ALL TIMES (GOAT)

## TEST ASKING Who Do You Serve?

### Luke 4:1-15

**#1 LACK**

**#2 COMPROMISING**

**#3 USING**

1
2  ① And Jesus being full of the Holy Ghost returned from Jordan,
3  and was led by the Spirit into the wilderness ② Being forty
4  days tempted of the devil. And in those days he did eat
5  nothing: and when they were ended, he afterward hungered.
6  ③ And the devil said unto him, If thou be the Son of God,
7  command this stone that it be made bread. ④ And Jesus
8  answered him, saying, It is written, that man shall NOT
9
10  live by Bread alone, but by every WORD of GOD.
11  ⑤ And the devil, taking him up into a high mountain, showed
12  unto him all the kingdoms of the world in a moment of
13  time. ⑥ And the devil said unto him, All this power will
14  I give thee, and the glory of them: for that is delivered
15  unto me; and to whomsoever I will I give it. ⑦ IF
16  thou therefore wilt worship me, all shall be thine.
17  ⑧ And Jesus answered and said unto him, Get thee behind
18
19  me, Satan: for it is written, Thou shalt Worship the LORD THY
20  GOD, and HIM ONLY SHALT THOU SERVE. ⑨ And he brought him
21  to Jerusalem, and set him on a pinnacle of the temple,
22  and said unto him, IF thou be the Son of God, cast thyself
23  down from hence: ⑩ For it is written, He shall give HIS
24  ANGELS CHARGE OVER THEE, TO KEEP THEE: ⑪ And in their
25  HANDS THEY SHALL BEAR THEE UP, LEST AT ANY TIME THOU
26  DASH THY FOOT AGAINST A STONE ⑫ And JESUS answering
27  said unto him, It is said, THOU SHALT NOT TEMPT THE LORD

*Insert ¶ #*

TO Obtain Power & Position thru Idolatry (paganism)

MANIPULATE

Religion to try and GOD

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  THY GOD. ⑬ And when the devil had ended all the
2  *Insert ¶ #* temptation, he departed from him for a season. ⑭ And Jesus
3  returned in the power of the Spirit into Galilee: and there
4  went out a fame of him through all the region round
5  about: ⑮ And he taught in their synagogues, being glorified
6  of all. Let Me Breakdown
7
8  LACK, COMPROMISING, & Religious Manipulation
9
10  #1 LACK means the STATE of being without
11  *Insert ¶ #* or not having enough of something. Luke 4:3 Jesus lacked food
12  So Satan said command this stone that it be made bread (paraphrased).
13  1 Samuel 17:45- ⁴⁵Then said DAVID to the Philistine, Thou comest
14  to me with a sword, and with a spear, and with a shield: but
15  I come to thee in the name of the LORD of hosts, the GOD
16  of the armies of Israel, whom thou hast defied. ⁴⁶This day will
17  the LORD deliver thee into my hand; and I will smite thee, and take
18
19  thine head from thee; and I will give the carcases of the host
20  *Insert ¶ #* of the Philistines this day unto the fowls of the air, and to the wild
21  beasts of the earth; that all the earth may know that there is
22  a God in Israel. ⁴⁷And all this assembly shall know that the LORD
23  saveth not with sword and spear: for the battle is the LORD'S, and
24  he will give you into our hands. ⁴⁸And it came to pass, when the
25  Philistine arose, and came and drew nigh to meet David, that
26  David hasted, and ran toward the army to meet the Philistine.
27  ⁴⁹And David put his hand in his bag, and took thence a
28

1  _Insert ¶ #_ stone, and slang it, and smote the Philistine. in his
2  forehead, that the stone sunk into his forehead; and he fell
3  upon his face to the earth. ㊿ So David prevailed over the Philistine
4  with a sling and with a stone., and smote. the Philistine, and
5  slew him; but there. was no sword in the hand of David.
6  ✳✳ What was David's LACK while going against Goliath
7  the Philistine? David lacked an army & the weapons
8  created by man for war. David also had a (positive lack)

9
10  ___. and that positive lack was fear. Since the enemy knew
11  _Insert ¶ #_ this he tried to test Jesus's lacks of food by saying command
12  this stone... Now, remember it was a stone that David used
13  to destroy Goliath by having Faith in the GOD of Israel &
14  understanding that the battle was the LORD's. No wonder,
15  Satan said command this stone that it be made bread. Satan,
16  was trying to get Jesus to trust the power of the stone. because.
17  David did kill Goliath with a stone & if Jesus would have listened

18
19  ___. to his hunger (lack of food) then he would  have went against
20  _Insert ¶ #_ David & Himself at the same time which would have made Satan
21  seem like GOD when in all actuality it would have been Jesus
22  playing with sorcery to cheat his journey of going to the cross
23  as a blameless sacrifice for man. I said, he would have
24  gone against David, as you can see. David's stone killed
25  their enemy. Also, Jesus would have gone against himself
26  as well because John 6:48 Jesus says: I AM THE BREAD of
27  LIFE. This means that Satan tried to cheat him out of
28  His position & discredit His GOD given authority. Jesus was

1 ___ confident in His Father's Word and that's how he defeated
*Insert ¶ #*
2 Satans' weapon of using lack in order to get Him (Jesus) ᵗʳʸᵗᵒ
3 to compromise His True Power and Position. If Jesus wasn't
4 confident in His Father's Word then Satans' weapon of lack would
5 have cause Jesus to compromise His True Power & Position as
6 he would have settled for Satanic power & positions which would
7 have been idolatry (paganism). But the other issue that
8 would have caused would have been Jesus stepping on David's
9

10 ___ toes & completed work just to fulfill His selfish appetite.
*Insert ¶ #*
11 Finally, if He would have done that then that would have
12 been Jesus symbolically using religion (the Word) to try and
13 manipulate God as Satan ran around prideful because of
14 him deceiving the SON of GOD (THANK GOD). JESUS didn't fall for the
15 scheme of Satan like Adam did; in fact between Adam/Eve
16 in the garden of Eden to Jesus fasting 40 days, you can
17 see that the devil plays on abundance and lack to lure
18

19 ___ people away from Christ Jesus. Next Topic: COMPROMISE
*Insert ¶ #*
20
21 2 Kings 12: 9-13, 16   ⁹But Jehoiada the priest took a chest, and
22 bored a hole in the lid of it, and set it beside the altar, on
23 the right side, as one cometh into the house of the LORD: and
24 the priests that kept the door put therein all the money that
25 was brought into the house of the LORD. ¹⁰And it was so, when they
26 saw that there was much money in the chest, that the King's
27 scribe and the high priest came up, and they put up in bags,
28 and told the money that was found in the house of the LORD.

Civil Rights Complaint Pursuant to U.S.C. § 1983

Verse

1  (11) And they gave the money, being told, into the hands of
Insert ¶ #
2  them that did the work, that had the oversight of the house
3  of the LORD: and they laid it out to the carpenters and
4  builders, that wrought upon the house of the LORD, (12) And
5  to Masons (definition: a builder and worker in stone, a freemason), and
6  hewers (definition: a person who cuts wood, stone, or other materials)
7  of stone, and to buy timber and hewed stone to repair
8  the breaches of the house of the LORD, and for all that was
9
10  ___. laid out for the house to repair it. (13) Howbeit there were
11  not made for the house of the LORD) bowls of silver, snuffers
Insert ¶ #
12  (definition: a cone-shaped implement for extinguishing candles. * Hebrew
13  definition: Snuffers= H4212 = mĕzamměrah means: a tweezer, or H2168= zâmar
14  means to trim (a vine); prune; compare H2168 = zâmar means: to touch the
15  strings or parts of a musical instrument; play upon it; to make music,
16  accompanied by the voice; hence to celebrate in song and music; give
17  praise, sing forth praises, psalms. compare H5568= câmar meaning:
18
19
20  ___. to be erect (definition of erect is: to set up or establish, as an institution, to
Insert ¶ #
21  raise something to a vertical position); i.e. bristle as hair; stand up, tremble;
22  and compare H6785 = tsemer meaning: to be shaggy; wool; wool(-len)
23  basins/basins (definition: (1) Anglican Church; (2) a large or deep bowl that
24  you use for holding liquids; (3) a bay or harbor; (4) Any partially enclosed
25  or sheltered area where vessels may be moored (definition: to cause to be
26  held in place; secure; (5) A member of a Muslim people of mixed Arab and
27  Berber descent living in NW Africa & a member of a group from this people
28  that invaded and occupied Spain in the 8th century A.D. they established a
   civilization in North Africa and Spain between the 8th & 13th century, A.D.).

Civil Rights Complaint Pursuant to U.S.C. § 1983

Basons/Basins (Hebrew Definition: Basins = H 4219 = Mizrāq meaning
a bowl (as if for sprinkling); basons; compare H2236 = zâraq meaning
to sprinkle; be here and there, scatter, strew), trumpets = H2689 =
châtsôtserâh meaning a trumpet (from its sundered or quavering
note); compare H2690 = châtsar meaning to surround with a
stockade (definition: ① an enclosure or pen made with posts and
stakes, ② an enclosure in which prisoners are kept); and
thus seperate from the open country; or (2 Chronicles 5:12 -

② . Also the Levites which were the singers, all of them of Asaph, of
Heman, of Jeduthun, with their sons and their brethren, being arrayed
in white linen, having cymbals and psalteries and harps, stood at the
east end of the altar, and with them a hundred and twenty
priests sounding with trumpets:), vessels = H3627 means armour bearer
artillery, psaltery, furniture, instrument, and Jewel (vessels = Keliy = H3627)
of gold, or vessels of silver, of the money that was brought into
the house of the LORD) (* The scripture in its entirety w/out definitions read as:

. 2 Kings 12: 13 - Howbeit there were not made for the house of the
LORD bowls of silver, snuffers, basins, trumpets, any vessels of
gold, or vessels of silver, of the money that was brought into
the house of the LORD). 2 Kings 12:16 - The trespass money and
sin money was not brought into the house of the LORD; it was
the priests' #2 Compromising

What is the compromise when it comes to 2 Kings 12:9-13, 16

Civil Rights Complaint Pursuant to U.S.C. § 1983

compared to Luke 4:1-15? which is When Satan tested Jesus? The compromise is power versus obedience. lets start with (A) Satan tempting Jesus with a stone (Roc), then you've entered into a test of compromising Gods will for satan's will. 2 Kings 12:9-13,16 is talking about The LORDS house, the work it needs, and finances for the motion to build. So, verse 12 acknowledges the Masons (which is a builder in stone (Roc) and/or a freemason). Right here, is where the compromise comes in

___ pertaining to this passage of scripture. The goal of the Masons in 2 Kings 12:12 is to rebuild the breaches in the LORDS House. But instead, humans have stepped into the role of a Mason's title in order to breach The LORD'S HOUSE instead of being a mason who is repairing the breaches. The money that goes into the LORD's house is to do the LORD's work but instead of ACTUALLY BUILDING THE LORD'S HOUSE; it has been prostituted by those who misuse the Word in order to obtain self gain while watching

___ everybody else struggle. Mason's built the image of a leader serving the LORD, while denying the TRUE IMAGE (Black) of the LORD, while misappropriating the funds that came in from people who love the LORD; just to buy a false illusion of what it looks like to be blessed by GOD. However, they don't show the FULL TRUTH of their walk with GOD on a TRANSPARENCY scale which reveals THE GOOD, THE BAD, & THE INDIFFERENCE. MASON'S have become GOD in their own mind, societies, etc

2 Timothy 3:1-5

Insert ¶ #

(2) This know also, that in the last days perilous times shall come. For men shall be lovers of their own selves, covetous, boasters, proud, blasphemers, disobedient to parents, unthankful, unholy, (3) Without natural affection, trucebreakers, false accusers, incontinent, fierce, despisers of those that are good (4) Traitors, heady, highminded, lovers of pleasures more

than lovers of GOD; (5) Having A FORM of
Insert ¶ #
Godliness, but denying the power thereof: from such turn away.

Using Religion to Manipulate

Example List

(1) • 1 Corinthians 15:53- For this corruptible must put on incorruption,
Insert ¶ #
and this mortal must put on immortality. • Romans 2:7- To them who by patient continuance in well doing seek for glory and honour and immorality, eternal life: (Manipulation is: reincarnation, canonize saints, etc)

(2) Isaiah 43:17-Which bringeth forth the chariot and horse, the army and the power; they shall lie down together, they shall not rise: they are extinct, they are quenched as tow ( Manipulation is: TOW TRUCKS, CARS, Etc)

(3) 1 Corinthians 15:21 - For since by man came death, by man came also the resurrection of death. • LUKE 9:60-Jesus said unto him, LET the DEAD bury their Dead: but go thou and preach the Kingdom of GOD)
(Manipulation: Roman Catholic Church has led the people to worshipping, the dead Virgin Mary, the Saints, Money, etc)

Civil Rights Complaint Pursuant to U.S.C. § 1983



(A) 1. 2 Peter 2:3 "And through covetousness shall they with
2 feigned words make merchandise of you: whose judgement
3 now of a long time lingereth not, and their damnation
4 slumbereth not. (Manipulation: Capitalism, Commerce, etc)
(5) Jeremiah 51:26 And they shall not take of thee a
6 stone for a corner, nor a stone for foundations; but
7 thou shalt be desolate forever, saith the LORD (Manipulation:
8 this was spoken to Babylon so the Roman Catholic Church
9
10 . used others to create drugs and had people in America selling
11 on corners as they kept manipulating other scriptures to blackmail
12 us into looking like Babylon for the last fight.)
(6) Joshua 8:16 - And all the people that were in AI
14 were called together to pursue after them: and they
15 pursued after Joshua, and were drawn away from the city
16 (Manipulation: AI is used to abbreviate Artificial Intelligence)
17 Genesis 4:10 And he said, What hast thou done? the voice
18
19 . of thy brother's blood crieth unto me from the ground
20 (Manipulation: Assigned killings to collect the energies, property,
21 inheritance, etc. of the dead & gain at the expense of the
22 dead)
23
24
25
26
27
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

R.I.C.O.

1 Racketeer Influenced and Corrupt Organizations
2 *Insert ¶#* Title 18-Crimes and Criminal Procedures
3 Part 1- Crimes Chapter 96- R.I.C.O
4 (A) It shall be unlawful for any person who has received any income
5 derived, directly or indirectly from a pattern of racketeering
6 activity or through collection of an unlawful debt in which
7 such person has participated as a principal within the meaning
8 of section 2, title 18 USS, to use or invest, directly or
9
10 ___. indirectly, any part of such income, or the proceeds
11 *Insert ¶#* of such income, in acquisition of any interest in, or the establishment
12 or operation of, any enterprise which is engaged in, or the
13 activities of which affect, interstate or foreign commerce.
14 A purchase of securities on the open market for purposes of
15 investment, and without the intention of controlling or
16 participating in the control of the issuer, or of assisting another
17 to do so, shall not be unlawful under this subsection if the
18
19
20 ___. securities of the issuer held by the purchaser, the members
21 *Insert ¶#* of his immediate family, and his or their accomplices in any
22 pattern or racketeering activity or the collection of an unlawful debt
23 after such purchase do not amount, the aggregate to one
24 percent of the outstanding securities of any one class, and do not
25 confer, either in law or in fact, the power to elect one or more
26 directors of the issuer.
27 (B) It shall be unlawful for any person through a pattern of
28 racketeering activity or through collection of an unlawful

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    . debt to acquire or maintain, directly or indirectly,
_Insert ¶ #_
2 any interest in or control of any enterprise which is
3 engaged in, or the activities of which affect, interstate,
4 or foreign commerce.
5 C) It shall be unlawful for any person employed by
6 or associated with any enterprise engaged in, or the
7 activities of which affect, interstate or foreign commerce,
8 to conduct or participate, directly or indirectly, in the
9
10    . conduct of such enterprise's affairs through a pattern
_Insert ¶ #_
11 of racketeering activity or collection of unlawful debt.
12 D) It shall be unlawful for any person to conspire to
13 violate any of the provisions of subsection (a),(b), or (c)
14 of this section.
15
16
17 **Welfare is R·I·C·O·**
18
19 Genesis 43:27 - And he asked them of their
_Insert ¶ #_
20
21 welfare', and said, Is your father well, the old man
22 of whom ye spoke? Is he yet alive?
23 1 Chronicles 18:10 - He sent Hadoram his son to
24 King David, to inquire of his welfare, and to
25 congratulate him, because he had fought against
26 Hadarezer, and smitten him, (for Hadarezer had
27 war with Tou;) and with him all manner of vessels of
28 gold and silver and brass.

Civil Rights Complaint Pursuant to U.S.C. § 1983

Nehemiah 2:10 — When Sanballat the Horonite, and Tobiah the servant, the Ammonite, heard of it, it grieved them exceedingly that there was come a man to seek the welfare of the children of Israel.

Job 30:15 — Terrors are turned upon me: they pursue my soul as the wind: and my welfare passeth away as a cloud.

Psalm 69:22 — Let their table become a snare before them: and that which should have been for their welfare, let it become a trap.

Jeremiah 38:4 — Therefore the princes unto the king, We beseech thee, let this man be put to death: for thus he weakeneth the hands of the men of war that remain in this city, and the hands of all the people, in speaking such words unto them: for this man seeketh not the welfare of this people, but the hurt.

Welfare is Rico because they perverted it's true origin. Welfare means Prosperity" and people have systematically stolen it.

Civil Rights Complaint Pursuant to U.S.C. § 1983

LEAP YEAR 2024!

1  ___ Revelation 16:13-16 (13) And I saw three unclean
2  spirits like frogs come out of the mouth of the dragon,
3  and out of the mouth of the beast, and out of the mouth
4  of the false prophet (14) For they are the spirits of devils,
5  working miracles, which go forth unto the kings of the
6  earth and of the whole world, to gather them to
7  the battle of that great day of GOD Almighty.
8  (15) Behold, I come as a thief. Blessed is he that watcheth,
9
10  ___ . and keepeth his garments, lest he walk naked, and
11  they see his shame. (16) And he gathered them together
12  into a place called in the Hebrew tongue Armageddon.
13
14
15  HOMELESS
16
17
18
19  ___ Matthew 8:18-22 (18) Now when Jesus saw great multitudes
20  about him, he gave commandment to depart unto the
21  other side. (19) And a certain scribe came and said unto
22  him, Master, I will follow thee whithersoever thou goest.
23  (20) And Jesus saith unto him, The foxes have holes; and
24  the birds of the air have nest; but the SON OF Man
25  hath not where to lay his head. (21) And another
26  of his disciples saith unto him, Lord, suffer me first to
27  go and bury my father. (22) But Jesus said unto him,
28  Follow me, and let the dead bury their dead.

Page Number

**The government is upon His Shoulders**

1
2

Claim #(   )

*(insert Claim#)*

3     _____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4

5     *(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*   All rights have been violated according to the US Constitution for

6     humanity. It was said to be founded on the WORD of GOD by the forefathers of

7     America as it's supposed to align with the Declaration of Independence. All

8     the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with

9     the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD

10    the people, etc have been violated and downplayed

11    _____. Plaintiff alleges the above claim against the following Defendant(s):

12    *Insert ¶ #*

13    All Defendants have played a part in the charades

14    of witchcraft. Some partook willingly and others unwillingly

15    partook behind another parties policies, influence, etc.

16    *(You may list facts supporting your claim. Be specific about how each Defendant*
      *violated the rights giving rise to this claim.)*

17    . Isaiah 9:6-7 ① For unto us a child is born, unto us a son is

*Insert ¶ #*

18    given; and the government shall be upon His shoulder and his name shall be

19    called Wonderful, Counselor, The mighty GOD, the everlasting Father, The Prince of

20    Peace. ② Of the increase of his government and peace. There shall be no end,

21    upon the throne of David and upon his Kingdom, to order it, and to

22    establish it with judgement and with justice from henceforth even for ever.

23    The zeal of the LORD of hosts will perform this.

24    _____. As a result of the Defendant's violation of the rights giving rise to this

25    *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26    The government decided to go against God, work with the enemy,

27    place barriers in front of God's chosen, attempt to block the Lamb

28    and his brides marriage by trying to swap us out with the goats because it

      keeps them in power as they pretend to be GOD while using the laws of

      man that has excommunicated me from my own & everybody

      else's support.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Hirelings

## Claim #(   )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* · All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the fore-fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed.

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* · John 10:7 Then said Jesus unto them again, Verily, verily, I say unto, I am the door of the sheep. John 10:8 All that ever come before me, are thieves and robbers: but the sheep did not hear them. John 10:9 I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. John 10:12 But he that is an hireling, and not the shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep and fleeth: and the wolf catcheth them, and scattereth the sheep. John 10:13 The hireling fleeth, because he is a hireling, and careth not for the sheep.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The defendants consume much time, energy, and resources all for self gain without caring for who has helped them get to where their at; they have made me and other people work to prove ourselves only to realize we wouldn't measure up then they label us while we get caught in a system that is strategically designed to gain off of us while destroying us. They are hired to play their part at the expense of the people. In fact, they are hired to set up the people, pretend to help the people but instead they tried sacrificing us. Then, they flee by hiding behind the policies, & the power of the pen.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Shadow Hand
# Part 1

**Claim #(  )**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights have been violated accroding to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* Matthew 22:15, 17-21 (15) Then went the pharisees, and took counsel how they might entangle him in his talk. (17) Tell us therefore, What thinkest thou, Is it lawful to give tribute unto Caesar or not. (18) But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites? (19) Shew me the tribute money. And they brought unto him a penny. (20) And he saith unto them, Whose is this image and superscription? They say unto him, Caesar's. Then saith he unto them, Render there fore, unto Caesar the thing which are Caesar's; and unto God the things that are God's.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Jesus said, Why tempt ye me, ye hypocrites? He knew what they would do before he gave them their answer. Due to him asking whose image and superscription it was, let them know who to pay, that's why he said render to Caesar what's his & to God what is Gods. So using this same concept is how the world has scattered Africa, enslaved the blacks, stolen the Church especially after locking up Paul ___ in Rome. The Word was stolen which is the essence of Civil Rights Complaint Pursuant to U.S.C. § 1983 the blacks.

*Page Number*

To be continued...

Next Page

# The Shadow Hand
# Part 2   Matthew 22:15-22

Insert ¶ #

Matthew 22:18 - But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites?

The pharisees tested Jesus character however Jesus was walking in his truth. They used a power move by asking who do they pay tribute to? So Jesus asked for their coin, then he asked whose image & superscription

___. was on it? They said Caesar's so Jesus said give

Insert ¶ #

Caesar what is rightfully his & Give God what is Gods. Right there, is where the hypocrisy showed its snake eyes. Jesus knew who He is so He don't compete or compare but the pharisees did because they didn't know their true identity. Their identity was defined by man made illusions/images. So, this is how they have pretended to be Jesus

___. however they didn't have the likeness of God so

Insert ¶ #

when they locked up Paul during his fourth crusade to Rome, that's where they received the answer key which is the Word of God and they imitated the Word in front of the world as they plotted to become that Christ. They understood that whoever governs the Word of God governs the people of the world. So, they took the WORD, twisted it in a manner where they would

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Shadow Hand Part 2 continued

1 _____. look like Angels of light especially because
Insert ¶ #
2 they got the keys before everybody had access
3 to it. Then, they went to work on building
4 their replication of the church using different
5 languages because it then gives different
6 people different views of the truth (that's called
7 CONVOLUTION - a tortuous irregularity or elevation caused
8 by the infolding of a structure upon itself). In order
9

10 _____. to turn someone against themselves they
Insert ¶ #
11 had to altar the mental state of the individuals
12 (by befriending or by aggression), then the afflict pain on
13 individuals (using others), that's when they play super hero
14 (subtle way to change beliefs). They used divide and conquer within
15 different tribes and languages. For the blacks they used
16 Allah to compete with Jesus however if
17 you read the Bible in English w/ Strongs concordance
18

19 _____. you will find both Jesus & Allah; Genesis 4:14
Insert ¶ #
20
21 'Alah = H5927 is the word from (in english). Basically
22 Allah is a hebrew word not a name. Alah (H5927) shadowing
the word from and has multiple meanings like : ascend,
23 cut off, depart, fall, lift (self) up (which is Idolatry), (make) up
24 set (up) etc. Just like they say Jesus is Joshua in Hebrew
25 well this is what Alah means in english from the hebrew
26 language. That's basically CONVOLUTION right here.
27 Tried turning Jesus against himself with dividing
28 the language versus His nature.

Page Number

# The Shadow Hand
## Part 3 — Matthew 22:15-22

*Insert ¶ #*

Matthew 22:18 - But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites? The hypocrisy of those pharisees was the motive of why they asked Jesus the question. But because Jesus knew their heart that's why he called them hypocrites. Their whole foundation was built on a lie, so many decided

*Insert ¶ #*

. to not face their truth let's prove the hypocrisy is real. Jesus asked whose image and superscription was on the coin and they said Caesar's so instead of Jesus becoming insecure, he gave them the answer Rend to Caesar what is Caesars and give to God what is GODS. Psalm 24:1 - The earth is the LORD'S, and the fullness thereof: the world, and they that dwell therein. So the robbery has been

*Insert ¶ #*

. done using basic strategy which is using the image and the print to allow you to see my ideas, watch me but don't help as people perceive me other then who I am. This strategy lets a person brainstorm, build, but your not free and they can come to take your stuff by easily put their seal on it as you can see Example: Dr Martin Luther King is now a Hospital Rosa Parks is now a train stop for everybody else to make it today at the expense of what Rosa Parks did yesterday!

Civil Rights Complaint Pursuant to U.S.C. § 1983

A COMPLEX Litigation Of a mocker.

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1

2

3 *Insert ¶ #* Vagabond - A person who wanders from place to place.

4 Without a home or job. Fugitive - A person who has escaped

5 from a place, or is in hiding, especially to avoid arrest or

6 persecution. ✱✱✱ Luke 9:56-58 (56) For the Son

7 of man is not come to destroy men's lives, but to save

8 them. And they went to another village. (57) And it came to

9 pass, that, as they went in the way, a certain man said

10

11 *Insert ¶ #* . Unto him, Lord, I will follow thee whithersoever thou

12 thou goest. (58) And Jesus said unto him, Foxes have holes,

13 and birds of the air have nests; but the Son of man hath

14 not where to lay his head. ✱✱✱ Genesis 4:11-13,17

15 (11) And now art thou cursed from the earth, which hath opened

16 her mouth to receive thy brother's blood from thy hand;

17 (12) When thou tillest the ground, it shall not henceforth yield

18

19

20 *Insert ¶ #* . unto thee her strength; a fugitive And a vagabond

21 shalt thou be in the earth. (13) And Cain said unto the

22 LORD, My punishment is greater than I can bear.

23 (17) And Cain knew his wife; and she conceived, and bare

24 Enoch: and he builded a city, and called the name

25 of the city, after the name of his son, Enoch.

26 ✱✱✱ John 15:18-19 (18) If the world hate you, ye know

27 that it hated me before it hated you." (19) If ye were

28 of the world, the world would love his own: but

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 . because ye are not of the world, but I have
*Insert ¶#*
2 chosen you out of the world, therefore the
3 world hateth you." ✗✗✗ Ephesians 6:12- For we
4 wrestle not against flesh and blood, but against
5 principalities, against powers, against the rulers of
6 the darkness of this world, against spiritual wickedness
7 in high places. LET'S GET REAL ABOUT
8
9 THE OPPRESSOR causing homelessness
10
11 *Insert ¶#* versus THE VAGABOND who is a FUGITIVE
12 being homeless because they're hiding.
13 A HOME is my life's journey as I lay down
14 a solid foundation. Since I was a child, I
15 have moved from place to place and didn't
16 understand why stability was hard to
17 obtain in my life. Only to realize that I
18
19 . was being conditioned to grow up and
20 *Insert ¶#*
21 display a vagabond to the outside world. Now,
22 I realize it was the oppressor utilizing
23 their resources to make sure that I stayed
24 unstable. They used ALL types of white collar,
25 influential peddling, etc. to make sure that I
26 would be so tired of wandering to the point
27 that I would compromise my beliefs on FAITH
28 in order to receive help from them. That's

Civil Rights Complaint Pursuant to U.S.C. § 1983

2

___ manipulation in a subtle fashion because
*Insert ¶ #* the person doesn't know that this was a premeditated scheme. When I was younger my grandmother bought houses but then lost them so it didn't make any sense to me and I wanted to know what really happened that caused her to lose every house. That's when I knew I wanted to sell houses (do real estate). Unfortunately, pursuing

___ real estate didn't happen until I got older (age 28) *Insert ¶ #* however, I had been wandering the streets since 13 years old. Now, in between age 13 and 28 I looked for stability but there was always a problem that either blocked my progress, sabotaged my progress, and/or short-stopped my progress; so I found myself constantly leaning on other people and the government as if I wasn't capable of standing on my own two feet (because of drugs

___ which is their favorite excuse for covering up their scandals). *Insert ¶ #* See, I was constantly ostracized about getting my life together, when the whole time they were tearing down any and everything I was establishing. It took this last attack for me to put the pieces together especially because I was in school for real estate with A's & B's and I was almost finished with my classes so I could take the test in order to get my license. Well, before I could get there

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  Insert ¶ # : I got smacked at my 1ST own apartment
2  in 2018. But what makes everything so strange about
3  the situation is multiple scenarios that jest didn't make
4  any logical sense whatsoever. Lets say I moved to LA
5  where I never lived before, an LAPD makes a sexual comment
6  towards my daughter in front of me leaving us feeling
7  uneasy about the new neighborhood however we had just
8  come from a shelter so I was grateful and left the
9
10  Insert ¶ # : cop situation alone to keep my peace. But it wasn't
11  enough because I was set up a few months later and
12  my kids were snatched from my care (on Halloween)
13  which was two days before I was to open my R.A.M.
14  (Rising Above Measure) classes. Now, mind you that Cain
15  had a son named Enoch and then he named the city
16  he built after his son. Right, here lets me know that
17  humans can produce a human birth and a materialistic
18
19  Insert ¶ # : birth as well. Which means that our seeds of
20  production manifest beyond what the natural mind
21  of mankind can come to grasp. So, when they set
22  me up they went after my name by using people
23  to slander, lie, etc that was all a part of the
24  game of how they were going to attempt to
25  swap destiny's with me. First children, then
26  that hindered my ability to open the company
27  so that I could teach the people I had enrolled
28  in my company R.A.M. Also, I didn't know I was in GOAT
   territory nor did I know Page Number that my know how made
   me an enemy. Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ____. Mind you when this first occurred in 2018, I didn't
*Insert ¶ #*
2 know what was really going on, what I did wrong,
3 nor who was behind this Madness (besides Satan). I
4 was lost with no direction nor guidance other than
5 what children services told me to do & that still didn't
6 make sense nor add up. However, I was complying with
7 them behind lies; then on top of that the employees
8 kept trying to paint a bad picture of me to the public
9

10 ____. eye while also having Child Abuse on my record
*Insert ¶ #*
11 without me being convicted. What does that have to
12 do with housing? A lot because it was housing
13 that they offered me in the beginning that put me
14 on the radar which gave them the ability to track
15 Me & My family. So, first I lived on Ocean & Redondo
16 where we walked out to the Beach in 2017 as I worked
17 for American Cancer Society on Ocean & Magnolia.
18

19 ____. Out of nowhere I get fired when my lease
*Insert ¶ #*
20 was up which pushed to be homeless if my daughters.
21 Finally, 2018 I thought I made it to stability
22 for once in my lifetime, only to be dragged through
23 the system as everybody profitted off of me.
24 Now, let me add vehicles to this situation as
25 well because I dealt both issues at the same
26 times. 2017 was a hell of a year for me, because
27 I was teaching my company at Leuders Park in
28

1    ___ Compton, had just released two singles as I was
2    how to do music, I had published my 1st book
3    J.E.S.U.S (Joining Every Soul Unto Salvation), bought
4    a BMW, and in 2017 my BMW was hit coming
5    out my aunts house. That accident knocked out
6    my arm so I couldn't do my classes. Then about
7    1½ month ___ partner gets me Camry to go
8    back and forth to work in and three blays

9

10   ___ before Christmas I'm driving to where I was
11   residing and a car hits me in the same spot
12   that the BMW was hit which knocked out
13   my legs so I couldn't help with my dance classes.
14   So, basically, in 2017 is when they used cars
15   to stop my progression in my business. Moving
16   backward, 2018 they used boxing to attack
17   me, my children, my education, my ministry, my
18

19   ___ books), my music, my relationship, etc.
20   All because I wanted to teach people how
21   to properly use their gifts for Gods purposes.
22   Never did I imagine that by doing so I
23   would literally have to face many Goliaths
24   in order for me to do the will of God. But
25   whats so cold about the overall picture is
26   how the whole world ganged up on me, tried
27   to make me seem crazy, and got a thrill

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  _. out of watching me suffer. Then, top that off

*Insert ¶ #*

2  by saying that 2018 really crushed me, 2019

3  almost paralyzed me, when they had their

4  people target my house & there was a situation

5  that left me open so I got ran into my

6  garage which messed up my legs (again) as

7  I got put into jail for defending myself

8  and the criminals got to write a statement

9

10  _. and leave. That's when my partner bailed

*Insert ¶ #*

11  me out, took me to get my belongings, and

12  I fled into the streets, especially since I

13  didn't have anybody about that lifestyle to

14  help nor anybody to help me that were

15  in power positions. Well, due to me having to

16  go through strangers in order to gain little tokens

17  of knowledge, I was forced to study all around

18

19  _. the board which caused me to be able to go back

*Insert ¶ #*

20

21  in time in order to realize what was really going on.

22  So, now that I have gotten stronger in my understanding

23  it allowed me to grasp the bigger picture of why the

24  enemy targeted every area of my life. For instance,

25  vehicles symbolizes Pharaoh & chariot, housing symbolizes Satan

26  the Bride (church), music symbolizes God taking back the essence *trappings*

27  *of* his worship, dance symbolizes the Body of Christ realigning with

28  their purpose, the children symbolizes the innocence of Adam & Eve before eating the tree then as they grew up we seen the cause & effect of Adam and Eves fall. However, Now we are at a point where God is fulfilling His Word to Eve from thousands of years ago, destroying the works of the enemy, and presenting A Healing like Never before (that is Needed Now).

*It's 2023 and we are Here all over again "Tyranny"*

# Exhibit "Freedom 1"

*Exhibit "Freedom 1 - 3/" The Declaration of Independence Printout*

## THE DECLARATION OF INDEPENDENCE—1776 [1]

### IN CONGRESS, JULY 4, 1776

*The unanimous Declaration of the thirteen united States of America*

① WHEN in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

[1] The delegates of the United Colonies of New Hampshire; Massachusetts Bay; Rhode Island and Providence Plantations; Connecticut; New York; New Jersey; Pennsylvania; New Castle, Kent, and Sussex, in Delaware; Maryland; Virginia; North Carolina, and South Carolina, in Congress assembled at Philadelphia, *Resolved* on the 10th of May, 1776, to recommend to the respective assemblies and conventions of the United Colonies, where no government sufficient to the exigencies of their affairs had been established, to adopt such a government as should, in the opinion of the representatives of the people, best conduce to the happiness and safety of their constituents in particular, and of America in general, a preamble to this resolution, agreed to on the 15th of May, stated the intention to be totally to suppress the exercise of every kind of authority under the British crown. On the 7th of June, certain resolutions respecting independency were moved and seconded. On the 10th of June it was resolved, that a committee should be appointed to prepare a declaration to the following effect: "That the United Colonies are, and of right ought to be, free and independent States; that they are absolved from all allegiance to the British crown; and that all political connection between them and the State of Great Britain is, and ought to be, totally dissolved." On the preceding day it was determined that the committee for preparing the declaration should consist of five, and they were chosen accordingly, in the following order: Mr. Jefferson, Mr. J. Adams, Mr. Franklin, Mr. Sherman, Mr. R. R. Livingston. On the 11th of June a resolution was passed to appoint a committee to prepare and digest the form of a confederation to be entered into between the colonies, and another committee to prepare a plan of treaties to be proposed to foreign powers. On the 12th of June, it was resolved, that a committee of Congress should be appointed by the name of a board of war and ordnance, to consist of five members. On the 25th of June, a declaration of the deputies of Pennsylvania, met in provincial conference, expressing their willingness to concur in a vote declaring the United Colonies free and independent States, was laid before Congress and read. On the 28th of June, the committee appointed to prepare a declaration of independence brought in a draught, which was read, and ordered to lie on the table. On the 1st of July, a resolution of the convention of Maryland, passed the 28th of June, authorizing the deputies of that colony to concur in declaring the United Colonies free and independent States, was laid before Congress and read. On the same day Congress resolved itself into a committee of the whole, to take into consideration the resolution respecting independency. On the 2d of July, a resolution declaring the colonies free and independent States, was adopted. A declaration to that effect was, on the same and the following days, taken into further consideration. Finally, on the 4th of July, the Declaration of Independence was agreed to, engrossed on paper, signed by John Hancock as president, and directed to be sent to the several assemblies, conventions, and committees, or councils of safety, and to the several commanding officers of the continental troops, and to be proclaimed in each of the United States, and at the head of the Army. It was also ordered to be entered upon the Journals of Congress, and on the 2d of August, a copy engrossed on parchment was signed by all but one of the fifty-six signers whose names are appended to it. That one was Matthew Thornton, of New Hampshire, who on taking his seat in November asked and obtained the privilege of signing it. Several who signed it on the 2d of August were absent when it was adopt-

② We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,—That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

#1 Truth

#2 Truth

#3 Truth

He has refused his Assent to Laws, the most wholesome and necessary for the public good.

He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.

He has called together legislative bodies at places unusual, uncomfortable, and distance




ed on the 4th of July, but, approving of it, they thus signified their approbation.

NOTE.—The proof of this document, as published above, was read by Mr. Ferdinand Jefferson, the Keeper of the Rolls at the Department of State, at Washington, who compared it with the fac-simile of the original in his custody. He says: "In the fac-simile, as in the original, the whole instrument runs on without a break, but dashes are mostly inserted. I have, in this copy, followed the arrangement of paragraphs adopted in the publication of the Declaration in the newspaper of John Dunlap, and as printed by him for the Congress, which printed copy is inserted in the original Journal of Old Congress. The same paragraphs are also made by the author, in the original draught preserved in the Department of State."

from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures.

He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people.

He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within.

He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands.

He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers.

He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries.

He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance.

He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.

He has affected to render the Military independent of and superior to the Civil power.

He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their acts of pretended Legislation:

For quartering large bodies of armed troops among us:

For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States:

For cutting off our Trade with all parts of the world:

For imposing Taxes on us without our Consent:

For depriving us in many cases, of the benefits of Trial by Jury:

For transporting us beyond Seas to be tried for pretended offenses:

For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:

For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:

For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.

He has abdicated Government here, by declaring us out of his Protection and waging War against us.

He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.

He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun

with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation.

He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands.

He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions. (NOT INDIAN PER SE)



In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.


(ME)

Nor have We been wanting in attentions to our Brittish brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends.

WE, THEREFORE, the Representatives of the UNITED STATES OF AMERICA, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be FREE AND INDEPENDENT STATES; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

(United Nations)
Communist
Agenda.

JOHN HANCOCK.

*New Hampshire*

JOSIAH BARTLETT,        MATTHEW THORNTON.
WM. WHIPPLE,

*Massachusetts Bay*

SAML. ADAMS,            ROBT. TREAT PAINE.
JOHN ADAMS,             ELBRIDGE GERRY.

*Rhode Island*

STEP. HOPKINS,          WILLIAM ELLERY.

Page 26

Page XLVII          THE DECLARATION OF INDEPENDENCE—1776

### Connecticut

ROGER SHERMAN,          WM. WILLIAMS,
SAM'EL HUNTINGTON,      OLIVER WOLCOTT.

### New York

WM. FLOYD,              FRANS. LEWIS,
PHIL. LIVINGSTON,       LEWIS MORRIS.

### New Jersey

RICHD. STOCKTON,        JOHN HART,
JNO. WITHERSPOON,       ABRA. CLARK.
FRAS. HOPKINSON,

### Pennsylvania

ROBT. MORRIS,           JAS. SMITH,
BENJAMIN RUSH,          GEO. TAYLOR,
BENJA. FRANKLIN,        JAMES WILSON,
JOHN MORTON,            GEO. ROSS.
GEO. CLYMER,

### Delaware

CAESAR RODNEY,          THO. M'KEAN.
GEO. READ,

### Maryland

SAMUEL CHASE,           CHARLES CARROLL OF
WM. PACA,               Carrollton.
THOS. STONE,

### Virginia

GEORGE WYTHE,           THOS. NELSON, jr.,
RICHARD HENRY LEE,      FRANCIS LIGHTFOOT
TH. JEFFERSON,              LEE,
BENJA. HARRISON,        CARTER BRAXTON.

### North Carolina

WM. HOOPER,             JOHN PENN.
JOSEPH HEWES,

### South Carolina

THOS. HEYWARD,          THOMAS LYNCH, Junr.,
   Junr.,               ARTHUR MIDDLETON.
EDWARD RUTLEDGE,

### Georgia

BUTTON GWINNETT,        GEO. WALTON.
LYMAN HALL,

NOTE.—Mr. Ferdinand Jefferson, Keeper of the Rolls in the Department of State, at Washington, says: "The names of the signers are spelt above as in the fac-simile of the original, but the punctuation of them is not always the same; neither do the names of the States appear in the fac-simile of the original. The names of the signers of each State are grouped together in the fac-simile of the original, except the name of Matthew Thornton, which follows that of Oliver Wolcott."

Isaiah 9:6-7 says

① For unto us a child is born, unto us a son is given: and the government shall be upon his shoulder: and his name shall be called Wonderful, Counsellor, The mighty God, The everlasting Father, The Prince of Peace. ⑦ Of the increase of his government and peace there shall be no end, upon the throne of David, and upon his kingdom, to order it, and to establish it with judgement and with justice from henceforth even for ever. The zeal of the Lord of hosts will perform this.

✳ This Reflects #1 Truth and #2 Truth  (A NEW GUARD)

Christ JESUS as Head

page 21

**GANGSTALKING** the Alleged Organized Communist Criminal CABAL

*Reflects communist agenda tactics*

## "Organized Crime in its FINEST FASHION"

https://www.urbandictionary.com/define.php?term=gang%20stalking

**Gang Stalking** is stalking by more than one person to a victim, usually involving **community harassment**, or the "mob", using people from all backgrounds and vocations to harass, tracking 24/7, sometimes organizing lethal vehicle accidents, poisonings, **electronic harassment**, home invasions/property destruction, corrupt or ignorant doctor diagnosis given to stamp the victim as bogus mentally ill with delusions, paranoid, or schizophrenia, etc. Everything is done covertly, and with a sophisticated real time dispatching system to organize the criminals' harassments and attacks, often in the hundreds to thousands of criminals participating as a coordinated mob at any given time while the criminals due their normal routines of work, shopping, commuting to and from work, leisure, etc., using the method of moving foot and vehicular surveillance techniques, and computers, cell phones, verbal and visual cues, and every other conceivable type of communication.

Often, the local network of this mob is connected to a national and international network - funding is done by illicit drug industry/crime syndicates, CRIMINALS working in corporate environments, and government sponsored terrorism for military weapons research using unconsented human medical research testing linked to teaching/research hospitals. Practically all work environments and local communities have been compromised and set-up as a super **domestic terrorism** predator for mob antics- in every form of business, the government, and even police and fire departments and intelligence agencies. All of those entities have been reportedly ,on the internet and by victims accounts , to have been infiltrated with SOME of these numerous criminals willing to do this crime for money, greed, revenge, politics, war on the poor and disabled, **psychological warfare** and Direct Energy Weapons testing/research for contractors of psychotronic equipment, (psychotropic drugs was added by: Victoria Dillihunt) and mind control operations. No place is immune from these criminal **dirty birds**, not even hospitals or police stations. These weapons, which **omit** various forms of **Electromagnetic** Frequency(**EMF** or **RF**: radio frequency), and other tactics are meant to mimic natural illness, and mental illness. Organ and cell damaging, Pictures and sounds, **mind reading**, and dream interrogation can be achieved now by satellite delivery, **CCTV**, house wiring serving as a conductor, or even portable devices that are top secret and denied technology, but both the good guys and the bad guys have gotten their hands on them. They are used to sometimes drive a person's life into the ground, with hopes of the perfect unprovable crime results. These RF Weapons can cause Diabetes, cancer, and a host of other digestive and other terrible diseases. Remarkably, it's not usual for some neighbors, co-workers, or family members to ALREADY be involved in these secret operations before a related victim is chosen to be attacked. That is a closely guarded secret, and hardly any person who is unfamiliar with **gang stalking** or mob organization and tactics would believe to be true. Often, person known by the victim are recruited before or after the victim even realizes what is happening, that his/her life has the problem of gang stalking. Some victims never figure out that they are being attacked covertly, even if they die, or who is the **main person** of group who desired the criminals to destroy the often innocent victims life. Corporate and influential well connected small business owners to politicians and the underworld can put a person on this list to be attacked by gang stalking, and the other criminal

*page 40*

*Exhibit Weapons of War 1*

*Exhibit "Weapons of War #1-8" Convert methods*

✱ Here is an example of a persons explanation of gangstalking that's located in the urban dictionary(I used this view because it describes what the minority experience & how they view their experiences that are covered up.)

Exhibit Weapons of War 2

components that go along with it. There is belief that this crime, gang stalking, is often the underbelly, or dark side of "The **New World Order**" that the elder President George Bush spoke of in the early 1990's, New World Order is a push by Bush and his millions of partners to have the USA be the strongest leader in the new one world **global government** that is taking shape now, and already basically exists in the illicit **drug trade**. George Bush believes in partnerships between the government and criminal syndicates as evidenced by the **Iran-Contra** War scandal. Gang Stalking increased dramatically starting under the elder George Bush Presidency, and continues growing exponentially like an evil cancer across the world. There are thousands, if not millions of victims. For a relevant history, look up "The Dan **Bolles** Papers" on Google concerning the Charles Schuld case. Also, look up the "Ken Wilbourne Jr" on Google that directs to the perfect.co.uk web site. Note: RF Weapons can be made by savvy electrical criminal from parts from electronic stores, and are used to make a beam weapon utilizing destructive ionizing radiation or microwaves into a persons house using precision for that one intended victim, can cause radiation sickness, as said cancer, and worse, even **sudden death** by heart attack, or **brain stroke**.

*Eleanor White, and Liza Parker have websites concerning the crime of gang stalking, which needs to be better competently addressed by law enforcement and new laws put on the books to protect innocent citizens from gang stalking, **electronic harassment**, and **RF** weapons. Uninformed people in society, and the criminals claim this "flash **crime mob**" tactics are not real    which is a lie right out of hell. See also: mindjustice.org , www.eharassment.ca, www.raven1.com, and "mind control forum". There is a saying: "Its better to **light a candle** than to curse the darkness". I believe in good government, not bad government laced with human rights abuse that the seemingly Nazi ties and family history President Bush has at his core. The Nazi Germany state believed some lives are not worth living, and committed atrocities on humans on a mass scale on behalf of the elite who were under a Satanic delusion. Senator **Prescott Bush**, the Grandfather of George Bush, financed Hitler's rise to power, along with his other partners. It's easy for me to see that the **Iraq war** is a lie. I voted for George Bush twice as I am a Christian, as I trust in Jesus Christ to be **my savior** to grant me eternal life, but I am no longer fooled this bad guy in disguise, George Bush. He is an extremist for money and power for the himself and his elite partners and elite society. He just cut 50 billion dollars from the poor, disabled, and honest students. It's little wonder why USA is now called the Great Satan in the world under his leadership. **World Trade Center** Tower 7 fell without a plane attack?? Hmm... interesting. Afghanistan opium production is up by 500 percent since USA Bush took influence according to Newsweek Magazine, and still climbing to the applause of some USA economists?? Hmm. Put it all together, what do you get??? God or mercy or some savior help us all. We have entered into a very dark period under George Bush, disguised as **glib** words such as "peace, democracy, prosperity, **regime change**, fight against terrorism, etc."!! Einstein said evil (such as Bush) would never prevail if good people would tell the truth. What a thief George Bush and my criminal relatives are is on my life, and also on the lives of so many other gang stalking and other terrorism victims of his regime across the world. (other reference, The Harold **Groome** Jr –Wilbourne - Johnson Crime Family of Richmond, Virginia.*

**by In memory of E.L. Wright** November 20, 2005

**WIKIPEDIA**

*"Exhibit Weapons of War 3"*

# MKUltra

**Project MKUltra** (or **MK-Ultra**)[a] was an illegal human experimentation program designed and undertaken by the U.S. Central Intelligence Agency (CIA), intended to develop procedures and identify drugs that could be used in interrogations to weaken individuals and force confessions through brainwashing and psychological torture.[1][2][3][4] It began in 1953 and was halted in 1973. MKUltra used numerous methods to manipulate its subjects' mental states and brain functions, such as the covert administration of high doses of psychoactive drugs (especially LSD) and other chemicals, electroshocks,[5] hypnosis,[6][7] sensory deprivation, isolation, and verbal and sexual abuse, in addition to other forms of torture.[8][9]



Declassified MKUltra documents

MKUltra was preceded by two drug-related experiments, Project Bluebird and Project Artichoke.[10][11] It was organized through the CIA's Office of Scientific Intelligence and coordinated with the United States Army Biological Warfare Laboratories.[12] The program engaged in illegal activities,[13][14][15] including the use of U.S. and Canadian citizens as unwitting test subjects.[13]:74[16][17][18] Over 7,000 American veterans took part in these experiments non-consensually during the 1950s through 1970s, many of them suing later on.[19] MKUltra's scope was broad, with activities carried out under the guise of research at more than 80 institutions aside from the military,[20] including colleges and universities, hospitals, prisons, and pharmaceutical companies.[21] The CIA operated using front organizations, although some top officials at these institutions were aware of the CIA's involvement.[13]

MKUltra was first brought to public attention in 1975 by the Church Committee of the United States Congress and Gerald Ford's United States President's Commission on CIA activities within the United States (also known as the Rockefeller Commission). Investigative efforts were hampered by CIA Director Richard Helms's order that all MKUltra files be destroyed in 1973; the Church Committee and Rockefeller Commission investigations relied on the sworn testimony of direct participants and on the small number of documents that survived Helms's order.[22] In 1977, a Freedom of Information Act request uncovered a cache of 20,000 documents relating to MKUltra, which led to Senate hearings.[13][23] Some surviving information about MKUltra was declassified in July 2001.

## Contents

**Background**
    Origin of project
    Origin of cryptonym
    Aims and leadership
    Scale of project

*Page 42*

*"Exhibit Weapons of War 4"*

Applications
Other related projects

**Experiments on Americans**
    LSD
    Other drugs
    Hypnosis

**Experiments on Canadians**
    Motivation and assessments

**Experiments on Danes**

**Secret detention camps**

**Revelation**
    1994 U.S. General Accounting Office report

**Deaths**

**Legal issues involving informed consent**

**Notable people**

**Aftermath**

**In popular culture**
    Music
    Television
    Video games

**See also**

**Notes**

**References**

**Further reading**

**External links**

# Background

## Origin of project

According to Stephen Kinzer, the CIA project "was a continuation of the work begun in WWII-era Japanese facilities and Nazi concentration camps on subduing and controlling human minds". Kinzer writes that MKUltra's use of mescaline on unwitting subjects was a practice that Nazi doctors had begun in the camps at Auschwitz and Dachau. Kinzer gives evidence of the continuation of a Nazi agenda, citing the CIA's secret recruitment of Nazi torturers and vivisectionists to continue experimenting on thousands of subjects, and Nazis were brought to Fort Detrick, Maryland, to instruct CIA officers on the lethal uses of sarin gas.[5]

The Soviet Union also contributed greatly to the motivation for this project; according to CIA director Allen Dulles, fear of "Soviet brain perversion techniques" was palpable. The CIA wanted to verse itself in this type of "mind control" to be able to recognize and use it in case of a conflict with the USSR.

*page 43*

Fear of the enemy ran rampant among Americans, especially upon the sharp increase in PTSD in Korean POWs. The damage incurred on these survivors was so severe that mind control was thought to be the culprit.[24]

## Origin of cryptonym

The project's CIA cryptonym is a combination of the digraph *MK*, indicating the sponsorship of the Technical Services Staff (TSS), and the word Ultra which formerly designated the most secret classification of World War II intelligence. Other related cryptonyms include Project MKNAOMI and Project MKDELTA. MKDELTA was established to oversee the use of MKUltra materials abroad. According to the Church Committee, "such materials were used on a number of occasions".[25]



Sidney Gottlieb approved of an MKUltra sub-project on LSD in this June 9, 1953, letter.

## Aims and leadership

The project was headed by Sidney Gottlieb but began on the order of CIA director Allen Dulles on April 13, 1953.[26][27] Its aim was to develop mind-controlling drugs for use against the Soviet bloc in response to alleged Soviet, Chinese, and North Korean use of mind control techniques on U.S. prisoners of war during the Korean War.[28] The CIA wanted to use similar methods on their own captives, and was interested in manipulating foreign leaders with such techniques,[25] devising several schemes to drug Fidel Castro. It often conducted experiments without the subjects' knowledge or consent.[29] In some cases, academic researchers were funded through grants from CIA front organizations but were unaware that the CIA was using their work for these purposes.[30]

The project attempted to produce a perfect truth drug for interrogating suspected Soviet spies during the Cold War, and to explore other possibilities of mind control. Subproject 54 was the Navy's top-secret "Perfect Concussion" program, which was supposed to use sub-aural frequency blasts to erase memory; the program was never carried out.[31]



Sidney Gottlieb, Sept. 21, 1977

Most MKUltra records were destroyed in 1973 by order of CIA director Richard Helms, so it has been difficult for investigators to gain a complete understanding of the more than 150 funded research subprojects sponsored by MKUltra and related CIA programs.[32]

The project began during a period of what English journalist Rupert Cornwell described as "paranoia" at the CIA, when the U.S. had lost its nuclear monopoly and fear of communism was at its height.[33] CIA counter-intelligence chief James Jesus Angleton believed that a mole had penetrated the organization at the highest levels.[33] The agency poured millions of dollars into studies examining ways to influence and control the mind and to enhance its ability to extract information from resistant subjects during interrogation.[34][35] Some historians assert that one goal of MKUltra and related CIA projects was to create a *Manchurian Candidate*-style subject.[36] American historian Alfred W.

We are here now because of hidden truths & Lies

Page 44

McCoy has claimed that the CIA attempted to focus media attention on these sorts of "ridiculous" programs so that the public would not look at the research's primary goal, which was effective methods of interrogation.[34]

## Scale of project

One 1955 MKUltra document gives an indication of the size and range of the effort. It refers to the study of an assortment of mind-altering substances described as follows:[37]

1. Substances which will promote illogical thinking and impulsiveness to the point where the recipient would be discredited in public. (Meth)
2. Substances which increase the efficiency of mentation and perception. (Meth)
3. Materials which will prevent or counteract the intoxicating effect of alcohol.
4. Materials which will promote the intoxicating effect of alcohol.
5. Materials which will produce the signs and symptoms of recognized diseases in a reversible way so they may be used for malingering, etc.
6. Materials which will render the induction of hypnosis easier or otherwise enhance its usefulness.
7. Substances which will enhance the ability of individuals to withstand privation, torture, and coercion during interrogation and so-called "brain-washing". (Meth)
8. Materials and physical methods which will produce amnesia for events preceding and during their use. (Meth)
9. Physical methods of producing shock and confusion over extended periods of time and capable of surreptitious use.
10. Substances which produce physical disablement such as paralysis of the legs, acute anemia, etc.
11. Substances which will produce "pure" euphoria with no subsequent let-down.
12. Substances which alter personality structure in such a way the tendency of the recipient to become dependent upon another person is enhanced. (Meth)
13. A material which will cause mental confusion of such a type the individual under its influence will find it difficult to maintain a fabrication under questioning. (Meth)
14. Substances which will lower the ambition and general working efficiency of men when administered in undetectable amounts. (Fentanyl / M30's)
15. Substances which promote weakness or distortion of the eyesight or hearing faculties, preferably without permanent effects.
16. A knockout pill which can be surreptitiously administered in drinks, food, cigarettes, as an aerosol, etc., which will be safe to use, provide a maximum of amnesia, and be suitable for use by agent types on an ad hoc basis. (Seroquel)
17. A material which can be surreptitiously administered by the above routes and which in very small amounts will make it impossible for a person to perform physical activity.

## Applications

*This is sickening yet they blame the streets but all this started in the government & was dropped in the streets (RACKETEERING)

WIKIPEDIA

*Exhibit Weapons of War 7*

# Gay bomb

The "**gay bomb**" and "**halitosis bomb**" are informal names for two non-lethal psychochemical weapons that a United States Air Force research laboratory speculated about producing. The theories involve discharging sex pheromones over enemy forces in order to make them sexually attracted to each other. *African Americans/LATINOS (they use this against our people)*

In 1994 the Wright Laboratory in Ohio, a predecessor to today's United States Air Force Research Laboratory, produced a three-page proposal on a variety of possible nonlethal chemical weapons, which was later obtained by the Sunshine Project through a Freedom of Information Act request.[1][2][3][4][5]

## Contents

Background
Leaked documents
Body odors
Ig Nobel Prize awards
See also
Notes
References
External links

*They using this against Americans especially Minorities & its released in these fake rain clouds so are drugs.*

## Background

No well-controlled scientific studies have ever been published suggesting the possibility of pheromones causing rapid behavioral changes in humans.[6]

Some body spray advertisers claim that their products contain human sexual pheromones which act as an aphrodisiac. In the 1970s, "copulins" were patented as products which release human pheromones, based on research on rhesus monkeys.[6] Subsequently, androstenone, axillary sweat, and "vomodors" have been claimed to act as human pheromones.[7]

Despite these claims, no pheromonal substance has ever been demonstrated to directly influence human behavior in a peer reviewed study.[6][7][8]

Using a brain imaging technique, Swedish researchers have shown that when homosexual and heterosexual males are presented with two odors that may be involved in sexual arousal their brains tend to respond differently, and that the homosexual men tend to respond in the same way as heterosexual women, though it could not be determined whether this was cause or effect.[9] The study was expanded to include homosexual women; the results were consistent with previous findings

meaning that homosexual women were not as responsive to male identified odors, while their response to female cues was similar to that of heterosexual males.[10] According to the researchers, this research suggests a possible role for human pheromones in the biological basis of sexual orientation.[11]

## Leaked documents

In both of the documents, the possibility was canvassed that a strong aphrodisiac could be dropped on enemy troops, ideally one which would also cause "homosexual behavior". The documents described the aphrodisiac weapon as "distasteful but completely non-lethal".[2][12]

## Body odors

Body odor remote-engineering, involving compounds found in halitosis and hyperhidrosis, was another possibility discussed. Again, these effects would be produced by a non-lethal chemical weapon—possibly one that would affect the hormonal and digestive systems. It appears that a 'heavy sweating bomb', 'flatulence bomb' and 'halitosis bomb' were also considered by a committee at the time. The plan was to make an enemy so smelly they could be quite literally sniffed out of hiding by their opponents.

(Meth)

## Ig Nobel Prize awards

Wright Laboratory won the satiric 2007 Ig Nobel Peace Prize for "instigating research & development on a chemical weapon—the so-called 'gay bomb' / 'poof bomb'—that will make enemy soldiers become sexually irresistible to each other."[13]

## See also

- Bremelanotide, the only known synthetic aphrodisiac
- Frey effect (science)
- Misattribution of arousal
- *30 Rock*, a sitcom which featured a working gay bomb in the episode "Cooter".
- *Brickleberry*, a sitcom whose sixth episode, "Gay Bomb", involves a gay bomb.
- *The Alex Jones Show*, a conspiracy theory outlet, talks about how Atrazine runoff is the equivalent of a gay bomb by causing the endocrine system of amphibians to alter their gender.

## Notes

1. "Pentagon toyed with 'gay bomb' " (https://archive.today/20070616042537/http://www.france24.co m/france24Public/en/news/americas/20070616-US-army-gay-bomb-developing-a--gay-bomb-.htm l). *France 24*. Agence France-Presse. 15 June 2007. Archived from the original (http://www.france 24.com/france24Public/en/news/americas/20070616-US-army-gay-bomb-developing-a--gay-bom b-.html) on 16 June 2007. Retrieved 15 October 2015. Alt URL (http://web-capture.net/picture.ph p?pic_index=1&presentation_method=inline)

page 47

**BRICS Universities League** is a consortium of leading research universities from BRICS countries including Brazil, Russia, India, China, and South Africa. Initiated at Fudan University, Shanghai on July 6, 2013, the League aims to become a platform for academic and expert cooperation, comparative research, and international educational projects.[1] In October 2015, around 40 outstanding universities from the five BRICS countries gathered in Beijing Normal University, Beijing to hold the BRICS Universities Presidents Forum. After this Forum, the participating universities declared the Beijing Consensus, and they decided to establish the BRICS Universities League.[2] The League Secretariat is located in Beijing Normal University, with the BNU as a leading university in terms of BRICS higher education and academic cooperation.[3] The League is expanding to attract more and more outstanding BRICS universities to participate in its activities.[4][5][6] The BRICS Universities League has performed as a strategic pillar for the BRICS cooperation.

## BRICS Universities League

| | |
|---|---|
| **Formation** | June 6, 2013 |
| **Founded at** | Fudan University, Shanghai, China |
| **Type** | Education and Research |
| **Headquarters** | Beijing Normal University, Beijing, China |
| **Location** | Brazil, China, India, Russia, South Africa |
| **Membership** | 60 Universities from BRICS |
| **Website** | nu-brics.ru (http://nu-brics.ru/) |

# Current members

## Brazil

| University[7][8] | Location | Year Founded | Note |
|---|---|---|---|
| Federal University of Minas Gerais | Belo Horizonte | 1927 | |
| Federal University of Rio de Janeiro | Rio de Janeiro | 1920 | |
| Federal University of Rio Grande do Sul | Porto Alegre | 1934 | |
| Federal University of Santa Catarina | Santa Catarina | 1960 | |
| Federal University of Viçosa | Viçosa | 1922 | |
| Fluminense Federal University | Niterói | 1960 | |
| National Institute of Amazonian Research | Manaus | 1952 | |
| Pontifical Catholic University of Rio de Janeiro | Rio de Janeiro | 1940 | |
| University of Campinas | São Paulo | 1964 | |

## China

| University[7][9][4] | Location | Year Founded | Note |
|---|---|---|---|
| Beijing Normal University | Beijing | 1902 | Project 985, Project 211, Double First Class University |
| Fudan University | Shanghai | 1905 | Project 985, Project 211, Double First Class University |

*Exhibit "God did #1"*

"GOD DID" lyrics

# DJ Khaled Lyrics

## "GOD DID"

### (feat. Rick Ross, Lil Wayne, JAY-Z, John Legend & Fridayy)

It breaks my heart
They ain't believe in us
We the Best Music
They played themselves
While you hatin' and being jealous
You could be over here embracing that love
More love, more blessings, more life
GOD DID (GOD DID)
You either win with us or you watch us win
DJ Khaled

They wanted us down, ooh-woah
But look at us now, oh
They counted us out (Time to say a prayer, M-M-M—)
They didn't think that we would make it, oh (May we bow our heads)
They didn't believe in us, oh (Huh)

But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh-oh, Khaled)
Oh, yes, God did (Oh-oh, Khaled)
Oh, God did (God is great)
But I know God did

Nosedive, they just prayin' that I crash (Huh)
Those guys, they don't wanna see you last
They'll jack up three million dollars up on your tax
A tub full of money, I still can't relax
Tires spinnin', Lord forgive me, I'm a sinner
Conquer, divide niggas
Wrong side of the petition, only divine winnin'
Better listen when I tell you how I put time in it
Please, forgive me, God did
So leave me in the dark, swimmin' with the sharks
Dope boy, big calm, still the biggest boss
Got a kilo on a plate, send 'em on a freight
Or I can go and buy a bank, I know my money's safe (Maybach Music)

They counted us out
They didn't think that we would make it, oh
They didn't believe in us, oh

But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh-oh)
Oh, yes, God did (Oh-oh)

*page 125*

Exhibit
"God did #2"

Oh (Mula)
But I know God did (Uh)

Sky is the limit, every day I reach
They was tired of me winnin', now they dead sleep
Don't wan' see me with the ring? You better play D'
Nigga, God did His thing when He made me
With the odds stacked against me, I could crack Da Vinci
I know only God can judge us, I say that for Brittney
They smell blood like the sharks, they start actin' fishy
Well, I'ma have to act a ass and they gon' have to kiss me
Please, don't hate me just to hate me
Before they overrate me, they gon' underestimate me
Funeral and wake me, bury me and excavate me
But I'm so cultivating, everybody replicate me, nigga, face facts
Dreadlocks, face tats, I'm the apex
I made the culture, what up, twin? Never laid back
I fucked the world and when I did, I practiced safe sex
I pray more and said less, God did the rest

They counted us out
They didn't think that we would make it, oh
They didn't believe in us (It breaks my heart), oh

But I know God did (Where we at Gu?), God did (Oh, yes, He did, where we at Gu?)
Oh, God did (Oh-oh)
Oh, yes, God did (Oh-oh)
Oh, God did
But I know God did

*Shawn Carter aka Jay Z Lyrics* Hov did
Please, Lord forgive me for what the stove did
Nobody touched the billi' until Hov did
How many billionaires can come from Hov crib? Huh
I count three, me, Ye and Rih
Bron's a Roc boy, so four, technically (Woo)
I left the dope game with my record clean, huh
I turned the cocaína into champagne, huh
I cleaned up la madrina with the same soap, huh
Me and Loro talk 'bout how we slang dope, huh
Now the weed in stores, can you believe this, Ty?
I put my hustle onto Forbes, can you believe this guy?
Then we said, "Fuck it," took the dope public
Out the mud, they gotta face you now, you can't make up this shit
Judge it how you judge it, say we goin' corporate
Nah, we just corner boys with the corner office
I'm at the cap table, what the splits is?
Not that cap table, boy, we live this
Breezy what the business is
We pushin' Fenty like Fentanyl, the shit is all legitimate (Woo)
E was down ten for this

page 126

Exhibit
"God Did #3"

We just got his ten back then went back like, "Where the interests is?"

Em light up the O3    *Represents M30's the pill killing everybody*

We let y'all do the zazas, OG for the OGs
Some new niggas out of pocket, talkin' exotic
You barely been to the Baham— (Haha) that's another topic
Monogram in my pocket off the red carpet
You see the face I made that night, shit is that shockin'
Odds wasn't great, we'd even be alive
Gotta be crazy to y'all niggas, we surprised
Shit is too much how we grew up (Grew up)
Shit don't even feel real to us (Damn)
OG sold to those, you called kingpin
If those your drug lords, then who are we then?    *Indirectly telling you he is a Drug lord...*
Hov is a real nigga's dream
My only goal, to make a real nigga feel seen    *False Image (Social Media)*

*Bully Tactics* → Sometimes, it make a fake nigga hate life
Never my intention, the consequences of my way of life    *Lifestyle choices*
The way we used to play with life
I'm now careful with the sentences, them only jail bars I like (Woo)    *Binding people up mentally in jail (mind control)*
I never wanted to be the state custodian (Come on)

*Communist Agenda & Satanic Worship*    *Dedicated to destruction*
The laws are draconian (Come on, Hov)
For those married to the life (Come on), it's holy matrimony and (Come on)
*Claiming he's smart or conniving that he gets away with this madness.* → Somehow, I'll out-fox every box they'll try to throw me in (Come on)
With great ceremony and    *With bars aka Lyrics word curses*
Folk and 'nem told me how highly Caddy spoke of him
And bloke and 'nem from London, Harold Road, Weston Inn
*Literally Speaking* → I be speakin' to the souls of men

*The revenge of Communism behind to Cold War so they tried turning America into a cold world*
Those of them willin' to die for the existence that this cold world has chose for them
Kickin' snow off a frozen Timb (Woo)
Back and forth on this turnpike, really took a toll on 'em
Lot of fallen soldiers on these roads of sin    *Representing angels/demons of darkness, deception, lies, corruption, injustice, etc.*
For those who make the laws, I'ma always have smoke for them
I got lawyers like shooters    *This goes with fallen soldiers lyric*
Workin' pro bono for him as a favor 'cause I throw them Ms
In memory of Teelo
I pray none of your people die over jailphones again
All this pain from the outside, inspired all this growth within
So new planes gettin' broken in
Highest elevation of the self

*Corruption* → They done fucked around and gave the right niggas wealth
*Satanic Statement/Dragon* → These ain't songs, these is hymns 'cause I'm him
It's the Psalm 151, this New Testament
The book of Hov (The book of Hov)
Jesus turned water to wine, for Hov, it just took a stove
You never know how this shit could go
*He's saying it took dope to control the masses dope on need too it's laced* → Me and Biggs probably got too big if they ain't took that load (What's up Hoffa?)
Hindsight is 20/20
Though he's gettin' plenty money, lookin' back now this shit is funny
I just got a million off a sync
Without riskin' a million years tryna get it out the sink (Woo)
Hov did

*Beyonce causes them to do her dirty bidding through her seduction/harlotry ways which is why I say he's more like her pimp & she's his Hoe whose misleading a Whole Nation (starting with our government then the streets)*

They said they don't know me internationally, niggas on the road did
I see a lot of Hov in Giggs
Me and Meek could never beef, I freed that nigga from a whole bid
Hov did (Hov did)
Next time we have a discussion who the G.O.A.T., you donkeys know this
Forgive me, that's my passion talkin' (Haha)
Sometimes I feel like Farrakhan (Haha) talkin' to Mike Wallace (Haha)
I think y'all should keep quiet
Breaks my heart (Haha)
God did

They wanted us down, ooh-woah (Come on, man)
But look at us now, oh
They counted us out
They didn't think that we would make it, oh
They didn't believe in us, oh

But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh-oh)
Oh, yes, God did (Oh-oh)
Oh, God did
But I know God did, God did (Oh, yes, He did)
Oh, God did (Oh, God did)
Oh, yes, God did (He did)
Oh-oh-oh, God did

Yeah
And you may not believe, but I know God did
Oh, God did (God did)
God did (God did)
Oh-oh
But I know God did
He did it
Oh, He did it, yeah, yeah
God did
God did
God did
Yeah

Copyright © 2000-2023 AZLyrics.com

Exhibit L

https://www.thehits.co.nz/spy/a-new-beyonce-inspired-religion-called-beyism-has-been-created/



On Air Now:

**The Hits**

**Listen Live Here**                    **iHeartRadio**

# A New Beyoncé-Inspired Religion Called 'Beyism' has Been Created

Publish Date
Tuesday, 22 April 2014, 1:34PM



Back in January a new Kanye West-inspired religion was created by a 23-year old man so it should come as no surprise to learn that a Beyoncé-inspired religion has also been created. *Beyism* is the name of this new religion which was created by a group of 12 friends in Atlanta, CA, led by a self-proclaimed Minister Diva named Pauline John Andrews. HMMM. The group claims that the inspiration for Beyism came from one of their weekly hang sessions where the

Page 30

*Exhibit M*

friend would gather every Sunday to sing her songs. While smoking marijuana, they say, the inspiration for this Beyoncé-inspired religion sprang froth. Imagine that.

"A group of 12 friends from Atlanta, Georgia have taken their admiration for the singer Beyoncé to a more spiritual level. Zay of www.MapeNation.com reports that Pauline John Andrews is the founder and self-proclaimed "Minister Diva" of the new National Church of Bey. What is now known as Beyism began about two years ago in a run-down garage in Southwest Atlanta. "There were 12 of us," Andrews explained, "and we used to gather every Sunday and sing her songs together. One day, while drinking Moscato and smoking Beyha (marijuana), we analyzed one of her songs and came to the realization that Beyoncé is truly divine." From that moment moving forward, Andrews took the reigns as the leader of the Divine Divas. Some time in the summer of 2013, they adopted the name "National Church of Bey" and registered themselves as a non-profit institution. Pauline John Andrews proclaimed herself the first Minister Diva of the National Church of Bey. Through donated funds, and by all 12 members emptying their savings accounts, the church was able to purchase a building that would become their first temple. The rest is history. Today, the National Church of Bey is thriving and shows no signs of slowing down. The congregation has grown to 203 official Divine Divas. One random visit to the temple on a Saturday night would prove to be an interesting experience. You would get to listen to Minister Diva Andrews preach from the principal text of Beyism known to them as the Beyble. Andrews explains, "Our most sacred text is a compilation of all of Beyoncé's verses and lyrics. Through our Beyble, we can better ourselves and strive to become truly Divine Divas." Shouts of "Surfbort!" were made by fellow divas as a sign of approval for her statement. Minister Diva Andrews estimates that there are at least 58 million worshippers of Beyism, but 99% of them simply don't realize it."

*Witchcraft is the only way 99% would realize they are worshippers of Beyism!*

""Whenever you see a large group of women defending the actions of her divine divaness, Bey, they are practicing Beyism," Andrews explained, "It is not about believing she rose from the dead, or that she is perfect or anything like that, it is about recognizing that she is the Divine Diva that we all strive to be." As for who can join the National Church of Bey? Well, 100% of the congregation consists of women, but males are welcome to join the church on the strength of one condition – they sacrifice their manhood."

*Emasculating Men/Perversion Ritual*

"All males are to go through a symbolic ceremony known as Bicchen in which they symbolically remove their penises and then declare their allegiance to the Divine Diva, Bey. At the conclusion of the ceremony, the member then achieves the status of Puhcee. What the future holds for the National Church of Bey is unclear. The hope of the church is that the millions of fans recognize that they are practicing Beyism. Once this happens, the true aspirations of the Divine Divas can finally be met. What is that you may ask? According to Minister Diva Andrews, it is "for the whole world to bow at the feet of the Goddess Beyoncé and recognize that she is the Diva of all Divas!" *Idolatry!*

*Source: Buzzfeed.com*

*page 31*

**RNS Religion News Service**

Exhibit "Glass Horse"

💜 Donate to RNS

**Faithfully Feminist**

Revelations 6:8

# Beyoncé invites church girls to celebrate their freedom

*In her new song 'Church Girl,' Beyoncé doesn't just give church girls permission to dance, she also defends us.*

Mockery



We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept All", you consent to the use of ALL the cookies. However, you may visit "Cookie Settings" to provide a controlled consent.

Cookie Settings    Accept All

🔔

🏴 English

page 29



church girl lyrics

About 56,600,000 results (0.39 seconds)

# CHURCH GIRL

Song by Beyoncé  ⋮

Overview   Lyrics   Videos   Listen   Artists

## Lyrics

Ooh, ooh (I wanna be centered)
Ooh, ooh (I wanna be centered, I wanna be centered in thy will)

I've been up, I been down
Feel like I move mountains
Got friends that cried fountains, oh

I'm warning everybody, soon as I get in this party
I'm gon' let go of this body, I'm gonna love on me
Nobody can judge me but me, I was born free

I'll drop it like a thotty, drop it like a thotty
I said, now pop it like a thotty, pop it like a thotty (you bad)
Mi seh, now drop it like a thotty, drop it like a thotty (you bad)
Church girls actin' loose, bad girls actin' snotty (you bad)
Let it go, girl (let it go), let it out, girl (let it out)
Twerk that ass like you came up out the South, girl (ooh, ooh)
I said, now drop it like a thotty, drop it like a thotty (you bad)
Bad girl actin' naughty, church girl, don't hurt nobody

You can be my daddy if you want to
You, you can be my daddy if you want to
You can get it tatted if you want to
You, you can get it tatted if you want to (she ain't tryna hurt nobody)

Put your lighters in the sky, get this motherfucker litty
She gon' shake that ass and them pretty big ol' titties (huh)
So get your racks up (word), get your math up (uh)
I'ma back it up (uh), back it, back it up (back it, back it up)
I'ma buss it, buss it, buss it, buss it up, back it up
I see them grey sweats (grey sweats), I see a blank check

I'm finally on the other side, I finally found the urge to smile
Swimmin' through the oceans of tears we cried (tears that we've cried)
You know you got church in the morning (the morning)
But you're doin' God's work, you're goin' in
She ain't tryna hurt nobody
She is tryna do the best she can
Happy on her own, with her friends, without a man

I'm warning everybody, soon as I get in this party
I'm gon' let go of this body, I'm gonna love on me
Nobody can judge me but me, I was born free (born free)

I'll drop it like a thotty, drop it like a thotty
I said, now pop it like a thotty, pop it like a thotty (free, you bad)
Mi seh, now drop it like a thotty, drop it like a thotty (free, you bad)
Church girls actin' loose, bad girls actin' snotty (you bad)
Let it go, girl (let it go), let it out, girl (let it out)
Twerk that ass like you came up out the South, girl (ooh, ooh)
I said, now drop it like a thotty, drop it like a thotty (you bad)
Bad girls actin' raunchy, church girl, don't hurt nobody (don't hurt nobody)

You can be my daddy if you want to (you bad)
You, you can get it tatted if you want to (you bad)
Put your lighters in the sky, get this motherfucker litty (you bad)
She gon' shake that ass and them pretty big ol' titties
So get your racks up (ooh), get your math up (ooh)
I'ma back it up (back it up), back it, back it up (back it, back it up)

Listen  ›

Spotify   YouTube Music   Pandora   Apple Music

## About

**Released:** 2022
**Album:** Renaissance
**Artist:** Beyoncé
**Genre:** R&B/Soul

Feedback

## People also search for

ENERGY lyrics Beyoncé   MOVE lyrics Beyoncé   Center of Thy Will lyri...   The Cl...



page 32



Beyonce... er, Sasha Fierce throwing the devil's horn hand sign



Exhibit B

page 20

 Follow  ● ● ●



*See page 12 Section 28*

*Baal Worship*

**Exhibit G**

*Baal is portrayed as a man with the head and horns of a bull. Another name is Baphomet and other names like (Goat). Goat is a small horned ruminant animal*

*Framing Me with Water when its Her*

Idolatry at the Grammys where Beyonce is worshipped as she channels the demon Yoruba water goddess Oshun. It's associated with female sensuality, love & fertility, fresh water, rivers, & waterfalls, & known to display human attributes such as vanity & jealousy. Oshun is one of more than 400 orisha, 'gods' of the Yoruba pantheon. She also pays homage to false deities Mami Wata, Kali or Durga, Venus, and the Virgin Mary

*Ritualism on National TV!*

*Repent*

"Thou shalt have no other gods before me. Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth. Thou shalt not bow down thyself to them, nor serve them: for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me;" - Ex. 20:3-5

page 25

*[handwritten: Mockery]* *[handwritten: Communist]* *[handwritten: Legalized same Sex Marriage (Perversion)]*

**Activism**

*[handwritten: ???]*

Beyoncé performed "America the Beautiful" at President Barack Obama's 2009 presidential inauguration, as well as "At Last" during the first inaugural dance at the Neighborhood Ball two days later.[354] The couple held a fundraiser at Jay-Z's 40/40 Club in Manhattan for President Obama's 2012 presidential campaign[355] which raised $4 million.[356] In the 2012 presidential election, the singer voted for President Obama.[357] She performed the American national anthem "The Star-Spangled Banner" at his second inauguration in January 2013.[358]

*[handwritten: Comm. I+]*

*[handwritten: Mocks Influence]*

The Washington Post reported in May 2015, that Beyoncé attended a major celebrity fundraiser for 2016 presidential nominee Hillary Clinton.[358] She also headlined for Clinton in a concert held the weekend before Election Day the next year. In this performance, Beyoncé and her entourage of backup dancers wore pantsuits; a clear allusion to Clinton's frequent dress-of-choice. The backup dancers also wore "I'm with her" tee shirts, the campaign slogan for Clinton. In a brief speech at this performance Beyoncé said, "I want my daughter to grow up seeing a woman lead our country and knowing that her possibilities are limitless."[359] She endorsed the bid of Beto O'Rourke during the 2018 United States Senate election in Texas.[360]



*[handwritten: Out of Order]* *[handwritten: Prophetess]*
*[handwritten: Jezebel]*
*[handwritten: Debra]*
*[handwritten: Led Barack according to Gods Will]*

Beyoncé has conducted several fundraising and donation campaigns during her tours

In 2013, Beyoncé stated in an interview in *Vogue* that she considered herself to be "a modern-day feminist".[361] She would later align herself more publicly with the movement, sampling "We should all be feminists", a speech delivered by Nigerian author Chimamanda Ngozi Adichie at a TEDx talk in April 2013, in her song "Flawless", released later that year.[362] The next year she performed live at the MTV Video Awards in front of a giant backdrop reading "Feminist".[363] Her self-identification incited a circulation of opinions and debate about whether her feminism is aligned with older, more established feminist ideals. Annie Lennox, celebrated artist and feminist advocate, referred to Beyoncé's use of her word feminist as 'feminist lite'.[364] bell hooks critiqued Beyoncé, referring to her as a "terrorist" towards feminism, harmfully impacting her audience of young girls.[365] Adichie responded with "her type of feminism is not mine, as it is the kind that, at the same time, gives quite a lot of space to the necessity of men."[366] Adichie expands upon what 'feminist lite' means to her, referring that "more troubling is the idea, in Feminism Lite, that men are naturally superior but should be expected to "treat women well"

*[handwritten: Beauty is vain & charm is deceit but a Woman that fears the Lord shall be praised]*

*[handwritten: Page 34]*


*Exhibit 2*

and "we judge powerful women more harshly than we judge powerful men. And Feminism Lite enables this."[367] Beyoncé responded about her intent by utilizing the definition of feminist with her platform was to "give clarity to the true meaning" behind it. [38] She says to understand what being a feminist is, "it's very simple. It's someone who believes in equal rights for men and women."[368] She advocated to provide equal opportunities for young boys and girls, men and women must begin to understand the double standards that remain persistent in our societies and the issue must be illuminated in effort to start making changes.[368]

*perverted fallacy*

She has also contributed to the Ban Bossy campaign, which uses TV and social media to encourage leadership in girls.[369] Following Beyoncé's public identification as a feminist, the sexualized nature of her performances and the fact that she championed her marriage was questioned.[370]

*contradicts God's truth*

In December 2012, Beyoncé along with a variety of other celebrities teamed up and produced a video campaign for "Demand A Plan", a bipartisan effort by a group of 950 U.S. mayors and others[371] designed to influence the federal government into rethinking its gun control laws, following the Sandy Hook Elementary School shooting.[372] Beyoncé publicly endorsed same-sex marriage on March 26, 2013, after the Supreme Court debate on California's Proposition 8.[373] She spoke against North Carolina's Public Facilities Privacy & Security Act, a bill passed (and later repealed) that discriminated against the LGBT community in public places in a statement during her concert in Raleigh as part of the Formation World Tour in 2016.[374] She has also condemned police brutality against black Americans. She and Jay-Z attended a rally in 2013 in response to the acquittal of George Zimmerman for the killing of Trayvon Martin.[375] The film for her sixth album *Lemonade* included the mothers of Trayvon Martin, Michael Brown and Eric Garner, holding pictures of their sons in the video for "Freedom".[376] In a 2016 interview with *Elle*, Beyoncé responded to the controversy surrounding her song "Formation" which was perceived to be critical of the police. She clarified, "I am against police brutality and injustice. Those are two separate things. If celebrating my roots and culture during Black History Month made anyone uncomfortable, those feelings were there long before a video and long before me".[377]

*1/5 points communism*

In February 2017, Beyoncé spoke out against the withdrawal of protections for transgender students in public schools by Donald Trump's presidential administration. Posting a link to the *100 Days of Kindness* campaign on her Facebook page, Beyoncé voiced her support for transgender youth and joined a roster of celebrities who spoke out against Trump's decision.[378]

In November 2017, Beyoncé presented Colin Kaepernick with the 2017 *Sports Illustrated* Muhammad Ali Legacy Award, stating, "Thank you for your selfless heart and your conviction, thank you for your personal sacrifice", and that "Colin took action with no fear of consequence ... To change perception, to change the way we treat each other, especially people of color. We're still waiting for the world to catch up." Muhammad Ali was heavily penalized in his career for protesting the *status quo* of US civil rights through opposition to the Vietnam War, by refusing to serve in the military. 40 years later, Kaepernick had already lost one professional year due to taking a much quieter and legal stand "for people that are oppressed".[379]

*But she never speaks up about them taking God out...*

*page 35*

BEYONCE LYRICS 2.    Page 9A

# RUN THIS WORLD

**Run this World Lyrics by Beyonce**

Girls, we run this mutha (yeah)

Girls, we run this mutha (yeah)

Girls, we run this mutha (yeah)

Girls, we run this mutha, girls

*Jezebel / Pride, ego, Arrogant →*

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

*Emasculating Men →*

Some of them men think they freak this

Like we do, but no they don't

Make your check, come at they neck

Disrespect us, no they won't

Boy, don't even try to touch this (touch this)

Boy, this beat is crazy (crazy)

*A scorned woman →* This is how they made me (made me)

Houston, Texas, baby

This goes out to all my girls

That's in the club rocking the latest

Who will buy it for themselves and get more money later

I think I need a barber (barber)

None of these niggas can fade me (fade me)

I'm so good with this, I remind you, I'm so hood with this

Boy, I'm just playing

Come here, baby

Hope you still like me, F you, pay me

---

*Flattery — Love Truth America — Moral System — State Power — Love worketh NO ILL Interests*

My persuasion

Can build a nation

Endless power

*Idol worship* With our love we can devour

*Arrogant* You'll do anything for me

Who run the world? Girls (girls)

*Wrong type of woman* Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

It's hot up in here, DJ, don't be scared to run this, run this back

I'm repping for the girls who taking over the world

Help me raise a glass for the college grads

41' Rollie to let you know what time it is, check

You can't hold me (you can't hold me) *← God Made Statement = Vanity!*

I work my nine to five, better cut my check

This goes out to all the women getting it in, you on your grind

To all the men that respect what I do, please accept my shine *seduced like Adam in Garden of Eden*

Boy, you know you love it

How we smart enough to make these millions *Tree of Good*

Strong enough to bear the children and *Evil* (children) *Serpent in Her Ear AGAIN*

---

Then get back to business

See, you better not play me (me)

Oh, come here, baby *← Luring with*

Hope you still like me *← Seduction*

F you, pay me *← Then Attack Mode*

My persuasion

Can build a nation

Endless power

With our love we can devour

You'll do anything for me

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run this mutha? Girls

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who run the world? Girls (girls)

Who are we?

What we run?

The world

Who run this mutha? Yeah

Who are we?

What we run?

The world

Who run this mutha? Yeah

Who are we?

What do we run?

We run the world

Who run this mutha? Yeah

Who are we?

What we run?

We run the world

Who run the world? Girls (girls)

---

• Emasculate means "deprive (a man) of his role or identity" 2) make (someone or something) weaker or less effective

- Beyonce's Image is not her Likeness (character)
- She used her Image to pull a veil over the eyes of humanity who don't understand discernment or the artistic gifts that are beyond just entertaining & performing
- Beyonce understands the pimp terminology of "Get in the Mind and the Body will follow"

JAY Z SONG LYRICS 2: [Exhibit (B2)]
RUN THIS TOWN

**Run this Town Lyrics by Jay Z feat. Kanye West and Rihanna**

(Rihanna)
Feel it coming in the air ← F.O.G = fear, Obligation and Guilt
Hear the screams from everywhere
I'm addicted to the the thrill
It's a dangerous love affair ← Crossbred with Communist Apparatus
Can't be scared when it goes down
Got a problem, tell me now
Only thing that's on my mind
Is who gon' run this town tonight
Is who gon' run this town tonight
We gon' run this town

*Death = Famine Pestilence Sword*
*War between Good & Evil*
*Truth & Falsehood*

(Jay-Z)
We are, yeah, I said it, we are
This is Roc Nation, pledge your allegiance ← To falsehood
Get y'all fatigues on, all black everything ← Sick
Black cards, black cars, all black everything
And our girls are blackbirds, riding with they Dillingers
I get more in-depth if you boys really real enough
This is La Familia, I'll explain later
But for now, let me get back to this paper
I'm a couple bands down and I'm tryna get back
I gave Doug a grip, I lost a flip for five stacks
Yeah, I'm talking five comma six zeroes dot zero, here
Back to running circles 'round niggas, now we squared up
Hold up

*Symbolize Death in exchange for monetary and material gain*

*Within 3 you gain with crime* *Exposing the empirical perception of silence in Life*

(Rihanna)
Life's a game but it's not fair
I break the rules so I don't care
So I keep doing my own thing
Walking tall against the rain
Victory's within the mile
Almost there, don't give up now
Only thing that's on my mind
Is who gon' run this town tonight
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Who gon' run this town tonight?

(Jay-Z)
We are, yeah, I said it, we are
You can call me Caesar, in a dark Caesar
Please follow the leader, so Eric B. we are
Microphone fiend, it's the return of the God, peace, God
And ain't nobody fresher
I'm in Maison, uh, Martin Margiela
On the table, screaming fuck the other side, they jealous
We got a bankhead full of broads, they got a table full of fellas
(Ewww) And they ain't spendin' no cake
They should throw they hand in, 'cause they ain't got no spades
(Ewww) My whole team got dough
So my bankhead is lookin' like Millionaires' Row
(Ewww)

(Rihanna)
Life's a game but it's not fair
I break the rules so I don't care
So I keep doing my own thing
Walking tall against the rain
Victory's within the mile
Almost there, don't give up now
Only thing that's on my mind
Is who gon' run this town tonight
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey

*Page 5B*

Who gon' run this town tonight?

(Kanye West)
It's crazy how you can go from being Joe Blow
To everybody on your dick, no homo
I bought my whole family whips, no Volvos
Next time I'm in church, please no photos
Police escorts, everybody passports ← Working for the dark Side
This the life that everybody ask for
This a fast life, we are on a crash course ← Self destruction of America
What you think I rap for? To push a fuckin' Rav 4? ← Really sounds like Wrath forward
But I know that if I stay stunting
All these girls only gon' want one thing
Only good gon' come is it's good when I'm coming
She got an ass that'll swallow up her G-string
And up top, uh, two bee stings
And I'm beasting, off the re-sling
And my nigga just made it out the precinct
We give a damn about the drama that you do bring
I'm just tryna change the color on your mood ring
Reebok, baby, you need to try some new things
Have you ever had shoes without shoestrings?
What's that, Ye? Baby, these heels
Is that a May-what? Baby, these wheels
You trippin' when you ain't sippin', have a refill
You feelin' like you run it, huh?
Now you know how we feel

*Playing w/ words having double meanings*
*Perverting the likeness (character) of what good is versus the lust (image) of what good IS!*

(Jay-Z)
Wha'sup?

(Rihanna)
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey

(Jay-Z)
Wha'sup?

(Rihanna)
Hey-ey-ey-ey-ey-yeah, ey-ey-ey-ey-yeah
Hey-ey-ey-ey-ey-yeah
We gon' run this town tonight

(Jay-Z)
Wha'sup?

*Dragonians = China Communist Party Beasts Technology & Music Industry plus more.*

*Revelations 13:4 - And they worshiped the dragon which gave power unto the beast: and they worshiped the beast saying, Who is like unto the beast? Who is able to make war with him?*

*China also worships the Dragon, Image, and Demons*

*Intro of song, also reflects Organized Crime based on Premeditated arrangement of words*

*Precinct means A district of a city or town as ...*

4/26/24, 4:21 PM                                     did it all for love lyrics sza - Google Search

Google    did it all for love lyrics sza        ✕  🎤  ⊙  🔍                    ⚙  ⠿   Sign in

All   Videos   Images   Shopping   Forums   ⋮ More              Tools                            SafeSearch ▾

About 6,940,000 results (0.38 seconds)          **Artist: SZA** *(handwritten)*

## Kill Bill
Song by SZA ⋮                    Overview   ( Lyrics )   Videos   Listen   Artists   Composers

### Lyrics

I'm still a fan even though I was salty
Hate to see you with some other broad, know you happy
Hate to see you happy if I'm not the one driving

I'm so mature, I'm so mature
I'm so mature, I got me a therapist to tell me there's other men
I don't want none, I just want you
If I can't have you, no one should    ← *This is called Possessiveness (the fear is*
I might                                *loss/abandonment) more likely it stems from*
                                       *childhood (Daddy issues)*

I might kill my ex, not the best idea
His new girlfriend's next, how'd I get here?
I might kill my ex, still love him though
Rather be in jail than alone

I get the sense that it's a lost cause
I get the sense that you might really love her
The text gon' be evidence, this text is evidence
I tried to ration with you, no murders or crimes of passion, but damn

You was out of reach
You was at the farmer's market with your perfect peach
Now I'm in the basement, planning home invasion
Now you laying face-down, got me singing over a beat

I'm so mature, I'm so mature
I'm so mature, I got me a therapist to tell me there's other men
I don't want none, I just want you
If I can't have you, no one will
(I might)

I might kill my ex, not the best idea
His new girlfriend's next, how'd I get here?
I might kill my ex, I still love him though
Rather be in jail than alone

### Listen

Spotify   YouTube Music   Apple Music   Pandora

### About

**Released:** 2022
**Album:** SOS
**Artist:** SZA
**Genres:** Pop music, R&B/Soul, Doo-wop, Psychedelic pop, pop soul

Feedba...

### People also search for

| Good Days lyrics SZA | Open Arms lyrics SZA | All the Stars lyrics SZA | Broken Clocks lyric SZA |

See more →

---

I did it all for love (love)
I did it all on no drugs (drugs)  ← *Basically, it's a way to mask or downplay another party (who is struggling) to*
I did all of this sober                *make one seem better than the next person (or better than who they used to be). If*
I did it all for us, oh                 *the motive has to do with another person, then that means this individual is com-*
                                        *paring themselves because they're feeling insecure yet they fail to realize*
I did it all for love (love)            *the bigger picture which means they are too busy looking outside for validation instead*
I did it all of this on no drugs (drugs) *of looking inwardly.*
I did all of this sober
Don't you know I did it all for us? (I'll kill your ass tonight)

Uh, I just killed my ex (my ex)  ← *This can be done physically/spiritually. For instance, killing a person's*
Not the best idea (idea)            *character through slander and lies. Sabotaging a person's work which kills*
Killed his girlfriend next, how'd I get here?  *their finances, housing, relationships, etc. Or by attacking his woman &*
I just killed my ex (my ex)         *causing them to be separated by stirring up situations that takes up*
I still love him, though (I do)     *their time.*
Rather be in Hell than alone

Source: Musixmatch     *SAME description from above (In fact, the above description*
                       *is what was done to me which put a wedge in my relationship)*
Songwriters: Solana I. Rowe / Carter Lang / Robert ⬚ Bisel

Kill Bill lyrics © Sony/atv Songs Llc, Zuma Tuna Llc, Songs Of Universal Inc...

*This individual rather take people to [Hell] with them instead of being alone and that*
*is sorta of what has happened to the world because people wanted to violate*
*the spiritual laws of God and go against what God ordained*

245. Revelations 4:5 explains how social media, smart phones,

*Insert ¶ #*

smart tv's, smart gadgets, siri, alexa, artificial intelligence, digital alteration of images, sound, documents, etc is demonic because it is not in its pure state. which symbolizes falsehood over truth. It also gives people the ability to play like they are the Ultimate Creator because when the digitally alter themselves thats basically saying God made a mistake and the only one who promotes image or sound surrounding falsehood is the serpent (satan). Also the other demonic

246. reasoning for such creations being created is it opens an avenue

*Insert ¶ #*

that enables being spied on indirectly which violates humanities privacy; gives lead way to bullying, mobbing, attacks; and builds up rebellion witchcraft, false doctrines, false influencers, and a world of false information. This was all a part of the communist agenda as tactical warfare. that was pleasing to entertain while it has been picking its targets off one by one and maybe in numbers too. Revelations 1:10 - shows how they conjured

247. up meth also known as crystal, ice, etc as a tactic of

*Insert ¶ #*

war because of jealousy and/or envy. Then used it as a racket to attempt to wipe out their enemies and/or disable them in order to push them to the back so the jealous ones can take the lead. Crystal Meth is a weapon they have used to break down families, cities, etc so they could profit off of the downfall of the victims while discrediting their opponents with systematic laws. However we both know the truth drugs did not start in the streets, they got dropped in the streets,

130
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

248. and business have made billions off the victims
*Insert ¶ #*
that was crippled by the wickedness of people in
positions. It is now time to stop blaming the
streets and minority for what the government has
done since the days of Hitler. Revelations 6:8 —
Beyonce Knowles has a photo on the cover of her song
title "Church girl" where she is sitting on a pale horse
that looks like crystal. Well, when I think of

249. this scripture from a drug perspective it makes
*Insert ¶ #*
me think of fentanyl because in the drug world
Heroine was the dark horse, so the pale horse
must be fentanyl since it is a synthetic version
of heroine (let me not forget M30's too). Both those
drugs have been killing people everywhere at an all time
high which is probably what Jay Z meant about cleaning the
streets because the pale horse, death, and hell worked

250. together to kill with sword, hunger, death, and with the
*Insert ¶ #*
beasts of the earth to destroy the fourth part of the earth. By
Beyonce sitting on the pale horse it symbolizes killing the
godly nation with draconian laws, drugs, corruption, etc.
which is all apart of the 45 points of communism.
Shawn Corey Carter (Jay Z) brags about such corruption
as if they can't be touched, as if nobody was bold
enough to confront their wickedness, and as if
Jesus Christ of Nazareth is just some made of

Civil Rights Complaint Pursuant to U.S.C. § 1983

251. name with a storybook that has been rendered
*Insert ¶ #* powerless. The devil is a lie and the devils soldiers
used The Holy Bible to implement their dirt by
slithering through the back pages (using Hebrew
and Greek translations). But even then JESUS CHRIST
OF NAZARETH is REAL and that's how I was able
to overcome, every snare, trap, and find the
devils codes of tactical warfare. # CHURCH
See Exhibit "Glass Horse"

252. Revelations 12:1 - Is the description of the Bride of
*Insert ¶ #* Christ (The Christian Church) however the devils church tried
to take this title using Beyonce, Knowles, Beyism, and
the Baybole which is call a perverted stance and a doctrine
of men and devils. The true woman who represents
Revelation 12: 1 - And these appeared a great wonder in heaven, a
woman clothed with the sun, and the moon under her feet,
and upon her head a crown of the twelve star. IS ME

253 VICTORIA T. DILLIHUNT the PROPHETESS to the
*Insert ¶ #* NATIONS who will usher in the KINGDOM OF CHRIST.
To certify My stance and qualifications is the warfare
I went through all my life, how JESUS CHRIST
of NAZARETH delivered me from every tactic sent
against me, perversion, drugs, abuse, etc.; then equipped
me to challenge head up the serpents seeds
establishments, and falsehood all with the Word
of God, my story of the chains that had me.

Civil Rights Complaint Pursuant to U.S.C. § 1983

254. bound, and my testimony of Gods Love/
Delivering POWER. Revelations 12:2 (self explanatory)
Revelations 12:3 - this scripture symbolizes the draconian/
communist agenda and corruption. Revelation 12:4-
describes the communist agenda using social programs
for families to set them up. Prime example,
point 41 of communist agenda states emphasizing
the need to raise children away from the negative

255. influence of parents. Attribute prejudices, mental
blocks and retarding of children to suppresive
influence of parents. (That sounds like the works
of Health and Human Services) (DCFS) (Mental
HEALTH) (EDUCATION). Revelations 10:5 - symbolizes
the woman worship JESUS CHRIST of Nazareth as
she builds her house on the WORD of GOD. This is
why communist wanted to separate families and

256. faith because they said it interferes with their agenda.
This scripture also describes DCFS ruling the nation
with tyranny, corruption, and taking by force our children
while presenting their falsehood before judges who helps
them achieve their corruption because the whole system
has been infiltrated by the draconian law/communist agenda.
Revelations 12:6 symbolizes the amount of time DCFS gives
the mother (approximate time) to be alone, jump through
their hoops that systematically is designed to turn her

133

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

257. against herself through convolution. * Convolution means
a tortuous irregularity or elevation caused by the infolding
of a structure upon itself (medical.dictionary.thefreedictionary.com)
So basically they turn the parents against themselves
by having them commit all their focus and time to
get their kids back which puts DCFS and their
partners in the position of God in the individuals life.
God said "He is a jealous God and will have no other

258. God before him so that forces the parents
to walk in idolatry. Revelations 12:7 symbolizes
the war between the Kingdom of Christ and Christ's
seed versus the kingdom of the serpent and his
seed over who will LEAD the world into either
the light of Christ or the darkness of satan.
Revelations 12:8 shows that the Kingdom of Christ
and the Bride of Christ (the church) defeats the

259. Serpent and his communist agenda. Revelations 12:9
explains justice serving the serpent, his seeds, and agenda
the judgement it deserves and restoring the people.
Revelations 12:10 (self explanatory) Revelations 12:11
(self explanatory) Revelations 12:12 (self explanatory)
Revelations 12:13 (self explanatory) Revelations 12:14
proves housing worked with DCFS (even in my case,
where they baited me with housing then took my kids
but let me keep my housing which comes with attacks,

134

Civil Rights Complaint Pursuant to U.S.C. § 1983

260. privacy violations, etc. as they spied (previously) / spy (currently)

Insert ¶ #

on my every move. inside/outside my residence and I've lived like this since I started reaching out for housing services in my younger years. However, I didn't recognize what was happening nor see the pattern of attacks until I took section 8 in 2018 which is another serpent seeds. It is also another way to use people to do their dirty work because people don't want to lose their houses or are in need of stability so they play the game

261. to keep or to gain and it's sad that people do such

Insert ¶ #

crimes because they have what people need. Let me add that ALL SOCIAL PROGRAMS are the serpents' seeds and war tactics. Revelations 12:15 - when it comes to the serpent casting out of his mouth water as a flood after the woman that can symbolize many components for instance since I am the woman the serpent sent the flood after I would start by saying the first type of flood was

262. an ambush of attacks all at once (which made me

Insert ¶ #

lose my mind all of 2019), second type of flood was when I relapsed in 2019 on meth but because I was already out of it mentally the drug only kept me woke (plus made me have to figure out how to get sober again since I couldn't get any help from substance abuse programs (they're serpent seeds)) as the flood of drug addiction tried to consume me but the Holy Ghost was fighting for me in the spirit realm, the third type of flood was a flood

135

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

263. of lies, misinformation, slander, defamation of
character, breach of privacy, fraud on my accounts, etc. The
fourth type of flood was vehicle vandalization, home
entrances to steal evidence, to destroy my property, and
to make me feel uncomfortable; false accusations made
by neighbors, police calls by neighbors, no peace in the
residence or in the streets (they tried to drive me crazy),
neighbors knowing my business & mocking my situation

264. or knowing what I'm doing in my unit, whole
apartment complex working together to stop any progress
or efforts I made to get out of the mess.
The fifth type of flood was turning everybody I
knew against me except for street people that
way it made it seem like I was just a woman
who lost my kids, was on dope, and chose the
streets instead of fighting to get my kids back.

265. All those floods were interwoven within each
other so many days and nights I found myself
paralyzed by hopelessness however my faith
in JESUS CHRIST OF NAZARETH wouldn't let me throw
in the towel regardless of how dangerous it got because
I knew I was innocent even though I didn't
know what was going on, who was trying to destroy
me, and why when I didn't do anything to anybody.
So, here are examples of floods that the serpent uses to make
people seem crazy when they are being Targeted without cause.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

266. Revelations 13:4 - And they worshipped the dragon which
*Insert ¶ #*
gave power unto the beast: and they worshipped the beast,
saying, Who is like unto the beast? who is able to make
war with him? Revelations 13:8 - And all that dwell upon
the earth shall worship him, whose names are not written
in the book of life of the lamb slain from the foundation
of the world.

267. Revelations 13:11 And I beheld another beast coming up
*Insert ¶ #*
out of the earth; and he had two horns like a lamb, and
he spake as a dragon. ✱ This scripture symbolizes the
music industry/illuminati god baphomet. Baphomet is NOT
a lamb he is a goat.
✱✱✱✱ The lamb that has horns is called a RAM!
RAM is the initials of my music company named Rising Above Measure!

268. RAM Slogans for my music company is: ① Restoring All Music (seed of worship)
*Insert ¶ #*
+ Restoring Adams Ministry (image) + Restoring All Morals (likeness) =
Joining Every Soul Unto Salvation (JESUS the title of the first book I published)
② Rising Above Measure (childs seed) + Restoring A Man (image/likeness) +
Restoring A Mother (Image/Likeness) = Joining Every Soul Unto Salvation (Fellowship/likeness)
③ Redefining A Magistrate (seed of Government) + Redefining All Ministries (Image/Likeness)
+ Redefining All Motives = Joining Every Soul Unto Salvation (Fellowship, Image, & Likeness)
RAM is a MALE LAMB which is JESUS (Revelations 13:8)
They tried to stop me from birthing the ministry of Jesus Christ of Nazareth!
The Second Coming of JESUS CHRIST of NAZARETH is HERE!!! REPENT

Civil Rights Complaint Pursuant to U.S.C. § 1983

269. Revelations 13:16-17 symbolizes fingerprints, the chips that they put into cellphones (forehead through soundwaves/frequencies), debit cards/credit cards (through digital transactions + most people are righthanded) however I am left handed so they had me stabbed in my right hand in 2020 which hit my radial nerve and damaged my whole right side. I am barely getting back strength because I was forced to write these lawsuits even though my left hand has been

270. over compensating for my right hand these past 3 years due to me not being able to get proper medical attention smh! Technology, digital, & social media platforms, Obama programs are loblo! ⭐ Some things may seem like I repeated myself however I'm not a lawyer so I can only word things according to my Bible studies and interpretation. Please feel free to add charges if deemed suitable. Also, for remedies, I put what was on my heart because I

271. am still dealing with people obstructing justice & hindering my learning process so for the sake of time & to stop this wicked agenda I will submit AS-IS! I trust that JESUS CHRIST OF NAZARETH will work out the transition but first we must deal with the enemies to our Nation, families, and livelihood!

Civil Rights Complaint Pursuant to U.S.C. § 1983

Witches Star subliminally designed on water
Opening! The night I found this I seen the manifestation
of the demonic Black Bird and the police showed up
with their lights on as if they already knew she was
there. The reason the demon manifested is because I heard
its sound and commanded it to show itself. I have a
withess who seen too.

This is located down
the street from
my house on
Broadway and
Imperial



WIKIPEDIA
The Free Encyclopedia

# Rand Schrader

**Rand Schrader** (May 11, 1945 – June 13, 1993) was an American AIDS and gay rights activist who also served as a judge of the Los Angeles Municipal Court.

## Early life and education

Schrader was born in Los Angeles, California.[1] He graduated from the University of California, Berkeley and then from the University of California, Los Angeles School of Law in 1973.[2]

## Professional career and judicial service

After graduating from law school, Schrader was hired by Los Angeles City Attorney Burt Pines.[1] He was the first openly gay staffer to work in the Los Angeles City Attorney's office.[2]

In 1980, Schrader was appointed to the Los Angeles Municipal Court by Governor Jerry Brown.[1] Schrader was recommended to Brown by gay rights activist Sheldon Andelson.[2] Schrader served on the bench until April 1993.[1]

## AIDS-related advocacy and death

Los Angeles County Supervisor Ed Edelman appointed Schrader to the Los Angeles County AIDS Commission when it was established in 1987.[2] Schrader served as chairman of the commission from 1989 to 1991.[2]

In 1991, Schrader announced that he had been recently diagnosed with AIDS.[2] He disclosed that he had tested positive for HIV in 1989 and had developed pneumocystis pneumonia in October 1991.[2] Schrader went public with his diagnosis in an attempt increase AIDS awareness and to combat discrimination and misinformation associated with AIDS.[2]

Schrader died from AIDS-related complications on June 13, 1993, in Century City, California.[1]

Shortly before his death, in May 1993, the 5P21 HIV/AIDS clinic at Los Angeles County – USC Medical Center was named in honor of him.[3] Schrader had previously advocated for the establishment of the clinic.[1][3]

## Personal

**Rand Schrader**

Judge of the Los Angeles Municipal Court

**In office**
1980 – April 1993

| | |
|---|---|
| **Appointed by** | Jerry Brown |
| | **Personal details** |
| **Born** | May 11, 1945 Los Angeles, California, U.S. |
| **Died** | June 13, 1993 (aged 48) Century City, California, U.S. |
| **Domestic partner** | David Bohnett |
| **Alma mater** | University of California, Berkeley UCLA School of Law |

# VICTORIA DILLIHUNT

*BACKDOOR Method using technology to blackslander and defame MY NAME.*

## Overview

*Department Medicaid*
*800-675-6110*
*option# member services*

*They wont stop with the Lies, bullying, etc*

This patient is eligible as of today, **04-22-2024** . This patient is currently assigned to Molina. Please visit www.Molina.com to access additional patient information

*Molina*
*800-526-8196*

*trying to make me seem like damaged goods so I feel stuck!*

👍 This patient is eligible as of today, Apr 22, 2024

*I dont have No HIV/AIDS!*

*phone #: 800-641-7761*

### Patient Information

*Retaliation*

Name    VICTORIA DILLIHUNT

Gender    F

Birthdate    Aug 26, 1989

Age    34 years old

Member #    90470635D

Address    813 E 4TH PL
LOS ANGELES, CA 90013

County    Los Angeles County, California

Redetermination    03/01/2025
Date

Group ID    MCAL44

Primary Lang    English

Product    Molina LA

*Stigmatizing ME based of Provider!*

### Eligibility History

*They changed Provider to Molina 11/24*

| Start Date | End Date | Product Name |
|---|---|---|
| Jan 1, 2024 | Ongoing | MCE Non Dual |
| Feb 1, 2023 | Dec 31, 2023 | MCE Non Dual |

### PCP Information

Name    MOLINA - DHS-LAC+USC PC
RAND SCHRADER POS CARE

*HIV/AIDS outpatient clinic*

Physician ID    M463

Address    1300 N MISSION RD,
LOS ANGELES, CA 900331021

Phone Number    3234098255

View PCP History

*Rand Schrader was and American AIDS & gay rights activist plus a judge*

### PPG Information

*This is who oversees court Medicare benefits*

Name    MOLINA - LA DHS

PPG ID    M423

Address    200 OCEANGATE STE 100,
LONG BEACH, CA 908024317

View PPG History

*Long Beach is LGBT pride and is who stole my kids thru educational system!*

Provider Subgroup

Name    MOLINA - LA DHS

Provider ID    MM463

*STOP using Positions to Attack ME!*

4/23/24, 9:18 AM — Availity Essentials - Less than 30 minutes left until session expiration.

**Date of Service Apr 23, 2024**

Transaction ID 62979605859   Transaction Time Apr 23, 12:17 PM   Customer ID 481569

## DILLIHUNT, VICTORIA

813 E 4TH PL
LOS ANGELES, CA 90013

*GR office near Skid Row* (handwritten)

Message this payer   Feedback

*Changed my insurance to MOLINA 1/1/2024* (handwritten)

| Member Status | Date of Birth | Gender | Current Plan Effective Date | Relationship to Subscriber |
|---|---|---|---|---|
| Active Coverage | Aug 26, 1989 | Female | Jan 1, 2024 - Dec 31, 2078 | Self |

Member ID Card

Member ID: 90470635D

**MOLINA HEALTHCARE**
Payer: MOLINA HEALTHCARE CALIFORNIA

*Systematic Slander!* (handwritten)

Other or Additional Payer Information
No additional payer information provided.

### Provider Information

**Requesting Provider**
Name: BENEVOLENCE INDUSTRIES INCORPORATED
Category: Requesting Provider
NPI: 1376761940
Payer Assigned Provider ID: QMP000003665652

*4/22/2024 - I called Molina and requested to be changed back to Benevolence.* (handwritten)

**Services Restricted to Following Provider**
Category: Services Restricted to Following Provider
Period Start Date: Apr 2, 2024
Period End Date: Dec 31, 2078
- Pay To Affiliate ASSOCIATED HISPANIC PHYSICIANS IPA
- Provider Type IPA
- Service Location ASSOCIATED HISPANIC PHYSICIANS IPA
- 3533 W PICO BLVD LOS ANGELES CA 90019

*(handwritten right margin)* This is who oversees Benevolence payments Which Makes sense to why my Blood came up missing 3X, why when my Blood pressure was high Bp, I was given a pill which shot it to 200 then a doctor told me to drive myself to the ER! This is also why I never got a neurologist after being stabbed in my right hand & Arm (long beach memorial) didnt even check the damaged radial nerve in my hand... which is the area they place the mark of the beast in Revelation and it was a Jamaican who stabbed me. (How Ironic)

### Care Reminders

No reminders for this member.

## Plan Maximums and Deductibles

### Health Benefit Plan Coverage - 30

| | Information / Details | Individual | |
|---|---|---|---|
| Annual Deductible | Insurance Type: Medicaid / Plan/Product: ACA-LA / Benefit Start Date: Jan 1, 2024 / Benefit End Date: Dec 31, 2078 | $0 / Calendar Year(s) / -$0 Year to Date | $0 Remaining |
| Out Of Pocket | Insurance Type: Medicaid / Plan/Product: ACA-LA / Benefit Start Date: Jan 1, 2024 / Benefit End Date: Dec 31, 2078 | $0 / Calendar Year(s) / $0 Year to Date | $0 Remaining |

*** Organized Medical Mal Practice* (handwritten)

*They Changed my Provider from Benevolence to Rand Schrader (a HIV/AIDS clinic) Rand Schrader was an American AIDS/Gay rights activist! I DONT HAVE AID nor HIV* (handwritten)

## Benefit Information [Expand]

### Professional (Physician) Visit - Office - 98

Active Coverage
Insurance Type: Medicaid
Plan/Product: ACA-LA

CU CHI, VIETNAM



IF Adam was black and he came from earth then this symbolizes the black mans' anal and black woman Vagina entrance!
#SPIRITUAL RAPE
Using Sorcery
#Worship of Molech, Ashtoreth,&Baal Peor which are Canaanite God

←I can't make this up! Cu Chi of Ho Chi Mihn City!

*SORRY for the Black & White!
Google: Cu Chi, Vietnam

# CŮ CHI, VIETNAM



← LOOK at the tunnel which symbolizes a Black, woman vagina wells/ tunnel. #Spiritual Rape! —Victoria Dillihunt

← There is no making this up! Wicked intentions of MASTER SORCERY Come on in lamen terms; Coochi of Hoochi; men city(Cuchi of Ho Chi Minh City). Found by Victoria Dillihunt! This can also represent the canal cana! for both sexes!

✱ SORRY for the Black & White! Google: Cŭ Chi, Vietnam

Google

cu chi vietnam

All    Images    Videos    Maps    News    More    Tools    SafeSearch 

About 94,800,000 results (0.33 seconds)

# Củ Chi

 

Map data ©202...

**Weather**

| Mon | Tue | Wed |
|---|---|---|
| 103° | 102° | 102° |

weather.com

bea adventurous

The Best Cu Chi Tunnels Tour in Vietnam - bea adventurous

---

W    Wikipedia
https://en.wikipedia.org › wiki › Cu_Chi_tunnels

## Củ Chi tunnels

The tunnels of **Củ Chi** are an immense network of connecting tunnels located in the **Củ Chi** District of Ho Chi Minh City (Saigon), **Vietnam**, and are part of a ...

## People also ask

What was the Cu Chi in the Vietnam War?

By helping to covertly move supplies and house troops, the tunnels of Củ Chi allowed North Vietnamese fighters in their area of South Vietnam to survive, help prolong the war and increase U.S. costs and casualties until the eventual withdrawal in 1973, and the final defeat of South Vietnam in 1975.

W    Wikipedia
https://en.wikipedia.org › wiki › Cu_Chi_tunnels

Củ Chi tunnels - Wikipedia

Search for:    What was the Cu Chi in the Vietnam War?

Was Agent Orange used in Cu Chi Vietnam?

Are the Cu Chi Tunnels worth visiting?

Do Viet Cong tunnels still exist?

What did U.S. soldiers call Vietnamese soldiers?

What was the most secret unit in Vietnam?

Who did the Viet Cong fear the most?

Why were Viet Cong called Charlie?

What did the Vietnamese call the Navy SEALs?

Feedback

## Things to do 


Cu Chi Tunnel
4.5    (12K)
Historical landmark


Ben Duoc Temple - Cu Chi
4.6    (270)
Place of worship
Free


Cu Chi Tunnel Ben Duoc
4.6    (1.4K)
Historical place

More things to do →

H    History.com
https://www.history.com › Topics › Vietnam War

Cu Chi Tunnels - Facts, History & Length

---

**About**

Củ Chi is a rural district of Ho Chi Minh City, Vietnam.
Wikipedia

**Province:** Ho Chi Minh City

**Population:** 403,038 (2018)

**Area:** 168 mi²

---

**Things to do**
Things to do in Củ Chi

---

**Pronunciation**
How to pronounce cu chi

---

Feedback

**People also search for**



| Hóc Môn | Bình Tân | Gò Vấp | Tân Bình |
|---|---|---|---|

See more →



# *Củ Chi tunnels*

The **tunnels of Củ Chi** (Vietnamese: *Địa đạo Củ Chi*) are an immense network of connecting tunnels located in the Củ Chi District of Ho Chi Minh City (Saigon), Vietnam, and are part of a much larger network of tunnels that underlie much of the country. The Củ Chi tunnels were the location of several military campaigns during the Vietnam War, and were the Viet Cong's base of operations for the Tết Offensive in 1968.



Entrance sign at the tunnels.



Part of the tunnel complex at Củ Chi, this tunnel has been made wider and taller to accommodate tourists.



*Location of Củ Chi tunnels in Ho Chi Minh City*

The tunnels were used by Viet Cong soldiers as hiding spots during combat, as well as serving as communication and supply routes, hospitals, food and weapon caches and living quarters for numerous North Vietnamese fighters. The tunnel systems were of great importance to the Viet Cong in their resistance to American and ARVN forces, and helped to counter the growing American military presence.

## Life in tunnels

American soldiers used the term "Black Echo" to describe the conditions within the tunnels. For the Viet Cong, life in the tunnels was difficult. Air, food, and water were scarce, and the tunnels were infested with ants, venomous centipedes, snakes, scorpions, spiders, and rodents. Most of the time, soldiers would spend the day in the tunnels working or resting and come out only at night to scavenge for supplies, tend their crops, or engage the enemy in battle. Sometimes, during periods of heavy bombing or American troop movement, they would be forced to remain underground for many days at a time. Sickness was rampant among the people living in the tunnels, especially malaria, which was the second largest cause of death next to battle wounds. A captured Viet Cong report suggests that at any given time, half of a unit of the People's Liberation Armed Forces (PLAF) unit had malaria and that "one-hundred percent had intestinal parasites of significance."[1]

## U.S. campaigns against tunnels



A trap door on the jungle floor leads down into the Củ Chi tunnels. Closed and camouflaged, it is almost undetectable.

Genesis 3:7 ... ... ... ... ... ... ... knew
that they were naked; and they sewed fig leaves together, and
made themselves aprons.



Digital Production
plants seeds of
Sexual pervertion
in the producers sub

Stem of Male Penis,
Tip of Male penis
Conscious until it
Sprouts flowers,
producers **engage**
with this **software**
(Protools, etc) and
even though they,
cut, trim, fade, etc
Thats the same thing
they do to their
male area!

#COMPUTER LOVE

Psalm 119:37 — revive me in Your ways! And



look like a measuring stick LOL!

JUST like the microphone; it's the worship of the penis indirectly

Gateway 2

Spiritual realms that shouldn't BE



# INTERNATIONAL COURT OF JUSTICE

Peace Palace, Carnegieplein 2, 2517 KJ  The Hague, Netherlands
Tel.: +31 (0)70 302 2323   Fax: +31 (0)70 364 9928
Website: www.icj-cij.org   Twitter Account: @CIJ_ICJ   YouTube Channel: CIJ ICJ
LinkedIn page: International Court of Justice (ICJ)

## Press Release
Unofficial

No. 2018/47
28 September 2018

### The State of Palestine institutes proceedings against
### the United States of America

THE HAGUE, 28 September 2018. The State of Palestine today instituted proceedings against the United States of America before the International Court of Justice (ICJ), the principal judicial organ of the United Nations, with respect to a dispute concerning alleged violations of the Vienna Convention on Diplomatic Relations of 18 April 1961 (hereinafter the "Vienna Convention").

It is recalled in the Application that, on 6 December 2017, the President of the United States recognized Jerusalem as the capital of Israel and announced the relocation of the American Embassy in Israel from Tel Aviv to Jerusalem. The American Embassy in Jerusalem was then inaugurated on 14 May 2018.

Palestine contends that it flows from the Vienna Convention that the diplomatic mission of a sending State must be established on the territory of the receiving State. According to Palestine, in view of the special status of Jerusalem, "[t]he relocation of the United States Embassy in Israel to . . . Jerusalem constitutes a breach of the Vienna Convention".

As basis for the Court's jurisdiction, the Applicant invokes Article 1 of the Optional Protocol to the Vienna Convention concerning the Compulsory Settlement of Disputes. It notes that Palestine acceded to the Vienna Convention on 2 April 2014 and to the Optional Protocol on 22 March 2018, whereas the United States of America is a party to both these instruments since 13 November 1972.

The Applicant further states that, on 4 July 2018, "in accordance with Security Council Resolution 9 (1946) and Article 35 (2) of the Statute of the Court, [it submitted] a 'Declaration recognizing the Competence of the International Court of Justice' for the settlement of all disputes that may arise or that have already arisen covered by Articles I and II of the Optional Protocol [to the Vienna Convention]".

At the end of its Application, Palestine "requests the Court to declare that the relocation, to the Holy City of Jerusalem, of the United States embassy in Israel is in breach of the Vienna Convention". It further requests the Court "to order the United States of America to withdraw the diplomatic mission from the Holy City of Jerusalem and to conform to the international obligations flowing from the Vienna Convention". Finally, the Applicant "asks the Court to order the United States of America to take all necessary steps to comply with its obligations, to refrain from

- 2 -

taking any future measures that would violate its obligations and to provide assurances and guarantees of non-repetition of its unlawful conduct".

———————

The full text of the Application of 28 September 2018 will be available shortly on the Court's website.

———————

Note: The Court's press releases are prepared by its Registry for information purposes only and do not constitute official documents.

———————

The International Court of Justice (ICJ) is the principal judicial organ of the United Nations. It was established by the United Nations Charter in June 1945 and began its activities in April 1946. The seat of the Court is at the Peace Palace in The Hague (Netherlands). Of the six principal organs of the United Nations, it is the only one not located in New York. The Court has a twofold role: first, to settle, in accordance with international law, legal disputes submitted to it by States (its judgments have binding force and are without appeal for the parties concerned); and, second, to give advisory opinions on legal questions referred to it by duly authorized United Nations organs and agencies of the system. The Court is composed of 15 judges elected for a nine-year term by the General Assembly and the Security Council of the United Nations. Independent of the United Nations Secretariat, it is assisted by a Registry, its own international secretariat, whose activities are both judicial and diplomatic, as well as administrative. The official languages of the Court are French and English. Also known as the "World Court", it is the only court of a universal character with general jurisdiction.

The ICJ, a court open only to States for contentious proceedings, and to certain organs and institutions of the United Nations system for advisory proceedings, should not be confused with the other — mostly criminal — judicial institutions based in The Hague and adjacent areas, such as the International Criminal Court (ICC, the only permanent international criminal court, which was established by treaty and does not belong to the United Nations system), the Special Tribunal for Lebanon (STL, an international judicial body with an independent legal personality, established by the United Nations Security Council upon the request of the Lebanese Government and composed of Lebanese and international judges), the International Residual Mechanism for Criminal Tribunals (IRMCT, mandated to take over residual functions from the International Criminal Tribunal for the former Yugoslavia and from the International Criminal Tribunal for Rwanda), the Kosovo Specialist Chambers and Specialist Prosecutor's Office (an ad hoc judicial institution which has its seat in The Hague), or the Permanent Court of Arbitration (PCA, an independent institution which assists in the establishment of arbitral tribunals and facilitates their work, in accordance with the Hague Convention of 1899).

———————

- 3 -

Information Department:

Mr. Andrey Poskakukhin, First Secretary of the Court, Head of Department (+31 (0)70 302 2336)
Ms Joanne Moore, Information Officer (+31 (0)70 302 2337)
Mr. Avo Sevag Garabet, Associate Information Officer (+31 (0)70 302 2394)
Ms Genoveva Madurga, Administrative Assistant (+31 (0)70 302 2396)

COUR INTERNATIONALE DE JUSTICE

RECUEIL DES ARRÊTS,
AVIS CONSULTATIFS ET ORDONNANCES

TRANSFERT DE L'AMBASSADE
DES ÉTATS-UNIS À JÉRUSALEM

(PALESTINE c. ÉTATS-UNIS D'AMÉRIQUE)

**ORDONNANCE DU 15 NOVEMBRE 2018**

# 2018

INTERNATIONAL COURT OF JUSTICE

REPORTS OF JUDGMENTS,
ADVISORY OPINIONS AND ORDERS

RELOCATION OF THE UNITED STATES
EMBASSY TO JERUSALEM

(PALESTINE *v.* UNITED STATES OF AMERICA)

**ORDER OF 15 NOVEMBER 2018**

Mode officiel de citation:

*Transfert de l'ambassade des Etats-Unis à Jérusalem
(Palestine c. Etats-Unis d'Amérique),
ordonnance du 15 novembre 2018,
C.I.J. Recueil 2018*, p. 708

—————

Official citation:

*Relocation of the United States Embassy to Jerusalem
(Palestine* v. *United States of America),
Order of 15 November 2018,
I.C.J. Reports 2018*, p. 708

ISSN 0074-4441
ISBN 978-92-1-157353-4

| | |
|---|---|
| **Nᵒ de vente:** **Sales number** | **1154** |

15 NOVEMBRE 2018

ORDONNANCE

TRANSFERT DE L'AMBASSADE
DES ÉTATS-UNIS À JÉRUSALEM

(PALESTINE c. ÉTATS-UNIS D'AMÉRIQUE)

_____

RELOCATION OF THE UNITED STATES
EMBASSY TO JERUSALEM

(PALESTINE *v.* UNITED STATES OF AMERICA)

15 NOVEMBER 2018

ORDER

INTERNATIONAL COURT OF JUSTICE

YEAR 2018

**15 November 2018**

2018
15 November
General List
No. 176

# RELOCATION OF THE UNITED STATES EMBASSY TO JERUSALEM

## (PALESTINE *v.* UNITED STATES OF AMERICA)

### ORDER

*Present: President* Yusuf; *Vice-President* Xue; *Judges* Tomka, Abraham, Bennouna, Cançado Trindade, Donoghue, Gaja, Sebutinde, Bhandari, Robinson, Crawford, Gevorgian, Salam, Iwasawa; *Registrar* Couvreur.

The International Court of Justice,

Composed as above,

After deliberation,

Having regard to Article 48 of the Statute of the Court and to Articles 44, 48 and 79, paragraphs 2 and 3, of the Rules of Court,

Having regard to the "Declaration Recognizing the Competence of the International Court of Justice" deposited by the State of Palestine (hereinafter "Palestine") on 4 July 2018, whereby, pursuant to Security Council resolution 9 (1946) of 15 October 1946 adopted in virtue of the powers conferred upon the Council by Article 35, paragraph 2, of the Statute of the Court, Palestine "accept[ed] with immediate effect the competence of the International Court of Justice for the settlement of all disputes that may arise or that have already arisen covered by Article I of the Optional Protocol to the Vienna Convention on Diplomatic Relations concerning the Compulsory Settlement of Disputes (1961), to which the State of Palestine acceded on 22 March 2018",

4

Having regard to the Application filed in the Registry of the Court on 28 September 2018, whereby Palestine instituted proceedings against the United States of America (hereinafter the "United States") concerning alleged violations of the Vienna Convention on Diplomatic Relations of 18 April 1961 (hereinafter the "Vienna Convention");

Whereas a certified copy of the Application was communicated to the United States on the day it was filed;

Whereas in its Application, Palestine seeks to found the jurisdiction of the Court on Article I of the Optional Protocol to the Vienna Convention on Diplomatic Relations concerning the Compulsory Settlement of Disputes (hereinafter the "Optional Protocol");

Whereas Palestine appointed H.E. Mr. Ammar Hijazi, as Agent, and H.E. Ms Rawan Sulaiman, as Co-Agent, for the purposes of the case; whereas the United States was invited to appoint an agent in the case, in accordance with Article 40, paragraph 2, of the Rules of Court; and whereas it has not appointed an agent to date;

Whereas, by a letter dated 11 October 2018, the Registrar invited the representatives of the Parties to a meeting with the President of the Court to be held on 5 November 2018, pursuant to Article 31 of the Rules of Court, in order for the President to ascertain the views of the Parties with regard to questions of procedure in the case;

Whereas, by a letter dated 2 November 2018, Ms Jennifer G. Newstead, Legal Adviser of the United States Department of State, informed the Court that, on 13 May 2014, following the Applicant's "purported accession" to the Vienna Convention, the United States had submitted a communication to the Secretary-General of the United Nations, declaring that the United States did not consider itself to be in a treaty relationship with the Applicant under the Vienna Convention; whereas she added that, on 1 May 2018, following the Applicant's "purported accession" to the Optional Protocol, the United States had submitted a similar communication to the Secretary-General of the United Nations, declaring that the United States did not consider itself to be in a treaty relationship with the Applicant under the Optional Protocol; whereas, in her letter, Ms Newstead observed that the Applicant had been aware of these communications by the United States before it submitted its Application to the Court; and whereas she concluded that, according to the United States, "it [was] manifest that the Court ha[d] no jurisdiction in respect of the Application" and that the case ought to be removed from the List;

Whereas, by a letter of the same date, Ms Newstead informed the Registrar that the United States would not participate in the proposed meeting to be held on 5 November 2018 by the President with the representatives of the Parties;

Whereas, on 5 November 2018, the President of the Court met with the representatives of Palestine; whereas, at that meeting, Palestine expressed

the wish that the Court decide in favour of its claim and indicated a strong preference for the submission of a Memorial dealing both with jurisdiction and merits, on the grounds that these two aspects were, in its view, closely related, stating that Palestine would need six months for the preparation of the said pleading; whereas Palestine added that, if the Court were to order a first round of written pleadings dedicated solely to the question of its jurisdiction, a time-limit of six months would similarly be necessary for the preparation of a pleading on that question;

Whereas the Court considers, with reference to Article 79, paragraph 2, of its Rules, that, in the circumstances of the case, in particular in view of the fact that, according to the United States, the Court manifestly lacks jurisdiction to entertain Palestine's Application, it is necessary to resolve first of all the question of the Court's jurisdiction and that of the admissibility of the Application, and that these matters should accordingly be separately determined before any proceedings on the merits;

Whereas it is necessary for the Court to be informed of all the contentions and evidence on facts and law on which the Parties rely in relation to its jurisdiction and the admissibility of the Application,

*Decides* that the written pleadings shall first be addressed to the question of the jurisdiction of the Court and that of the admissibility of the Application;

*Fixes* the following time-limits for the filing of those pleadings:

15 May 2019 for the Memorial of the State of Palestine;
15 November 2019 for the Counter-Memorial of the United States of America; and

*Reserves* the subsequent procedure for further decision.

Done in French and in English, the French being authoritative, at the Peace Palace, The Hague, this fifteenth day of November, two thousand and eighteen, in three copies, one of which will be placed in the archives of the Court and the others transmitted to the Government of the State of Palestine and the Government of the United States of America, respectively.

*(Signed)*  Abdulqawi Ahmed Yusuf,
President.

*(Signed)*  Philippe Couvreur,
Registrar.

_____



# INTERNATIONAL COURT OF JUSTICE

Peace Palace, Carnegieplein 2, 2517 KJ  The Hague, Netherlands
Tel.: +31 (0)70 302 2323  Fax: +31 (0)70 364 9928
Website: www.icj-cij.org  Twitter Account: @CIJ_ICJ  YouTube Channel: CIJ ICJ
LinkedIn page: International Court of Justice (ICJ)

_____

### Press Release
Unofficial

No. 2018/57
30 November 2018

**Relocation of the United States Embassy to Jerusalem (Palestine v. United States of America)**

**The Court decides that the written pleadings will first be addressed to the question of jurisdiction and that of the admissibility of the Application**

THE HAGUE, 30 November 2018. By an Order dated 15 November 2018, the International Court of Justice (ICJ), the principal judicial organ of the United Nations, decided that the written pleadings in the case concerning the Relocation of the United States Embassy to Jerusalem (Palestine v. United States of America) would first be addressed to the question of the jurisdiction of the Court and that of the admissibility of the Application. It fixed 15 May 2019 and 15 November 2019 as the respective time-limits for the filing of a Memorial by the State of Palestine and a Counter-Memorial by the United States of America.

It is recalled in the Order that the State of Palestine seeks to found the jurisdiction of the Court on Article I of the Optional Protocol to the Vienna Convention on Diplomatic Relations concerning the Compulsory Settlement of Disputes (1961), to which the State of Palestine acceded on 22 March 2018.

The Order notes that, by a letter dated 2 November 2018, the United States informed the Court of the communications it had submitted to the Secretary-General of the United Nations in 2014 and 2018, in which it declared that it did not consider itself to be in a treaty relationship with the Applicant under the Vienna Convention or the Optional Protocol. In its letters, the United States further observed that the Applicant had been aware of these communications before it submitted its Application, and it concluded that, in its view, "it [was] manifest that the Court ha[d] no jurisdiction in respect of the Application" and that the case ought to be removed from the List.

The Court further notes in its Order that, by a letter of the same date, the United States informed the Registry that it would not participate in the proposed meeting to be held on 5 November 2018 by the President with the representatives of the Parties, in order to ascertain their views with regard to questions of procedure in the case. The Court states that, at that meeting, Palestine expressed the wish that the Court decide in favour of its claim and indicated a strong preference for the submission of a Memorial dealing with both the jurisdiction of the Court and the merits, explaining that it would need six months to prepare that pleading.

_____

- 2 -

History of the proceedings

     A complete history of the proceedings can be found in Press Release No. 2018/47 of 28 September 2018, available on the Court's website (www.icj-cij.org) under "Press Room/Press Releases".

_____

     The full text of the Order can be found on the Court's website (under the heading "Cases"/"Pending Cases").

_____

     <u>Note:</u> The Court's press releases are prepared by its Registry for information purposes only and do not constitute official documents.

_____

     <u>The International Court of Justice (ICJ)</u> is the principal judicial organ of the United Nations. It was established by the United Nations Charter in June 1945 and began its activities in April 1946. The seat of the Court is at the Peace Palace in The Hague (Netherlands). Of the six principal organs of the United Nations, it is the only one not located in New York. The Court has a twofold role: first, to settle, in accordance with international law, legal disputes submitted to it by States (its judgments have binding force and are without appeal for the parties concerned); and, second, to give advisory opinions on legal questions referred to it by duly authorized United Nations organs and agencies of the system. The Court is composed of 15 judges elected for a nine-year term by the General Assembly and the Security Council of the United Nations. Independent of the United Nations Secretariat, it is assisted by a Registry, its own international secretariat, whose activities are both judicial and diplomatic, as well as administrative. The official languages of the Court are French and English. Also known as the "World Court", it is the only court of a universal character with general jurisdiction.

     The ICJ, a court open only to States for contentious proceedings, and to certain organs and institutions of the United Nations system for advisory proceedings, should not be confused with the other — mostly criminal — judicial institutions based in The Hague and adjacent areas, such as the International Criminal Court (ICC, the only permanent international criminal court, which was established by treaty and does not belong to the United Nations system), the Special Tribunal for Lebanon (STL, an international judicial body with an independent legal personality, established by the United Nations Security Council upon the request of the Lebanese Government and composed of Lebanese and international judges), the International Residual Mechanism for Criminal Tribunals (IRMCT, mandated to take over residual functions from the International Criminal Tribunal for the former Yugoslavia and from the International Criminal Tribunal for Rwanda), the Kosovo Specialist Chambers and Specialist Prosecutor's Office (an <u>ad hoc</u> judicial institution which has its seat in The Hague), or the Permanent Court of Arbitration (PCA, an independent institution which assists in the establishment of arbitral tribunals and facilitates their work, in accordance with the Hague Convention of 1899).

_____

Information Department:

Mr. Andrey Poskakukhin, First Secretary of the Court, Head of Department (+31 (0)70 302 2336)
Ms Joanne Moore, Information Officer (+31 (0)70 302 2337)
Mr. Avo Sevag Garabet, Associate Information Officer (+31 (0)70 302 2394)
Ms Genoveva Madurga, Administrative Assistant (+31 (0)70 302 2396)

# My Testimony begins His Story as it gives GOD back HIS GLORY!

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. Ended on the streets at the age 13, destruction came to destroy my dreams, I feel in love with getting money fast, neglecting the thought that it didn't last, I was so consumed by my pride, didn't realize I was buying a lie, my frenemies showed loved to me, while I was looking for my identity, all I wanted was to find myself, but ended up lost chasing wealth, got addicted to the fast game, he thought

___. he stole my name! You cant tell me Gods not real, the devil tried to make me sign the deal, Just repent while God is found and watch God turn your life around, He did it for me; He can do it for you, try him at His WORD & BELIEVE its TRUE, Never have I seen it fall to the ground, open up His WORD and God will be found, just ask Him to show himself **to you** and watch what reading His WORD will do, ain't no time

___. to keep unbelieving, when the devils always deceiving now ya gotta fight to get your life back, while trusting God to put it on track, He made a promise and He'll see it through So FAITHING or faking is ALL up to You! The motive of your actions GOD looks at, so its the motive of your actions that moves FAITH to ACT.

## Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Spiritual Death/Paganism

1  Genesis 2:15-25 ⑮ And the LORD God took the man, and
2  put him into the garden of Eden to dress it and to keep it.
3  ⑯ And the LORD God commanded the man, saying, Of every
4  tree of the garden thou mayest freely eat: ⑰ But of the
5  tree of the knowledge of good and evil, thou shalt not eat
6  of it: for in the day that thou eatest thereof thou shalt surely
7  die. ⑱ And the LORD God said, It is not good that the man
8  should be alone; I will make him an help meet for him. ⑲ And
9
10  ___ out of the ground the LORD God formed every beast of the
11  field, and every fowl of the air; and brought them unto Adam
12  to see what he would call them: and whatsoever Adam called every
13  living creature, that was the name thereof. ⑳ And Adam gave
14  names to all cattle, and to the fowl of the air, and to every
15  beast of the field; but for Adam there was not found an
16  help meet for him. ㉑ And the LORD God caused a deep sleep
17  to fall upon Adam, and he slept: and he took one of his ribs,
18
19  ___ and closed up the flesh instead thereof. ㉒ And the rib, which
20  the LORD God had taken from man, made he a woman, and
21  brought her unto the man ㉓ And Adam said, This is now
22  bone of my bones, and flesh of my flesh: she shall be called
23  Woman, because she was taken out of Man. ㉔ Therefore
24  shall a man leave his father and his mother, and shall cleave
25  unto his wife: and they shall be one flesh. ㉕ And they
26  were both naked, the man and his wife, and were
27  not ashamed.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  Genesis 3:1-8 ① Now the serpent was more subtil than any
2  beast of the field which the LORD God had made. And he said
3  unto the woman, Yea, hath God said, Ye shall not eat of every
4  tree of the garden? ② And the woman said unto the serpent, We may
5  eat of the fruit of the trees of the garden: ③ But of the fruit
6  of the tree which is in the midst of the garden, God hath said,
7  Ye shall not eat of it; neither shall ye touch it, lest ye die.
8  ④ And the serpent said unto the woman, Ye shall not surely
9
10  die: ⑤ For God doth know that in the day ye eat thereof,
11  then your eyes shall be opened, and ye shall be as gods, knowing
12  good and evil. ⑥ And when the woman saw that the tree
13  was good for food, and that it was pleasant to the eyes,
14  and a tree to be desired to make one wise, she took of
15  the fruit thereof, and did eat, and gave also unto her husband
16  with her; and he did eat. ⑦ And the eyes of them both were
17  opened, and they knew that they were naked; and they sewed
18
19  fig leaves together, and made themselves aprons. ⑧ And
20  they heard the voice of the LORD God walking in the garden
21  in the cool of the day: and Adam and his wife hid themselves
22  from the presence of the LORD God amongst the trees of
23  the garden. Genesis 3:14 – And the LORD God said unto the serpent, Because
24  thou hast done this, thou art cursed above all cattle, and above every beast of
25  the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life.
26  Genesis 3:15 – And I will put enmity between thee and the woman, and
27  between thy seed and her seed; it shall bruise thy head, and thou shalt
28  bruise his heel.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Enmity/Physical Death

1. Genesis 4:1-15 ① And Adam knew Eve his wife; and she
2. conceived, and bare Cain, and said, I have gotten a man from
3. the LORD. ② And she again bare his brother Abel. And Abel was a keeper
4. of sheep, but Cain was a tiller of the ground. ③ And in process of
5. time it came to pass, that Cain brought of the fruit of the ground
6. an offering unto the LORD. ④ And Abel, he also brought of the
7. firstlings of his flock and of the fat thereof. And the LORD had
8. respect unto Abel and to his offering. ⑤ But unto Cain, and to
9.
10. his offering he had not respect. And Cain was very wroth,
11. and his countenance fell. ⑥ And the LO  said unto Cain, Why
12. art thou wroth? ⑦ If thou doest well, shalt thou not be accepted?
13. and if thou doest not well, sin lieth at the door. And unto thee
14. shall be his desire, and thou shalt rule o    him. ⑧ And Cain
15. talked with Abel his brother: and it came to pass, when they
16. were in the field, that Cain rose up against Abel his brother,
17. and slew him. ⑨ And the LORD said unto Cain, Where is Abel
18.
19. thy brother? And he said, I know not: Am I my brother's
20. keeper? ⑩ And he said, What hast thou done? the voice of
21. thy brother's blood crieth unto me from the ground. ⑪ And
22. now art thou cursed from the earth, which hath opened
23. her mouth to receive thy brother's blood from thy hand; ⑫ When
24. thou tillest the ground, it shall not henceforth yield unto thee
25. her strength; a fugitive and vagabond shalt thou be in the earth.
26. ⑬ And Cain said unto the LORD, My punishment is greater than I can bear.
27. ⑭ Behold, thou hast driven me out this day from the face of the earth; and
28. from thy face shall I be hid; and I shall be a fugitive and vagabond

Insert ¶ #

Insert ¶ #

Insert ¶ #

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. in the earth, and it shall come to pass, that everyone
Insert ¶ # that findeth me shall slay me. (15) And the LORD said unto
him, therefore whosoever slayeth Cain, vengeance shall be taken
on him sevenfold. And the LORD set a mark upon Cain,
lest any finding him should kill him.

# Death's Truth!!!

___. I Corinthians 15:20-23 (20) But now Christ is risen from the
Insert ¶ # dead, and become the firstfruits of them that slept. (21) For since by
by man came death, by man came also the resurrection
of the dead. (22) for as in Adam all die, even so in Christ
shall all be made alive. (23) But every man in his own order: Christ
the first fruits, afterward they that are Christ's at his comng.
I Corinthians 15:26 The last enemy that shall be destroyed is
death. Ezekiel 18:23 - Have I any pleasure. at all that

___. the wicked should die? saith the LORD God: and not that
Insert ¶ # he should return from his ways, and live? Ezekiel 18:32
For I have no pleasure in the death of him that dieth, saith
the LORD God: wherefore turn yourselves, and live ye.
Songs of Solomon 8:6- Set me as a seal upon thine
heart, as a seal upon thine arm: for love is strong
as death; jealousy is cruel as the grave: the coals
thereof are coals.

# The Truth about Gangs

Insert ¶ #

Lets breakdown a few things like the acronym's of GANGS w/ BLOOD meaning **B**rotherly **L**ove **O**vercomes **O**ur **D**estruction. However, the only thing I see is a lot of corruption (BLOOD)!

(CRIP) **C**ommunity **R**evolution **I**n **P**rogress(ion). However, the only thing I see is degression). South Siders, I ain't tryna seem any meaner but this is North America so the South Side is over there by Argentina (SUR)...

# SATANIC SACRIFICES of the MEN

Insert ¶ #

## EXPLAINED HERE: (PAY CLOSE ATTENTION)

1) Give them an area to start gang with leader (King of Street)
2) Oppress them in every area of life (Family, living expenses, poverty, etc)
3) The Introduction to Drugs, Money, Hoes, Pimps, Tricks, Sex, & Etc.
4) Media Influences (that shows these lifestyles to be it)
5) Limit Influence of Real Role Models in the Media
6) Play with their appetite for money because you know they're

Insert ¶ #

trying to find a way out the Hood (playing w/ appetite for money means after y'all gave the streets drugs, oppression, poverty, etc Now, you send in the informants, bad drugs, DCFS (family social services), The Police (jail time, mental health, etc) which institutionalizes their ways of thinking into your systematic program (as if jail is a way of real help) and/or they become Indoctrinized by MUSLIMS (No offense) where they're taught another form of discipline and brotherhood that plays off of what's lacking at home in their family yet all of this was really preparation for the end time war over

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ____. The Chosen Ones of the True & Living Jesus Christ of
2 Insert ¶ # Nazareth. HOW? Easy. Stolen Identity,
3 POVERTY, & a programmed mentality
4 against WHO GOD has called them to be ...
5 Let's Prove It: God didn't cause death upon the,
6 earth but humans constantly blame God for deaths
7 that occur. Cain brought death into the earth
8 behind jealousy that God favored Abels offering &
9
10 ____. not his selfish (entitled driven) offering. Even though
11 Insert ¶ # God explained to Cain where he messed up that wasn't good
12 enough for him to DO BETTER next time. Instead he wanted
13 it all (this is that self righteous I AM GOD mentality) so he pretended
14 to wanna talk with Abel and once they were in the field Cain
15 killed his brother. Cain MURDERED his brother behind his own
16 insecurities (Cain was the 1st physical murderer and field is symbolic to
17 streets). Now, it wasn't fully Cain's fault his insecurities were
18
19
20 ____. there, due to his parents experiencing exhile from the Garden of Eden
21 Insert ¶ # while dealing with spiritual death because the serpent caused
22 them to go against God (this is where paganism starts because
23 the serpent is NOT the TRUE GOD). Now, to wrap this up quickly
24 let me dive a little deeper in explanation using Blood, CRIPS,
25 & SUR to explain what I mean ① Genesis 4:10 And he said, What
26 hast thou done? the voice of thy brother's blood crieth unto me,
27 from the ground. (Death) ② Crip can also be spelled
28 crypt meaning an underground room or vault beneath a church,
used as a chapel or burial place. (DEATH)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    South Siders is symbolic to South America. Argentina
2    _____ is a country in S. America and the Pope over Latin America
*Insert ¶ #*
3    which is The Vatican yet he's from Argentina. Plus, he
4    worships the dead so South Siders are his soldiers just
5    like Knights Templar (a catholic component of the Catholic
6    Church) Then, to go further in the world's history
7    I'm going to show another way gangs have been deceived
8    into being blackmailed and sacrificed (Bloods & Crips) by
9
10   _____ killing one another over colors. Example: blood can look
*Insert ¶ #*
11   red to an extent. In Revelation 12:9 Jt talks about the red
12   dragon that made war against the woman and her
13   seed. Now, Using PHONICS the word Crypt means a burial place,
14   Crip is a blue color wearing gang member, and crypto
15   currency is digital which comes from the blue sky
16   where the electric magnetic field is (but futher in space).
17   This right here shows who is being blackmailed
18
19   _____ as they lose so the other party who is the real enemy
*Insert ¶ #*
20   of God gets away with murder, slander, etc. Then the
21   USA South Siders are put into the middle in order to
22   intimidate anybody who dares to standup while not knowing
23   that they're being blackmailed too because the main
24   author of the confusion is hiding in the shadows
25   while sacrificing other people lives and it all started
26   because he don't want to have to face judgement
27   so blaming others helps him save face!
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

# HE is A gangsta

Victoria Dillihunt

(Part 1: Transitioning)

Insert ¶ #.

He is a gangsta, he is a G
He be thugging in the streets
He used to shed blood, now he showing Love
He's still a G straight out the mud
He is a gangsta, he is a G
He be snatching territory
representing a real G; crafted by GOD

___: a gangsta with heavenly authority
Insert ¶ #
Strategically trained in these streets
He is a gangsta, he is a G
a gangsta that found his identity
after many years tryna find it on his own
this gangsta finally made his way home
down on his knees seeking Christ face
is where he found Gods' grace

___. He is a gangsta, he is a G
Insert ¶ #
one that's banging G-O-D
He's banging G-O-D (G-O-D)
Running through the dark like braveheart
swimming in a sea full of sharks
that's what made him triple OG
while walking towards his destiny
He is a gangsta, he is a G
a vessel setting captives free

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Victoria Dillihunt

# HE IS a GANGSTA

(Part 2: Ending)

1

*Insert ¶ #*

2 pressing forward towards the mark

3 snatching souls out the dark

4 staying humble every day

5 making sure that he pray

6 He is a gangsta, he is a G

7 a gangsta claiming VICTORY (Oh yeah, the victory)

8 G-O-D has given him VICTORY (Victory G-O-D)

9

10 ___. He used to be on the block selling dope

*Insert ¶ #*

11 now he's out there giving out hope

12 He used to be in the street sending hoes

13 now he's finally restoring homes

14 He used to be like a rebellious child

15 now he's returning from the wild

16 He is a gangsta, He is a G

17 he has authority over all beast

18

19 ___. He is a gangsta, He is a G

*Insert ¶ #*

20

21 he's finally overcoming the lies of the enemy

22 He is a man, He is a King

23 he's putting away childish things

24 He is a man, He is a King.

25 he's finally grew into his sovereignty

26 He is a man, He is a King

27 he's found a virtuous woman worthy of a wedding ring

28 He is a man, He is a King

and God is head over his family!

He is a man, He is a King

Who gets his directions Civil Rights Complaint Pursuant to U.S.C. § 1983 from GOD before Anybody or anything!

Page Number

ARISE from the G into A SOVEREIGN KING!

# DEAR BLACK MAN

**B E   M A D E** *(left margin, vertical)*

**W H O L E   K I N G S!** *(right margin, vertical)*

1  _____. Here I sit tonight with this burden on my chest,
*Insert ¶ #*

2  This feeling that I have has left me with NO REST,

3  I stand at this door as I lay down my life for you,

4  even after all the hell you have put me through,

5  Truth be told healing must have its way,

6  so that we can both see a brighter day,

7  It has taken me so much to see past your beast,

8  because I still remember the things you did to me,

9

10  _____. Now that I know that it wasn't really you,
*Insert ¶ #*

11  My LOVE for Jesus Christ of Nazareth wills to see you through,

12  It grieves my heart to be the one that shares to you your truth,

13  however I am glad it is me because it helped change my view,

14  All my life you were a monster in my eyes,

15  One that was consumed by the world & your pride,

16  I was torn apart with nobody to hear my cries

17  I was broken into pieces behind somebody else's lies,

18

19  _____. the perversion of our essence brought other people their blessings,
*Insert ¶ #*

20  as they pretended like we were a curse, while in their presence,

21  so here I STAND to give you your pardon,

22  for the fall that was caused back in the garden,

23  it took a long time for us to get here,

24  because only Jesus Christ of Nazareth could make the road clear,

25  Now that HE has called you to a higher place,

26  God shall restore you in the enemy's face,

27  As I submit myself to my origin, You shall finally have your DOMINION,

28

Yes, Black Man you are FORGIVEN

*Page Number*

-Victoria Dillihunt

NOW, Let us go experience the LAND of the LIVING

Calling: Pastor Ralph M Kissick
from Bethel Church for:::

# ALPHABET (Names of God)

1.
2. A Alpha (Revelation 1:8)
3. B - Bright and Morning Star (Revelation 22:16)
4. C - Calvary's Hero (Luke 23:33)
5. D - Day Spring from on High (Luke 1:78)
6. E - Everlasting Life (John 3:16)
7. F - First Fruits (1 Corinthians 15:20)
8. G - Good Shepherd (John 10:11)
9.
10. H - High Lifted UP (Isaiah 6:1)
11. I - Immortal and Invincable (1 Timothy 1:17)
12. J - Joy of My Salvation (Psalms 51:12)
13. K - King of Kings (1 Timothy 6:15)
14. L - Lord of Lords (1 Timothy 6:15)
15. M - Messiah (John 4:25)
16. N - **Nothing is Impossible ( Luke 1: 37)**
17. O - Omnipotent, Omniscient, Omnipresent (Romans 8:38-39)
18.
19. P - Prince of Peace (Isaiah 9:6)
20.
21. Q - Quickening Power (Romans 8:11)
22. R - Rock in a hard place (Psalm 62:6)
23. S - Shelter in a time of Storm (Isaiah 4:6)
24. T - True Vine (John 15:1)
25. U - Unchanging God (Psalms 89:34)
26. V - Victory over death, hail, and the grave (1 Corinthians 55:54-58)
27. W - Washes sins away (Acts 22:16)
28. X - Xfactor ( 2 Corinthians 5:17)
   Y - Yoke is Easy (Matthew 11:30)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

ZION of my Life! (Isaiah 33:5)

Strength of Sin is the law!

**Claim #(  )**

*(insert Claim#)*

____.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*
.All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

____.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*
All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23 For rebellion is as the sin of witchcraft And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

1 Corinthians 15:55 O death, where is thy sting?

*Insert ¶ #*
O grave, where is thy victory? 1 Corinthians 15:56 The sting of death is sin; and the strength of sin is the law. 1 Corinthians 15:57 But thanks be to God, which giveth us the victory through our LORD Jesus Christ. 2 Corinthians 3:6 Who also hath made us able ministers of the new testament; NOT of the letter, but of the spirit: for the letter killeth but the spirit giveth life.

____.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The sting of death is sin and the promoting of sin is unto death. The strength of sin is the law. Basically the wicked use the laws to oppress our people/ into sin so they can try to hold us in captivity as their servant.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

False Leaders

## Claim #(  )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* ___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23-For rebellion is as the sin of witchcraft and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King. *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* ___. 2 Corinthians 11:13 For such are false apostles, deceitful workers, transforming themselves into the apostles of Christ. 2 Corinthians 11:14 - And no marvel; for Satan himself is transformed into an angel of light. 2 Corinthians 11:15 - Therefore it is no great thing if his ministers also be transformed as the ministers of righteousness; whose end shall be according to their works.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Due to infiltration going on amongst religions; I have had to fight to obtain what is mine by promises of God and bloodlines. I have dealt with the children of Satan pretending to be of the light after intentionally misleading the world into pagan worship while attacking the TRUTH out of fear of their judgement due to choices they made. Also, most of these individuals are leaders in their line of work that chose wealth at the expense of others.

ZION Deliver thyself

1
2

## Claim #( )

*(insert Claim#)*

3
4

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

5
6 *Insert ¶ #*

.All rights have been violated according to the US Constitution
and Declaration of Independence. Outside of those two, the
laws have been violated on a Global Stage, according to
the Laws and Precepts of The King of Kings and Lord
of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom,
El Shaddai, Adonai, Jesus Christ of Nazareth, etc

7
8
9
10
11

___. Plaintiff alleges the above claim against the following Defendant(s):

12 *Insert ¶ #*

All defendants played a part in the charades of witchcraft,
idolatry, and organized crime (All across the world) using Religion & Government as a
weapon to wage many different forms of warfare. 1 Samuel 15:23 For rebellion is as the sin of witchcraft,
And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.

13
14
15
16

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17 *Insert ¶ #*

:Zechariah 2:7-Deliver thyself, O Zion, that dwellest with
the daughter of Babylon.
Psalms 129:5- Let them all be confounded and turned back
that hate Zion.
Psalms 76:2- In Salem also is his tabernacle, and his dwelling
place in Zion.

18
19
20
21
22
23

24
25 *Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this
claim, Plaintiff was harmed in the following way:

26
27
28

I have had my identity robbed by the daughters of Babylon. So
that they could continue spreading harlotry, I was
sacrificed in their place, and Satan could obtain the 1,000
year reign. This forced me to fight to deliver myself
from the daughter of Babylon.

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Sing, daughter of Zion*

## Claim #(   )

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*

.All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage, according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. 1 Samuel 15:23 For rebellion is as the sin of witchcraft, And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected

*(You may list facts supporting your claim. Be specific about how each Defendant* thee from being King. *violated the rights giving rise to this claim.)*

*Insert ¶ #*

.Psalms 134:3 - The LORD that made heaven and earth bless thee out of Zion.
Zephaniah 3:14 - Sing, O daughter of Zion; shout, O Israel; be glad and rejoice with all the heart, O daughter of Jerusalem.

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Being misplaced from the original grounds of my people, has given other people the opportunity to exploit, traffic, enslave, blackmail, frame, accuse, and blame us for what is happening as if we removed ourselves and abandoned our foundation. Also, they have misled a number of my people into falsehood and into persecuting each other as they got away f      being held ACCOUNTABLE.

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

Religion & The World have Violated
Deuteronomy 24:7 ! This is LAW !!!

**Claim #( )**

*(insert Claim#)*

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the US Constitution
*Insert ¶ #*
and Declaration of Independence. Outside of those two, the
laws have been violated on a Global Stage according to
the Laws and Precepts of The King of Kings and Lord
of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom,
El Shaddai, Adonai, Jesus Christ of Nazareth, etc

_____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
All defendants played a part in the charades of witchcraft,
idolatry, and organized crime (All across the world) using Religion & Government as a
weapon to wage many different forms of warfare. I Samuel 15:23- For rebellion is as the sin of witchcraft,
and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, He hath also rejected thee from being King.
*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Deuteronomy 24:7- If a man be found stealing any
*Insert ¶ #*
of his brethren of the children of ISRAEL, and maketh
merchandise of him, or selleth him; then that thief
shall die; and thou shalt put evil away from among
you.
X This was done this round by Religion (Catholics stealing
the church & prostituting her) & White Supremacy (World System)

_____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
This has been being done to the Blacks for decades.
We've been sold, our things have been stolen, and
they have made merchandise of us by using tools/weapons
of slavery (jobs, drugs, prostitution, sports, music, religion,
housing, MEDICAL Social SERVICES, WAR, SCATTER
AFRICA, etc). Also, by taking our creations as their
own, taking our children, husbands, and wives. etc.

*Cain reversed his curse* **ONTO** *the innocent. (He built the city)*

Claim #(   )

*(insert Claim#)*

3 ___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim )*

All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Scope according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh, El Shaddai, Yehoshua, El Roi, Adonai, Elohim, Jehovah-M'Kaddesh, Jesus, I AM THAT I AM

11 ___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants partook in the charades of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Genesis 4:10- [10] And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. [11] And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand. [12] When thou tillest the ground, it shall not henceforth yield unto thee her strength; a fugitive and a vagabond shalt thou be in the earth.

24 ___. As a result of the Defendant's violation of the rights giving rise to this
25 *Insert ¶ #* claim, Plaintiff was harmed in the following way:

The sorcery that has been used is spiritual rape because they use the grounds to spill blood from the music that they release in the airways & they use the airways to release potions to put the people under control on the grounds (MKUltra, Chemtrails, etc). The digital realm is the manifestation of when God told cain he was cursed from the earth which means that the digital realm, astrology, space, cosmos, stars, saints (Roman Catholic/Buddhist/Hindu), all come from the satanic realm of sorcery. Technology is witchcraft! It's Artificial

Judges portraying to be GOD while systematically being BIAS towards Justice due to Influential Claim #(___) Peddling!

Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Genesis 1:3 - And God said, Let there be light: and there was light (Hebrew Definitions) ⁰God = H430 = elohim means of the supreme God; occasionally applied by way of deference to magistrates) compare H3512='el means the Almighty, power, strong. ⁰ Said = H559 = 'amar means command, speak, ⁰ be = H1961 = hayah means come to pass, do, happen, ⁰ light = H215 = 'owr means glorious, set on fire, shine compare H216 = 'owr means illumination, bright, clear, morning, sun

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

The magistrates (judges) have helped the wicked get away with stealing from me, as they have denied my cases but others are benefiting off of my civil suits. In fact as they benefit off of evil I am constantly trying to receive justice. Also, due to this being Genesis 1:3 then this proves that the judges have been interfering with my beliefs by playing God which has caused a lot of US injustice because they are working for a system that is governed by the BEAST which makes me their enemy because of my beliefs, the ans[w]ering on my life, & humans pretending to want justice without spiritual balance

Barak used to curse God while President!

## Claim #(   )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

·All rights have been violated according to the US Constitution for
*Insert ¶ #*
humanity. It was said to be founded on the WORD of GOD by the fore fathers of
America as it's supposed to align with the Declaration of Independence. All
the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with
the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD
the people, etc have been violated and downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades
of Witchcraft. Some partook willingly and others unwillingly
partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

·Genesis 1:28 And GOD blessed them, and GOD said unto them,
*Insert ¶ #*
Be fruitful, and multiply, and replenish the earth, and subdue it: and have
dominion over the fish of the sea, and over the fowl of the air, and every living thing that moveth
upon the earth. (Hebrew Definitions) Blessed = H1288 - Bârak meaning man(as a benefit) also
(euphemism) to curse (God or King, as treason) blaspheme. Fruitful = H6509 = pârâh meaning
bring forth fruit, increase. Subdue = H3533 = kâbash meaning negatively to disregard or
positively to conquer

____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Under Barack Hussein Obama II is where you will find him doing exactly what the Hebrew definition
of blessed meaning Barak said which was to curse God or King, as treason; blaspheme - He did USA in
very badly by allowing same sex marriage with the approval of man yet it is blasphemous
to the God I serve & to whom the nation was believed that it's foundation
stands on.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Rights Stolen @ Birth*

## V. CLAIMS

*Close to Esau and Jacob!*

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ # federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___. The above civil right was violated by the following Defendants:

Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

Genesis 3:15 - And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. Revelation 12:1 - And there appeared a great wonder in heaven; a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars; 1 Timothy 5:22 - lay hands suddenly on no man, neither be partaker of other men's sins: keep thyself pure. Joshua 1:3 Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses.

___. As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ # was harmed in the following way:

When we give birth and the baby head is coming out it's called "CROWNING"? However, the doctor has to touch the head to pull baby out so a transference of spirits occur (lay hands suddenly on no man), Joshua 1:3 Every place that the sole of your foot They put our footprint on a paper w/ a seal and then we 1 Timothy 5:22 are cast into the digital realm of beast system. As we are marketed as collateral for the wicked without giving a chance at life. We are marketed, charged to live, and charged to die by the serpent seed (which are people in positions)

Medical Profession in violation of our GOD given Birthrights by Registering babies in a system after placing foot print on a

## V. CLAIMS document!

**Claim #1**

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ # federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___. Genesis 3:15 - And I will put enmity between thee and the
Insert ¶ #
woman, and between thy seed and her seed, it shall bruise thy head, and thou shalt bruise his heel. 1Timothy 5:22 - Lay hands suddenly on no man no man, neither be partaker of other men's sins: keep thyself fiture. Joshua 1:3 Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses

___. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ # was harmed in the following way:

The enemy uses the medical profession to victimize our kids. Laying hands is the truth in the spiritual to cast out demons However, when people touch your head, that also transfers spirits. The medical profession also is the one that experiments on humanity to come up with problems and fake solutions. Joshua 1:3 is how we have be sacrificed to the enemy (Satan who is the prince of the air) because the digital system is a portal to the universe. 1Timothy 5:22 - Is how transference of spirits happen because the doctors & nurses handle the babies and we don't know what they do in their personal life.

# Genesis 4:14 (Part 1)

1   CAIN is hiding from GOD by playing like God
2   based off of a Reptilian System the fallen built!

3   Plaintiff realleges and incorporates by reference all of the paragraphs above.
    *Insert ¶ #*

    *(List any other legal claim you have that is related to your civil rights claim.)*

5   All rights have been violated according to the US Constitution for
6   humanity. It was said to be founded on the WORD OF GOD by the fore fathers of
7   America as it's supposed to align with the Declaration of Independence. All
8   the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with
9   the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD
10  the people, etc have been violated and downplayed

11  Plaintiff alleges the above claim against the following Defendant(s):
    *Insert ¶ #*

13  All Defendants have played a part in the charades
14  of witchcraft. Some partook willingly and others unwillingly
15  partook behind another parties policies, influence, etc.

16  *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17  Genesis 4:14- Behold thou hast driven me out this day from the face of
18  the earth and from thy face shall I be hid; and I shall be a fugitive and a
19  vagabond in the earth; and it shall come to pass, that every one that
20  findeth me shall slay me. (Hebrew Definitions) out = //wfy = pariym means: to drive out from
21  a possession face #6440 = pariym means presence, countenance, sight earth H127 = adamah means soil (from its
22  general redness), country, ground, compare H119 = adam means to show blood in the face H3921 = al means because of
23  compare H5920 = al means the highest (i.e. GOD), to JEHOVAH, most high + compare H5921 = alah means to ascend, cut off,
24  depart, fail, lift (self) up, the ROOF, set up + face = Wahfor pariym means presence, countenance, sight. Hide H5641 to either
25  As a result of the Defendant's violation of the rights giving rise to this
    claim, Plaintiff was harmed in the following way:

26  Basically, the Hebrew text for Genesis 4:14 is Evidence of WHITE SUPREMACY making me pay their dues for
27  the curse of Cain. Proof is definitions for out, face, earth (RACISM starts HERE) Cain was stripped of his color
28  but he still was a part of Adam's bloodline (the racism stems from being driven out from the face of the earth).
    from face hid (Cain decides to hide from the face of GOD)

Page Number

Civil Rights Complaint Pursuant to U.S.C § 1983

# Genesis 4·14 (Part 2)

## PROFESSIONALS ACTING like their the Chosen when their Authority came from a fallen Nature!

Claim #(...)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for
*Insert ¶ #* humanity. It was said to be founded on the Word of GOD by the forefathers of
America as it's supposed to align with the Declaration of Independence. All
the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with
the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD
the people, etc have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades
of Witchcraft. Some partook willingly and others unwillingly
partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Genesis 4:14 - Behold thou hast driven me out this day from the face of the
*Insert ¶ #* earth and from thy face shall I be hid; and I shall be a fugitive and a vagabound
in the earth; and it shall come to pass, that every one that findeth me shall slay me.
(Hebrew Definitions) fugitive H5128 = nuwa means: to waver, be promoted, reel (a photographic film,
music composed for dancing a reel, a scottish Highlanders' dance, American country dance.)
vagabond = H5110 = nuwd means to nod, flee, disappear, to console (a scientific instrument consisting of
displays § An input device that an operator can use to monitor and control a system (especially a
computer system) housing for electronic instruments, as radio or television.)
___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

According to the Hebrew definitions of fugitive § vagabond - that proves that
the same system (Cain's cursed system) is still in play, the industry that is supposed
to be silenced stole the inheritance, they're pretending to be me, as everybody
watches me struggle, mocks my situation on the TV § Radio because they
feel like they have gotten away with their scandal. That's why it seems
like the world is on repeat instead of
moving according to the flow of God.

*Page Number*
*Civil Rights Complaint Pursuant to U.S.C. § 1983*

# Genesis 4:14 (Part 3)
# Birthright Robbery/Stolen Identities
## for Embezzlement Purposes

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

. Genesis 4:14- Behold thou hast driven me out this day from the face of the earth, and from thy face shall I be hid; and I shall be a fugitive and vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. (Hebrew Definitions) ① findeth= H4672= Matsa means: to attain (me): find or acquire, catch ② slay= H2026= harag means to smite with deadly intent; destroy, kill, murder, make (slaughter), slay (-er)

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

The people doing the dirt are hiding behind their titles, money, influence, n lies, etc. This is how they have misused their possession of Gods gifts, Gods Word, etc to destroy Gods Chosen ones.

The fallen is Replicating the Righteous. The digital realm & Cosmos (science) is the voice of demonic spirits **Claim #( )** portraying to be THE MOST HIGH!

*(other Statue)*

*Insert ¶ #*
_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*
_____. All rights have been violated according to the US Constitution for humanity, It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real God, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

*Insert ¶ #*
_____. Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have "played a part" in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*
_____. Exodus 7:9-13 ⑨ And the LORD spoke unto Moss and Aaron, saying, ⑨When Pharaoh shall speak unto you, saying Show a miracle for you: then thou shalt say unto Aaron, Take thy rod and cast it before Pharaoh, and it shall become a serpent ⑩And Moss and Aaron went in unto Pharaoh, and they did so, as the LORD had commanded: and Aaron cast down his rod before Pharaoh, and before his servants, and it became a serpent. ⑪Then Pharaoh also called the wise men and the sorcerers: now the magicians of Egypt they also did in like manner with their enchantments. ⑫For they cast down every man his rod, and they became serpents: but Aaron's rod swallowed up their rods.

_____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*
Moses and Aaron were being obedient to God however Pharaoh (symbolizing the World) had magicians and sorcerers that replicated what Aaron did. This is exactly what is happening NOW. The magicians & sorcerors are replicating the Chosen ones (from God) pretending to be of God, & they are causing chaos, confusion, & destruction throughout the land & the World looks act as if we are doing it



Using SIN & FRAUD as a Method to subject
the Chosen Ones to Embezzlement (in the church too)
by keeping them in INTENTIONAL sin. Giving the
WICKED Priest (Roman Catholic Church) the ability
to TAX/Collect what's NOT THEIRS!

Claim #(   )

Plaintiff alleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

Insert ¶ # All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be Fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ # All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Insert ¶ # 2 Kings 12:9-13, 16

See "Handout on Topic Compromise"

2 Kings 12:13- Howbeit there were not made for the house of the LORD bowls of silver, snuffers, basins, trumpets, any vessels of gold, or vessels of silver, of the money that was brought into the house of the LORD. 2 Kings 12:16 The trespass money and sin money was not brought into the house of the LORD: it was the priests.

___. As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

They intentionally used what God said not to use for the LORDs house in order to rob the inheritance by perverting the music & using artificial instruments inside the temple instead of our worship being authentic since we claim to be the children of God- They has lated the people because the sinful money goes to the priest so they used me & put sin in me to blackmail me while they're getting rich off of me

Civil Rights Complaint Pursuant to U.S.C. § 1983

# SNAPPING the Prophets for Profit!
# Exchanging Prophets for Witches/Sorcerers!

Claim #( )

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It is said to be Founded on the WORD of GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people,etc. have been violated & downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have played a part in the charade of witchcraft.

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. 1 Samuel 28:6-8 And when Saul enquired of the LORD, the LORD answered him not, neither by dreams, nor by Urim, nor by the prophets. Then said Saul unto his servants, Seek me a woman that hath a familiar spirit, that I may go to her, and enquire of her. And his servants said to him, Behold, there is a woman that hath a familiar spirit at Endor. And Saul disguised himself, and put on other raiment, and he went and two men with him, and they came to the woman by night and he said, I pray thee, divine unto me by the familiar spirit, and bring him up, whom I shall name unto thee. 1 Samuel 28:10- And Saul sware to her by the LORD, saying, As the LORD liveth, there shall be no punishment happen to thee for this thing (Endor was a Canaanite City) The Church being in Rome is sorcery)

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Due to the fact that people felt like GOD wasn't moving fast enough, they sought out the witches to help them see so that they could know how to Navigate. However, Jezebel has led them into a man hunt against GOD and his chosen. That has cost the entire world to go astray and then because I am prophetic (mouth of God) they try to make it seem like I am living a lie and the witches, sorcerers, and the Elite, ore have been working hard to reverse the roles. Also, even though they know its witchcraft involved they still been fighting to keep from me receiving the true justice me that is owed to me. I'm not into sorcery & I will like it you'd stop putting me in that box

Civil Rights Complaint Pursuant to U.S.C. § 1983

GAZA Harlot/Delilah used by Philistines to set up Samsun through Seduction To find his strength so the philistines (Hamas) could defeat Samsun (Israels Hero)

**Claim #** _____

*(Insert Claim)*

3. _____ Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____ All rights have been violated according to the US Constitution for humanity. I was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to aligh with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

*Insert ¶ #*

_____ Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____ Judges 16:1-3 (The GAZA HARLOT) Samsun seen a harlot when he got to GAZA and he slept with her. While he was sleeping with her he was being surrounded by troops with a plot to kill him in the morning. He silently escaped in the middle of the night. Judges 14:4-31 (The Samsun & Delilah Story) Samsun escaped the first plot but then the Philistines called for Delilah & offered her money to find Samsun strength using seduction. Samsun fell for Delilah and was destroyed after she told his enemies his strength. Samsun was a hero for Israel!

*Insert ¶ #*

_____ As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Right NOW, there is a fight between Israel & Hamas (GAZA). SAMSUN is a representation of Israel & GAZA symbolizes The Harlot which means that there's witchcraft going on because that was based off of old Roman days & Empires however The MODERN day WHORE is ROMAN CATHOLIC CHURCH which is causing division, destruction, etc. throughout the entire world in order to conquer the entire land for Satan. The terrorist groups are all a part of the beast system to steal, kill, and destroy!

Civil Rights Complaint Pursuant to U.S.C § 1983

The Harlot paid to Seduce Samson.
The Latina (other races to used to divide the
Black families & to strip the men of their power
(whether hair, money, fame, etc) to weaken their strength

**Claim (____)**

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution

*Insert ¶ #*

It was said to be founded on the Word of GOD by the forefathers of America
as it's supposed to align with the Declaration of Independence. All the Rights
that were given by GOD to the Blacks which were: To Fellowship with the
REAL GOD, TILL and Keep the land, be fruitful and multiply, and to
lead the people, etc - have been violated & downplayed.

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft.

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Judges 16:1 Then went Samson to Gaza, and saw there a harlot, and

*Insert ¶ #*

went in unto her. Judges 16:4 And it came to pass afterward, that he loved a
woman in the valley of Sorek, whose name was Delilah. Judges 16:5 And the lords of the
Philistines came up unto her, and said unto her, Entice him, and see wherein his great strength lieth,
and by what means we may prevail against him, that we may bind him to afflict him: and we
will give thee every one of us eleven hundred pieces of silver. Judges 16:15 And she said unto him How
canst thou say, I love thee, when thine heart is not with me? thou hast mocked me these three times, and hast
not told me wherein thy great strength lieth.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way: (Filthy/Wicked)

I have been ostracized because I won't allow them to use me as a weapon
of seduction to obtain whatever it is they want. They, they have used these type of
women to bear false witness against me, steal from me the inheritance, force me to
pay their penalty of losing all humiliate me, etc. So that they can strip
the black men of their GOD given right to overtake the kingdom
by keeping them. Civil Rights Complaint Pursuant to U.S.C. § 1983 complacent with the image
but still under somebody else's control (illusion) I AM not A HIRELING
& It's TIME I GET JUSTICE & PEOPLE STOP PRETENDING TO BE ME!

⚡King

Sodomy/Perversion destroys the victim
while empowering the Abuser! Sodomy (ANAL) sex
is how the enemy use people to curse God while
giving SATAN AUTHORITY over their mind, body, soul

**Claim#**

_Insert ¶ #_ Plaintiff realleges and incorporates by reference all of the paragraphs above.

_(List any other legal claim you have that is related to your civil rights claim.)_

_Insert ¶ #_ All rights have been violated according to the US Constitution for humanity. It is said to be founded on the WORD of GOD by the forefathers of America as its suppose to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

_Insert ¶ #_ Plaintiff alleges the above claim against the following Defendant(s):

All defendants have played a part in the charade of witchcraft.

_(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)_

_Insert ¶ #_ Judges 19: 22 Now as they were making their heart merry, behold, the men of the city, certain sons of Belial, beset the house round about, and beat at the door, and spake to the master of the house, the old man, saying, Bring forth the man that came into thine house, that we may know him. (23) And the man, the master of the house, went out unto them, and said unto them, Nay, my brethren, nay I pray you, do not so wickedly; seeing that this man is come into mine house, do not this folly. (24) Behold, here is my daughter and concubine; them I will bring out now, and humble ye them, and do with them what seemeth good unto you: but unto this man do no such vile thing. (verse 25 paraphrased: the sons of Belial raped the concubine all night until the morning, let her go, and she died))

_Insert ¶ #_ As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

They have harmed me by preventing my essence, using the system (especially children foster service) as an organization that prostitutes the people as sacrifices in order to cover their own asses for the debts that they have racked up. So these corrupt elites used me, then tried to sacrifice me while obtaining my daughters, covering up rape & sexual assault that happened to them since they been in the system however the whole entire system is perversion & its a system that is governed by the SONS of BELIAL. Sons of Belial are scoundrels that commit various acts of wickedness such as: drunkenness Sam 1:14, hostility Sam 25:25, ABUSE of POWER 1 Sam 2:12, Idolatry = Deut 13:13, Rebellion 1 Sam 10:27, 2 Sam 16:7, lying & Perverse speech Prov 6:12, 19:28 and sexual perversion. You have Authorized murderers, pedophiles, thieves to govern & make

What defines wickedness. Their ACTIONS are also
weighed on this balance. Ex: Science was made so
man could put their meaning on Gods creation!

Claim #(____)

3  ____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
   *Insert ¶ #*
4

5  *(List any other legal claim you have that is related to your civil rights claim.)*
   ____. All rights have been violated according to the US Constitution
6  *Insert ¶ #*
   for humanity. It is said to be founded on the Word of GOD by the forefathers of
7  America as its supposed to align with the Declaration of Independence.
8  All the Rights that were given by GOD to the Blacks which were: To follow sing
9  with the REAL GOD, TILL and KEEP the Land, be fruitful and multiply, and
10 to LEAD the people, etc. have been violated & downplayed
11
   ____. Plaintiff alleges the above claim against the following Defendant(s):
12 *Insert ¶ #*
13 All defendants have played a part in the charade of witchcraft
14
15
16      *(You may list facts supporting your claim. Be specific about how each Defendant*
        *violated the rights giving rise to this claim.)*
17      Proverbs 6:16-19 (16) These six things doth the LORD hate: yea, seven
   *Insert ¶ #*
18 are an abomination unto him (17) A proud look, a lying tongue, and hands that
19 shed innocent blood, (18) An heart that deviseth wicked imaginations,
20 feet that be swift in running to mischief, (19) A false witness
21 that speaketh lies, and he that soweth discord among brethren.
22
23
24
   ____. As a result of the Defendant's violation of the rights giving rise to this
25 *Insert ¶ #* claim, Plaintiff was harmed in the following way:
26 The root of the system is built off of these six things which only breed people
27 to be as such however due to their ability to hide behind their title or their
28 positions they don't pay for their War crimes against humanity.
   Whether it be physically, audibly, or using documentation. Every day
   they shed innocent blood, look down on people with their pride, encourage
   false witnesses, form slander campaigns, and sow
   discord among people. All 7 of these things they personally did,
   partook in the plot against, or had others do to me.

Women & Money have led many men to work against themselves while subjecting them to a spiritual **Claim #(** death/worshipping idols!

*(insert Claim)*

_Insert ¶ #_ . Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

_Insert ¶ #_ . All rights have been violated according to the US Constitution for humanity. It is said to be founded on the WORD of GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

_Insert ¶ #_ . Plaintiff alleges the above claim against the following Defendant(s):

All defendants have played a part in the charade of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_Insert ¶ #_ Proverbs 7:19-27 For the goodman is not at home, he is gone a long journey (20) He hath taken a bag of money with him, and will come home at the day appointed. (21) With her much fair speech she caused him to yield, with the flattering of her lips she forced him. (22) He goeth after her straightway, as an ox goeth to the slaughter, or as a fool to the correction of the stocks (23) Till a dart strike through his liver; as a bird hasteth to the snare, and knoweth not that it is for his life (24) Hearken unto me now therefore, O ye children, and attend to the words of my mouth (25) Let not thine heart decline to her ways, go not astray in her paths. (26) For she hath cast down many wounded: yea, many strong men have been slain by her. (27) Her house is the way to hell, going down to the chambers of death.

_Insert ¶ #_ . As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Defendants have hurt me by worshipping the matter of the dead, then pretending like I am her by keeping me in the streets, stopping All my money (trying to make me *indirectly* Hoe for money), & then because that isn't working they keep my money dry which keeps me from buying food, which then kicks up the addiction of Meth to surpress hunger, and then they claim I just want to be In the ___Page Number___ streets and smoke dope- They do that also to try to force me To ___Civil Rights Complaint Pursuant to U.S.C. § 1983___ to get help from the system so they can keep trafficking- no. SEE, my whole situation is another parties projected illusion placed upon me because they cut all MY Access to Everything

Too many wicked die in agreement with
Satan by way of their jobs & careers (also behind
their faith)

## Claim #(  )

*(insert Claim#)*

2

3  ____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4

5  *(List any other legal claim you have that is related to your civil rights claim.)*

6  *Insert ¶* ____. All rights have been violated according to the US Constitution

7  and Declaration of Independence. Outside of those two the

8  laws have been violated on a Global Stage according to

9  the Laws and Precepts of The King of Kings and Lord

10  of Lords Yahweh, El Shaddai, Yahoshua, El Roi, Adonai, Elohim,

11  Jehovah M'Kaddah, JESUS, I AM THAT I AM

____. Plaintiff alleges the above claim against the following Defendant(s):

12  *Insert ¶ #*

13  All defendents have played a part in the charades of witchcraft.

14

15

16  *(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17  ____. Proverbs 18:4-7 ④ The words of a man's mouth are as deep waters,

18  *Insert ¶ #* And the wellspring of wisdom as a flowing brook. ⑤ It is not good to accept

19  the person of the wicked, To overthrow the righteous in judgement. ⑥ A fool's lips

20  enter into contention, And his mouth calleth for strokes. ⑦ A fool's mouth is

21  his destruction, and his lips are the snare of his soul.

22

23

24  ____. As a result of the Defendant's violation of the rights giving rise to this

25  *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26  The world has neglected the righteous in judgement to accept the

27  wicked. The wicked have used their words in the form of manipulation

28  to deceive, run from correction, steal, etc. This has affected me

because I have to watch the mockery from people living a LIE while

they hold HOSTAGE my Life to try to prove their lies to be real

TRAINED to speak Death (word curses)

TRAINED to HATE Life (relationship with God)

## Claim #(  )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ 6*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* .All rights have been violated according to the US Constitution
and Declaration of Independence. Outside of those two, the
laws have been violated on a Global Stage according to
the Laws and Precepts of The King of Kings and Lord
of Lords Yahweh.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendents partook in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* . Proverbs 18:21 - "Death and life are in the power of the tongue".
and they that love it shall eat the fruit thereof.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The Media, Educational System, etc speaks from a dead system
which only steal, kills, and destroys the TRUE IDENTITY of humanity
so that they can pretend to be God. They cause us problems, gives us
half solutions, and they capitalize off of us dead & alive. All this
starts with Words yet they taught us Death by opposing the TRUE
WORD of LIFE!

*Zion the Outcast is the Chosen by God!*

## V. CLAIMS

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #    federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh, before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

Jeremiah 30:16-19 ⑯ Therefore, all they that devour thee shall be devoured; and all thine adversaries, every one of them, shall go into captivity; and they that spoil thee shall be a spoil, and all that prey upon thee will I give for a prey. ⑰ For I will restore health unto thee, and I will heal thee of thy wounds, saith the LORD; because they called thee an Outcast, saying, This is Zion, whom no man seeketh after. ⑱ Thus saith the LORD; Behold, I will bring again the captivity of Jacob's tents, and have mercy on his dwelling places; and the city shall be builded upon her own heap, and the palace shall remain after the manner thereof. ⑲ And out of them shall proceed thanksgiving and the voice of them that make merry: and I will multiply them, and they shall not be few; I will also glorify them, and they shall not be small.

___. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #    was harmed in the following way:

The catholic church took this message and created their own representatives (Indian) in exchange of the true representatives (Blacks). The only outcast regarding Zion is Blacks. To prove this to be true look at verse 17 and you will see Thanksgiving and Make merry. Thanksgiving was given as a celebration for the Indians while blacks were still captive and make merry was also brought about explaining the history of Saint Nicholas (Santa) which stems from an Indian person and what they did and this is while Blacks were still in captivity. Also the adversaries have not gone into captivity yet but there are people who are infiltrating/twisting our truth while deceiving the rest of the world by making others confused about the truth. This is also how they made Mary and Jesus

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

Blameshifters

**Claim #( )**

(Insert Claim(s))

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

(List any other legal claim you have that is related to your civil rights claim.)

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed
Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ #

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. ② Timothy 3:1-5 ①This know also, that in the last days perilous times shall come. ②For men shall be lovers of their own selves, covetous, boasters, proud, blasphemers, disobedient to parents, unthankful, unholy, ③without natural affection, trucebreakers, false accusers, incontinent, fierce, despisers of those that are good, ④traitors, heady, highminded, lovers of pleasures more than lovers of God; ⑤Having a form of godliness, but denying the power thereof: from such turn away.
Insert ¶ #

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
Insert ¶ #

The wicked at heart accuse, abuse, & misuse me because of my faith, status quo, and/or struggles however my heart is my pure when it comes to God regardless of the things that were intentionally placed in my life to discredit me. The Elites give us nothing but destructive things then blame us because we have an appetite for the poison they left for us to self sabotage. Hypocrites!

*Backdoor Violation by Way of Wicked playing on languages and lack of Knowledge*

## V. CLAIMS

### Claim #1

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

_____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #* federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh, before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

_____. The above civil right was violated by the following Defendants:

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

Hosea 1:2 - The beginning of the word of the LORD by Hosea. And the LORD said to

*Insert ¶ #* Hosea, Go, take, unto thee a wife of whoredoms and children of whoredoms: for the land hath committed great whoredom departing from the LORD. * Hebrew Definitions:

① Hosea=H1954= Howsheca meaning= deliverer, its the name of Five Israelites, and it also means OSHEA! ② Take= H3947= laqach meaning= infold (envelope), seize, take (away, -ing, up), and USE. ③ Wife=H802= ishshah meaning= woman, adultress, Female ④ whoredoms = H2183= z'anuwn meaning= adultery and/or Idolatry ⑤ land = H776= erets meaning= earth, country and world. * * * Oshea is another name for Hosea. Hosea was a prophet of God. Oshea is Ice Cubes name.

_____. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #* was harmed in the following way:

With this being said, Hosea the prophet (Gods Mouthpiece) not swapped out with Oshea (ICE CUBE) in exchange for profit also because Oshea Jackson Sr & Oshea Jackson Jr (ICE CUBE) (H.SON) work in music and film then they would be considered Sorcerers. Also, they came to be a part of my church family to make it seem like I am the wife of whoredoms (Hosea 1:2). By doing that, it's easier to swap identities (as they thought) with a person who doesn't know who they are. Besides the fact that Ice Cubes name is OSHEA, he wrote the movies Barber Shop 2, and he's from NWA (Straight out of Compton) his partner from NWA extends my Jesus Is the Answer which is where I was trained & ordained. - His name is DJ Yella

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Jesus Rejected @ Nazareth**

**Pt. 2**

<u>Claim #(   )</u>

*(Insert Claim#)*

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* Mathew 13:54 And when he was come into his own country, he taught them in their synagogue, insomuch that they were astonished, and said, Whence hath this man this wisdom, and these mighty works? Mathew 13:55 Is not this the carpenter's son? is not his mother called Mary? and his brethren, James, and Joses, and Simmon, and Judas? Mathew 13:56 And his sisters, are they not all with us? Whence then hath this man all those things?

_____. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
*Insert ¶ #*

Due to people placing their narratives, titles, labels etc on me, I became Marked in the eyes of the community that was familiar with me so people judged me based off of another person's perception and that robbed me of a fair opportunity to build Relationships, establish myself in my God given identity. This also gave people too much power to destroy a person's life using lies, slander campaigns, gossip, their man given records, etc. What it also did was train people to judge one another but didn't teach them how to set boundaries, respect other peoples information and privacy, and how to shut off gossip

Jesus Rejected @ Nazareth Pt. 2

**Claim #( )**

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for
*Insert ¶ #*
humanity. It was said to be founded on the WORD of GOD by the fore fathers of
America as it's supposed to align with the Declaration of Independence. All
the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with
the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD
the people, etc. have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
All Defendants have played a part in the charades
of witchcraft. Some partook willingly and others unwillingly
partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

___. Matthew 13:57 - And they were offended in him. But Jesus
*Insert ¶ #*
said unto them, A prophet is not without honor, save, in his
own country, and in his own house.
Matthew 13:58 - And he did not many mighty works there
because of their unbelief.
Nasa is pretending like they're Nazareth the home of Jesus, but
that's the abode of Satan. Jesus is on a higher Realm with God and man
can't go to that place.
___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
The enemy used slander, lies, accusers, manipulation, the legal documentation,
influential peddling, robbery, death threats, set ups, etc. in exchange for PROFIT
in order to discredit the PROPHETESS. Then due to UNBELIEF that I have
been telling the truth it caused me to be limited in EVERY AREA of my
life and that made me Page Number unable to show forth my GOD given
abilities because of other people's Unbelief when it came to God
using me to Build His Vision, Reach a People, & being STANDING IN TRUTH!

Civil Rights Complaint Pursuant to U.S.C. § 1983

# RichMan

1

Claim #(___)

2

*(Insert Claim#)*

3     . Plaintiff realleges and incorporates by reference all of the paragraphs above.

4 *Insert ¶ #*

5

*(List any other legal claim you have that is related to your civil right claim.)*

6 *Insert ¶ #* All rights have been violated according to the US Constitution for

7 humanity. It was said to be founded on the WORD OF GOD by the forefathers of

8 America as its supposed to align with the Declaration of Independence. All

9 the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with

10 the Real God, Till and keep the land, be fruitful and multiply, and to LEAD

11 the people, etc have been violated and downplayed

12     . Plaintiff alleges the above claim against the following Defendant(s):

13 All Defendants have played a part in the charades

14 of Witchcraft. Some partook willingly and others unwillingly

15 partook behind another parties policies, influence, etc.

16

*(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

17 _____ Matthew 19:23 Then said Jesus unto his disciples Verily I

18 *Insert ¶ #*

19 I say unto you, That a rich man shall hardly enter into the

20 Kingdom of heaven. Matthew 19:24 And again I say unto

21 you, It is easier for a camel to go through the eye of a needle,

22 then for a rich man to enter into the Kingdom of God

23

24

25     . As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

26 The rich have plotted against the poor out of jealousy because they don't

27 like those scriptures (They even turned Camels into cigarettes.) Due to them,

28 being angry about this they chose to organize crime to cause the least fortunate to do

whatever it takes to get money which mostly puts them in compromising situations

and they get locked up. This is ~~Page Number~~ the rich's way of attacking God by

setting up His children and in their motives its as if they're saying to God

since you won't let us in Heaven then we're gonna lock them in Hell on

Earth, and torment them.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

2

**Claim #( )**

*(insert Claim#)*

3 ___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

4 *Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

5 All rights have been violated according to the US Constitution for

6 *Insert ¶ #* humanity. It was said to be founded on the WORD OF GOD by the forefathers of

7 America as it's supposed to align with the Declaration of Independence. All

8 the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with

9 the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD

10 the people, etc have been violated and downplayed

11 ___. Plaintiff alleges the above claim against the following Defendant(s):

12 *Insert ¶ #*

13 All Defendants have played a part in the charades

14 of witchcraft. Some partook willingly and others unwillingly

15 partook behind another parties policies, influence, etc.

16 *(You may list facts supporting your claim. Be specific about how each Defendant*

*violated the rights giving rise to this claim.)*

17 Luke 4:3-4 "And the devil said unto him, If thou be

18 *Insert ¶ #* the Son of God, command this stone that it be made

19 bread. And Jesus answered him, saying, It is written,

20 that man shall not live by Bread alone, but by every WORD of

21 GOD.

22

23

24 ___. As a result of the Defendant's violation of the rights giving rise to this

25 *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26 Defendants built empires off of this word which has perverted

27 the essence of my beliefs & Identity that's being spiritually prostituted by

28 the elite as they manipulate the Word to build themselves up.

Example: The word stone= roc        The Word MASON= secret society
+ The word Bread= money   or   + The Word Bread(meaning Jesus) = money

Selling Drugs      The MASONS USING JESUS
identity to steal the inheritance

## Claim #(___)

*(insert Claim#)*

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*
All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed.

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*
All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*
Luke 4:6-8 And the devil said unto him, All this power will I give thee, and the glory of them; for that is delivered unto me; and to whomsoever I will I give it. ⑦ If thou therefore wilt worship me, all shall be thine. ⑧ And Jesus answered and said unto him, Get thee behind me, satan: for it is written, Thou shalt worship the LORD thy GOD, and HIM only shalt thou serve.

As a result of the Defendant's violation of the rights giving rise to this *Insert ¶ #* claim, Plaintiff was harmed in the following way:

These individuals bought the enemies lies which left me targeted, abused, fighting for my life while being innocent so that others could do me any kind of way because they were compromising and tried to force me to be who I wasn't.

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

2

### Claim #(   )

*(insert Claim#)*

3     **Plaintiff realleges and incorporates by reference all of the paragraphs above.**

*Insert ¶ #*

4

5         *(List any other legal claim you have that is related to your civil rights claim.)*

6    *Insert ¶ #* All rights have been violated according to the US Constitution for

7 humanity. It was said to be founded on the WORD OF GOD by the forefathers of

8 America as it's supposed to align with the Declaration of Independence. All

9 the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with

the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD

10 the people, etc have been violated and downplayed

11

12     **Plaintiff alleges the above claim against the following Defendant(s):**

*Insert ¶ #*

13 All Defendants have played a part in the charades

14 of Witchcraft. Some partook willingly and others unwillingly

15 partook behind another parties policies, influence, etc.

16        *(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

17      Luke 4:9 And he brought him to Jerusalem, and set him on a

*Insert ¶ #*

18 pinnacle of the temple, and said unto him, If thou be the Son of

19 God, cast thyself down from hence.

20     Luke 4:12 - And Jesus answering, said unto him, It is said,

21 Thou SHALT NOT TEMPT THE LORD thy GOD

22

23

24

25     **As a result of the Defendant's violation of the rights giving rise to this**
*Insert ¶ #* **claim, Plaintiff was harmed in the following way:**

26 Everybody has played on the warfare of the Lamb &

27 His BRIDE by using his Word to rebrand their own identity

28 while not giving GOD his glory & using sorcery to try

and keep the chosen ones divided amongst each other

while having the world blaspheme Jesus Christ

of Nazareth.

# V. CLAIMS

## Claim #1

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

___.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #   federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be God.

___.   The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

John 1:45-46 ✱ Philip findeth Nathanael, and said unto him, We have found him of
Insert ¶ #
whom Moses in the law, and the prophets, did write, Jesus of Nazareth, the son of
Joseph ✱ And Nathanael said unto him, Can there any good thing come out of
Nazareth? Philip saith unto him, Come and see.

✱ Nazareth was considered a poor place however God still allowed this only begotten son to come from the bottom of the bottoms (poor places) to be the biggest blessing to Humanity by being a sacrifice in order to save humanity.

___.   As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #   was harmed in the following way:

Ice Cube's Straight out of Compton signifies his group NWA (niggas with attitudes). NWA planted the seed of Destruction sending Compton into rebellion instead of follow the footsteps of Jesus who came out of Nazareth (similar to Compton)!

# V. CLAIMS

## Claim #1

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

___.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #   federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___.   The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

___.   John 3:16 → For God so loved the World that
Insert ¶ #   He gave his only begotten so that whosoever believes in him should not perish but have an everlasting life.

___.   As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #   was harmed in the following way:

The Religious people & worldly people have been blocking us from doing Gods will which means they have been waging war against our beliefs while enforcing their own will on Humanity.

Page Number

# V. CLAIMS

## Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #   federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwittingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

___. John 3:16 - For God so loved the world that
Insert ¶ #   He gave his only begotten so that whosoever believes in Him should not perish but have an everlasting life.

___. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #   was harmed in the following way:

The Religious people & Worldly people have been blocking us from doing Gods will which means they have been waging war against our beliefs while enforcing their own will on Humanity.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

_____.  Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

_____.  Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #    federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah
Jireh, before there was any man made system, has been
violated by the laws of men that portray themselves to
be God.

_____.  The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft.
Some partook willingly and others unwittingly partook behind
another parties policies, influence, etc.

_(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)_

_____.  John 10:14-16 (14)I am the good shepherd, and know
Insert ¶ #    my sheep, and am known of mine. (15)As the Father knoweth
me, even so know I the Father; and I lay down my life
for the sheep. (16)And other sheep I have, which are not
of this fold: them also I must bring, and they shall
hear my voice; and there shall be one fold, and one
shepherd.

_____.  As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #    was harmed in the following way:

All the division in the churches & in the world has
broken my family and many others for selfish reasons
because God says "He has sheep that are not of the fold
(meaning their different from the typical sheep) He lets
us have a chance to get ~~Page Number~~ to know Him outside of
the religious system Civil Rights Complaint Pursuant to U.S.C. § 1983 that has enslaved humanity. It's
time that people move out the way so I can do
God's will & bring people to Christ Jesus of Nazareth!

## Claim #(   )

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for
humanity. It was said to be founded on the WORD of God by the forefathers of
America as it's supposed to align with the Declaration of Independence.
All the RIGHTS that were given by GOD to the BLACKS which were: To
FELLOWSHIP with the REAL GOD, TILL and keep the land, be fruitful and
multiply, and to LEAD the people, etc have been violated & downplayed.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have played a part in the charades of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

___. Acts 16:16 And it came to pass, as we went to prayer, a certain
*Insert ¶ #*
damsel possessed with a spirit of divination met us, which brought her
masters much gain by soothsaying: Acts 16:17 The same followed Paul
and us, and cried, saying, These men are servants of the most high God, which show
unto us the way to salvation. Acts 16:18 And this she did many days. But Paul, being grieved, turned
and said to the spirit, I command thee in the name of Jesus Christ to come out of her. And he came
out the same hour. Acts 16:19 And when her masters saw that the hope of their gain was gone, they caught
Paul and Silas, and drew them into the market place, unto the rulers.
___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

All the Kings and their men came up against the Lamb because they'd rather have witchcraft
that binds people instead of having The true living God that delivers people & all this stems
from a place of jealousy, uncertainty, etc. Thats why it was easier for them to join forces
to attempt to stop the TRUE LIVING GOD (which is insane)

## Claim #(   )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the fore fathers of America as its supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD), Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and down played

____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Acts 16: 16-24 ᴾᵃᵘˡ ᵗ ˢᴵᴸᴬˢ run into the fortune telling slave as
*Insert ¶ #* their ~~on~~ their way praying. The Spirit of divination began to speak through her and Paul casts out the demon. Her slave masters that profitted off of her being demonically possessed offers Paul & Silas up to the judges and have them put into jail (Acts 16: 16-24 Paraphrased)

____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

This is what has been going on in my life pertaining to the witches & sorcerors knowing who I am. They used influential peddling to sabotage my entire life so that the masters could continue prospering. They even went after Kobe, Nipssey Hussle, Donald Trump, etc

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(   )

*(Insert Claim(s))*

Insert ¶ # Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

Insert ¶ # All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the fore fathers of America as its opposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed.

Insert ¶ # Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Scripture- Insert ¶ # Ephesians 2:2 Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air the spirit that now worketh in the children of disobedience

GREEK breakdown Wherein= G3739=H05= Ho/Ho/e= in time past ye ⓪ walked= G4043=peripateo= (to live) lived=deported oneself/(trampled according 5259=Ne=Kata= concerning the course= G195= a issi= one(whollyJewish) a messianic period world= G2889= Kosmos= orderly arrangement/adornment) concerning the prince=Archon= Ruler/being Power= G1849= exousia (authoritive force) air- G115= Aér= to breathe unconsciously/to blow spirit= G4151= pneuma= mental disposition that now worketh= G1754= energeo =(to be active) is Active children= G5207= huios= son of man of disobedience= G543= Apothesso= disobelet of the law) occurs in the

Insert ¶ # As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Conclusion Ephesians 2:2 He/She/It in time past, lived concerning the age of (Kósmos orderly arrangement and adornment concerning the ruler subject/force to breathe unconsciously to blow the mental disposition that now is Active in the sons of man of disbelief.

Due to the dependence of A.I. it causes humanity to reject you as an individual versus just knowing a fair celebrity person. Man, must keep going to the other side and not surrender until the Breakthrough Derives.

## V. CLAIMS

### Claim #1

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

___.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #   federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___.   The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

___   Ephesians 6:12 For we wrestle not against flesh and
Insert ¶ #   blood, but against principalities, against powers, against rulers of darkness of this world, against spiritual wickedness in high places.

___.   As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #   was harmed in the following way:

I have been dealing with A LOT of spiritual wickedness in high places, against rulers of darkness of this world behind them misusing their authority, violating my rights, etc. as they allowed me to be targeted without reasoning other than jealousy. They have even used dark powers just to attempt to cheat me out of what is rightfully mine. This has caused me health issues, financial issues, physical marks, etc.

Civil Rights Complaint Pursuant to U.S.C. § 1983

MODESTY OVER Harlotry

1
2

<u>Claim #(   )</u>

*(Insert Claim#)*

3
4
Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

5
6
7
8
9
10
11

*Insert ¶ #* All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real Gift, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed.

12
Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

13
14
15
All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

16
*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17
18
19
20
21
22
23
24

*Insert ¶ #* 1 Peter 3[1-4] Likewise, ye wives, be in subjection to your own husbands; that, if any obey not the word, they also may without the word be won by the conversation of the wives; ②While they behold your chaste conversation coupled with fear. ③Whose adorning let it not be that outward adorning of plaiting the hair, and of wearing of gold, or of putting on of apparel ④But let it be the hidden man of the heart, in that which is not corruptible, even the ornament of a meek and quiet spirit, which is in the sight of God of great price.

25
26
As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

27
28
Today's MAINSTREAM MEDIA, CLOTHING STORES, Etc Promotes nakedness, harlotry, idolatry & then attacks others for not being like them. They have caused division in Families, Marriages, & misled people into Idolatry using Imagery, Communication, & the Brides & Grooms from the Kingdom of darkness.

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ # federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

_2 Peter 2:1-2_ But there were false prophets also among
Insert ¶ # the people, even as there shall be false teachers among you, Who privily shall bring in damnable heresies, even denying the Lord that bought them, and bring upon themselves swift destruction _2 And many shall follow their pernicious ways, by reason of whom the way of truth shall be evil spoken of _1 John 4:1_ Beloved, believe not every spirit, but try the spirits whether they are of God, because many false prophets are gone out into the world.

___. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ # was harmed in the following way:

The defendants partook in the charades of teaching false stories about my life as they projected me to be the enemy while they laughed out you & I.o. smh!

## Claim #(___)

*(insert Claim#)*

___ Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___ All rights have been violated according to the US Constitution for humanity. It is said to be Founded on the WORD of GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

___ Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charade of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Revelation 17:5 And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. Revelation 17:13 These have one mind, and shall give their power and strength unto the beast. Revelation 17:14 These shall make war with the LAMB, and the LAMB shall overcome them: for he is Lord of lords and King of kings: and they that are with him are called, and chosen, and faithful. Revelation 17:15 And he saith unto me, The waters which thou sawest, where the whore sitteth, are people, and multitudes, and nations, and tongues.

___ As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

BABYLON is infiltrating the Bride of Christ (ME) to confuse humanity (running from judgement) (v13) Their one mind is: Gangstalking, stealing, blackmail, blasphemy, murder, etc (the 1 mind with beast & TECHNOLOGY, A.I, BARBIE, CRYPTO, MONEY, COMMUNISM, CRUCIFY CHRIST the LAMB, RELIGION, BUS, HINDU, MUSLIM, SATANISM etc. because it all sums up to (v14) These shall make war with the Lamb.. Babylon is not it (15) SA they built America to reflect BABYLON to run from judgement ROME (ITALY) LATIN AMERICA is sitting on the waters of people, etc with her sorcery as she infiltrates to be me they even have (little Jerusalem in ITALY) STOP it PLEASE! NOT A

BABYLON of TODAY is THE
ROMAN CATHOLIC CHURCH SYSTEM of CHURCH HES

Claim # ___
*(Insert Claim#)*

*Insert ¶ #* ___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed.

*Insert ¶ #* Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* ___. Revelation 18:4 And I heard another voice from heaven, saying, Come out of her, My people, that ye be not partakers of her sins, and that ye receive not of her plagues. Revelation 18:5 For her sins have reached unto heaven, and God hath remembered her iniquities. Revelation 18:6 Reward her even as she rewarded you, and double unto her double according to her works: in the cup which she hath filled fill to her double. ⑦ How much she hath glorified herself, and lived deliciously, so much torment and sorrow give her: for she saith in her heart, I sit a Queen, and am no widow, and shall see no sorrow.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

ROME
They (Latin America) have deceived the world ABOUT ME! I HAVE fought in these civil suits to COME OUT OF HER! I've been persecuted for doing so. Her cup is full mine is empty. She glorifies herself & live deliciously; I am struggling & I glorify JESUS! She proclaims Queen & isn't a widow. I am a Mother to the Nations (Prophetess) and I'm waiting for this to end so Page Number I can be married with my God given spouse.

THE LATIN AMERICANS excommunicated me (kicked me out which only still made me fight to COME OUT of HER SYSTEM completely) BABYLON is THE ROMAN CATHOLIC CHURCH HEADQUARTERS

Deceived the NATIONS

1

2   <u>Claim #(   )</u>

    *(Insert Claim#)*

3   ___.  Plaintiff realleges and incorporates by reference all of the paragraphs above.
4   *Insert ¶ #*

5   *(List any other legal claim you have that is related to your civil rights claim.)*

6   ___.  All rights have been violated according to the US Constitution for
    *Insert ¶ #*
7   humanity. It was said to be founded on the WORD OF GOD by the fore fathers of
8   America as it's opposed to aligh with the Declaration of Independence. All
9   the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with
10  the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD
    the people, etc have been violated and downplayed

11  ___.  Plaintiff alleges the above claim against the following Defendant(s):
12  *Insert ¶ #*

13  All Defendants have played a part in the charades
14  of Witchcraft. Some partook willingly and others unwillingly
15  partook behind another parties policies, influence, etc.

16  *(You may list facts supporting your claim. Be specific about how each Defendant
    violated the rights giving rise to this claim.)*

17  ___.  Revelation 18:23-24 ㉓ And the light of a candle shall shine no more
    *Insert ¶ #*
18  at all in thee; and the voice of the bridegroom and of the bride shall be heard
19  no more at all in thee: for thy merchants were the great men of the earth; for
20  by thy sorceries were all nations deceived. ㉔ And in her was found
21  the blood of prophets, and of saints, and of all that were slain upon the
22  earth.

23

24

25  ___.  As a result of the Defendant's violation of the rights giving rise to this
    *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26  Roman Catholics deceived the whole world. In that church is the blood of prophets,
27  and the saints (plus they were canonized as a saint but you're not God so it's
28  witchcraft (occultism) because NO HUMAN Has that Authority) and the blood of all that
    were killed is in this church (THEY WORSHIP THE DEAD)

    *Page Number*

    Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## Claim #(   )

2
*(insert Claim#)*

3
___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

4
Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

5
Insert ¶ #
. All rights have been violated according to the US Constitution

6
and Declaration of Independence Outside of those two the

7
laws have been violated on a Global Stage according to

8
the Laws and Precepts of The King of Kings and Lord

9
of Lords Yahweh, El Shaddai, Yehoshua, El Roi, Adonai,

10
Elohim, Jehovah-M'Kaddesh, Jesus, I AM THAT I AM

11
___. Plaintiff alleges the above claim against the following Defendant(s):

12
Insert ¶ #

13
All defendants have partaking in the character of witchcraft

14

15

16
*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

17
Revelation 17-13-15 Those have one mind, and shall give their

18
Insert ¶ #
power and strength unto the beast. These shall make war with

19
the Lamb, and the Lamb shall overcome them: for he is Lord of lords,

20
and King of Kings: and they that are with him are called, and

21
chosen, and faithful. And he saith unto me, The waters which thou sawest,

22
where the whore sitteth, are peoples, and multitudes, and nations, and

23
tongues.

24
___. As a result of the Defendant's violation of the rights giving rise to this

25
Insert ¶ # claim, Plaintiff was harmed in the following way:

26
They have created technology as a mind controlling agent to seduce

27
the people into having one mind, as they give their power and strength

28
to the beast. In the midst of their deception they have made war with
the lamb in exchange of the AntiChrist thats pretending to be an angel
of light. It is also in a transgender stance because A NUN is a male manti
just like a lamb can be a Ram or Ewe but Never a Goat and also
there a HornHeaded lambs which are still NOT GOATS being deceived
by THE GOATS

## Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh, JESUS, I AM that I AM

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants partook in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Revelation 17:18 - And the woman which thou sawest is that great city, which reigneth over the kings of the earth. The only city reigning over the kings of the earth is VATICAN because it consider itself an Absolute Monarchy. Israel isn't even recognized by the UN on such a peckstool. Vatican is the only one playing in between everybody to divide & conquer that's why everything is backwards because they Perverted the TRUTH to work in their favor after they stole it.

*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Latin America (Vatican) has been in the middle of my whole circumstance and has used every form of sorcery, influence, etc. to blackmail me in order to stop me from marrying The Black Man that I love & from taking back what's mine. The have waged war against every area of my life to try and make me ~~Page Number~~ depend on Latinos (not their real identity). I WILL NOT BE ~~Civil Rights Complaint Pursuant to U.S.C. § 1983~~ DECEIVED AGAIN because I SEE THE TRUTH & I AM NOT RACIST but I don't have to tolerate their DRAMA & GAMES.

# Infiltrating the Church like Wolves in Sheep Clothing

Claim #( )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two the laws have been violated on a Global Scale according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Defendant DJ Yella told me when I visited Jesus Is The Answer Apostolic Church in Compton; that he was the one in my spot! I just kept walking as him and another person chuckled about it. Since he told me as I was leaving church I just kept walking and told myself that "I knew that but it was up to the Bishop to wake up to the deception."

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
*Insert ¶ #*

The industry represents The GOATS (rebellion), NWA represents (rebellion) Niggas With Attitudes, & DJ Yella represents crack cocaine (sorcery/rebellion) plus he had a porn problem (idolatry), and he's still connected to the Industry which means he's being used to infiltrate the church for the enemy.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Catholic Church Divide
## Birth Protestant Reformation

Claim #1

*(Insert Claim#)*

1
2

3 _____ . Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4

*(List any other legal claim you have that is related to your civil rights claim.)*

5  . All rights have been violated according to the US Constitution for

6 *Insert ¶ #* humanity. It was said to be founded on the WORD OF GOD by the fore fathers of

7 America as it's supposed to align with the Declaration of Independence. All

8 the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with

9 the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD

10 the people, etc have been violated and downplayed

11 _____ . Plaintiff alleges the above claim against the following Defendant(s):

12 *Insert ¶ #*

13 All Defendants have played a part in the charades

14 of witchcraft. Some partook willingly and others unwillingly

15 partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

16

17 _____ . Since the 1500s Catholics and Protestants have been separated

18 *Insert ¶ #* Protestants had a different view of the authority of the Pope

19 and the form of the Eucharist in communion. The Catholic Church

20 proclaims to be founded by Jesus Christ however Worships Mary

21 instead. The Catholic Church have given the Pope authority

22 as if he is God yet their religious system does not bring

23 unity but instead divides, wages wars (using others to do so) & prays to the

24 dead. _____ . As a result of the Defendant's violation of the rights giving rise to this

25 *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26 This has tarnished many people's beliefs about Jesus Christ of Nazareth

27 because the Pope is not just moving based on Christian principals

28 however, he also moves in politics that are not Christ Governened.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Anti Christ / Worship of the Dead

**Claim #( )**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the fore fathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*

___. The sorcery of the Catholic Church is the fact that
#7 the Church isn't in the right location equaling to witchcraft. The Church canonizes, Saints in the Universe as if they are God and people with those names tend to walk in the same attributes as the Saints.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The Church has caused the world to be enslaved, rebellious, and Anti Christ! Jesus is the living God because He rose from the dead and said Death where's your sting (paraphrased)

1 Corinthians 15:3,4,5          1 Corinthians 15: 55

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Satanic Army Targeting Individuals

**Claim #( )**

*(insert Claim#)*

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

All rights across all laws in the world
were violated

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*

The Stasi's function in East Germany resembled that of the KGB in the Soviet Union. Vladimir Putin was a KGB officer who worked in Dresden, from 1985-1989 as a liason officer to the Stasi from the KGB. Stasi was known to be the secret police. They conducted espionage, infiltration, psychological harassment, and used (DEW) directed-energy weapons. These are still tactics that mobs, gangstalkers, Elites, etc pay people to do when they want somebody out the way.

As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I was mobbed (still being stalked), harassed, spied on, etc and it was people in positions who partook in this charade while employing street mobs, gangs, etc to partake in their crime to hinder, hurt, etc me.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Systematic Slavery (false freedom)

## Human Trafficking Claim #9

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

Partus sequitur ventrem (that which is born follows the womb) was a legal document passed in colonial Virginia in 1662 and other English Crown colonies in the Americas which defined the legal status of children born there, the doctrine mandated that children of slave mothers would inherit the legal status of their mothers. The legal doctrine of partus sequitur ventrem was derived from Roman civil law especially concerning slavery & personal property.

*Insert ¶ #*

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have partaken in this by oppressing others in order to keep control in the hands of the Elite thieves only because it kept their money adding up.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

· I been in the system since birth, then foster system since around 3 then juvenile hall, then placement, jail, rehabs, jobs, hud housing, community college, gr, calfresh, calworks, etc. That's called HUMAN TRAFFICKING while everybody in job positions get paid to keep me entangled. Now I am 34 years old and I'm still in the situation but this time the system has my kids, business, etc. They even used Child Soldiers against me.

*Insert ¶ #*

· As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

I have been blocked from the digital realm, hindered from normal life, me & my daughter sexually assaulted while the system hid the truth. I've been enslaved so others can benefit

Demonic Officials touching HolyLand

THE Breach w/ Vienna & Jerusalem
caused WAR (Going in Between)

Claim #(  )

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* . All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have partaking in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* . September 2018 The State of Palestine filed against United States of America for breaching their diplomatic relations of 18 April 1961 with the Vienna Convention. This was filed in the International Court of Justice. United States requested a relocation for their Embassy to be at the Holy City of Jerusalem (Israel). Palestine stated it was a violation of the Vienna Convention Agreement.

. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Basically this lets me know that USA been working against God and now they're being deceivers because they went in between the beast and now the Holy Land. In fact this was filed 1 month before they set me up so this is the backdoor way of How the ANTi-CHRIST is pretending to be God because this nation is being driven by (Catholics, Buddhism, Communism, etc and now they have placed their Embassy on Holy Land. This is a move from Vatican & their sorcery. Just like JFK being the 1st Catholic president when Communism snuck in our agenda & Obama being a Socialist & communist is here again! Stop pretending to be THE CHOSEN

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Hypocrisy in Presidency equals

## Corruption & Tyranny!

(Insert Claim#)

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the US Constitution
*Insert ¶#* and Declaration of Independence. Outside of those two the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

_____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶#*

All defendants partook in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. 1) President John F Kennedy was the 1st President of United States
*Insert ¶#* to be Catholic (during his presidency "The Communist Agenda" was snuck into our Congressional records without making the citizens aware). The communist agenda of 1963 was to flip the Narrative. 2) President Jimmy Carter's administration established the US Department of Energy & the Department of Education (indoctrination/technology advancing for mind controlling purposes. 3) President George Bush pushed for faith-based initiatives w/ government restrictions and worldly competition (desensitizing the Church). 4) President Barack Obama, authorized Perversion, Socialism, Government. Obama/Tucker's LGL Reign the 1st Black President he committed TREASON!

_____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶#* claim, Plaintiff was harmed in the following way:

Every President from John F Kennedy until today has been helping to change the Narrative in order to stop the end of the Corruption from coming to a cease. They've even aided in deceiving their citizens about the true motive behind their policies that are in place to aid others with the ability to steal the inheritance of the chosen ones while also tossing up Page Number throughout that lands to keep the division so that they may not see who, what, & where the true Wickedones are hiding.

# Espionage Personel

## Claim #(  )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All legal claims that fall under the Con-

*Insert ¶ #*

stitution, International laws, and the laws that are governed under other nations for their people were violated in My life.

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have partaking in the charades of witchcraft in one way or another.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. •Defendants were manipulated to do things based

*Insert ¶ #*

upon influential peddling based upon their jobs/careers. •Defendants were manipulated by the Elites to mob, harass, stalk, torment, spy, lie, etc to cover up the TRUTH.
I King 21:1-29 Tells the Story about king Ahab & Queen Jezebel! Ahab wanted Naboths inheritance so his wife had Naboth set up, falsely accused, and killed! Jezebel used the elders, nobles, and wicked to accomplish her task (See print out on next page for Story)

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have been living under the umbrella of lies, spies, poverty, homelessness, sabotage, etc so that other people could cover up the fact that they've been stealing and being successful at my expense & they used people in every position from Judges, Churches, Industry, Streets, other professionals to make it hard sh me to access anything from bathrooms, food, money, clothes, showers, etc to attempt to break my confidence so I would give up. This is RICO

Ambushed/blackmailed

1
2
<u>Claim #( )</u>

*(Insert Claim#)*

3
4
___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

5
6
*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights have been violated according to the US Constitution for

7
humanity. It was said to be founded on the WORD of GOD by the forefathers of

8
America as it's supposed to align with the Declaration of Independence. All

9
the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with

10
the Real GOD), Till and keep the land, be fruitful and multiply, and to LEAD

11
the people, etc have been violated and downplayed

12
___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

13
All Defendants have played a part in the charades

14
of witchcraft. Some partook willingly and others unwillingly

15
partook behind another parties policies, influence, etc.

16
*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17
___. They took MY life ran it down into the streets

*Insert ¶ #*

18
as they used people in positions to sabotage MY accounts,

19
MY money, MY company, MY family, my ministry,

20
my education (just finished real estate in 9091), MY health, my

21
name (with slander campaigns), my products (my book & music), my spiritual

22
inheritance (so the witches/sorcerers could take over), and my housing

23
and transportation just so they could sacrifice me instead of facing

24
their accountability.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

25
26
I was ambushed in 10 areas & it was a

27
crazy experience plus I still am in the streets

28
suffering

# Covering Up Perversion

### Claim #(    )

*(insert Claim#)*

___.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh, El Shaddai, Yehoshua, El Roi, Adonai, Elohim, Jehovah-M'Kaddesh, JESUS, I AM THAT I AM

*Insert ¶ #*

___.  Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behi another parties policies, influence etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Defendants helped partake in the crime of covering up Perversion (whether that be rape, incest, molestation, pedophilia, sodomy, kidnapping, theft, invasion of privacy, targeting the innocent, systematic prostitution, genocide, sorcery in the church, making merchandise of mankind, slander campaigns, blasphemy, idolatry, soliciting children, embezzlement, blackmail, coveting, etc). Defendants cry We need justice yet deny others their justice which is HYPOCRISY!

*Insert ¶ #*

___.  As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

Due to slander campaigns, fabricated documents, witness tampering, and all the above allegations I was restricted to a poverty level and forced to confront every thing that has come out in these claims which caused others to be upset because of the information that has exposed many individuals in all walks of life.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Shape Shifter! She's a GOAT & Dragon (CHINA)

Pretending to be a LAMB & Lion (Judah)

Claim #

TRANSGENDERING! Astrology: Virgo (Pride)

1
2
3
4

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

5
6
7
8
9
10
11

*(List any other legal claim you have that is related to your civil rights claim.)*

Insert ¶ #

All rights have been violated according to the US Constitution for humanity. It was said to be founded on the Word of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

12

___. Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #

13
14
15

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

16

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

17
18
19
20
21
22
23
24

Insert ¶ #

Beyonca Carter was raised Catholic which means that even though she is black; she still represents LATIN AMERICA. She also chose to stand with China because she knew that if she didn't it would dethrone her so she chose to compromise her followers, the nations, and use the circumstance as a way to make others feel her pain. 2 Corinthians 11:14 - And no marvel for Satan himself is transformed into an angel of light.

25

___. As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ # claim, Plaintiff was harmed in the following way:

26
27
28

Due to the level of influence she has used influential peddling to mislead the world as I have taken the repercussions for her wickedness

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Chemical Warfare/Mind Controling Tactics
## The top destroying the bottom 4 Profitable Gain

Claim #(___)

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two, the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have partaking in the charades of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. MKULTRA and The Gay Bomb were both biochemical agents that were treated by the military as weapons. They used MKULTRA to release LSD over communities so I assume they are doing the same with the gay bomb

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

They have weaponized methods like MKULTRA & the GAY bomb against The Black males & Black women in order to stop us from populating (basically using drugs (chemicals) and LGBT communities) to destroy our people after introducing them to that appetite so that you can pretend to have the answers to fix us when thats a LIE! You went Too Far! Now, ENOUGH is ENOUGH of your FANTASY WORLD

Streets used by Officials to harm me
with reprimanding their criminal behavior
which left me a Targeted game without Human Help.

_____. Claim (insert Claim #)

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

_____ . All rights have been violated according to the US Constitution
Insert ¶ #
and Declaration of Independence. Outside of those two, the
laws have been violated on a Global Stage according to
the Laws and Precepts of The King of Kings and Lord
of Lords Yahweh.

_____. Plaintiff alleges the above claim against the following Defendant(s):
Insert ¶ #

All defendents to part in the charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____: The person that they used to attack me was from Jamaica.
Insert ¶ #
She is the one who stabbed me! The top people used the streets
to do their dirty work however the Jamaican lady whose name
is Crystel attacked me at 2 different apartments and I
still didn't receive justice. All these people worked together
to try and stop me from being TRUE to my identity and from
teaching others how to use their gifts God way

_____. As a result of the Defendant's violation of the rights giving rise to this
Insert ¶ # claim, Plaintiff was harmed in the following way:

The whole system from Military, School, Social Services, Neighborhood watch, gangs, etc
were all designed for 1 purpose and that was to come against
God (Jesus Christ of Nazereth) out of ignorance as others pretended to be our God.
The system, media, etc is all a weapon of warfare to use against
humanity in a way of the ~~Page Number~~ devil attempting to use humans to
fight God collectively!

**Perpetrating in the Shadows**

**Framing the Innocent in the Light!**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*
- Canonizing dead people as saints
- Idolizing paganism at Churches, Businesses, Film, music, etc.
- Stealing from GOD and Claiming it's theirs
- Perverting the essence of Gods people for self gain
- Charging for what God gave to us freely

Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have been entangled in the Charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*
- Using sorcery to hide behind GOD & the chosen ones as you steal their stuff and keep them impoverished, struggling so you can say they are the criminals for doing what they do just to survive, feed their families, art, etc.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Stop oppressing us, blackmailing us, trafficking us, starving us, etc. So you can live lavishly off what you stole from me.

# Sabotaging Transportation to Stop my motion

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

_(List any other legal claim you have that is related to your civil rights claim.)_

All rights have been violated according to the US Constitution and Declaration of Independence. Outside of those two the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords Yahweh.

_____. Plaintiff alleges the above claim against the following Defendant(s):

All defendants play a part in the charades of witchcraft.

**One IA Potters House Church**

**Potters House Church Of LA**

**St. Philip Neri Catholic Church**

**Congregation of the Oratory, etc.**

_(You may list facts supporting your claim. Be specific about how each Defendant gives rise to this claim.)_

... 12/22/16 my mommy gets torculed (they put a hit out). This was done to try and stop me from building my Record Label. 2017-They messed with my housing and jobs and this was done to downgrade me. 2018 they use section 8 as Bait to track me. & I hit, found a place, got set up, kids taken, put in jail, etc. 2019 harassed every where by strangers and professionals. 2020-present they used organized crime, influential peddling etc to fabricate lies and slander my character.

As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

All this was done plus more so that people will look at me like I was crazy that way they could discredit my integrity as they intentionally bullied me. and I had no support due to being isolated It was all an ACT so that it looked like they were silencing me when in all actuality I haven't even started to fully walk into my purpose. Remember, they tried to sacrifice me in order to swap destiny's which proves that I am THE REAL DEAL & People are deceiving humanity with lies

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## **Claim #(   )**

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

___.    As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## **Claim #(   )**

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## __Claim #(___)__

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

___.    As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## __Claim #(   )__

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. _____

*Insert ¶ #*

_____

Overseer

_____

_____

_____

_____

_____

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

In Hebrew; Oratory is H3907 which translates
to Lachash meaning a whisper, a private prayer, an incantation,  an

_____

amulet, charm, earring, enchantment, orator, and prayer

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

Cane killed Abel and Abels blood cried

_____

from the grounds(Genesis 4:11). Now the witchcraft behind this is how

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

they use all earth's elements as weapons to kill. Example: R I.P OJ Simpson

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____. _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #*   claim, Plaintiff was harmed in the following way:

R.I.P Kobe Bryant! I wish I would have known

back then what I know Now. The Bible talks about the church over all

**The meaning of Doctor isn't what the medical profession claims it to be as where**
the Kings being the cause of the deaths and Roman Catholics worship
**the true meaning of doctor belongs to the Man or Woman of God that's healing the**
the dead.
**people and its right here that the World stole and Perverted GOD'S ESSENCE**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## **Claim #(   )**

2

*(insert Claim#)*

3   ___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

4   *Insert ¶ #*

5   *(List any other legal claim you have that is related to your civil rights claim.)*

_____. _____

6   *Insert ¶ #*

_____

7   _____

8   _____

9   _____

10  _____

11  ___.   Plaintiff alleges the above claim against the following Defendant(s):

12  *Insert ¶ #*

13  _____

14  _____

15  _____

16  (You may list facts supporting your claim. Be specific about how each Defendant

17  violated the rights giving rise to this claim.)

_____. _____

18  *Insert ¶ #*

19  _____

20  _____

21  _____

22  _____

23  _____

24  ___.   As a result of the Defendant's violation of the rights giving rise to this

25  *Insert ¶ #*   claim, Plaintiff was harmed in the following way:

26  _____

27  _____

28  _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



Claim #(____)

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*
____. All rights have been violated according to the US Constitution and Declaration of Independence Outside of those two the laws have been violated on a Global Stage according to the Laws and Precepts of The King of Kings and Lord of Lords, Yahweh, El Roi, Jehovah Jireh, Jehovah Shalom, El Shaddai, Adonai, Jesus Christ of Nazareth, etc

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*
All defendants played a part in the charades of witchcraft, idolatry, and organized crime (All across the world) using Religion & Government as a weapon to wage many different forms of warfare. I Samuel 15:23 For rebellion is as the sin of witchcraft And stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, he hath also rejected

*(You may list facts supporting your claim. Be specific about how each Defendant thee from being King.
violated the rights giving rise to this claim.)*

*Insert ¶ #*
____. I Corinthians 15:20-22 (20) But now is Christ risen from the dead, and become the firstfruits of them that slept. (21) For since by man came death, by man came also the resurrection of the dead. (22) For as in Adam all die, even so in Christ shall all be made alive.

I Corinthians 15:26 - The last enemy that shall be destroyed is death.

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

It was man that created death through their actions of going against God's ordinances. Eve ate first but because Adam ate after it caused a spiritual death (separated from God/Garden). Then Cain caused physical death by killing Abel. However, many people blame God for their loved ones dying, but it wasn't God it has been the motives of people's actions the enemy knew to cause spiritual deaths because it would cause people to create for themselves their own gods such as voodoo, hoodoo, santaria, religious cults, etc and he also knew that idolatry would cause the judgement on the people from GOD.

## VI. REQUEST FOR RELIEF

**WHEREFORE, the Plaintiff requests:**

____. That we the people get out of our feelings of what we think a person should look, talk, act, etc. like. While acknowledging that we have chosen wrong too many times and now its time we start correcting those errors or intentional **Mishaps**.

*Insert ¶ #*

____. That ALL people in LEADERSHIP positions get out of blame shifting due to fear of judgement. Then shake off denial by admitting that the body cannot be sick unless the Head is sick first.

*Insert ¶ #*

____. Every day we the people will make an effort to reconnect with humanity without using the technology. Every day we the people will go out our way to encourage, help, feed, clothes, etc. the less fortunate, using what we have

*Insert ¶ #*

____. That we the people stop looking at people like a dollar sign and find ways to sow into the people that was stolen from as a stepping stone to restore TRUST, INTEGRITY, HUMILITY, SELFLESSNESS, etc into the culture.

*Insert ¶ #*

Dated: **5/16/2024**

Sign: _____

Print Name: *Victoria Dillihunt*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____. It would be nice If you can restore Honor to me & my partners names, I'd like my life restored so I can get off the streets living like a pauper, being harassed, stalked, etc

*Insert ¶ #*

_____. I don't know what to ask for because too much has been done to me, that's beyond what my mind can fanthom.

*Insert ¶ #*

_____. People need to pay for their sorcery starting with that Church. Technology has to go because its Demonic. Stop getting Rich off of me as I starve & be Humiliated

*Insert ¶ #*

_____. Let me & my family go free and stop lying on my name, hiding behind my gifts as you do your dirt, release my stuff I created, stop trying to keep me a prisoner (Its been like this ALL MY LIFE) NO MORE!

*Insert ¶ #*

Dated   **5/16/2024**

Sign: _Victoria_____

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ #
That I am restored
Infiltrators destroyed from their
positions
Babylon Must go

Insert ¶ #
The Inheritance must be released
to proper person
All officials that obstructed justice
must be reprimanded

Insert ¶ #
Whatever else you must do to
make things right in God's eyes.
I need housing with PRIVACY since it's
been violated my whole life. I want PEACE

Insert ¶ #
I want my company back, I want what
is do to me because other people have made a
lot of money off of my life & many other peoples
lives & we deserve what's been stolen to be restored to
who it belongs too.

Dated: __**5/16/2024**__

Sign: _____

Print Name: Victoria Dillhunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ #  . That I am able to take a shower, buy some clothes, do my hair, etc. which are basic needs that I have been deprived of.

Insert ¶ #  . I would like to cook, clean, dance, sing in my own house without my privacy being violated I will like to get off the streets. I'd like some food that hasn't had witchcraft done to it.

Insert ¶ #  . I'd TRULY LOVE FOR PEOPLE to STOP comparing my GOD given gifts with the witches & sorcerers. I'd like for people to stop speaking on behalf of Christ Jesus when you serve other gods.

Insert ¶ #  . I would love for this toxic relationship to be fully cut off. I would love to have my family restored. Clear me & my partners names. Stop using Film & Songs to attack me with your mockery.

Dated  **5/16/2024**

Sign: _____

Print Name: Victoria Salthwrit

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_ . Big Tech, Movie producers, actors, artist, churches, colleges, government, business, etc to reevaluate your policies, guidelines to see if what you are doing is in right standing, or is

_Insert ¶ #_ . it stealing, slavery, hypocrisy, etc towards the most high. Get rid of these stalkers, evil people miss using their authority, companies, etc.

_Insert ¶ #_ . I need help to rebuild the company of music for God that is a healing & safe place for people to be set free, restored, and delivered. NO MORE SYSTEMATIC SLAVERY

_Insert ¶ #_ . It's time to put away the lies, deceit, jealousy, and heal a broken world, & that takes submission to the real God.

Dated: 5/16/2024

Sign: _[signature]_

Print Name: Victoria Dillahunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2
3

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

4   *All Real Estate Companies need to hand over their backlogs to

5   be checked for Fraud. All companies need to relinquish their control over cost

6   *All individuals who had homes taken can submit a civil claim

7

8   *All CAR dealers must hand over their backlogs to be checked

9

10   for fraud *All individuals who have had cars towed or repossessed

11   can file a claim to check for fraud.

12   *Judges need to be reprimanded for corruption (Need to be basis)

13   *Lawyers, DA's, county clerks all need to be.

14

15   checked for fraud, embezzlement, influential peddling, law

16   shopping, forgery, RICO, etc. It's time for another standard

17   to be raised.

18   * THE WHITE HOUSE needs to be CLEARED

19

20   OUT because it's too much deep state corruption, racism

21   confederacy, witchcraft, bribery, etc. The WHITE HOUSE

22

23   ALLOWED this mess to carry on without helping me.

24   The Hispanics have stalked, harassed, sabotage etc. Yet your letting

25   more in while holding me in poverty to win votes. TREASON

26   Dated: **5/16/2024**

27   Sign: [signature]

28   Print Name: [name]

WE THE PEOPLE HAVE the RIGHT TO OVERTURN this

TREASON!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

. That ALL ACTORS be held accountable
*Insert ¶ #* for intentionally sending out illusions
after becoming aware of their wrong
doings. (Definition of Actors is: ANYBODY in ANY WALK of

. Life that intentionally partook in this game of Catch Me if
*Insert ¶ #* you can your the sacrificial lamb). Jesus Christ of Nazareth
already sacrificed his life & this is not a repeat
this is the finished work and judgement

. That ALL these false teachers, leaders,
*Insert ¶ #* motivational speakers, influencers, etc be open
to dismissing what they thought they knew
and become teachable to whats NEW/TRUE

. Isaiah 43:15 I am the LORD, your Holy ONE, the creator of ISRAEL,
*Insert ¶ #* your King. Isaiah 43:18 - 19 ⑱ Remember ye not the former
things, neither consider the things of old. ⑲ Behold, I will do a
new thing; now it shall spring forth; shall ye not know it? I will even make
a way in the wilderness.

Dated: __5/16/2024__

Sign: _____

Print Name: Victoria Dillhunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

. That All confederate, symbolism/objects be destroyed. All grounds of witchcraft Must be shut down, removed, etc.

* . All occults of witchcraft including churches must be shut down

* All businesses that misused their power of position for selfish gain while using

. Slavery Methods Must have their finances calculated and must disperse equal amounts amongst their employees for human trafficking.

* All victims of medical malpractice, medical

. experiments, medical deaths (oxygen, organ failure, prescription overdose) have an opportunity to file a civil claim against Hospitals, Dentists, Clinics, etc. Without interference.

* All people with addiction can file against medical profession as well regardless of what their current state of Mind is when filing because EVERYBODY would have to go thru a process before receiving their money (its called Healing)

Dated: **5/16/2024**

Sign: _____

Print Name: Vonvia Millivent

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

① United States of America I request that you release EVERYthing that is rightfully mind due to the FACT that this Nation intentionally placed blockages in MY life, had others infiltrate me,

. as they got rich & I suffered, and ignored my cry for help as you deny all my petitions to keep me from seeing that this nation tried to sacrifice ME as a ritual to the devil. ② I REQUEST that you TAKE ACCOUNTABILITY

. For your corruption, that you clear My name, that you take down that couple (The Carters) who you strategically had come against the HAND of GOD on my life. ③ I Need MY partner, MY Kids

. that were kidnapped & sexually assaulted under your jurisdiction. ④ Release me from the Hostage position you have me in that keeps me in the streets. ⑤ Stop lying on me & covering up for Your tyranny, despotism, etc. The WHOLE World is in trouble & You can't save them so I need to be restored in order for stuff to Move forward.

Date: **5/16/2024**

Sign: _____

Print Name: Victoria Dillihunt

⑥ You worked with South America & the Haters of Jesus Christ of Nazareth to blackmail the chosen so I need to be Released from this NATION w/ ALL that was stolen & with MY PEOPLE WHO LOVE MY GOD!!

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Date **5/16/2024**

Sign: _____

Print Name: Victoria T. Dillehunt

Civil Rights Complaint Pursuant to U.S.C. § 1983